Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 21-Cr-40 and 21-Mj-355
)
Christopher J. Quaglin )

## NOTICE OF APPEAL

Name and address of appellant:    Christopher J. Quaglin
121 Haverford Street
North Brunswick, New Jersey 08902

Name and address of appellant's attorney:    Carlos Diaz-Cobo
Law Offices of Carlos Diaz-Cobo
35 Court Street
Freehold, New Jersey 07728

Offense:   18 USC 111(a)(1) and (2) and (b); 18 USC 1521(c)(2); 18 USC 231 (a)(3); 18 USC 1752(a)(2) and (b)(1) (A)

Concise statement of judgment or order, giving date, and any sentence:

Notice is hereby given that Christopher J. Quaglin, defendant in the above-captioned matter is appealing to the United States Court of Appeals for the District of Columbia from the April 16, 2021 Order of detention pending trial entered by the Honorable Beryl A. Howell, Chief Judge of the United States District for the District of Columbia.

Name and institution where now confined, if not on bail:   Essex County Correctional Facility
Newark, New Jersey

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

4/27/2021
DATE

Christopher J. Quaglin
APPELLANT

[signature]
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [✓]
PAID USCA FEE

Does counsel wish to appear on appeal?    YES [✓]   NO [ ]
Has counsel ordered transcripts?    YES [✓]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES [ ]   NO [✓]