# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00040 (TNM) |
| v. : | |
| : | |
| DAVID LEE JUDD, : | |
| CHRISTOPHER JOSEPH QUAGLIN, : | |
| : | |
| Defendants | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated May 21, 2021, be made part of the record in this case.

                                          Respectfully submitted,

                                          CHANNING D. PHILLIPS
                                          Acting United States Attorney

By:   */s/ Melissa Jackson*_____
        Melissa Jackson
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, DC 20530
        Phone: (202) 252-7786
        Melissa.jackson@usdoj.gov