

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 21, 2021

VIA USAFX and Email

Elizabeth Mullin
Elizabeth_Mullin@fd.org
Counsel for Defendant Judd

Carlos Diaz-Cobo
info@cdcesq.com
Counsel for Defendant Quaglin


     Re:    *United States v. Patrick McCaughey, Tristan Stevens, Christopher Quaglin, and David Judd 21-CR-40 (TNM)  - Production 2 and 3*

Dear Counsel:

    Please see the two attached discovery letters that were previously provided to counsel for the co-defendants. (Discovery Letter 2- 4-8-21 and Discovery Letter 3 – 4-13-21).

    We provided you access to the files uploaded to USAfx and listed in Discovery Letter 2 on May 4, 2021.  Please download them before they auto-expire.

    For Discovery Letter 3, we are providing a copy of the excel spreadsheet with the links to the related materials with this letter.

    I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

By: *[signature]*
MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

**Jocelyn Bond**
Assistant United States Attorney

Enclosure(s):
cc: