**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                        **Case No. 21 cr-40-4 (TNM)**

       -against-

                                                               NOTICE OF APPEARANCE

CHRISTOPHER J. QUAGLIN,

                                      Defendant.
-------------------------------------------------------------X

      Please Take Notice that the above-named Defendant, Christopher J. Quaglin, has retained The McBride Law Firm, PLLC, to represent him in the above captioned matter, and respectfully demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:    New York, New York
             August 5, 2021

                                                    Respectfully Submitted,

                                                      /s/ *Joseph D. McBride, Esq.*
                                                      _____

                                                      JOSEPH D. MCBRIDE, ESQ.
                                                      ***Attorney for the Defendant***
                                                      D.C. DIST. CT. BAR ID: NY0403
                                                      THE MCBRIDE LAW FIRM, PLLC
                                                      99 Park Avenue, 25th Floor
                                                      New York, NY 10016
                                                      *Phone:* 917.757.9537
                                                      *Email:* jmcbride@mcbridelawnyc.com