# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CHRISTOPHER QUAGLIN**, <br><br> Defendant. | Case No. 1:21-cr-00040 (TNM) |

## ORDER

The Government asks the Court to lift the order delaying the Defendant's transport from New Jersey to the District of Columbia. *See* ECF No. 61. For the reasons stated by the Court during the Status Conference on August 5, 2021, the Government's motion will be granted. The United States Marshals Service may transport the Defendant to the District of Columbia or to a nearby facility of the Service's choosing.

It is hereby

**ORDERED** that the Government's Motion to Lift Order Delaying Transport to the District of Columbia is GRANTED.

Dated: August 30, 2021

TREVOR N. McFADDEN
United States District Judge