## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00040 (TNM) |
| : | |
| v. : | |
| : | |
| PATRICK E. McCAUGHEY III et al., : | |

## NOTICE OF FILING

    The government requests that the attached discovery letter, dated September 14, 2021, be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:    */s/ Melissa Jackson*
           Melissa Jackson
           Assistant United States Attorney
           United States Attorney's Office
           555 Fourth Street, N.W.
           Washington, DC 20530
           Phone: (202) 252-7786
           Melissa.jackson@usdoj.gov