UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No. 21-cr-40/TNM

TRISTAN CHANDLER STEVENS,

    Defendant.
_____/

## MOTION TO ADOPT AND JOIN MOTIONS FILED BY CO-DEFENDANT

The defendant, TRISTAN CHANDLER STEVENS, through counsel, respectfully requests that the Court allow him to adopt and join the following four motions filed by co-defendant David Judd:

1. Motion to Dismiss County Thirty-Five, ECF No. 254.

2. Motion to Dismiss Count Thirty-Four, ECF No. 255.

3. Motion to Dismiss Counts Thirty-Eight and Forty-Six, ECF No. 256.[1]

4. Motion for Transfer of Venue, ECF No. 257.

The purpose of this motion is to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

---

[1] The law and arguments presented in Mr. Judd's motion apply equally to Mr. Stevens, even though they are charged in different counts. Mr. Stevens is charged in Count 36 with disorderly and disruptive conduct in a restricted building or grounds with a deadly weapon, in violation of 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A), and in Count 44 and with engaging in physical violence in a restricted building or grounds with a deadly or dangerous weapon, in violation of 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A). ECF No. 179.

RESPECTFULLY SUBMITTED this 19th day of April, 2022.

> /s/ Lauren Cobb
> LAUREN COBB
> Florida Bar No. 52022
> Attorney for Defendant
> 3 W. Garden Street, Ste. 200
> Pensacola, FL 32502
> (850) 432-1418
> Lauren_Cobb@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2022, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

> /s/ Lauren Cobb
> LAUREN COBB
> Florida Bar No. 52022
> Attorney for Defendant
> 3 W. Garden Street, Ste. 200
> Pensacola, FL 32502
> (850) 432-1418
> Lauren_Cobb@fd.org