IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Crim. No. 21cr40 |
| | ) | Hon. Trevor McFadden |
| CHRISTOPHER JOSEPH QUAGLIN, | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO ADOPT CO-DEFENDANT MOTIONS**

Comes now Defendant Christopher Joseph Quaglin, by counsel, and moves the Court for leave to Adopt and Join the following Co-Defendant Motions:

1. Steven Cappuccio's Motion to Dismiss (April 14, 2022) (Doc. 253),

2. David Lee Judd's Motion to Dismiss (April 15, 2022) (Doc. 254),

3. David Lee Judd's Motion to Dismiss (April 15, 2022) (Doc. 255),

4. David Lee Judd's Motion to Dismiss (April 15, 2022) (Doc. 256) (although Mr. Judd's Motion seeks to dismiss counts thirty-eight (38) and forty-six (46) of the December 1, 2021, Fifth Superseding Indictment (ECF No. 179), Mr. Quaglin is charged with essentially the same alleged conduct, under the same provisions of the criminal code, at counts thirty-nine (39) and forty-seven (47) and therefore requests leave to adopt Mr. Judd's Motion as to those counts),

5. David Lee Judd's Motion to Transfer Venue (April 15, 2022) (Doc. 257),

6. Patrick McCaughey III's Motion to Dismiss (April 16, 2022) (Doc. 259),

7. Steven Cappuccio's Motion to Exclude Evidence at Trial (June 3, 2022) (Doc 304),

8. Federico Klein's Motion to Dismiss (June 3, 2022) (Doc. 308),

9. Federico Klein's Motion for Transfer of Venue (June 3, 2022) (Doc. 309),

10. Federico Klein's Motion in Limine (June 3, 2022) (Doc. 310),

11. David Lee Judd's Motion to Exclude Irrelevant and Prejudicial Evidence (June 3, 2022) (Doc. 316),

12. David Lee Judd's Motion for Court to Use a Jury Questionnaire (June 3, 2022) (Doc. 317),

13. David Mehaffie's Motion *In Limine* No. 1 -- Narration of Video Evidence (June 3, 2022) (Doc. 328),

14. David Mehaffie's Motion *In Limine* No. 2 -- Authentication of Still Images (June 3, 2022) (Doc. 329),

15. David Mehaffie's Motion *In Limine* No. 4 -- Inflammatory Words and Phrases (June 3, 2022) (Doc. 331), and

16. Robert Morss's Motion to Compel Discovery (June 27, 2022) (Doc. 355).

Respectfully submitted,

/s/ Joseph D. McBride, Esq.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for Christopher Quaglin*

Certificate of Electronic Service

I hereby certify that on July 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
Joseph D. McBride, Esq.