IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) ) | |
| v. | ) ) | Crim. No. 21cr40 |
| CHRISTOPHER JOSEPH QUAGLIN, | ) ) | Hon. Trevor McFadden |
| Defendant. | ) ) | |

**MOTION TO ADOPT CO-DEFENDANT
RESPONSES TO GOVERNMENT'S MOTIONS IN LIMINE**

Comes now Defendant Christopher Joseph Quaglin, by counsel, and moves the Court for leave to Adopt and Join the following Co-Defendant Responses to Government Motions *in Limine*:

1. Robert Morss's Opposition to Government's Motion in Limine to Preclude Claim of Self-Defense (June 15, 2022) (Doc. 351) (although the Government filed separate motions *in limine* to preclude self-defense for each defendant, the legal argument against Mr. Morss, Mr. Sills, and Mr. Quaglin is the same in each),
2. Geoffrey Sills's Opposition to Government's Motion in Limine to Preclude Claim of Self-Defense (June 15, 2022) (Doc. 352),
3. Robert Morss and Geoffrey Sills's Opposition to Government's Motion *in Limine* to Limit Cross-Examination of Secret Service Agency Witnesses (June 21, 2022) (Doc. 353), and
4. Robert Morss and Geoffrey Sills's Opposition to Government's Motion *in Limine* Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras (June 21, 2022) (Doc. 354).

Dated: New York, NY
August 10, 2022

Respectfully submitted,

*/s/ Joseph D. McBride, Esq.*
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

1

Certificate of Electronic Service

    I hereby certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Joseph D. McBride, Esq.