## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Crim. No. 21cr40 |
| | ) | Hon. Trevor McFadden |
| CHRISTOPHER JOSEPH QUAGLIN, | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

Please Take Notice that the above-named Defendant, Christopher Quaglin, by undersigned counsel, has filed in the Civil Case No. 1:22-cv-01154, an Emergency Motion for Preliminary Injunction and Request for Emergency Hearing seeking immediate release of the above-named Defendant from pretrial detention to the custody of his wife on conditions suitable to the Court.

Dated: New York, New York
August 23, 2022
Respectfully Submitted,

/s/ Joseph D. McBride, Esq.
99 Park Avenue
6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com