CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-cr-40-4 (TNM) |
| ) | |
| CHRISTOPHER JOSEPH QUAGLIN ) | |
| ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*Christopher J. Quaglin*
Defendant

*[signature]*
Counsel for Defendant

I consent:

*[signature]*
Assistant United States attorney

Approved:

*[signature]*         Date: 8/23/22

Trevor N. McFadden

United States District Judge