UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER JOSEPH QUAGLIN,**<br><br>Defendant. | Case No. 1:21-cr-00040 (TNM) |

## ORDER

Before the Court is Defendant Christopher Joseph Quaglin's Emergency Motion for Release from Custody, which he filed on August 21, 2022. *See* ECF No. 419. Quaglin had previously filed a civil suit for a writ of habeas corpus against the Attorney General and the Warden at Northern Neck Regional Jail. *See Quaglin v. Garland et. al.*, No. 1:22-cv-1154-TNM, ECF No. 1 (April 26, 2022). Because Quaglin had a parallel civil habeas suit raising the same issues as his Emergency Motion filed here, this Court entered a Minute Order holding this Emergency Motion in abeyance. *See* Minute Order (August 22, 2022). In that Minute Order, the Court noted that the Emergency Motion in Quaglin's criminal case "challenges Defendant's conditions of confinement, as does Defendant's pending habeas petition before this Court. If Defendant wishes to prioritize his conditions of confinement challenge as part of this criminal matter, he may dismiss his habeas petition." *Id.*

Quaglin did not dismiss his habeas petition. Instead, he filed a similar Emergency Motion for Preliminary Injunction seeking release from custody in his habeas case. *See Quaglin v. Garland et. al.*, No. 1:22-cv-1154-TNM, ECF No. 26 (August 26, 2022). This Court resolved that Emergency Motion and his habeas case as a whole during a Motions Hearing on September

29, 2022.  *See* Order, *Quaglin v. Garland et. al.*, No. 1:22-cv-1154-TNM, ECF No. 34 (September 29, 2022).  For the reasons stated on the record at that hearing, the Court will deny Quaglin's Emergency Motion for Release from Custody in this proceeding.

The Court also notes that Quaglin already appealed his detention status once in this case. *See* Notice of Appeal, ECF 43.  And the D.C. Circuit summarily affirmed Chief Judge Howell's pretrial detention order.  *See United States v. Quaglin*, 851 Fed. App'x 218 (D.C. Cir. 2021) (per curiam).  That ruling provides additional support for the Court's determination here.

For all these reasons, it is hereby

**ORDERED** that Defendant's [419] Emergency Motion for Release from Custody is DENIED.

**SO ORDERED**.

Dated: September 29, 2022                                   TREVOR N. McFADDEN, U.S.D.J.