1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2


3      CHRISTOPHER JOSEPH QUAGLIN,
                                                Civil Action
4                      Petitioner,             No. 1:22-cv-1154

5           vs.                                 Washington, DC
                                               September 29, 2022
6      MERRICK B. GARLAND, et al.,
                                                10:03 a.m.
7                      Respondents.
       _____/
8


9                      TRANSCRIPT OF MOTION HEARING
               BEFORE THE HONORABLE TREVOR N. McFADDEN
10                   UNITED STATES DISTRICT JUDGE


11

       APPEARANCES:
12

       For the Petitioner:       JOSEPH McBRIDE
13                                  The McBride Law Firm
                                    99 Park Avenue, 25th Floor
14                                  New York, NY 10016

15                                JONATHAN GROSS
                                    The Clevenger Firm
16                                  2833 Smith Avenue, Suite 331
                                    Baltimore, MD 21209

17

18     For the Respondents:      JEFF ROSEN
                                    Pender & Coward
19                                  222 Central Park Avenue, Suite 400
                                    Virginia Beach, VA 23462

20

21


22

       Court Reporter:           JEFF M. HOOK
23                                  Official Court Reporter
                                    U.S. District & Bankruptcy Courts
24                                  333 Constitution Avenue, NW
                                    Room 4700-C
25                                  Washington, DC 20001

1    own defense by not locating discovery materials delivered to

2    one of Mr. Quaglin's previous facilities.  Specifically, the

3    record shows delivery of discovery materials to the D.C.

4    Jail in September of 2021.  That's from ECF 28-2, page one.

5    There's no similar evidence, however, for Northern Neck.

6    And the Warden swears no discovery materials have been

7    delivered to or received by the jail.  That's ECF 17-12,

8    page three.

9         Mr. Quaglin does not say otherwise.  He instead

10   suggests the Warden should have located the materials

11   previously delivered to the D.C. Jail, which of course is an

12   entirely separate jurisdiction.  I know of no authority

13   placing such a duty on the Warden, and the plaintiff has

14   certainly provided none.  Had Mr. McBride delivered

15   materials to Northern Neck, there might be a different

16   analysis.  I expect that the Warden will properly handle any

17   discovery materials that arrive at Northern Neck, but I

18   don't think he is required to reach out and search for

19   materials that went to another facility in another

20   jurisdiction.

21        Slightly more complex is Mr. Quaglin's claim that

22   the Warden violated his right to counsel.  Northern Neck

23   allows both general remote videoconferencing and attorney

24   visitation conferencing.  The jail has specific published

25   policies regarding each at ECF 17-21.  As to attorney

1    ways of other pretrial detainees, many of whom would prefer

2    to await their trial dates in the comfort of their homes as

3    well.  Therefore, I deny the plaintiff's motion for an

4    emergency preliminary injunction.

5            I guess I do want to ask the attorneys to try to

6    work cooperatively with the Warden, and to ensure that

7    Mr. Quaglin is getting his discovery, is getting the care he

8    needs.  I am concerned about his health, as I think

9    everybody is.  As I said, I thought some of the e-mails

10   between Mr. McBride and the Warden were probably a little

11   unprofessional on both sides.

12           Mr. Gross, now that you're in the case, it might

13   be a good idea for your client if you tried to take a stab

14   at communicating with the Warden.  I assume that you all

15   want to be prepared and get focused on trial, and I'd like

16   to see Mr. Quaglin be in a position to get to trial as soon

17   as possible.  So sir, I'd encourage you to try to start a

18   new note with the Warden.

19           Also, I guess I'd ask you, Mr. Rosen, if -- could

20   you help ensure that we do get discovery to the plaintiff

21   here?  I'm not suggesting that you go and find it, but if

22   Mr. McBride or Mr. Gross gets you discovery, can you ensure

23   that we get that to the plaintiff?

24           **MR. ROSEN:**  Certainly, Judge, yes.

25           **THE COURT:**  Thank you.  Mr. Rosen, anything