## **DECLARATION OF CHRISTOPHER QUAGLIN**

I, CHRISTOPHER QUAGLIN, hereby declares as follows

1. Since I was first detained in April of 2021, I have never had access to evidence.com or relativity.
2. I have never had access to the internet at any of the six facilities where I have been detained.
3. I have never viewed my discovery.
4. My previous attorney sent a flash drive with my discovery to the Essex County Correctional facility, but it was never given to me by the Jail.
5. The Government lost that flash drive.
6. My current attorney delivered a hard drive to the DC Jail with my discovery, but I was never able to view it because I never had access to a laptop in the DC Jail.
7. In the DC Jail I signed up to use one of the Jail laptops, but before it was my turn to use it I was transferred from the Jail.
8. I never had access to a laptop in BOP Lewisburg, Alexandria Detention Center, or NNRJ where I am currently being held.
9. At NNRJ I am limited to 15-minute phone calls.
10. The phone is located in an area where I am not afforded privacy from other prisoners.
11. The calls may also be monitored and/or recorded by the Jail.
12. The phone is next to a two-way speaker box that is monitored by jail staff.
13. I have no way of knowing if they are listening to my calls through the speaker.
14. I am continuing to lose weight.
15. I recently weighed 157 lbs.

16. The Jail is currently threatening to put me in the area they refer to as medical.

17. The Jail has placed me in the area they refer to as medical in the past; I was confined in solitude and had no access to a phone to call my attorney.

Executed on November 25, 2022

/s/ Christopher Quaglin

Christopher Quaglin