UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES<br><br>v.<br><br>QUAGLIN | )<br>)<br>)<br>)  Case No. 21-cr-40<br>)<br>)<br>)<br>) |

## DECLARATION OF CHRISTOPHER QUAGLIN

I, CHRISTOPHER QUAGLIN, hereby declares as follows:

1. When I arrived at Northern Neck a year ago in December of 2021, I weighed 210 pounds.

2. Recently, I weighed in at 156.4 pounds, down almost 64 pounds.

3. I am diagnosed with celiac disease and have a severe allergy to gluten and to any food that has been cross contaminated with gluten.

4. I have filed many grievances after being fed cross contaminated food on multiple occasion, but the Jail does not acknowledge my grievances.

5. I no longer trust that the Jail can prepare food that is safe for me to eat.

6. The jail has me on a diet of eight Ensure drinks a day and nothing more.

7. I have told the Jail staff repeatedly that the Ensure drinks will only make my weight loss continue.

8. I have managed to mitigate my weight loss to some extent by purchasing prepackaged gluten free protein bars and other gluten free foods at the commissary.

9. Pursuant to Jail rules, I am limited to a certain amount of money that I can spend on commissary every week.

10. I have repeatedly asked the Jail to increase my commissary so I can purchase more food.

11. The Jail doctor even recommended to the Jail that, in addition to the Ensure drinks, the Jail should also increase the amount that I am allowed to spend on commissary.

12. The Jail repeatedly denied my request.

13. The Jail just announced that "due to inflation" starting in January of 2023, all prisoners will have an increase in the amount they can spend on commissary.

14. On or about Monday, December 5, I was moved to the "Honor Pod" where prisoners without disciplinary incidents are kept.

15. Normally, those detained in the Honor Pod have access to electronic tablets on all days except for holidays.

16. The days that I was moved to the Honor Pod were not holidays, yet tablet access was not provided.

17. I was unable to use a tablet while I was in the Honor Pod.

18. All of the prisoners in Honor Pod found this to be unusual; nobody could remember another time when tablets were not provided other than holidays.

19. On Tuesday, December 6, after one day in Honor Pod, the Jail sent a guard to demand that I go to medical.

20. In August, when the Jail sent me to medical I was locked in medical in solitary confinement for over a month. It was 24-hour solitary confinement with no TV, no books, no

video visits with my wife and infant son.  There were days at a time that I was not permitted to use a phone, even to call my attorney.

21. I have PTSD from my experience in medical.

22. I told guard that I have PTSD from my experience in medical and that I would not go unless I could get assurances in writing from the Jail administration and the head of medical that I would not be locked in solitary confinement if I went.

23. I submitted my reason for refusal in writing in multiple request forms for weeks prior to this incident.

24. These requests were never answered.

25. The guard said that I was required to go to medical to sign a form stating that I refused medical.

26. I have refused medical in the past and I was never required to go to medical to sign a form, the form was brought to me.

27. As recently as November 28, 2022, I refused to come to sick call and a form was brought to me to sign.  This is documented in a nursing progress log note from that day.

28. I asked to speak to a supervisor.

29. I have been to six jails during my almost two-year detention, and in every jail except for Norther Neck, if I asked to speak to a supervisor, I was able to do so.

30. The guard left to get other guards to forcibly bring me to medical.

31. While I was waiting for the guards to come, I sealed all of my legal documents in envelopes and careful labeled them and wrote that they should not be opened.

32. I did this in front of the jail's camera with the intention of documenting that my legal documents were sealed so I would know if the Jail opened them while in their possession.

33. I was very concerned that the Jail would open my legal documents because they have done so in the past.

34. Other prisoners have also had their legal papers illegally searched through while in the Jail's possession.

35. A team of guards came to the cell to bring me to medical against my will.

36. They grabbed me and handcuffed my hands behind my back.

37. When I was already restrained and walking down the "green mile" hallway, one of the guards slammed my head against the wall.

38. I was not struggling or resisting when the guard slammed my head against the wall.

39. All of this was recorded by the Jail's cameras.

40. The guards slammed my head a second time in the same manner while I was in medical.

41. When I was being physically abused by the guards in the green mile hallway, I heard one of the guards say, "don't leave any marks."

42. When I arrived in medical I was hyperventilating from my PTSD.

43. I was asked if I was refusing medical.

44. I did not answer yes or no.

45. The guard said, "your silence means compliance."

46. There was nobody in medical when I was there who was a doctor.

47. I learned the next day that there was no doctor in the Jail the day that I was forcibly taken to medical.

48. I was then forcibly taken from medical and moved to "booking."

49. At booking I was placed in the same cell that months before I had been illegally handcuffed and left alone for many hours.

50. I still suffer PTSD from that experience and suffer to this day physical pain in my shoulder.  Since that day my right shoulder protrudes more than my left shoulder as a consequence of being handcuffed for hours.  It is a constant reminder of the horrors that I experienced in that cell.

51. During the time I was in booking, the Jail confiscated my legal documents from my cell in Honor Pod, as I had suspected they would.

52. I asked to speak to my attorney but was denied.

53. I continued to demand to speak to my attorney, and was finally allowed to speak with him after 30 or 40 minutes.

54. I was not granted a private call with my attorney.

55. The Jail does not provide a way for me to speak privately on the phone under any circumstances.

56. Sometime after telling my attorney that my sealed documents were confiscated, the Jail returned my documents.

57. When I inspected my documents to see if they were still sealed, I saw that one of the envelopes had clearly been opened by the Jail.

58. I was able to make a video visit to my wife the next morning and show her.  She recorded the call.

59. From booking I was moved to B Pod.

60. Being moved from Honor Pod to B Pod is a punishment.

61. I am a pretrial detainee and cannot be punished as if I were an inmate.

62. The next day, Wednesday, December 7, 2022, in B Pod, they asked me if I wanted to see the doctor.

63. I asked if there was a doctor in the jail the day before, and they said there was not.

64. I said, I did not want to see a doctor.

65. They immediately produced a form for me to sign that I was refusing medical.

66. At that moment I learned that the events Tuesday, December 6, were a pretext for the purpose of moving me from Honor Pod; there was no reason to forcibly take me to medical to sign a form saying I was refusing to see a doctor because (1) there was no doctor, and (2) the form could have been brought to my cell to sign.

67. I have refused medical other times in the past, and every time a form was provided for me to sign in the cell, except for on Tuesday, December 6, 2022.

68. The next morning, at 2:00 AM, three guards came in to search my cell.

69. There was no reason to search my cell, as I had just been moved there hours before.

70. They woke me up from my sleep.

71. I was wearing an eye cover over my eyes, which I do every night to help me sleep.

72. I was only wearing my boxer shorts, and no shirt.

73. Without giving me an opportunity to put on a shirt or take off the eye cover, the guards handcuffed my hands behind my back.

74. The eye cover was on my face such my eyes were about 90% covered, and I could only must barely see if I looked out from under the bottom of the eye cover at a downward angle.

75. This was all recorded on the Jail cameras.

76. My cell was on the second floor, and there was a catwalk leading to stairs leading to the first floor.

77. The guards led me onto the catwalk towards the stairs, half-naked, hands cuffed behind my back, and wearing an eye cover.

78. They led me to the stairs and told me to walk down the stairs. They did not assist me.

79. Because I could barely see and my hands were cuffed behind my back and nobody was assisting me, I tripped and almost fell down the stairs. I was only able to save myself by leaning my stomach over the rail

80. Very carefully, I made my way down the stairs.

81. When I got to the bottom of the stairs, one of the guards removed my eye cover.

82. I was then strip searched.

83. I was never told why.

84. I was led into a bathroom that had an inch or two of water on the ground from an overflowed toilet. I was still barefoot.

85. The next day I was moved again to E Pod where I remain today.

86. I am confined in solitude without a cell mate.

87. I am locked down for 23 hours a day.

88. I have not been able to have video calls with my wife and infant son.

89. I have no access to the kiosk that allows me to send text messages to my wife. I also use the Kiosk to document my requests, grievances, and appeals and have my wife send them to my attorney. I can no longer do that.

90. I am still not able to have private calls with my attorney.

91.     During these transfers, the Jail stole some of my possessions.

92.     I have kept in my cell two copies of the NNRJ inmate handbook where I kept detailed notes of all of the times that the Jail violated its policies.

93.     I am permitted to keep the jail handbook in my cell.

94.     During the recent transfers, the Jail stole these two copies of the handbook.

95.     Just yesterday I learned that a woman came to visit her husband who is also in solitary confinement in this unit.  She traveled all the way from Washington, DC, but when she arrived, she was refused a visit with her husband.

Executed on December 14, 2022                    /s/ Christopher Quaglin

                                                 Christopher Quaglin