**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **UNITED STATES**,<br><br>v.<br><br>**CHRISTOPHER JOSEPH QUAGLIN**,<br><br><br>Defendant. |

Case No. 1:21-cr-00040-4 (TNM)

## ORDER

Christopher Joseph Quaglin is detained pre-trial for his alleged actions at the U.S. Capitol on January 6.  He has been shuffled to numerous jails for various reasons, including disciplinary infractions.  Quaglin suffers from a gluten allergy that requires a specific diet while he is detained.  Before the Court is Quaglin's Third Motion for Release, ECF No. 519, and his supplements to that motion, ECF Nos. 531, 536, 540, 547, 548.  For the reasons stated on the record at the March 14, 2023, motions hearing, the Court hereby ORDERS the U.S. Marshals Service to verify that Quaglin receives a gluten-free diet while detained pre-trial.  The U.S. Attorney's Office shall confirm that the Marshals Service receives this Order.

**SO ORDERED**.

Dated: March 15, 2023

TREVOR N. McFADDEN, U.S.D.J.

1