

בס"ד

# CONGREGATION SHOMREI EMUNAH

April 3, 2023

To Whom It May Concern:

Jonathan Gross is a congregant of Congregation Shomrei Emunah, an Orthodox Synagogue in Baltimore. Jonathan attends our daily services and is an active member of our congregation. As a strictly observant Orthodox Jew, he does not work on the Sabbath or any of the Jewish holidays.

This year, the holiday of Passover begins on Wednesday evening, April 5 and ends on Thursday evening, April 13. Jonathan will be observing the entire holiday according to strict Orthodox Jewish law and therefore it would not be possible for him to appear for trial during this time.

Please feel free to call me with any questions.

Thank you for your consideration.

Sincerely,

Rabbi Binyamin Marwick
*Rabbi, Congregation Shomrei Emunah*

---

RABBI BINYAMIN MARWICK, RABBI • ITZI BARR, PRESIDENT •

VICE PRESIDENTS: BORUCH BERNSTEIN • BINYANIM GUTTMAN • JOE HIRSCH • MORDY LAZAR • AVI ZUCKERBROD •

EXECUTIVE OFFICES • 6221 GREENSPRING AVENUE, BALTIMORE, MD 21209 • P. 4103588604 • F. 4103580664