IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff,*  -v.-  **CHRISTOPHER QUAGLIN,**  *Defendant.* | Case No. 21-CR-40 (TNM) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL**
**EXHIBIT A TO HIS MOTION FOR A CONTINUANCE**

Undersigned counsel respectfully moves this Court for the entry of an Order granting Defendant the right to file under seal Exhibits A, B, C, D, E, F, G, in accordance with the procedures outlined in Local Rule 5.4

Dated: New York, NY
April 10, 2023

Respectfully submitted,

/s/ *Joseph D. McBride, Esq.*
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com