1               UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                      FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA        Criminal No.  21-cr-00040

4          v.                        Washington, D.C.

5    PATRICK MCCAUGHEY, III,         August 5, 2021
     TRISTAN STEVENS,
6    DAVID JUDD,
     CHRISTOPHER QUAGLIN,
7    ROBERT MORSS,
     GEOFFREY SILLS,
8
                    Defendants.      10:00 a.m.
9    -------------------------/

10            TRANSCRIPT OF STATUS CONFERENCE VIA VTC
             BEFORE THE HONORABLE TREVOR N. McFADDEN
11               UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Government:    MELISSA JACKSON, ESQUIRE

14

15   For the Defendants:    LINDY URSO, ESQUIRE
                            LAUREN COBB, ESQUIRE
16                          ELIZABETH MULLIN, ESQUIRE
                            CARLOS DIAZ-COBO, ESQUIRE
17                          JOSEPH McBRIDE, ESQUIRE
                            ELIZABETH TOPLIN, ESQUIRE
18                          KATHLEEN GAUGHAN, ESQUIRE
                            JOHN KYIONAGA, ESQUIRE
19

20   Court Reporter         Lisa K. Bankins RMR FCRR RDR
                            United States District Court
21                          District of Columbia
                            333 Constitution Avenue, NW
22                          Washington, D.C. 20001

23

24   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
25

```
 1                P R O C E E D I N G S
 2           THE COURTROOM DEPUTY:  Your Honor, this is
 3    Criminal Case 21-40, United States of America versus
 4    McCaughey, et al.  Counsel, please introduce yourselves
 5    for the record, starting with the government.
 6           MS. JACKSON:  Good morning.  AUSA Melissa
 7    Jackson on behalf of the United States.
 8           THE COURT:  Good morning, Ms. Jackson.
 9           MR. URSO:  Good morning.  Lindy Urso on behalf
10    of Mr. McCaughey, who is with me here.
11           THE COURT:  Good morning, Mr. Urso.  Good
12    morning, Mr. McCaughey.
13           MS. COBB:  Good morning.  Lauren Cobb -- excuse
14    me.
15           THE COURT:  Go ahead, Ms. Cobb.
16           MS. COBB:  Lauren Cobb on behalf of Mr. Stevens.
17    He's present as well.
18           THE COURT:  Good morning, Ms. Cobb.  Good
19    morning, Mr. Stevens.
20           MR. KYIONAGA:  Good morning, Your Honor.  John
21    Kyionaga on behalf of Mr. Sills, who is present by Zoom.
22    He's at the Northern Neck Regional Jail.  I apologize for
23    using my IPhone, Your Honor.  I could not locate the link
24    on my laptop.  I'm sitting in my office.
25           THE COURT:  That's fine.  Good morning, Mr.
```

1      Kiyonaga and good morning, Mr. Sills.

2                  MS. MULLIN:  Good morning, Your Honor.

3      Elizabeth Mullin on behalf of David Judd, who is present.

4                  THE COURT:  Good morning, Ms. Mullin and good

5      morning, Mr. Judd.

6                  MS. MULLIN:  Good morning, Your Honor.  This is

7      Elizabeth Toplin and with me is Kathleen Gaughan on behalf

8      of Mr. Morss, who is also present.

9                  THE COURT:  Good morning, Ms. Toplin and good

10     morning, Mr. Morss.  All right.  I think we've got

11     everyone.

12                 MR. DIAZ-COBO:  Good morning, judge.  Carlos

13     Diaz-Cobo for the moment on behalf of Mr. Quaglin.

14                 THE COURT:  Right.  All right.  Sorry about

15     that, Mr. Diaz-Cobo.  I've spoken with you a moment ago.

16     But I forgot.  And is -- do we have the potential

17     successor counsel on as well?

18                 MR. DIAZ-COBO:  Yes, judge.

19                 MR. MCBRIDE:  Good morning, Your Honor.  Joseph

20     McBride, a potential successor.  Nice to meet you.

21                 THE COURT:  All right.  Good morning,

22     Mr. McBride.

23                 All right.  Folks, we're all here for a status

24     conference.  Ms. Jackson, why don't you tell us where

25     things stand?

1          MS. JACKSON:  Yes, Your Honor.  And actually,

2     may I approach ex parte in a breakout room, please?

3          THE COURT:  Okay.  So, Ms. McChachlan, if you

4     could place her and the court reporter in the breakout

5     room?

6          THE COURTROOM DEPUTY:  Yes, Your Honor.

7          (This portion of the transcript was placed under

8     seal.  After which, the following resumed in open

9     session:)

10          THE COURT:  We're back in open court.

11     Ms. Jackson, where do things stand?

12          MS. JACKSON:  Yes, Your Honor.  We made a

13     significant amount of discovery -- provided a significant

14     amount of discovery in this case, including over 200 body

15     worn camera files, hundreds of files related to each of

16     the cases total for each individual defendant, much of

17     which overlaps with the other defendants as well.

18          I also filed a update, an office update about

19     the status of the discovery writ large from January 6th,

20     kind of providing notice of where that stands.  My

21     understanding is that FPD and others on behalf of the

22     defense are working on trying to arrange for a database

23     that could then house a large amount of the data.  So the

24     larger data from January 6th for defense counsel to be

25     able to access and utilize in a manner that makes sense.

1    But those efforts are still very much ongoing.

2         Nevertheless, we are not waiting for that and

3    doing everything we can to identify any potential video,

4    body worn camera or other type of evidence that might be

5    relevant in these cases particularly and providing them

6    and I would encourage counsel to reach out to me

7    separately to -- if there are specific areas that they

8    would like more information on in that respect.  So that's

9    where we are with discovery.

10        Given the complexity of the case -- oh, the

11   second major update is that we recently -- as of last

12   night, I finally got approval for plea offers for the

13   remaining defendants who have not yet received plea offers

14   in this case.  Those will be sent out later today when I

15   can finish writing those emails.  For consideration of

16   counsel, I tried to flag that with some of the counsel

17   except for Mr. Quaglin's counsel because he's changing to

18   let them know that's coming.  But I wanted to let the

19   Court know that we are making progress in that respect as

20   well and should have the offers out so that people can

21   take those in consideration and make some final decisions

22   about whether we are going to trial or not.

23        THE COURT:  Okay.  So what are you requesting,

24   Ms. Jackson?

25        MS. JACKSON:  I'm requesting a status hearing

1    either 30 to 45 days out so that we can reconvene once new

2    counsel has gotten up to speed and everybody has some time

3    to look into the plea offers and discovery and we can make

4    some decisions about potential trial dates or next steps

5    from here.

6            THE COURT:  Okay.  And am I correct in thinking

7    that -- you started pushing out global discovery.  I

8    understand it all hasn't gone out.  But is global

9    discovery in fact going out at this point or is it still

10   just defendant specific discovery?

11           MS. JACKSON:  There's the office-wide approach

12   to this and then my personal approach.  Office-wide I

13   understand that we are still working on creating a system

14   to manage the larger discovery out.  All I know is what I

15   filed in that notice yesterday that it's still kind of

16   being worked on.

17           In the meantime, I have just been giving

18   anything that might be relevant over that I'm aware of in

19   larger chunks.  That's one of the reasons why I provided,

20   for instance, the 200 different audio and camera files

21   which is a bit over-inclusive, but I have the desire to

22   provide as much as we can.

23           Unfortunately, the system-wide solution to that

24   issue is not in sight at this moment and I don't know that

25   when and how that's going to be in place.  The last time

1    we had an update about it, the chief judge and the FPD

2    legal counsel were in the process of talking about how to

3    create a database or paper database to get that going.

4            THE COURT:  I'll just say I mean there is some

5    complexities in this case, and some logistical issues that

6    may not make this an issue, but I'll say more broadly I am

7    concerned that this is -- kind of the discovery here has

8    been a moving target.  I think you told me back several

9    months ago that discovery was going to be going out,

10   global discovery in July.  Obviously, we're in August

11   here.  That hasn't happened.  I certainly recognize that's

12   not your fault.  But when we've got defendants who -- some

13   of whom have been incarcerated for a number of months now,

14   that we're approaching a point where I think this is not

15   acceptable.  But given all the other things in this case,

16   this is going to be hard for us to move much faster

17   anyway.

18           All right.  So I take it -- so Ms. Jackson is

19   looking for a status conference in about 45 days.  I've

20   got some trial dates anyway that are going to make it hard

21   for me to schedule something.  I'll suggest 2 p.m. on

22   Monday, September 20th.  Ms. Jackson, does that work for

23   you?

24           MS. JACKSON:  Yes, Your Honor.  It does.

25           THE COURT:  And I take it you are going to be

1    seeking tolling in the interim?

2            MS. JACKSON:  Yes, Your Honor.  Given the

3    complexity of the case, the complex discovery and the

4    number of defendants involved, we are asking that it be

5    tolled in the meantime in the interest of justice.

6            THE COURT:  Okay.  Mr. Urso?

7            MR. URSO:  Yes, Your Honor.  That date works and

8    we have no problem with tolling.  I'm just starting to

9    make some headway getting through the discovery.  So we

10   could definitely use the time.

11           THE COURT:  Okay.  Ms. Cobb?

12           MS. COBB:  Your Honor, the September 20th date

13   works for us and we don't have any objection to the

14   tolling either.

15           THE COURT:  All right.  Ms. Mullin?

16           MS. MULLIN:  Your Honor, the September 20th date

17   works for us.  We don't have an objection to the tolling.

18   I do want to say on behalf of Mr. Judd, that we have

19   reviewed much of the discovery that Ms. Jackson has

20   provided.  We appreciate it.  However, I would note for

21   Mr. Judd's record that most of it pertains to the other

22   defendants.  We have not received a large submission that

23   relates to Mr. Judd where he was allegedly positioned.  My

24   understanding is that it is coming in a couple of weeks.

25   That is, more discovery from the lower west terrace.  So

1    we await that.  In addition, we're waiting for the

2    contents of Mr. Judd's phone which I understand is in the

3    government's possession.

4          But with those two I guess statements for the

5    record, we don't oppose tolling and September 20th works

6    for us.

7          THE COURT:  Okay.

8          MS. JACKSON:  Your Honor, Ms. Mullin, could you

9    please call me afterwards because I want to make sure I

10   understand what you are saying about discovery and make

11   sure I get you what you need?

12         MS. MULLIN:  Will do.

13         THE COURT:  I am making a note of that and I

14   appreciate the attorneys trying to address that.  I will

15   certainly hope to hear progress on that by September 20th.

16         Mr. Diaz-Cobo, does that make sense to you?

17         MR. DIAZ-COBO:  Judge, it does.  As Your Honor

18   is aware, Mr. Joseph McBride has filed an appearance on

19   behalf of Mr. Quaglin and wants to substitute in.  So I am

20   hesitant to advocate on behalf of Mr. Quaglin where he has

21   another attorney that he wants -- that he wishes to speak

22   for him.

23         THE COURT:  Okay.  Mr. McBride, are you admitted

24   to this court?

25         MR. MCBRIDE:  Yes, I am admitted, Your Honor.

1          THE COURT:  Okay.  And you filed an appearance

2    here in this case?

3          MR. MCBRIDE:  Yes, I did, Your Honor.

4          THE COURT:  Thank you.  Mr. Quaglin, is it

5    correct you're seeking to replace Mr. Diaz-Cobo with Mr.

6    McBride?

7          DEFENDANT QUAGLIN:  Yes, it is, Your Honor.

8          THE COURT:  All right.  I am happy to make that

9    change at this point.  Sir, I'll tell you that as things

10   get going, transferring attorneys can create difficulties

11   and frankly, make it -- slow things down both for you

12   being able to get a resolution in your case and your

13   co-defendants as well.  So I think we're kind of at an

14   early stage, relatively speaking, where I'm happy to grant

15   this request.  But I'll warn you that this is not a game

16   of musical chairs.  That --

17         DEFENDANT QUAGLIN:  We're all on the same page,

18   Your Honor.

19         THE COURT:  -- hopefully, this is going to be a

20   one off.

21         All right.  So Mr. Diaz-Cobo, I'll thank you for

22   your service and I'll excuse you from this case.  I'll

23   just ask you to provide any discovery or other relevant

24   materials that you may have to Mr. McBride.

25         Ms. Jackson, did you want to say something?

1           MS. JACKSON:  Yes, Your Honor.  Before

2    Mr. Diaz-Cobo left, there's still the issue of the motion

3    to lift the stay on transportation for Mr. Quaglin that

4    has been pending that we would like the Court to resolve

5    at this hearing.  I don't know if Mr. McBride is as up to

6    speed to that issue.  So I was hoping that Mr. Diaz-Cobo

7    could stay on the call to assist if needed.

8           THE COURT:  Okay.  So I'll -- let me -- we'll

9    come back to that in just a minute.

10           Mr. McBride, do you want to speak to the

11    proposed September 20th date?

12           MR. McBRIDE:  Yes.  Thank you, Your Honor.  In

13    light of my office just being retained and the amount of

14    discovery, we have no objection to tolling time.

15    September 20th is a good day for us as well.

16           THE COURT:  Okay.  And do you have any objection

17    to tolling?

18           MR. McBRIDE:  No, I do not.

19           THE COURT:  All right.  And Ms. Toplin?

20           MS. TOPLIN:  Thank you, Your Honor.  Your Honor,

21    at this point we don't have an objection to the tolling.

22    The date of the 20th works fine for Ms. Gaughan and

23    myself.

24           I do have a concern.  Obviously, Mr. Morss is

25    one of the defendants that is in custody.  We received

1    some discovery as recently as last week.  I shouldn't say

2    some.  We received -- I'm sorry -- last night.  We

3    received a lot last night and a bit yesterday during the

4    day.

5            We have not yet received an offer and I am a

6    little bit concerned about the speed at which discovery is

7    being produced.  Obviously, we need to review discovery

8    before we ever discuss an offer.  So I am just wondering

9    if the Court is going to be setting production deadlines

10   and so forth in this case.  I don't want discovery -- I

11   don't want to be in a situation where on September 19th we

12   receive, you know, gigabytes of discovery, which appears

13   that that may be how this is going.  We are receiving

14   massive, for lack of a better term, dumps at one time

15   which we have to sort through.  So a little guidance from

16   the Court would be helpful in that regard.

17           THE COURT:  So I'm certainly sympathetic to your

18   concern.  But I think your client is actually one of the

19   ones who is more recently to the case.  So I'm not

20   surprised that things are trailing a bit there.  And I

21   understand from Ms. Jackson's representations that your

22   client is probably one who is about to get a plea offer.

23           I don't feel like it's appropriate for me to set

24   a discovery deadline at this point.  But as I indicated, I

25   am concerned about the rate at which discovery is going

1    over.  And if you have, you know, the same concerns here

2    in September, then please re-raise them.

3            And Mr. Kyionaga for Mr. Sills?

4            MR. KYIONAGA:  Good morning, Your Honor.  The

5    20th of September is available for a status conference.

6    However, I do object to tolling the time.  I'm new to the

7    case.  As I just -- Mr. Sills is relatively new to the

8    case as well.  The government chose to charge 500 people.

9    I don't think the task of proving up the physical conduct

10   of one person in a discreet place in a discreet window of

11   time should require terabytes of meta data.

12           But be that as it may, whether or not it does,

13   he has a speedy trial right.  He's locked up.  My

14   understanding is he has no criminal record.  He's being

15   denied his anxiety medication while he's at the Northern

16   Neck.  That's a good hour and a half at least from where I

17   am and he does not waive speedy trial.  I'm available for

18   a trial on the 30th of August, Your Honor.

19           THE COURT:  Okay.  Thank you, sir.  I'm going to

20   set this for a status conference on September 20th.  I do

21   think it's appropriate to toll the speedy trial clock in

22   the interim.  I understand Mr. Kiyonaga's concerns and,

23   frankly, share them to a certain extent.  But I think

24   Mr. Sills is still very new to this case.  He was only

25   arrested within the last few weeks I believe.  Yeah.

1   Within the last month or so.

2          I think this is a very unusual case and just --

3   I mean putting aside the other 500-plus people, the mere

4   fact that he is now part of a case involving six -- I

5   believe six other co-defendants or at least five other

6   co-defendants adds complexities here both for the

7   government and for the defense in ensuring that discovery

8   is properly produced.  So I do think the interest of

9   justice outweigh the interest of the defendants and the

10  public in a speedy trial to the extent that I am going to

11  toll until September 20th and that's for the reasons that

12  Ms. Jackson laid out.

13         All right.  So let's go back to the issue.  And

14  to be clear that would be in -- that will be a VTC

15  hearing.  If for some reason there's a plea in this case,

16  by that time I'm certainly happy to do any pleas in person

17  at any party's request.

18         Mr. Diaz-Cobo, can you speak to the stay of the

19  transfer order?

20         MR. DIAZ-COBO:  Certainly, judge.  Judge, as I'm

21  sure you're aware after having read the submissions by

22  both the government and by myself, once my client was --

23  there was an order for release of my client.  That was

24  appealed to Chief Judge Beryl Howell and after she

25  determined that he would be detained, we asked for a stay

1    of transportation based on the fact that the -- for the

2    foreseeable future, the hearings would be virtual and

3    allowing Mr. Quaglin to stay housed in the Essex County

4    facility would allow me to as his attorney communicate

5    with him better and go over with discovery with him better

6    as opposed to him being four hours away in D.C.  And so

7    Chief Judge Beryl Howell granted that stay.  There was no

8    objection by the state at that point.

9            I don't know exactly why the state has changed

10   its mind at this point, judge, but I don't see why

11   Mr. Quaglin should be transported at this point since

12   September 20th is going to be virtual.  He is being

13   produced by the marshals out of Essex County to this court

14   for the virtual hearings.  And I think that Mr. McBride,

15   who is now going to be Mr. Quaglin's attorney, would

16   benefit from being able to go over discovery and meet with

17   him at the Essex County correctional facility, which is

18   significantly closer to him than D.C.

19           So, judge, I don't know if Mr. McBride wants to

20   weigh in on this and whether or not he wants to ask that

21   this be heard at that September 20th date, but that's what

22   I have to say with respect to that.  I would ask that

23   Mr. Quaglin be housed exactly where he is.

24           THE COURT:  Mr. McBride, do you wish to add

25   anything?

1          MR. MCBRIDE:  Yes, judge.  My understanding that

2     today was a status conference.  I really would like to be

3     address the motion at a separate time.  But what I can say

4     is this.  There is no practical need for Mr. Quaglin to be

5     transported to D.C. at this time, especially in light of

6     the plethora of complaints that are coming out of that

7     facility, including lack of access to attorney, lack of

8     the ability for defendants who choose to meet and confer

9     and go over their discovery with their lawyers in a

10    private setting where attorney/client privilege it has

11    been preferred.  There are multiple reports regarding the

12    physical conditions of that facility.  There are reports

13    of black mold on the walls and in the cells, brown

14    drinking water.  There are also multiple reports of

15    detainees being held in prolonged solitary confinement for

16    23 and/or 24 hours a day.

17         Moreover, I am also located locally.  I am in

18    New York City and my ability to access my client going

19    forward to go over discovery with him in person and to

20    form a intelligent defense will be severely affected by

21    the move.  He's only about 40 minutes from where I am at

22    now and we're talking about a four or four to five-hour

23    trip one way to meet with him every time.

24         So for those reasons and for the fact that we

25    actually filed a letter publicly last night to Amnesty

International and ACLU asking for an investigation into the human rights abuse at this facility, we would ask you to please keep him where he is currently located at this time.

THE COURT:  All right.  Thank you, gentlemen. So what I'm going to do, I am going to grant the government's request, but I'm going to sit on that for a few weeks here so that, Mr. McBride, you hopefully will have an opportunity to meet with your client and to go through as much of the discovery as you can in the short term here.  But this is -- however much may have made sense back in April when the motion was initially made, I think at this point we've got kind of a significant group of defendants in this case.  We probably are going to be moving toward in-person hearings soon.  Certainly as there are kind of more substantive motion hearings and potentially pleas or other substantive hearings, I think that it makes sense for the defendants to be nearby.

I'm not sure -- it's not typically up to the Court exactly where the defendant is held and obviously, we've got defendants on this case who are in CVRJ and Northern Neck and other jails in this general area.  So I'm not sure where exactly Mr. Quaglin would be held.

I actually, you know, I haven't heard really any complaints I think from defendants in my cases who are

currently held in the D.C. Jail.  I think you're correct
to a certain extent about the -- I think it's not solitary
confinement so much as quarantine because of the COVID
outbreaks throughout the country.  And from what I can
tell, the D.C. Jail has actually done a really good job in
protecting their inmates from exposure.  But as a result,
unfortunately, it means that people are not necessarily in
general population the way they might historically have
been.

         So I am going to grant the government's motion.
I'm going to wait on that here going forward a few weeks.
So hopefully, we can have Mr. Quaglin here by the next
hearing.  But it should give you, Mr. McBride, time to
visit him in the next couple of weeks and I urge you to
take advantage of that.

         I do need to re-issue the Due Process
Protections Act order in light of the fact that we've got
a couple of new defendants.  So pursuant to the Due
Process Protections Act, the Court orders that all
government counsel shall review their disclosure
obligations under Brady versus Maryland and its progeny as
set forth in local Criminal Rule 5.1 and comply with those
provisions.  The failure to comply could result in
dismissal of the indictment or information, dismissal of
individual charges, exclusion of government evidence or

1    witnesses, continuances as far as discipline or any other

2    remedy that is just under the circumstances.  I'll be

3    entering a minute order to that effect.

4            Ms. Jackson, anything further for the

5    government?

6            MS. JACKSON:  No, Your Honor.

7            THE COURT:  Mr. Urso for Mr. McCaughey?

8            MR. URSO:  No, Your Honor.

9            THE COURT:  Ms. Cobb for Mr. Stevens?

10           MS. COBB:  No, Your Honor.

11           THE COURT:  Ms. Mullin for Mr. Judd?

12           MS. MULLIN:  No, Your Honor.

13           THE COURT:  Mr. McBride for Mr. Quaglin?

14           MR. MCBRIDE:  No, Your Honor.

15           THE COURT:  All right.  And just to finish what

16   I started before, I am granting the motion to change

17   counsel for Mr. Quaglin.  Mr. Diaz-Cobo, thank you for

18   your service.  Please provide the relevant materials to

19   Mr. McBride.

20           Ms. Toplin for Mr. Morss?

21           MS. TOPLIN:  No, Your Honor.  Thank you.

22           THE COURT:  And Mr. Kiyonaga for Mr. Sills?

23           MR. KYIONAGA:  Nothing here, Your Honor.  Thank

24   you.

25           THE COURT:  Thanks, folks.  I'll see you all on

1    September 20th albeit virtually.  Thank you.

2            (Proceedings concluded.)

1                    CERTIFICATE OF REPORTER

2

3           I, Lisa K. Bankins, an Official Court Reporter

4    for the United States District and Bankruptcy Courts for

5    the District of Columbia, do hereby certify that I

6    reported, by machine shorthand, in my official capacity,

7    the proceedings had and testimony adduced upon the status

8    conference in the case of the United States of America

9    versus Patrick McCaughey, III, Tristan Stevens, David

10   Judd, Christopher Quaglin, Robert Morss, Geoffrey Sills,

11   Criminal Number 21-CR-00040, in said court on the 5th day

12   of August, 2021.

13

14           I further certify that the foregoing 20 pages

15   constitute the official transcript of said proceedings, as

16   taken from my machine shorthand notes, together with the

17   backup tape of said proceedings to the best of my ability.

18

19           In witness whereof, I have hereto subscribed my

20   name, this 13th day of March, 2023.

21

22

23                              *Lisa K. Bankins*

24                              Lisa K. Bankins
                                Official Court Reporter
25



**DEFENDANT QUAGLIN: [2]** 10/7 10/17
**MR. DIAZ-COBO: [4]** 3/12 3/18 9/17 14/20
**MR. KYIONAGA: [3]** 2/20 13/4 19/23
**MR. McBRIDE: [7]** 3/19 9/25 10/3 11/12
11/18 16/1 19/14
**MR. URSO: [3]** 2/9 8/7 19/8
**MS. COBB: [4]** 2/13 2/16 8/12 19/10
**MS. JACKSON: [10]** 2/6 4/1 4/12 5/25 6/11
7/24 8/2 9/8 11/1 19/6
**MS. MULLIN: [5]** 3/2 3/6 8/16 9/12 19/12
**MS. TOPLIN: [2]** 11/20 19/21
**THE COURT: [39]**
**THE COURTROOM DEPUTY: [2]** 2/2 4/6

**0**

**00040 [2]** 1/3 21/11

**1**

**10:00 [1]** 1/8
**13th [1]** 21/20
**19th [1]** 12/11

**2**

**20 [1]** 21/14
**200 [2]** 4/14 6/20
**20001 [1]** 1/22
**2021 [2]** 1/5 21/12
**2023 [1]** 21/20
**20th [14]** 7/22 8/12 8/16 9/5 9/15 11/11 11/15
11/22 13/5 13/20 14/11 15/12 15/21 20/1
**21-40 [1]** 2/3
**21-cr-00040 [2]** 1/3 21/11
**23 [1]** 16/16
**24 [1]** 16/16

**3**

**30 [1]** 6/1
**30th [1]** 13/18
**333 [1]** 1/21

**4**

**40 [2]** 2/3 16/21
**45 [2]** 6/1 7/19

**5**

**5.1 [1]** 18/22
**500 [1]** 13/4
**500-plus [1]** 14/3
**5th [1]** 21/11

**6**

**6th [2]** 4/19 4/24

**A**

**a.m [1]** 1/8
**ability [3]** 16/8 16/18 21/17
**able [3]** 4/25 10/12 15/16
**about [14]** 3/14 4/18 5/22 6/4 7/1 7/2 7/19 9/10
12/6 12/22 12/25 16/21 16/22 18/2
**abuse [1]** 17/2
**acceptable [1]** 7/15
**access [3]** 4/25 16/7 16/18
**ACLU [1]** 17/1
**Act [2]** 18/17 18/19
**actually [5]** 4/1 12/18 16/25 17/24 18/5
**add [1]** 15/24
**addition [1]** 9/1
**address [2]** 9/14 16/3
**adds [1]** 14/6
**adduced [1]** 21/7
**admitted [2]** 9/23 9/25
**advantage [1]** 18/15
**advocate [1]** 9/20
**affected [1]** 16/20

**after [3]** 4/8 14/21 14/24
**afternoon [1]** 6/14
**ago [2]** 3/15 7/9
**ahead [1]** 2/15
**al [1]** 2/4
**albeit [1]** 20/1
**all [19]** 3/10 3/14 3/21 3/23 3/23 6/8 6/14 7/15
7/18 8/15 10/8 10/17 10/21 11/19 14/13 17/5
18/19 19/15 19/25
**allegedly [1]** 8/23
**allow [1]** 15/4
**allowing [1]** 15/3
**also [4]** 3/8 4/18 16/14 16/17
**am [17]** 6/6 7/6 9/13 9/19 9/25 10/8 12/5 12/8
12/25 13/17 14/10 16/17 16/17 16/21 17/6
18/10 19/16
**AMERICA [1]** 1/3 2/3 21/8
**Amnesty [1]** 16/25
**amount [4]** 4/13 4/14 4/23 11/13
**another [1]** 9/21
**anxiety [1]** 13/15
**any [8]** 5/3 8/13 10/23 11/16 14/16 14/17 17/24
19/1
**anything [3]** 6/18 15/25 19/4
**anyway [2]** 7/17 7/20
**apologize [1]** 2/22
**appealed [1]** 14/24
**appearance [2]** 9/18 10/1
**APPEARANCES [1]** 1/12
**appears [1]** 12/12
**appreciate [2]** 8/20 9/14
**approach [3]** 4/2 6/11 6/12
**approaching [1]** 7/14
**appropriate [2]** 12/23 13/21
**approval [1]** 5/12
**April [1]** 17/12
**are [25]**
**area [1]** 17/22
**areas [1]** 5/7
**arrange [1]** 4/22
**arrested [1]** 13/25
**as [30]**
**aside [1]** 14/3
**ask [4]** 10/23 15/20 15/22 17/2
**asked [1]** 14/25
**asking [2]** 8/4 17/1
**assist [1]** 11/7
**attorney [5]** 9/21 15/4 15/15 16/7 16/10
**attorney/client [1]** 16/10
**attorneys [2]** 9/14 10/10
**audio [1]** 6/20
**August [4]** 1/5 7/10 13/18 21/12
**AUSA [1]** 2/6
**available [2]** 13/5 13/17
**Avenue [1]** 1/21
**await [1]** 9/1
**aware [3]** 6/18 9/18 14/21
**away [1]** 15/6

**B**

**back [5]** 4/10 7/8 11/9 14/13 17/12
**backup [1]** 21/17
**Bankins [1]** 1/20 21/3 21/23 21/24
**BANKRUPTCY [2]** 1/1 21/4
**based [1]** 15/1
**be [32]**
**because [5]** 5/17 9/9 18/3
**been [6]** 6/17 7/8 7/13 11/4 16/11 18/9
**before [4]** 1/10 11/1 12/8 19/16
**behalf [11]** 2/7 2/9 2/16 2/21 3/3 3/7 3/13 4/21
8/18 9/19 9/20
**being [9]** 6/16 10/12 11/13 12/7 13/14 15/6
15/12 15/16 16/15
**believe [2]** 13/25 14/5
**benefit [1]** 15/16
**Beryl [2]** 14/24 15/7

**best [1]** 21/17
**better [3]** 10/1 15/3 15/5
**bit [4]** 6/21 12/3 12/6 12/20
**black [1]** 16/13
**body [2]** 4/14 5/4
**both [3]** 10/11 14/6 14/22
**Brady [1]** 18/21
**breakout [2]** 4/2 4/4
**broadly [1]** 7/6
**brown [1]** 16/13

**C**

**call [2]** 9/9 11/7
**camera [3]** 4/15 5/4 6/20
**can [12]** 5/3 5/15 5/20 6/1 6/3 6/22 10/10 14/18
16/3 17/10 18/4 18/12
**capacity [1]** 21/6
**CARLOS [2]** 1/16 3/12
**case [21]** 2/3 4/14 5/10 5/14 7/5 7/15 8/3 10/2
10/12 10/22 12/10 12/19 13/7 13/8 13/24 14/2
14/4 14/15 17/14 17/21 21/8
**cases [3]** 4/16 5/5 17/25
**cells [1]** 16/13
**certain [2]** 13/23 18/2
**certainly [6]** 7/11 9/15 12/17 14/16 14/20
17/15
**CERTIFICATE [1]** 20/3
**certify [2]** 21/5 21/14
**chairs [1]** 10/16
**change [2]** 10/9 19/16
**changed [1]** 15/9
**changing [1]** 5/17
**charge [1]** 13/8
**charges [1]** 18/25
**chief [3]** 7/1 14/24 15/7
**choose [1]** 16/8
**chose [1]** 13/8
**CHRISTOPHER [2]** 1/6 21/10
**chunks [1]** 6/19
**circumstances [1]** 19/2
**City [1]** 16/18
**clear [1]** 14/14
**client [7]** 12/18 12/22 14/22 14/23 16/10 16/18
17/9
**clock [1]** 13/21
**closer [1]** 15/18
**co [3]** 10/13 14/5 14/6
**co-defendants [3]** 10/13 14/5 14/6
**COBB [7]** 1/15 2/13 2/15 2/16 2/18 8/11 19/9
**COBO [10]** 1/16 3/13 3/15 9/16 10/5 10/21
11/2 11/6 14/18 19/17
**COLUMBIA [3]** 1/1 1/21 21/5
**come [1]** 11/9
**coming [3]** 5/18 8/24 16/6
**communicate [1]** 15/4
**complaints [2]** 16/6 17/25
**complex [1]** 8/3
**complexities [2]** 7/5 14/6
**complexity [2]** 5/10 8/3
**comply [2]** 18/22 18/23
**concern [2]** 11/24 12/18
**concerned [3]** 7/7 12/6 12/25
**concerns [2]** 13/1 13/22
**concluded [1]** 20/2
**conditions [1]** 16/12
**conduct [1]** 13/9
**confer [1]** 16/8
**conference [7]** 1/10 3/24 7/19 13/5 13/20 16/2
21/8
**confinement [2]** 16/15 18/3
**consideration [2]** 5/15 5/21
**consistent [1]** 21/15
**Constitution [1]** 1/21
**contents [1]** 9/2
**continuances [1]** 19/1
**correct [3]** 6/6 10/5 18/1

**C**

correctional [1] 15/17
could [7] 2/23 4/4 4/23 8/10 9/8 11/7 18/23
counsel [11] 2/4 3/17 4/24 5/6 5/16 5/16 5/17 6/2 7/2 18/20 19/17
country [1] 18/4
County [3] 15/3 15/13 15/17
couple [3] 8/24 18/14 18/18
court [15] 1/20 1/20 4/4 4/10 5/19 9/24 11/4 12/9 12/16 15/13 17/20 18/19 21/3 21/11 21/24
COURTS [2] 1/1 21/4
COVID [1] 18/3
cr [2] 1/3 21/11
create [2] 7/3 10/10
creating [1] 6/13
criminal [5] 1/3 2/3 13/14 18/22 21/11
currently [2] 17/3 18/1
custody [1] 11/25
CVRJ [1] 17/21

**D**

D.C [7] 1/4 1/22 15/6 15/18 16/5 18/1 18/5
data [3] 4/23 4/24 13/11
database [3] 4/22 7/3 7/3
date [6] 8/7 8/12 8/16 11/11 11/22 15/21
dates [2] 6/4 7/20
DAVID [3] 1/6 3/3 21/9
day [5] 11/15 12/4 16/16 21/11 21/20
days [2] 6/1 7/19
deadline [1] 12/24
deadlines [1] 12/9
decisions [2] 5/21 6/4
defendant [3] 4/16 6/10 17/20
defendants [18] 1/8 1/15 4/17 5/13 7/12 8/4 8/22 10/13 11/25 14/5 14/6 14/9 16/8 17/14 17/18 17/21 17/25 18/18
defense [4] 4/22 4/24 14/7 16/20
definitely [1] 8/10
denied [1] 13/15
desire [1] 6/21
detained [1] 14/25
detainees [1] 16/15
determined [1] 14/25
DIAZ [10] 1/16 3/13 3/15 9/16 10/5 10/21 11/2 11/6 14/18 19/17
DIAZ-COBO [2] 1/16 3/13
did [2] 10/3 10/25
different [1] 6/20
difficulties [1] 10/10
discipline [1] 19/1
disclosure [1] 18/20
discovery [32]
discreet [2] 13/10 13/10
discuss [1] 12/8
dismissal [2] 18/24 18/24
DISTRICT [7] 1/1 1/1 1/11 1/20 1/21 21/4 21/5
do [16] 3/16 4/11 8/18 9/12 11/10 11/16 11/18 11/24 13/6 13/20 14/8 14/16 15/24 17/6 18/16 21/5
does [6] 7/22 7/24 9/16 9/17 13/12 13/17
doing [1] 5/3
don't [14] 3/24 6/24 8/13 8/17 9/5 11/5 11/21 12/10 12/11 12/23 13/9 15/9 15/10 15/19
done [1] 18/5
down [1] 10/11
drinking [1] 16/14
Due [2] 18/16 18/18
dumps [1] 12/14
during [1] 12/3

**E**

each [2] 4/15 4/16
early [1] 10/14
effect [1] 19/3

**efforts** [1] 5/1
either [1] 17/14
ELIZABETH [4] 1/16 1/17 3/3 3/7
emails [1] 5/15
encourage [1] 5/6
ensuring [1] 14/7
entering [1] 19/3
especially [1] 16/5
ESQUIRE [9] 1/13 1/15 1/15 1/16 1/16 1/17 1/17 1/18 1/18
Essex [3] 15/3 15/13 15/17
et [1] 2/4
ever [1] 12/8
every [1] 16/23
everybody [1] 6/2
everyone [1] 3/11
everything [1] 5/3
evidence [2] 5/4 18/25
ex [1] 4/2
exactly [4] 15/9 15/23 17/20 17/23
except [1] 5/17
exclusion [1] 18/25
excuse [2] 2/13 10/22
exposure [1] 18/6
extent [3] 13/23 14/10 18/2

**F**

facility [5] 15/4 15/17 16/7 16/12 17/2
fact [5] 6/9 14/4 15/1 16/24 18/17
failure [1] 18/23
far [1] 19/1
faster [1] 7/16
fault [1] 7/12
FCRR [1] 1/20
feel [1] 12/23
few [3] 13/25 17/8 18/11
filed [5] 4/18 6/15 9/18 10/1 16/25
files [3] 4/15 4/15 6/20
final [1] 5/21
finally [1] 5/12
fine [2] 2/25 11/22
finish [2] 5/15 19/15
five [2] 14/5 16/22
five-hour [1] 16/22
flag [1] 5/16
folks [2] 3/23 19/25
following [1] 4/8
foregoing [1] 21/14
foreseeable [1] 15/2
forgot [1] 3/16
form [1] 16/20
forth [2] 12/10 18/22
forward [2] 16/19 18/11
four [3] 15/6 16/22 16/22
FPD [2] 4/21 7/1
frankly [2] 10/11 13/23
further [2] 19/4 21/14
future [1] 15/2

**G**

game [1] 10/15
GAUGHAN [3] 1/18 3/7 11/22
general [2] 17/22 18/8
gentlemen [1] 17/5
GEOFFREY [2] 1/7 21/10
get [5] 7/3 9/11 10/10 10/12 12/22
getting [1] 8/9
gigabytes [1] 12/12
give [1] 18/13
given [3] 5/10 7/15 8/2
giving [1] 6/17
global [3] 6/7 6/8 7/10
go [7] 2/15 14/13 15/5 15/16 16/9 16/19 17/9
going [26]
gone [1] 6/8
good [24]

**got** [7] 3/10 5/12 7/12 7/20 17/13 17/21 18/17
gotten [1] 4/9
government [8] 1/13 2/5 13/8 14/7 14/22 18/20 18/25 19/5
government's [3] 9/3 17/7 18/10
grant [3] 10/14 17/6 18/10
granted [1] 15/7
granting [1] 19/16
group [1] 17/13
guess [1] 9/4
guidance [1] 12/15

**H**

had [2] 7/1 21/7
half [1] 13/16
happened [1] 7/11
happy [3] 10/8 10/14 14/16
hard [2] 7/16 7/20
has [12] 6/2 6/2 7/7 8/19 9/18 9/20 11/4 13/13 13/14 15/9 16/10 18/5
hasn't [2] 6/8 7/11
have [25]
haven't [1] 17/24
having [1] 14/21
he [14] 8/23 9/20 9/21 9/21 13/13 13/14 13/17 13/24 14/4 14/25 15/12 15/20 15/23 17/3
he's [7] 2/17 2/22 5/17 13/13 13/14 13/15 16/21
headway [1] 8/9
hear [1] 9/15
heard [2] 15/21 17/24
hearing [4] 5/25 11/5 14/15 18/13
hearings [5] 15/2 15/14 17/15 17/16 17/17
held [4] 16/15 17/20 17/23 18/1
helpful [1] 12/16
her [1] 4/4
here [13] 2/10 3/23 6/5 7/7 7/11 10/2 13/1 14/6 17/8 17/11 18/11 18/12 19/23
hereby [1] 21/5
hereto [1] 21/19
hesitant [1] 9/20
him [10] 9/22 15/5 15/5 15/6 15/17 15/18 16/19 16/23 17/3 18/14
his [2] 13/15 15/4
historically [1] 18/8
Honor [33]
HONORABLE [1] 1/10
hope [1] 9/15
hopefully [3] 10/19 17/8 18/12
hoping [1] 11/6
hour [2] 13/16 16/22
hours [2] 15/6 16/16
house [1] 4/23
housed [2] 15/3 15/23
how [3] 6/25 7/2 12/13
Howell [2] 14/24 15/7
however [3] 8/20 13/6 17/11
human [1] 17/2
hundreds [1] 4/15

**I**

I'll [11] 7/4 7/6 7/21 10/9 10/15 10/21 10/22 10/22 11/8 19/2 19/25
I'm [18] 2/24 5/25 6/18 8/8 10/14 12/2 12/17 12/19 13/6 13/17 13/19 14/16 14/20 17/6 17/7 17/19 17/23 18/11
I've [2] 3/15 7/19
identify [1] 5/3
III [2] 1/5 21/9
incarcerated [1] 7/13
including [2] 4/14 16/7
inclusive [1] 6/21
indicated [1] 12/24
indictment [1] 18/24
individual [2] 4/16 18/25
information [2] 5/8 18/24
initially [1] 17/12

## I

inmates [1]  18/6
instance [1]  6/20
intelligent [1]  16/20
interest [3]  8/5 14/8 14/9
interim [2]  8/1 13/22
International [1]  17/1
introduce [1]  2/4
investigation [1]  17/1
involved [1]  8/4
involving [1]  14/4
IPhone [1]  2/23
is [59]
issue [6]  6/24 7/6 11/2 11/6 14/13 18/16
issues [1]  7/5
it [21]  6/8 6/9 7/1 7/18 7/20 7/24 7/25 8/4 8/20
 8/21 8/24 9/17 10/4 10/7 10/11 13/12 13/12
 16/10 17/18 18/7 18/13
it's [5]  6/15 12/23 13/21 17/19 18/2
its [2]  15/10 18/21

## J

JACKSON [12]  1/13 2/7 2/8 3/24 4/11 5/24
 7/18 7/22 8/19 10/25 14/12 19/4
Jackson's [1]  12/21
Jail [3]  2/22 18/1 18/5
jails [1]  17/22
January [2]  4/19 4/24
January 6th [2]  4/19 4/24
job [1]  18/5
JOHN [2]  1/18 2/20
JOSEPH [3]  1/17 3/19 9/18
JUDD [7]  1/6 3/3 3/5 8/18 8/23 19/11 21/10
Judd's [2]  8/21 9/2
judge [12]  1/11 3/12 3/18 7/1 9/17 14/20 14/20
 14/24 15/7 15/10 15/19 16/1
July [1]  7/10
just [12]  6/10 6/17 7/4 8/8 10/23 11/9 11/13
 12/8 13/7 14/2 19/2 19/15
justice [2]  8/5 14/9

## K

KATHLEEN [2]  1/18 3/7
keep [1]  17/3
kind [6]  4/20 6/15 7/7 10/13 17/13 17/16
Kiyonaga [2]  3/1 19/22
Kiyonaga's [1]  13/22
know [10]  5/18 5/19 6/14 6/24 11/5 12/12 13/1
 15/9 15/19 17/24
KYIONAGA [3]  1/18 2/21 13/3

## L

lack [2]  12/14 16/7 16/7
laid [1]  14/12
laptop [1]  2/24
large [3]  4/19 4/23 8/22
larger [3]  4/24 6/14 6/19
last [8]  5/11 6/25 12/1 12/2 12/3 13/25 14/1
 16/25
later [1]  5/14
LAUREN [3]  1/15 2/13 2/16
lawyers [1]  16/9
least [2]  13/16 14/5
left [1]  11/2
legal [1]  7/2
let [3]  5/18 5/18 11/8
let's [1]  14/13
letter [1]  16/25
lift [1]  11/3
light [3]  11/13 16/5 18/17
like [4]  5/8 11/4 12/23 16/2
LINDY [2]  1/15 2/9
link [1]  2/23
Lisa [4]  1/20 21/3 21/23 21/24
little [2]  12/6 12/15

## local column

local [1]  18/22
locally [1]  18/19
locate [1]  2/23
located [2]  16/17 17/3
locked [1]  13/13
logistical [1]  7/5
look [1]  6/3
looking [1]  7/19
lot [1]  12/3
lower [1]  8/25

## M

machine [2]  21/6 21/16
made [3]  4/12 17/11 17/12
major [1]  5/11
make [10]  5/21 6/3 7/6 7/20 8/9 9/9 9/10 9/16
 10/8 10/11
makes [2]  4/25 17/18
making [2]  5/19 9/13
manage [1]  6/14
manner [1]  4/25
March [1]  21/20
marshals [1]  15/13
Maryland [1]  18/21
massive [1]  12/14
materials [2]  10/24 19/18
may [6]  4/2 7/6 10/24 12/13 13/12 17/11
McBRIDE [16]  1/17 3/20 3/22 9/18 9/23 10/6
 10/24 11/5 11/10 15/14 15/19 15/24 17/8 18/13
 19/13 19/19
McCAUGHEY [6]  1/5 2/4 2/10 2/12 19/7 21/9
McChachlan [1]  4/3
McFADDEN [1]  1/10
me [10]  2/10 2/14 3/7 5/6 7/8 7/21 9/9 11/8
 12/23 15/4
mean [2]  7/4 14/3
means [1]  18/7
meantime [2]  6/17 8/5
mechanical [1]  1/24
medication [1]  13/15
meet [5]  3/20 15/16 16/8 16/23 17/9
MELISSA [2]  1/13 2/6
mere [1]  14/3
meta [1]  13/11
might [3]  5/4 6/18 18/8
mind [1]  15/10
minute [2]  11/9 19/3
minutes [1]  16/21
mold [1]  16/13
moment [3]  3/13 3/15 6/24
Monday [1]  7/22
month [1]  14/1
months [2]  7/9 7/13
more [5]  5/8 7/6 8/25 12/19 17/16
Moreover [1]  16/17
morning [21]  2/6 2/8 2/9 2/11 2/12 2/13 2/18
 2/19 2/20 2/25 3/1 3/2 3/4 3/5 3/6 3/9 3/10 3/12
 3/19 3/21 13/4
MORSS [6]  1/7 3/8 3/10 11/24 19/20 21/10
most [1]  8/21
motion [6]  11/2 16/3 17/12 17/16 18/10 19/16
move [2]  7/16 16/21
moving [2]  7/8 17/15
Mr [14]  2/10 2/12 2/16 2/25 3/13 8/23 10/5
 13/22 19/7 19/9 19/11 19/13 19/20 19/22
Mr. [52]
Mr. Diaz-Cobo [8]  3/15 9/16 10/5 10/21 11/2
 11/6 14/18 19/17
Mr. Joseph [1]  9/18
Mr. Judd [2]  3/5 8/18
Mr. Judd's [2]  8/21 9/2
Mr. Kyionaga [1]  13/3
Mr. McBride [12]  3/22 9/23 10/24 11/5 11/10
 15/14 15/19 15/24 17/8 18/13 19/13 19/19
Mr. Morss [3]  3/8 3/10 11/24
Mr. Quaglin [11]  9/19 9/20 10/4 11/3 15/3

## 15 column

15/11 15/23 16/4 17/23 18/12 19/17
Mr. Quaglin's [2]  9/21 15/15
Mr. Sills [6]  2/21 3/1 13/3 13/7 13/24 19/22
Mr. Stevens [1]  2/19
Mr. Urso [3]  2/11 8/6 19/7
Ms [5]  2/8 2/15 2/18 3/9 19/9
Ms. [19]  3/4 3/24 4/3 4/11 5/24 7/18 7/22 8/11
 8/15 8/19 9/8 10/25 11/19 11/22 12/21 14/12
 19/4 19/11 19/20
Ms. Cobb [1]  8/11
Ms. Gaughan [1]  11/22
Ms. Jackson [9]  3/24 4/11 5/24 7/18 7/22 8/19
 10/25 14/12 19/4
Ms. Jackson's [1]  12/21
Ms. McChachlan [1]  4/3
Ms. Mullin [4]  3/4 8/15 9/8 19/11
Ms. Toplin [2]  11/19 19/20
much [8]  4/16 5/1 6/22 7/16 8/19 17/10 17/11
 18/3
MULLIN [6]  1/16 3/3 3/4 8/15 9/8 19/11
multiple [2]  16/11 16/14
musical [1]  10/16
my [18]  2/23 2/24 2/24 4/20 6/12 8/23 11/13
 13/13 14/22 14/23 16/1 16/18 16/18 17/25 21/6
 21/16 21/17 21/19
myself [2]  11/23 14/22

## N

name [1]  21/20
nearby [1]  17/18
necessarily [1]  18/7
Neck [3]  2/22 13/16 17/22
need [4]  9/11 12/7 16/4 18/16
needed [1]  11/7
Nevertheless [1]  5/2
new [6]  6/1 13/6 13/7 13/24 16/18 18/18
next [3]  6/4 18/12 18/14
Nice [1]  3/20
night [4]  5/12 12/2 12/3 16/25
no [13]  1/3 8/8 11/14 11/18 13/14 15/7 16/4
 19/6 19/8 19/10 19/12 19/14 19/21
Northern [3]  2/22 13/15 17/22
not [21]  2/23 5/2 5/13 5/22 6/24 7/6 7/12 7/14
 8/22 10/15 11/18 12/5 12/19 13/12 13/17 15/20
 17/19 17/19 17/23 18/2 18/7
note [2]  8/20 9/13
notereading [1]  1/24
notes [1]  21/16
Nothing [1]  19/23
notice [2]  4/20 6/15
now [4]  7/13 14/4 15/15 16/2
number [2]  7/13 8/4 21/11
NW [1]  1/21

## O

object [1]  13/6
objection [6]  8/13 8/17 11/14 11/16 11/21 15/8
obligations [1]  18/21
obviously [4]  7/10 11/24 12/7 17/20
off [1]  10/20
offer [3]  12/5 12/8 12/22
offers [4]  5/12 5/13 5/20 6/3
office [5]  2/24 4/18 6/11 6/12 11/13
office-wide [2]  6/11 6/12
official [4]  21/3 21/6 21/15 21/24
oh [1]  5/10
Okay [7]  4/3 5/23 6/6 8/6 8/11 9/7 9/23 10/1
 11/8 11/16 13/19
once [2]  6/1 14/22
one [8]  6/19 10/20 11/25 12/14 12/18 12/22
 13/10 16/23
ones [1]  12/19
ongoing [1]  5/1
only [2]  13/24 16/21
open [2]  4/8 4/10
opportunity [1]  17/9

**O**

oppose [1] 9/5
opposed [1] 15/6
order [4] 14/19 14/23 18/17 19/3
orders [1] 18/19
other [11] 4/17 5/4 7/15 8/21 10/23 14/3 14/5
14/5 17/17 17/22 19/1
others [1] 4/21
out [12] 5/6 5/14 5/20 6/1 6/7 6/8 6/9 6/14 7/9
14/12 15/13 16/6
outbreaks [1] 18/4
outweigh [1] 14/9
over [8] 4/14 6/18 6/21 13/1 15/5 15/16 16/9
16/19
over-inclusive [1] 6/21
overlaps [1] 4/17

**P**

p.m [1] 7/21
page [1] 10/17
pages [1] 21/14
paper [1] 7/3
part [1] 14/4
parte [1] 4/2
particularly [1] 5/5
party's [1] 14/17
PATRICK [2] 1/5 21/9
pending [1] 11/4
people [4] 5/20 13/8 14/3 18/7
person [4] 13/10 14/16 16/19 17/15
personal [1] 6/12
pertains [1] 8/21
phone [1] 9/2
physical [2] 13/9 16/12
place [3] 4/4 6/25 13/10
placed [1] 4/7
plea [5] 5/12 5/13 6/3 12/22 14/15
pleas [2] 14/16 17/17
please [6] 2/4 4/2 9/9 13/2 17/3 19/18
plethora [1] 16/6
plus [1] 14/3
point [9] 6/9 7/14 10/9 11/21 12/24 15/8 15/10
15/11 17/13
population [1] 18/8
portion [1] 4/7
positioned [1] 8/23
possession [1] 9/3
potential [4] 3/16 3/20 5/3 6/4
potentially [1] 17/17
practical [1] 16/11
preferred [1] 16/11
present [4] 2/17 2/21 3/3 3/8
private [1] 16/10
privilege [1] 16/10
probably [2] 12/22 17/14
problem [1] 8/8
proceedings [5] 1/24 20/2 21/7 21/15 21/17
process [3] 7/2 18/16 18/19
produced [4] 1/24 12/7 14/8 15/13
production [1] 12/9
progeny [1] 18/21
progress [2] 5/19 9/15
prolonged [1] 16/15
properly [1] 14/8
proposed [1] 11/11
protecting [1] 18/6
Protections [2] 18/17 18/19
provide [3] 6/22 10/23 19/8
provided [3] 4/13 6/19 8/20
providing [2] 4/20 5/5
proving [1] 13/9
provisions [1] 18/23
public [1] 14/10
publicly [1] 16/25
pursuant [1] 18/18

pushing [1] 6/7
putting [1] 14/3

**Q**

QUAGLIN [15] 1/6 3/13 9/19 9/20 10/4 11/3
15/3 15/11 15/23 16/4 17/23 18/12 19/13 19/17
21/10
Quaglin's [2] 5/17 15/15
quarantine [1] 18/3

**R**

raise [1] 13/2
rate [1] 12/25
RDR [1] 1/20
re [2] 13/2 18/16
re-issue [1] 18/16
re-raise [1] 13/2
reach [1] 5/6
read [1] 14/21
really [3] 16/2 17/24 18/5
reason [1] 14/15
reasons [3] 6/19 14/11 16/24
receive [1] 12/12
received [6] 5/13 8/22 11/25 12/2 12/3 12/5
receiving [1] 12/13
recently [3] 5/11 12/1 12/19
recognize [1] 7/11
reconvene [1] 6/1
record [2] 2/5 8/21 9/5 13/14
recorded [1] 1/24
regard [1] 12/16
regarding [1] 16/11
Regional [1] 2/22
related [1] 4/15
relates [1] 8/23
relatively [2] 10/14 13/7
release [1] 14/23
relevant [4] 5/5 6/18 10/23 19/18
remaining [1] 5/13
remedy [1] 19/2
replace [1] 9/8
reported [1] 21/6
reporter [5] 1/20 4/4 21/1 21/3 21/24
reports [3] 16/11 16/12 16/14
representations [1] 12/21
request [3] 10/15 14/17 17/7
requesting [2] 5/23 5/25
require [1] 13/11
resolution [1] 10/12
resolve [1] 11/4
respect [3] 5/8 5/19 15/22
result [2] 18/6 18/23
resumed [1] 4/8
retained [1] 11/13
review [2] 12/7 18/20
reviewed [1] 8/19
right [14] 3/10 3/14 3/14 3/21 3/23 7/18 8/15
10/8 10/21 11/19 13/13 14/13 17/5 19/15
rights [1] 17/2
RMR [1] 1/20
ROBERT [2] 1/7 21/10
room [2] 4/2 4/5
Rule [1] 18/22

**S**

said [3] 21/11 21/15 21/17
same [2] 10/17 13/1
say [7] 7/4 7/6 8/10 10/25 12/1 15/22 16/3
saying [1] 9/10
schedule [1] 7/21
seal [1] 4/8
second [1] 5/11
see [2] 15/10 19/25
seeking [2] 8/1 10/5
sense [4] 4/25 9/16 17/12 17/18
sent [1] 5/14

separate [1] 16/3
separately [2] 16/3 16/9
September [15] 7/22 8/12 8/16 9/5 9/15 11/11
11/15 12/11 13/2 13/5 13/20 14/11 15/12 15/21
20/1
September 19th [1] 12/11
September 20th [12] 7/22 8/12 8/16 9/5 9/15
11/11 11/15 13/20 14/11 15/12 15/21 20/1
service [2] 10/22 19/18
session [1] 4/9
set [3] 12/23 13/20 18/22
setting [2] 12/9 16/10
several [1] 7/8
severely [1] 16/20
shall [1] 18/20
share [1] 13/23
she [1] 14/24
short [1] 17/10
shorthand [2] 21/6 21/16
should [4] 5/20 13/11 15/11 18/13
shouldn't [1] 12/1
sight [1] 6/24
significant [3] 4/13 4/13 17/13
significantly [1] 15/18
SILLS [8] 1/7 2/21 3/1 13/3 13/7 13/24 19/22
21/10
since [1] 15/11
sir [2] 10/9 13/19
sit [1] 17/7
sitting [1] 2/24
situation [1] 12/11
six [2] 14/4 14/5
slow [1] 10/11
so [33]
solitary [2] 16/15 18/2
solution [1] 6/23
some [12] 5/16 5/21 6/2 6/4 7/4 7/5 7/12 7/20
8/9 12/1 12/2 14/15
something [2] 7/21 10/25
soon [1] 17/15
sorry [2] 3/14 12/2
sort [1] 12/15
speak [3] 9/21 11/10 14/18
speaking [1] 10/14
specific [2] 5/7 6/10
speed [3] 6/2 11/6 12/6
speedy [4] 13/13 13/17 13/21 14/10
spoken [1] 3/15
stage [1] 10/14
stand [2] 3/25 4/11
stands [1] 4/20
started [2] 6/7 19/16
starting [2] 2/5 8/8
state [2] 15/8 15/9
statements [1] 9/4
STATES [8] 1/1 1/3 1/11 1/20 2/3 2/7 21/4
21/8
status [9] 1/10 3/23 4/19 5/25 7/19 13/5 13/20
16/2 21/7
stay [6] 11/3 11/7 14/18 14/25 15/3 15/7
stenography [1] 1/24
steps [1] 6/4
STEVENS [5] 1/5 2/16 2/19 19/9 21/9
still [6] 5/1 6/9 6/13 6/15 11/2 13/24
submission [1] 8/22
submissions [1] 14/21
subscribed [1] 21/19
substantive [2] 17/16 17/17
substitute [1] 9/19
successor [2] 3/17 3/20
suggest [1] 7/21
sure [5] 9/9 9/11 14/21 17/19 17/23
surprised [1] 12/20
sympathetic [1] 12/17
system [2] 6/13 6/23
system-wide [1] 6/23

**T**

take [4]  5/21 7/18 7/25 18/15
taken [1]  21/16
talking [2]  7/2 16/22
tape [1]  21/17
target [1]  7/8
task [1]  13/9
tell [3]  3/24 10/9 18/5
terabytes [1]  13/11
term [2]  12/14 17/11
terrace [1]  8/25
testimony [1]  21/7
than [1]  15/18
thank [10]  10/4 10/21 11/12 11/20 13/19 17/5
 19/17 19/21 19/23 20/1
Thanks [1]  19/25
that [97]
that's [9]  2/25 5/8 5/18 6/19 6/25 7/11 13/16
 14/11 15/21
their [4]  16/9 16/9 18/6 18/20
them [4]  5/5 5/18 13/2 13/23
then [3]  4/23 6/12 13/2
there [10]  5/7 7/4 12/20 14/23 15/7 16/4 16/11
 16/12 16/14 17/15
there's [3]  6/11 11/2 14/15
these [1]  5/5
they [2]  5/7 18/8
things [6]  3/25 4/11 7/15 10/9 10/11 12/20
think [16]  3/10 7/8 7/14 10/13 12/18 13/9
 13/21 13/23 14/2 14/8 15/14 17/13 17/17 17/25
 18/1 18/2
thinking [1]  6/6
this [45]
those [7]  5/1 5/14 5/15 5/21 9/4 16/24 18/22
through [3]  8/9 12/15 17/10
throughout [1]  18/4
time [13]  6/2 6/25 8/10 11/14 12/14 13/6 13/11
 14/16 16/3 16/5 16/23 17/4 18/13
today [2]  5/14 16/2
together [1]  21/16
told [1]  7/8
toll [2]  13/21 14/11
tolled [1]  8/5
tolling [9]  8/1 8/8 8/14 8/17 9/5 11/14 11/17
 11/21 13/6
TOPLIN [5]  1/17 3/7 3/9 11/19 19/20
total [1]  4/16
toward [16]  17/15
trailing [1]  12/20
transcript [4]  1/10 1/24 4/7 21/15
transfer [1]  14/19
transferring [1]  10/10
transportation [2]  11/3 15/1
transported [2]  15/11 16/5
TREVOR [1]  1/10
trial [8]  5/22 6/4 7/20 13/13 13/17 13/18 13/21
 14/10
tried [1]  5/16
trip [1]  16/23
TRISTAN [2]  1/5 21/9
trying [2]  4/22 9/14
two [1]  9/4
type [1]  5/4
typically [1]  17/19

**U**

under [3]  4/7 18/21 19/2
understand [6]  6/8 6/13 9/2 9/10 12/21 13/22
understanding [4]  4/21 8/24 13/14 16/1
unfortunately [2]  6/23 18/7
UNITED [8]  1/1 1/3 1/11 1/20 2/3 2/7 21/4
 21/8
until [1]  14/11
unusual [1]  14/2
up [5]  6/2 11/5 13/9 13/13 17/19

update [4]  4/18 4/18 5/11 7/1
upon [1]  21/18
urge [1]  18/14
URSO [5]  1/15 2/9 2/11 8/6 19/7
us [6]  3/24 7/16 8/13 8/17 9/6 11/15
use [1]  8/10
using [1]  2/23
utilize [1]  4/25

**V**

versus [3]  2/3 18/21 21/9
very [3]  5/1 13/24 14/2
VIA [1]  1/10
video [1]  5/3
virtual [3]  15/2 15/12 15/14
virtually [1]  20/1
visit [1]  18/14
VTC [2]  1/10 14/14

**W**

wait [1]  18/11
waiting [2]  5/2 9/1
waive [1]  13/17
walls [1]  16/13
want [6]  8/18 9/9 10/25 11/10 12/10 12/11
wanted [1]  5/18
wants [4]  9/19 9/21 15/19 15/20
warn [1]  10/15
was [11]  4/7 7/9 8/23 11/6 13/24 14/22 14/23
 14/23 15/7 16/2 17/12
Washington [2]  1/4 1/22
water [1]  16/14
way [2]  16/23 18/8
we [40]
we'll [1]  11/8
we're [8]  3/23 4/10 7/10 7/14 9/1 10/13 10/17
 16/22
we've [6]  3/10 7/12 17/13 17/21 18/17
week [1]  12/1
weeks [5]  8/24 13/25 17/8 18/11 18/14
weigh [1]  15/20
well [7]  2/17 3/17 4/17 5/20 10/13 11/15 13/8
were [1]  7/2
west [1]  8/25
what [9]  5/23 6/14 9/10 9/11 15/21 16/3 17/6
 18/4 19/15
when [4]  5/14 6/25 7/12 17/12
where [16]  3/24 4/11 4/20 5/9 7/14 8/23 9/20
 10/14 12/11 13/16 15/23 16/10 16/21 17/3
 17/20 17/23
whereof [1]  21/19
whether [3]  5/22 13/12 15/20
which [9]  4/8 4/17 6/21 9/2 12/6 12/12 12/15
 12/25 15/17
while [1]  13/15
who [12]  2/10 2/21 3/3 3/8 5/13 7/12 12/19
 12/22 15/15 16/8 17/21 17/25
whom [1]  7/13
why [4]  3/24 6/19 15/9 15/10
wide [3]  6/11 6/12 6/23
will [6]  5/14 9/12 9/14 14/14 16/20 17/8
window [1]  13/10
wish [1]  15/24
wishes [1]  9/21
within [2]  13/25 14/1
witness [1]  21/19
witnesses [1]  19/1
wondering [1]  12/8
work [1]  7/22
worked [1]  6/16
working [2]  4/22 6/13
works [5]  8/7 8/13 8/17 9/5 11/22
worn [2]  4/15 5/4
would [14]  5/6 5/8 8/20 11/4 12/16 14/14 14/25
 15/2 15/4 15/15 15/22 16/2 17/2 17/23
writ [1]  4/19

**Y**

Yeah [1]  13/25
Yes [13]  3/18 4/1 4/6 4/12 7/24 8/2 8/7 9/25
 10/3 10/7 11/1 11/12 16/1
yesterday [2]  6/15 12/3
yet [2]  5/13 12/5
York [1]  16/18
you [47]
you're [3]  10/5 14/21 18/1
your [42]
yourselves [1]  2/4

**Z**

Zoom [1]  2/21