**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:21-cr-40 |
| ) | |
| QUAGLIN ) | |
| _____) | |

**MOTION TO WITHDRAW AS COUNSEL**

Jonathan Gross, an attorney of record for Defendant Christopher Quaglin in the above captioned case, has been discharged by Defendant Quaglin (see Exhibit A, Defendant Quaglin's signed statement from July 28, 2023 discharging Attorney Gross) and hereby respectfully moves this Court for an order allowing him to withdraw as attorney of record. Maria Rodriguez will continue as lead counsel for Mr. Quaglin.

Dated: August 1, 2023                                        Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served on opposing counsel via email and via the Court's ECF service on August 1, 2023

/s/ Jonathan Gross