7/28/23

I, Christopher Quaglin, do hereby discharge attorney Jonathan Gross from my criminal case 1:21-cr-40 in the United States Court for the District of Columbia. Attorney Maria Rodriguez will continue to represent me in this case.

Date: 7-28-23          Signature

Thank you
Jon

*Christopher Quaglin*