IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  Case No.: 1:21-CR-40-4

CHRISTOPHER QUAGLIN.
_____/

### MOTION TO CONTINUE SENTENCING (UNOPPOSED)

DEFENDANT, Christopher Quaglin, via undersigned counsel, moves this Honorable Court to continue his sentencing hearing scheduled for September 26th, 2023 at 10:00a.m. to any date in January, 2024, and as grounds states as follows:

1. Christopher Quaglin stood Trial (stipulated fact) on July 10th, 2023 and was found guilty on all counts.

2. The Sentencing date is scheduled for September 26th, 2023 at 10:00a.m..

3. Counsel had flight reservations and Airbnb reservations to be in District of Columbia August 29th-August 31st in order to in-person visit Mr. Quaglin at the DC jail.

4. Due to Idalia, the airports closed on August 29th and counsel could not make it up to District of Columbia.

5. Counsel lives on the Gulf and could not drive as both her vehicles flooded on August 30th and are both inoperable.

6. Counsel recently became aware of grounds for a continuance in that counsel needs two expert evaluations (health and psychological) done on Mr. Quaglin at the jail prior to sentencing for purposes of departure and variance.

7. This is the first request for a reset of the September 26th, 2023 Sentencing date.

8. Government consents to this unopposed Motion.

9. Counsel has filed this Motion to Continue Sentencing in good faith and not for the purpose of frustration or any undue delay.

10. Defendant will not be prejudiced by a continuance.

11. The Government will not be prejudiced by a continuance.

WHEREFORE, Christopher Quaglin respectfully requests this Honorable Court consider this unopposed Motion to Continue, grant this Motion to Continue, and enter it's Order accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Continue Sentencing (Unopposed) has been furnished via Electronic Filing to Alexis Loeb, AUSA, Office of the U.S. Attorney, District of Columbia, alexis.loeb@usdoj.gov, and all other parties on the service list on this 1st day of September, 2023.

*/s/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180 / US FL MD / SD / DC
Email:  attorneymariar@aol.com