NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  21-40 (TNM)

Christopher Quaglin
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jerry Ray Smith, Jr.
(Attorney & Bar ID Number)
Jerry Ray Smith, Jr., Attorney at Law
(Firm Name)
717 D Street, N.W., Suite 310
(Street Address)
Washington, DC 20004
(City)          (State)          (Zip)
(202) 347-6101
(Telephone Number)