**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————————

United States of America,          ) Criminal Action
                                   ) No. 1:21-cr-0040-TNM-4, 8, 9
                  Plaintiff,       )
                                   )
vs.                                ) **Bench Trial (Day 1)**
                                   )
Christopher Joseph Quaglin,        )
Steven Cappuccio, and              )
Federico Guillermo Klein,          ) **Washington, D.C.**
                                   ) **July 10, 2023**
                  Defendants.      ) Time:  9:30 a.m.

———————————————————————

**Transcript of** <u>**Bench Trial (Day 1)**</u>
**Held Before**
**The Honorable Trevor N. McFadden**
**United States District Judge**

<u>A P P E A R A N C E S</u>

For the Government:      **Ashley Akers**
                         **Kaitlin Klamann**
                         **Laura E. Hill**
                         UNITED STATES ATTORNEY'S OFFICE
                         FOR THE DISTRICT OF COLUMBIA
                         601 D Street, Northwest
                         Washington, D.C. 20579

For the Defendant Christopher Joseph Quaglin:
                         **Maria T. Rodriguez**
                         MARIA T. RODRIGUEZ, ESQUIRE
                         P.O. Box 2176
                         Tarpon Springs, Florida 34688

                         **Jonathan Gross**
                         THE CLEVENGER FIRM
                         2833 Smith Avenue, Suite 331
                         Baltimore, Maryland 21209

```
 1                A P P E A R A N C E S (continued)

 2   On Behalf of the Defendant Steven Cappuccio:
                             Marina T. Douenat
 3                           FEDERAL PUBLIC DEFENDER'S OFFICE
                             Western District of Texas
 4                           727 E. Cesar E. Chavez Boulevard
                             San Antonio, Texas 78206
 5
                             Edgar H. Holguin
 6                           FEDERAL PUBLIC DEFENDER
                             Western District of Texas
 7                           700 East San Antonio, Suite D-401
                             El Paso, Texas 79901
 8
     On Behalf of the Defendant Federico Guillermo Klein:
 9                           Stanley E. Woodward, Jr.
                             BRAND WOODWARD LAW, LP
10                           400 Fifth Street, Northwest
                             Washington, D.C. 20001
11   _____

12   Stenographic Official Court Reporter:
                             Nancy J. Meyer
13                           Registered Diplomate Reporter
                             Certified Realtime Reporter
14                           333 Constitution Avenue, Northwest
                             Washington, D.C. 20001
15                           202-354-3118

16   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
17

18

19

20

21

22

23

24

25
```

```
1                              I N D E X

2                                                           PAGE:

3      Opening Statements:

4           By Ms. Klamann.................................. 15
            By Ms. Douenat................................. 21
5


6

7      Witnesses:

       George McCree
8           Direct Examination By Ms. Hill................... 36
            Cross-Examination By Mr. Woodward............... 55
9           Cross-Examination By Mr. Holguin................ 58
       Laschon Harvell
10          Direct Examination By Ms. Akers................ 105
            Cross-Examination By Mr. Woodward ............. 131
11     Henry Foulds
            Direct Examination By Ms. Klamann............... 139
12          Cross-Examination By Mr. Holguin .............. 181
            Cross-Examination By Mr. Woodward ............. 185
13     Omar Forrester
            Direct Examination By Ms. Akers................ 205
14


15

16     Exhibits Admitted:

            Government Exhibit 105........................... 35
17          Government Exhibit 108........................... 35
            Government Exhibit 109........................... 35
18          Government Exhibit 119........................... 35
            Government Exhibit 128........................... 35
19          Government Exhibit 129........................... 35
            Government Exhibit 301.1......................... 35
20          Government Exhibit 301.2......................... 35
            Government Exhibit 301.3......................... 35
21          Government Exhibit 301.4......................... 35
            Government Exhibit 302........................... 35
22          Government Exhibit 302.1........................ 204
            Government Exhibit 303........................... 35
23          Government Exhibit 304........................... 35
            Government Exhibit 305.1......................... 35
24          Government Exhibit 305.2......................... 35
            Government Exhibit 305.4......................... 35
25          Government Exhibit 305.5......................... 35
            Government Exhibit 305.6......................... 35
```

**I N D E X** (continued)

PAGE:

**Exhibits Admitted**: (continued)

        Government Exhibit 305.7......................... 35
        Government Exhibit 305.8......................... 35
        Government Exhibit 305.9......................... 35
        Government Exhibit 306........................... 35
        Government Exhibit 306.1......................... 35
        Government Exhibit 307........................... 35
        Government Exhibit 308........................... 35
        Government Exhibit 310.5......................... 35
        Government Exhibit 311........................... 35
        Government Exhibit 312........................... 35
        Government Exhibit 313........................... 35
        Government Exhibit 314........................... 35
        Government Exhibit 315........................... 35
        Government Exhibit 316........................... 35
        Government Exhibit 403.1........................ 150
        Government Exhibit 403.3........................ 161
        Government Exhibit 403.4........................ 163
        Government Exhibit 403.5........................ 163
        Government Exhibit 403.6........................ 163
        Government Exhibit 410.......................... 105
        Government Exhibit 410.2........................ 105
        Government Exhibit 410.3........................ 105
        Government Exhibit 410.4........................ 105
        Government Exhibit 410.5........................ 105
        Government Exhibit 410.6........................ 105
        Government Exhibit 410.7........................ 105
        Government Exhibit 410.8........................ 105
        Government Exhibit 410.9........................ 105
        Government Exhibit 410.10....................... 105
        Government Exhibit 410.11....................... 105
        Government Exhibit 410.12....................... 105
        Government Exhibit 410.13....................... 105
        Government Exhibit 412.......................... 105
        Government Exhibit 412.2........................ 105
        Government Exhibit 412.3........................ 105
        Government Exhibit 429.......................... 214
        Government Exhibit 430.......................... 197
        Government Exhibit 430.1........................ 168
        Government Exhibit 430.2........................ 169
        Government Exhibit 430.3........................ 169
        Government Exhibit 430.4........................ 169
        Government Exhibit 430.5........................ 169
        Government Exhibit 430.6........................ 169
        Government Exhibit 430.7........................ 169
        Government Exhibit 433.......................... 204

# I N D E X (continued)

PAGE:

**Exhibits Admitted**: (continued)

Government Exhibit 433.15......................... 204
Government Exhibit 433.16......................... 204
Government Exhibit 433.17......................... 204
Government Exhibit 433.18......................... 204
Government Exhibit 501............................ 153
Government Exhibit 501.46......................... 205
Government Exhibit 501.47......................... 205
Government Exhibit 501.48......................... 205
Government Exhibit 501.49......................... 205
Government Exhibit 501.50......................... 205
Government Exhibit 501.51......................... 205
Government Exhibit 501.52......................... 205
Government Exhibit 501.56......................... 205
Government Exhibit 501.57......................... 205
Government Exhibit 511............................ 176
Government Exhibit 511.1.......................... 181
Government Exhibit 523............................ 124
Government Exhibit 523.1.......................... 124
Government Exhibit 612.20......................... 204
Government Exhibit 612.21......................... 204

<u>P R O C E E D I N G S</u>

1

2      THE COURTROOM DEPUTY:  Your Honor, this is Criminal

3  Case 21-40, United States of America v. Christopher Joseph

4  Quaglin, Steven Cappuccio, Federico Guillermo Klein.

5      Counsel, please come forward to identify yourselves for

6  the record, starting with the government.

7      MS. AKERS:  Good morning, Your Honor.  Ashley Akers

8  on behalf of the United States.  I'm joined by my colleagues

9  Kaitlin Klamann and Laura Hill; Special Agents Ben Fulp and

10  Jon Comottor; and our paralegal specialist Kyle Clements.

11      THE COURT:  Good morning, folks.

12      Anything from the defense?

13      MS. DOUENAT:  Good morning, Your Honor.  Marina

14  Douenat and Edgar Holguin on behalf of Mr. Steven Cappuccio.

15  We're present and ready.  We also have Deedra Alexander.  She

16  is our IT person.

17      THE COURT:  Good morning, folks.

18      MS. DOUENAT:  Thank you.

19      MS. RODRIGUEZ:  Good morning, Your Honor.  Maria

20  Rodriguez on behalf of Christopher Quaglin.

21      Your Honor, we did file a motion *in limine*.  The

22  government and defense are working on a stipulation for a fact

23  trial.  I just got to see my client this morning to go over

24  that with him.  He's reviewing it now.

25      I also want to let the Court know that in the event that

 1    there's not an agreement, the government is willing to allow us

 2    to enter a plea, except for the 111s and 2111s.

 3            THE COURT:  All right.  Thanks.  Let's come back to

 4    that in just a minute.

 5            MS. RODRIGUEZ:  Thank you.

 6            THE COURT:  Good morning, Ms. Rodriguez.  And good

 7    morning, Mr. Quaglin.  Good morning, Mr. Gross.

 8            MR. WOODWARD:  Good morning, Your Honor.  Stanley

 9    Woodward on behalf of Federico Klein, who is present with us

10    today.

11            DEFENDANT KLEIN:  Good morning, Your Honor.

12            THE COURT:  Good morning, Mr. Woodward.  Good

13    morning, Mr. Klein.

14        All right.  Ms. Akers, is the government ready for

15    trial?

16            MS. AKERS:  Yes, Your Honor.

17            THE COURT:  And so I'll tell you I'm not -- I

18    guess -- what is the government's position on the Quaglin -- I

19    guess we have a Quaglin motion *in limine* and then, I suppose, a

20    motion to continue?

21            MS. AKERS:  Your Honor, the government's prepared to

22    proceed to trial.  We have been working since yesterday, when

23    this was proposed, on the stipulated trial.  But we hadn't had

24    sufficient time, given it was brought up yesterday afternoon.

25    We exchanged draft statements of facts back and forth late last

1    night, but we haven't been able to reach an agreement.

2         And so the government's prepared to proceed.

3         THE COURT:  All right.  So, I mean, my recollection

4    and impression is that the parties can enter a plea and

5    presumably a stipulated trial at any point.

6         I'm not excited about being in a position where we've

7    started trial against two defendants and not a third and then

8    something doesn't work out.

9         So it seems to me that it makes sense for us to begin as

10   planned.  And if Mr. Quaglin reaches an agreement with the

11   government, I think, presumably, at any point we can deal with

12   that then.

13        Does that make sense to you?

14        MS. AKERS:  We agree with that approach.

15        THE COURT:  So in the interim, in terms of the motion

16   *in limine*, how do you propose I handle that?

17        MS. AKERS:  Well, I believe, Your Honor, the motion

18   *in limine* that was filed was, essentially, an agreement to

19   stipulate to certain facts.  And we're working on those

20   stipulations.  We haven't gotten a signed copy of those either.

21        So from the government's standpoint, we're going to

22   proceed and prove all of our elements.  And if the defense does

23   sign the stipulation that we've proposed, then we can present

24   that to the Court when it's signed.

25        THE COURT:  Okay.  And -- yeah, I think that

1     related largely to social media; correct?

2                    MS. AKERS:  Correct.

3                    THE COURT:  So, Ms. Rodriguez, I'm happy to hear from

4     you on that proposal.  But, yeah, as I say, I think the

5     appropriate thing to do is for us to proceed to trial now that

6     this is, I think, the third trial date that has been -- where

7     we've really sought to accommodate your -- your client here in

8     the last two continuances.  I'm really not inclined to do it

9     again.  But I also don't think that prevents you from having

10    reaching an agreement with the government at some point here

11    during trial.

12         As to the motion *in limine*, I think the appropriate --

13    given that things seem so fluid, I think my inclination is to

14    deny your motion *in limine* without prejudice to you, flagging

15    if you think the government is going into areas that have been

16    stipulated to.

17         I certainly am not excited about going through --

18    hearing any more evidence than I need to, especially in a trial

19    that I've heard once before, essentially, with the three other

20    co-defendants.

21         So I'm -- I'm not sure that you have a legal right to

22    prevent the social media evidence, but I think it's going to be

23    largely irrelevant if you're stipulating to a lot of those.

24    So, yeah, that's my general inclination about how we should

25    handle this.

```
 1              Does that all make sense to you?
 2                  MS. RODRIGUEZ:  It makes sense, Your Honor.
 3                  THE COURT:  Okay.  So with that, is your client ready
 4        to proceed to trial?
 5                  MS. RODRIGUEZ:  We are.
 6                  THE COURT:  Okay.  Mr. Woodward, can I ask you to
 7        approach ex parte?
 8                  MR. WOODWARD:  Certainly.
 9                  THE COURT:  This doesn't need to be on the record.
10                  (Off the record.)
11                  MR. WOODWARD:  Your Honor, may I be heard, although I
12        don't have standing on this issue?  In the interest of --
13                  THE COURT:  Let me ask you, is your client ready to
14        proceed to trial?
15                  MR. WOODWARD:  Yes, sir.  But in the interest of
16        reducing the amount of evidence that the Court would have to
17        hear and that the Court would have to hear in conjunction with
18        the evidence against my client, if -- I don't know where we are
19        on this.  It's not something we participated in.  But if it's
20        close -- like, if this is an hour of discussions and we would
21        eliminate the need to present all the evidence that would be
22        admissible against Mr. Quaglin, I think we would significantly
23        limit the evidence that is going to be presented in this bench
24        trial.
25              Now, if we're a day away, we agree.  Let's proceed.
```

1    We've come here early, in fact, at the Court's request,

2    and I'd like to take advantage of that time.  So I'd share that

3    with the Court.

4         THE COURT:  I got this sense it was more a day than

5    an hour.  But I know Ms. Rodriguez is -- is limited in what she

6    can do.  The government has a number of attorneys.  And I'm

7    sure they're working on this at the same time.  And I'm going

8    to --

9         Mr. Woodward, I'm granting that motion that --

10         MR. WOODWARD:  Thank you, Your Honor.

11         THE COURT:  -- you filed.  All right.  Ms. Douenat,

12    is your client ready to proceed to trial?

13         MS. DOUENAT:  He is, Your Honor.  And we just had a

14    couple of housekeeping matters, Your Honor.

15         THE COURT:  Great.

16         MS. DOUENAT:  I don't know if it's okay, but we were

17    going to ask, with the Court's permission, if -- if -- if he

18    needed to stretch, just because he has nerve pain and back

19    pain, and if he could do it while the courtroom -- if it was

20    okay for him to stand and stretch while -- while court was

21    happening, in other words.  We will ask permission from the

22    Court, if that's possible, if the Court grants us permission.

23         I just wanted to let the Court know that sometimes he

24    gets really stiff; and then he's got neuropathy, and it causes

25    him to not be able to move.  So he would like to be able to

1    stretch at some point if we don't get a break in the morning.

2    If the Court would allow it.

3            THE COURT:  Yeah.  I think -- I do expect to take

4    probably a shorter break than normal with a jury trial.  But we

5    can take at least a break in the morning and a break in the

6    afternoon.  But if he needs further time, if he wants to

7    discreetly stand over to the side, there's no problem with

8    that.

9            MS. DOUENAT:  Thank you, Your Honor.

10           And then the other matter is as far as our witnesses go,

11   I only have -- there's two witnesses.  One is being brought in

12   by the government, and we were going to see if there was any

13   way we could take that witness out of order because we were

14   going to call him in our case in chief as well, if the

15   government brings him only.  I mean, they may decide not to

16   bring him.  But if they do bring him, because he was on their

17   witness list, if we could then right after, before he gets sent

18   back to Texas, if we could do the direct of him, if that makes

19   any sense.

20           THE COURT:  Yes.  Okay.  So you're saying if the

21   government is calling him as a witness, you'd like to direct

22   him as well.

23           MS. DOUENAT:  Afterwards, if we could direct him.

24   Like, we would cross, and then if we could call him in our case

25   in chief out of order because of the fact that he's from out of

1    town.

2              THE COURT:  That would be my preference.

3              MS. DOUENAT:  Thank you.

4         And then the other issue is we have one of our experts,

5    Dr. Cutler, he was going to be flying in next Tuesday.  And

6    if -- so that's the only time he can be here because he's out

7    of town on another matter in another case.  And he was going to

8    be flying in Tuesday to testify on Wednesday.

9         We were assuming the government's case would take all

10   week this week and he'd be here next week.  So he would be the

11   only witness that we would take out of order because he is

12   coming in Wednesday -- I mean, coming in Tuesday to testify

13   Wednesday, and he's leaving Wednesday early because he has

14   cancer treatment on Thursday.

15             THE COURT:  Okay.  So that's not going to work.  I'm

16   not available next Tuesday and Wednesday.  I'm very much hoping

17   that we're going to be done this week.

18             MS. DOUENAT:  Okay.

19             THE COURT:  Is your -- so is he not available at all

20   this week?

21             MS. DOUENAT:  He's out of town in another case, I

22   think, in Chicago.  I can contact our -- our -- one of our

23   assistants to find out if there's any way.  I don't know if he

24   can appear by Zoom or not, Your Honor.  He's in another court

25   in Chicago, I know, on another matter, but I'll find out.

1          THE COURT:  Okay.  Yeah, why don't you talk with him

2    and talk with the government.

3          MS. DOUENAT:  I will.  I will absolutely get back to

4    the Court this afternoon and find out what the logistics are.

5          THE COURT:  And I have been planning to flag those

6    for the parties.  I mean, in part, given that Mr. Quaglin's

7    case might be going away -- and, obviously, you wouldn't have

8    known that.  But I am hoping that we can finish up this week.

9    If not, I'm available on -- next Monday, but then I've got a

10   judiciary meeting next Tuesday and Wednesday.  So we'll not be

11   holding testimony next Tuesday and Wednesday.

12         MS. DOUENAT:  Sounds good, Your Honor.  That's

13   helpful.  I'll figure out what we can do.  Thank you.

14         THE COURT:  All right.  Any parties seeking a rule on

15   witnesses?

16         MS. AKERS:  Yes, Your Honor.

17         THE COURT:  All right.  The rule on witnesses is

18   invoked.

19      Ms. Akers, did you have an opening statement?

20         MS. AKERS:  Yes, Your Honor.  One clarification with

21   the rule on witnesses.  We do have our lead agents for the

22   case.  I think, given the Court's practice, are they permitted

23   to --

24         THE COURT:  Yes.

25         MS. AKERS:  Thank you.

1              We have a brief opening statement for Your Honor.

2              THE COURT:  Okay.  Hold on just a moment.

3              MS. KLAMANN:  Your Honor, may we publish from the

4      laptop, from the podium?

5              THE COURT:  Yes, please.

6              MS. KLAMANN:  Your Honor, on the afternoon of

7      January 6th, 2021, Christopher Quaglin, Federico Klein, and

8      Steven Cappuccio tried to break into the United States

9      Capitol Building.  Each of the defendants knowingly crossed

10     onto U.S. Capitol Grounds in full awareness that they weren't

11     supposed to be there.

12             From there, they joined what was at that time a

13     full-blown riot occurring on the west plaza.  And as the police

14     retreated up to the lower west terrace, they advanced.  All

15     three defendants converged at the same location, the lower west

16     terrace tunnel.  As Your Honor knows, this is one of the

17     entrances to the U.S. Capitol Building, and it's the location

18     of one of the most prolonged and violent attacks by the rioters

19     on the police on January 6th.

20             Each of the defendants charged into the tunnel.  They

21     went to the police line.  They pushed, shoved, struck, and

22     sprayed the police officers.  They also used the police's own

23     weapons against them, including a baton, a shield, and OC

24     spray.  And they did all of this in an effort to get into the

25     building and stop the certification of the 2020 presidential

1    election.

2        As a result of their actions on January 6th, the three

3    defendants are charged here today with a combined total of 35

4    crimes.  Those charges include charges of obstruction of

5    Congress, interference with law enforcement during a civil

6    disorder, and robbery.  But many of those charges are for

7    assault on the police officers.

8        The government filed a lengthy trial brief in this case,

9    and we set out in detail exactly what evidence we expect to

10   present that proves each of those 35 counts beyond a reasonable

11   doubt.

12       THE COURT:  Yeah, I appreciated that.  And I'll just

13   ask you, since this is a bench trial, as we are getting to your

14   evidence on those counts, if maybe you can just tell me this

15   relates to Count X, I think that would help me keep things

16   clear, since there are so many different individuals and

17   counts.

18       MS. KLAMANN:  Yes, Your Honor.  As you hear the

19   testimony in this case, we'll be sure to point out to you which

20   witnesses are testifying relating to each counts.

21       THE COURT:  Thank you.

22       MS. KLAMANN:  But I won't repeat the lengthy

23   recitation of the evidence in our trial brief this morning.

24       Instead, I'd like to focus our opening remarks on some

25   of the testimony that you're going to hear from the victim

1    officers.  And there are many victim officers in this case

2    because the defendants were relentless in their attacks and in

3    their attempts to get in the building.

4          One of the witnesses that Your Honor is going to hear

5    from is MPD Officer Omar Forrester.  Officer Forrester defended

6    against attacks in the tunnel for hours.  His riot shield was

7    ripped from his hands.  He was hit on the head so many times

8    that his bike helmet actually cracked.

9          He was tased by a cow prod.  And he was sprayed so many

10   times by chemical irritants that he vomited.  And he endured

11   all of that while being pushed and crushed by the force of the

12   crowd in the tunnel.

13         And one of the rioters who pushed and sprayed

14   Officer Forrester was Defendant Christopher Quaglin.

15         Officer Forrester, who was exhausted at this point,

16   stood at the front of the tunnel -- front of the police line in

17   the tunnel.  Quaglin approached the police line with a can of

18   OC spray.  He sprayed multiple officers at the front of the

19   line.

20         You'll see in the video that Officer Forrester, with a

21   shield in front of him, tries to block the spray; not only for

22   himself, but for the other officers around him.  Quaglin,

23   seeing this, maneuvers, moves his hand around the shield and

24   sprays Officer Forrester directly in the eyes.

25         Officer Forrester is going to describe for you the

1    extreme pain that he felt in that moment.  He's going to tell

2    you that he believes he was sprayed by a distance of less than

3    1 foot.  He's going to tell you that he couldn't see, that he

4    couldn't breathe, and that he was afraid of being crushed and

5    trampled by the crowd.

6         Your Honor is also going to hear from former United

7    States Capitol Police Officer Morris Moore.  Officer Moore had

8    similar experiences to Officer Forrester in the tunnel.  He was

9    pushed unrelentingly by the rioters as he and his colleagues

10   worked tirelessly to push everyone out of the tunnel.

11        At one point Officer Moore and his colleagues had made

12   progress in pushing the rioters towards the entryway.

13   Officer Moore was at the front of the police line at this time,

14   and it was then that the defendant Federico Klein used a stolen

15   police riot shield to smash up against Officer Moore

16   repeatedly.

17        Officer Moore was able to push hard against those

18   attacks and to move Defendant Klein back towards the entryway

19   of the tunnel.  As he was doing that, other rioters reached

20   over Klein's shield and grabbed Officer Moore's police baton.

21        A struggle ensued over several seconds, and eventually

22   the baton was wrest from Officer Moore.  Very shortly after

23   this incident, Officer Moore was pulled by rioters into the

24   crowd.  And he'll tell Your Honor how frightened he was to be

25   isolated from his colleagues and at the whim of what was a

1    violent mob.

2         He'll tell Your Honor that luckily he escaped from that

3    crowd, moved north around the Capitol Building to safety.  And,

4    remarkably, he returned inside the Capitol Building to continue

5    to protect the Capitol because, as he'll tell you, his mission

6    wasn't over.

7         Your Honor is also going to hear from MPD Officer Daniel

8    Hodges.  As Your Honor knows, Officer Hodges was crushed in a

9    door frame in the tunnel when the crowd of rioters organized a

10   heave-ho push to collectively join their force against the

11   police.  Officer Hodges will tell you how vulnerable he felt in

12   that moment, how it was hard to breathe, how he called out in

13   pain and for help.  While he was pinned, he was attacked by

14   Defendant Steven Cappuccio.

15        When Officer Hodges was rendered defenseless, Cappuccio

16   grabbed his gas mask, shoved it violently into and out of his

17   face, shaking and turning his head in various directions.

18   Ultimately, he was successful in ripping that gas mask from

19   Officer Hodges' face.  Then he grabbed Officer Hodges' police

20   baton.  And while Officer Hodges was dazed and bloodied, he hit

21   him in the head with a baton.

22        These are just three of the defendants' victims that

23   you're going to hear from during this trial.

24        But Your Honor will hear from other officers as well,

25   and I expect that the experiences of the officers in the tunnel

1    will stand in sharp contrast to the experiences of the

2    defendants who attacked them.  Instead of fear, pain, and

3    exhaustion, the defendants, as the evidence will show, relished

4    their actions on January 6th.

5            For example, here is Federico Klein.  He's standing

6    outside the lower west terrace tunnel after having assaulted

7    multiple officers.  He raised his right hand in a fist in a

8    sign of victory and encouragement to others.

9            Here is Defendant Christopher Quaglin, also standing

10   outside the tunnel, with his arms outstretched and his head

11   thrown back in a clear sign of victory.

12           And here is Defendant Steven Cappuccio mere moments

13   after his attack on Officer Hodges, standing outside the tunnel

14   with his left fist raised in the air.

15           Christopher Quaglin, Federico Klein, and Steven

16   Cappuccio attacked officers with batons, with shields, with

17   chemical irritants, and with their bodies.  They were

18   relentless in their attacks on officers because they were on a

19   mission to get inside that building and stop the certification

20   of the 2020 election.

21           After Your Honor has heard all the evidence in this

22   case, the United States will return before you and will ask you

23   to return a verdict, the only verdict consistent with the

24   evidence in this trial, and that's a verdict of guilty on all

25   counts.

1          Thank you, Your Honor.

2          THE COURT:  Thank you.

3          All right.  Ms. Douenat, do you wish to be heard.

4          MS. DOUENAT:  Your Honor, we have an opening

5     statement.

6          THE COURT:  Okay.

7          MS. DOUENAT:  Your Honor, the evidence will show that

8     on that ill-fated date, Mr. Cappuccio, a Gulf War veteran,

9     attended what he believed was going to be a peaceful rally.

10         His friend -- you will hear from his friend,

11    Mike Ingersoll, who was his high school friend, and he was

12    going to go and see this rally and had asked him just a week

13    earlier if he could come with him because he was going to drive

14    from Texas all the way to D.C. to go to this rally.

15         You will hear that Mr. Cappuccio had no idea there was a

16    rally that former President Trump was putting on at the

17    George -- at the Washington memorial.  And he asked his wife

18    for permission.  And he ended up going with him.

19         Mr. Ingersoll was paying for gas, was paying for the

20    hotels.  He was paying for everything.  So all he had to do was

21    just come with him.  You'll hear that they arrived in Arlington

22    the night before.  In the morning of, they woke up early and

23    went to the Washington Monument through the Metro.

24         You will hear that Mr. Cappuccio was wearing shorts,

25    a sweatshirt, a cap, and tennis shoes, and he was very cold.

1    So while they were waiting in line, his friend, Mike Ingersoll,

2    bought him a beanie -- because there were vendors there

3    and bought him a beanie, and he put a beanie underneath

4    his -- his head [sic] to keep some of the heat and try to stay

5    warm.

6          In the line, they ended up getting separated because

7    there were two different lines that went into the Washington

8    memorial.  You will hear that Mr. Cappuccio had no idea there

9    were more speakers.  He thought it was just President Trump.

10   And -- and they sat there and listened to the speeches.

11         And since they had been separated while they were in the

12   rally, they chose to convene, through text message, afterwards

13   at the porta potties.  After the President spoke -- the former

14   President spoke, they went and met at the porta potties.  They

15   had no other plans.  They didn't know what to do at this point.

16         And they both agreed to peacefully march towards the

17   Capitol with some of the other group members that were there at

18   the rally.  So this was around 2 o'clock, approximately.  And

19   they went peacefully and marched towards the Capitol.

20         You will hear how when they arrived at the Capitol, it

21   was -- what Mr. Cappuccio anticipated to be a peaceful protest

22   quickly transformed into a nightmarish ordeal for him that

23   reignited the haunting memories of his time in combat.

24         You will hear how the chaos unfolded in a manner that

25   mirrored the traumatic experiences and circumstances he had

1    faced before in his three deployments in Iraq and Afghanistan.

2    You will hear how the overwhelming sensory stimulus, the crowd

3    dynamics, and the surging emotions triggered a response deeply

4    engrained in his psyche.

5         You will hear Mr. Cappuccio's actions were not a

6    conscious choice but, regrettably, an involuntary reaction to

7    his PTSD.  His judgment was clouded, and he was unable to

8    differentiate between the initial intended purpose, which was a

9    peaceful protest, and the alarming environment that unfolded

10   around him.

11        We will delve into Mr. Cappuccio's PTSD through the

12   testimony of our expert, Dr. Stephen Xenakis.  General Xenakis

13   has met with Mr. Cappuccio and has reviewed all of his medical

14   records and has extensively interviewed him.  He will testify

15   about how the profound impact that experience in Iraq and

16   Afghanistan had on his actions on January the 6th.  And when he

17   was in Afghanistan as a commander of a Bradley Fighting

18   Vehicle, he faced relentless ambushes and constant enemy fire,

19   and how he endeared unimaginable stress and dangers.

20        And during, in fact, one particular event, they were

21   under mortar fire and his Bradley unit caught fire, and he was

22   able to save his crew and a lot of the equipment.  But because

23   of that, he's got post-concussion syndrome and severe PTSD.  In

24   fact, he's a hundred percent disabled with PTSD.

25        And he had taken many actions to go to counseling and

1    take care of his PTSD while in San Antonio.

2         You will hear that he's not a political animal, didn't

3    even know what was happening on January 6th, but had gone with

4    his friend just to be his road companion to D.C.; and you'll

5    see that through text messages and through testimony.

6         But those traumatic experiences that he endured in those

7    three deployments did leave an indelible mark on his psyche,

8    and he was triggered on that day by everything that was going

9    on.

10        You will hear also from Officer Hodges about the

11   experience in the tunnel and -- and how chaotic it was in

12   there, how loud it was in there.  I know the Court has already

13   heard a lot of that testimony, but you will hear it from

14   Mr. Hodges' testimony again and how that affected his ability

15   to also see everything that was going on around him; how it was

16   just overwhelming his senses and shattering his ability to

17   really see everything that was happening around him.

18        I do know that when Mr. Cappuccio went into the tunnel,

19   the main pivotal moment in the tunnel was he was hit and struck

20   by a baton.  And his hand was injured, and he lost his hat and

21   his beanie.  And his phone fell out of his mouth on the floor,

22   and that's what made him react.  And he went straight from

23   green to red, and it was a response that was not at all

24   intended.  It was his PTSD, and that's what triggered what

25   happened with Officer Hodges, Your Honor.

1    Mr. Cappuccio also automatically, with his other hand,

2    tried to disarm Mr. Hodges of his baton, but did not use it

3    against Mr. Hodges.  There is no -- there's no video evidence

4    or any -- and there's no proof that we have -- any video proof

5    that we have that that assault actually happened.  But there

6    are -- there is video proof that other assaults were happening

7    in the tunnel against Officer Hodges with other batons, with

8    other individuals around him, during that time.

9    We have an expert, Dr. Cutler, who will be testifying

10   about everything that was --

11   THE COURT:  Sorry.  I want to go back.  What are you

12   saying didn't happen that the government --

13   MS. DOUENAT:  We're -- we're --

14   THE COURT:  -- is alleging that your client hit --

15   MS. DOUENAT:  Hit --

16   THE COURT:  -- Officer Hodges --

17   MS. DOUENAT:  -- in the head with his baton.

18   We're alleging that did not happen at all.  And -- and

19   we're saying there's no video evidence of that.  It's Officer

20   Hodges' testimony.  We have an expert, Dr. Cutler, who will be

21   testifying about how when a person repeats what they believe

22   happened to them over and over and over, it becomes more

23   ingrained in their minds.

24   And we have to observe the things that were going on

25   around them at the time, all the sensory overload, the -- what

1    their focus was, if they were in pain.  I know that

2    Officer Hodges had already experienced hell before he

3    arrived even at the tunnel and had been assaulted multiple

4    times, including by a heavy object that fell on his head

5    from above.  And while in the tunnel, he was being pinned and

6    was in pain.  And there was other individuals also, which we're

7    going to show, were assaulting him at the time that this

8    happened.

9         And then when Mr. Cappuccio was struck by a baton and

10   lost his hat and his beanie and his phone dropped to the

11   ground, then he reacted.  And it was reminiscent of the

12   life-threatening scenarios that he had encountered in combat,

13   and he was just at war.

14        You will hear how he snapped out of it when somebody

15   said, "He's an American.  He's one of us."  And that's when he

16   was out of war and then realized what had happened and what he

17   had done and then turned around and left.

18        He was in that tunnel 5 minutes.  When he walked out of

19   the tunnel, everybody was chanting at the time "USA.  USA."

20   And that's when he stuck his hand out because that triggered in

21   his memory coming back from combat and everybody yelling "USA.

22   USA."

23        Dr. Xenakis will testify about his PTSD and how

24   post-concussion syndrome acts and how his PTSD was triggered in

25   that moment, in that scenario, and based on the videos he's

1    seen and the interview he had with Mr. -- with Mr. Cappuccio.

2         You will also hear from Dr. Cutler, who will testify

3    about the reliability of Dr. -- of Officer Hodges, which

4    we're not saying he's a liar at all, Your Honor.  Please, I

5    hope you understand that.  We're -- we're saying his -- he

6    could be conflating moments because he was hit by many other

7    individuals also in that tunnel with batons, and there's video

8    footage of that, which we'll show the Court during our

9    testimony.

10         Ultimately, Your Honor, after even recovering a bunch of

11   open-source media and everybody who had a camera in that tunnel

12   that day, and the cameras that were in there, we think the

13   evidence will show that Mr. Cappuccio did not hit

14   Officer Hodges, and that he was triggered and his PTSD took

15   over at that -- at that time and it wasn't -- there was no

16   willful act on his -- on -- and that the Court will find him

17   not guilty of those charges, Your Honor.

18         THE COURT:  So, Ms. Douenat, with the exception of

19   this alleged assault, it sounds like you're kind of agreeing

20   that everything else happened more or less the way the

21   government claimed it happen.

22         MS. DOUENAT:  We're saying that he did pull his --

23   the mask off.  That's correct.  We're not denying that at all,

24   Your Honor.  We're just saying it was not intentional and that

25   it was because of his PTSD, and that he did take the baton from

1    Officer Hodges.  Correct.

2             THE COURT:  Okay.  So I --

3             MS. DOUENAT:  But he did not hit him with it.

4             THE COURT:  The government -- I'm not going to

5    be looking for the government to prove ID here for your

6    client?

7             MS. DOUENAT:  We've stipulated to that.

8             THE COURT:  You're stipulating to the identity?

9             MS. DOUENAT:  Yes, Your Honor.

10             THE COURT:  Okay.  And on the PTSD point, I'm not

11    sure I've had a situation like this.  You're not claiming not

12    guilty by reason of insanity; is that correct?

13             MS. DOUENAT:  No.

14             THE COURT:  You're saying that the PTSD would

15    implicate his scienter; is -- is that correct?

16             MS. DOUENAT:  That's correct, Your Honor.

17             THE COURT:  Okay.  All right.  Well, I look forward

18    to hearing the evidence in that.

19         Thank you, ma'am.

20             MS. DOUENAT:  Thank you, Your Honor.

21             THE COURT:  All right.  Mr. Woodward.

22             MR. WOODWARD:  Your Honor, we're --

23             THE COURT:  Mr. Woodward, similar question on ID

24    here.  Is this a whodunit or --

25             MR. WOODWARD:  It depends, Your Honor.  We're not

1    stipulating to identification, but we're not going to put

2    the government through the ringer on this as well.  They

3    have the burden of proof.  We expect they'll meet it, but

4    we'd like them to do that, as streamlined as possible, of

5    course.

6            THE COURT:  Okay.  Okay.

7            MR. WOODWARD:  If I can just -- there's a lot of

8    video that the government has proposed as exhibits.  I'm not

9    sure that they'll be using all of it.  If we're -- if we're

10   just focused on the tunnel, that makes this a lot easier.  If

11   we're going out into the crowd outside the tunnel, it makes it

12   a little more difficult.

13           And so to stipulate that everybody the government

14   contends is Mr. Klein is a little difficult for us to do.  What

15   we got the last night or the day before is a much streamlined

16   version of the exhibits that they intend to admit.  So we think

17   this won't be problematic, but the government, obviously, has

18   their case, and it's their prerogative what evidence they want

19   to show the Court.

20           And so we're just going to have to see which video they

21   want the Court to conclude depicts Mr. Klein and which does

22   not.

23           THE COURT:  So are you saying that the evidence the

24   government has, purportedly, of your client in the tunnel, you

25   can confirm that was him in the tunnel; but there are some of

1    these more distanced shots that may not be him?

2         MR. WOODWARD:  So I'm sorry, Your Honor.  Some of the

3    video in the tunnel, you can't see anything at all, in my

4    humble opinion.  So if they -- it's just all going to depend on

5    which video the government intends to show the Court as

6    evidence of Mr. Klein's offenses.  We are reluctant to

7    stipulate that everyone the government says is Mr. Klein is

8    Mr. Klein.

9         THE COURT:  Okay.

10        MR. WOODWARD:  And there may be instances where the

11   government says it and the Court allows it and we're arguing in

12   summation that you can hardly depict who that person is.  But

13   that's just what we'll have to take up as the government admits

14   its evidence.

15        THE COURT:  Okay.  All right.  Thank you.

16        MR. WOODWARD:  Sure.

17        THE COURT:  And, Ms. Rodriguez, do you wish to make

18   an opening statement?

19        MS. RODRIGUEZ:  Your Honor, if I can just reserve on

20   that at this time.

21        THE COURT:  Okay.  It sounds like you are, kind of,

22   conceding as to identity; is that correct?

23        MS. RODRIGUEZ:  Your Honor, yes.  In fact, that's

24   some of the stipulations that were contained in -- in that

25   *in limine* as far as identification goes.  We are stipulating to

1    identification.

2        Now, if the government were to bring forward, you know,

3    certain photographs -- because there are a couple which are not

4    my client, then, of course, we can appropriately address that.

5    But as far as Mr. Quaglin being there on January 6th, he, in

6    fact, indeed, was.

7        THE COURT:  Okay.  So, Ms. Akers, I think at least as

8    to two of the defendants, I'm not going to be interested in

9    hearing a lot of evidence of you recovered such and such jacket

10   or something like that.  I think we -- let's get to what

11   happened.

12       MS. AKERS:  That's fair, Your Honor.

13       I would note, though, that Mr. Quaglin hasn't actually

14   signed any stipulations.  But he purported he would do so in a

15   motion *in limine*.  But we've actually provided stipulations for

16   signature, and we've only got them for Defendant Cappuccio.  So

17   at this point, we would ask for the stipulation or we'll have

18   to put on that evidence.

19       THE COURT:  Okay.  Ms. Rodriguez, maybe you can get

20   that from your client at the break.

21       MS. RODRIGUEZ:  It's so stipulated, Your Honor.  And

22   I did have my client sign the stipulation.  It wasn't the exact

23   stipulation that the government provided.  However, we do

24   stipulate.

25       THE COURT:  Okay.  Have you given the government back

1    the signed stipulation?

2              MS. RODRIGUEZ:  We haven't.  And I'll make sure he

3    signs it, Your Honor.

4              THE COURT:  Great.  Thank you.

5         So I'll ask just generally from the defendants, I got a

6    trial brief from Ms. Douenat, not from the other two

7    defendants, which is just fine.  But before the end of the

8    trial, obviously, we're going to need to settle on elements of

9    the offenses.  My -- at this point, I'm kind of looking -- the

10   government has laid out what they believe the elements of the

11   offenses are.

12        I think Ms. Douenat agrees on all except for one, I

13   believe.  I'll just ask for the other two parties, between now

14   and the end -- and closings, we're going to need to figure out

15   your position on those.  So I'll ask you to be thinking about

16   that.

17        Also, I'm -- I don't think we need to have three

18   objections from each defendant.

19        Ms. Akers, does it make sense for me to impute an

20   objection from one defense attorney as to all three defendants?

21             MS. AKERS:  Yes, Your Honor.

22             THE COURT:  All right.  And, similarly, I'll ask

23   you-all to kind of work cooperatively to take the lead on

24   cross-examinations.  I'll give each defense attorney an

25   opportunity to cross the witnesses.  But I'm not going to be

 1    thrilled about hearing recitation three times from each defense

 2    attorney.  So please kind of work cooperatively to figure out

 3    who's going to take the lead on what witness.

 4         All right.  Ms. Akers, you may call your first witness.

 5         MS. AKERS:  The government calls Lieutenant George

 6    McCree.

 7         MS. HILL:  Your Honor, while we are waiting for

 8    Lieutenant McCree, we'd like to be able to preadmit exhibits,

 9    if the Court is open to that.

10         THE COURT:  Yes.

11         MS. HILL:  So the exhibits that we would like to

12    admit through Lieutenant McCree are Exhibit 105 -- and just for

13    clarity, Your Honor, the defense has not notified the

14    government whether they object to these exhibits.

15         THE COURT:  All right.  Why don't you go through, and

16    I'll confirm with them in a moment.

17         MS. HILL:  Exhibit 105, 108, 109, 119, 128, 129,

18    301.1, 301.2, 301.3, 301.4, 302, 303, 304 --

19         THE COURT:  Hold on just a second, ma'am.  I've got

20    304.  Keep going.

21         MS. HILL:  So after 304 is 305.1, 305.2, 305.4,

22    305.5, 305.6, 305.7, 305.8, 305.9, 306, 306.1, 307, 308, 310.5,

23    311.

24         THE COURT:  Sorry.  310.5?

25         MS. HILL:  Yes, Your Honor.

1          THE COURT:  All right.  I don't think that's on your

2     chart here, 310.5.

3          MS. HILL:  It's CCTV footage.

4          THE COURT:  Okay.

5          MS. HILL:  311, 312, 313, 314, 315, 316, and 317.

6          THE COURT:  All right.  Ms. Douenat, any objection to

7     any of those?

8          MS. DOUENAT:  No, Your Honor.

9          THE COURT:  Mr. Woodward, any objection to any of

10    those?

11         MR. WOODWARD:  Your Honor, the objection is not to

12    the admission of exhibits.  It's really, I guess, more of a

13    question of whether we're going to have to watch all of those

14    exhibits and what -- Lieutenant McCree is expected to do or say

15    about them.  We don't think the Court needs a witness, let

16    alone somebody who wasn't physically observing the scene, to

17    narrative for the Court.

18         So if the government wants to admit the exhibit and put

19    them in summation, I think that's appropriate.  But to have

20    somebody come up and take the stand and narrate for the Court

21    what's being depicted in the video, in particular a

22    Capitol Police officer, we don't think (a) it's necessary or

23    appropriate, even though it is a bench trial.

24         THE COURT:  All right.  So you're not objecting to

25    the admission of those, that is right?

```
1              MR. WOODWARD:  That is with the exception of 317.  We
2     would ask about the relevance of that video and why -- and
3     which particular defendants the government claims it depicts.
4              THE COURT:  Okay.  So let me handle -- we won't be
5     admitting 317 right now.  You can ask to move that at the time.
6     Mr. Woodward, you can object on your other point as it comes
7     up, but I think better to deal with that as -- once we hear
8     what the testimony is.
9          Ms. Rodriguez, any objection to any of the admission of
10    any of those?
11             MS. RODRIGUEZ:  No objection, Your Honor.
12             THE COURT:  Okay.  So 105, 108, 109, 119, 128, 129,
13    301.1, 301.2, 301.3, 301.4, 302, 303, 304, 305.1, 305.2, 305.4,
14    305.5, 305.6, 305.7, -.8, -.9, 306, 306.1, 307, 308, 310.5,
15    311, 312, 313, 314, 315, and 316 are all in.  I'm reserving on
16    317.
17             (Government Exhibit 105, 108, 109, 119, 128, 129,
18    301.1, 301.2, 301.3, 301.4, 302, 303, 304, 305.1, 305.2, 305.4,
19    305.5, 305.6, 305.7, 305.8, 305.9, 306, 306.1, 307, 308, 310.5,
20    311, 312, 313, 314, 315, and 316 admitted into evidence.)
21             MS. HILL:  Thank you, Your Honor.
22             THE COURT:  All right.  You may call your first
23    witness.
24          Lieutenant, if you can come up, please.
25             THE COURTROOM DEPUTY:  Please raise your right hand.
```

```
1                    (Oath administered.)

2                    THE WITNESS:  I do.

3                    THE COURTROOM DEPUTY:  Thank you.

4                    THE COURT:  Good morning, sir.

5                    THE WITNESS:  Good morning.

6                         DIRECT EXAMINATION

7    BY MS. HILL:

8    Q.  Good morning, Lieutenant McCree.

9    A.  Good morning.

10   Q.  Thank you for being here.

11   A.  Thank you.

12   Q.  Could you please state and spell your name for the Court.

13   A.  My name is Lieutenant George McCree, G-e-o-r-g-e; McCree,

14   M-c-C-r-e-e.

15   Q.  Lieutenant McCree, where do you work?

16   A.  I work for the United States Capitol Police.

17   Q.  And what is your position?

18   A.  I'm a lieutenant.

19   Q.  How long have you been with the U.S. Capitol Police?

20   A.  I've been with the United States Capitol Police since

21   September of 1993.

22   Q.  What was your position prior to becoming a lieutenant?

23   A.  I was a sergeant with the Capitol division, House chambers

24   section.

25   Q.  Is the move from sergeant to lieutenant a promotion?
```

1   A.  Yes.

2   Q.  When were you promoted?

3   A.  I was promoted March of 2021.

4   Q.  And what was your position prior to being a sergeant?

5   A.  I was a -- I was a special agent in the physical security

6   division.

7   Q.  What is the mission of the United States Capitol Police?

8   A.  The mission of the U.S. Capitol Police is to protect

9   Congress and assure their -- that they can perform their duties

10  in an orderly, safe manner.

11  Q.  And as a 30-year veteran of the U.S. Capitol Police, is it

12  fair to say that you're familiar with the Capitol Building

13  itself?

14  A.  Very much so, yes.

15  Q.  And the Capitol Grounds too?

16  A.  Yes, ma'am.

17  Q.  Is the Capitol Building on federal property?

18  A.  It is.

19  Q.  Are Capitol Grounds federal property as well?

20  A.  They are.

21          MS. HILL:  Mr. Clements, please pull up Exhibit 108,

22  which has been previously admitted.

23  BY MS. HILL:

24  Q.  Lieutenant McCree, what is Government Exhibit 108?

25  A.  It's a map of the U.S. Capitol Grounds.

 1    Q.  Do you see wording on Exhibit 108?

 2    A.  I do.

 3    Q.  Does that wording accurately reflect the different areas on

 4    Capitol Grounds?

 5    A.  It does.

 6    Q.  On the top right of Exhibit 108, do you see the word

 7    north?

 8    A.  I do.

 9    Q.  With an arrow pointing left?

10    A.  Yes.

11    Q.  Is that direction accurate?

12    A.  That is accurate.

13    Q.  Okay.  So if I were to draw an arrow pointing down, what

14    direction would that be?

15    A.  That would be west.

16    Q.  Okay.  On the west side of the Capitol, there's an area

17    marked West Lawn.  Do you see that?

18    A.  I do.

19    Q.  Okay.  I am going to draw a box around this area.

20         MS. HILL:  And, Mr. Clements, will you please zoom in

21    in that area for us, please.

22    BY MS. HILL:

23    Q.  Okay.  East of the West Lawn, there is a gray box labeled

24    media tower.  What is the media tower?

25    A.  The media tower was set up for the -- the inaugural

1    address for the President of the United States, January of

2    twenty- -- 2021.

3    Q.  What did the media tower look like?

4    A.  It's a tall -- it looks like scaffolding.  It's a tall

5    tower that -- that allows the media to have a vantage point for

6    their filming and photography.

7    Q.  Okay.  And just east of the media tower on Exhibit 108 is

8    an area labeled the upper west plaza.  Do you see that?

9    A.  I do.

10   Q.  Can you describe that area.

11   A.  The -- it's -- it's a flat area that's just to the west of

12   the Capitol Building.  It's the lower -- one of the lower

13   levels of the west terrace.

14   Q.  Okay.  And just east of that is the lower west terrace on

15   Exhibit 108.  Can you describe that area.

16   A.  Yes.  That is a -- it's sort of an elevated area above the

17   plaza and below the upper west terrace.  So it's kind of the

18   middle ground between -- as you're going up the terrace.

19   Q.  Near that lower west terrace area, there's a yellow arrow.

20   What is that yellow arrow pointing towards?

21   A.  That points towards the lower west terrace door.

22   Q.  Okay.  And it's labeled something.  Do you see the label?

23   A.  Tunnel entrance.

24   Q.  Thank you.

25        MS. HILL:  Mr. Clements, will you please pull up

1    Government Exhibit 128.

2    BY MS. HILL:

3    Q.  Lieutenant McCree, what is Government Exhibit 128?

4    A.  It's a rendering of the upper and lower west terrace and

5    the plaza as it looked on January 6th.

6    Q.  Okay.  Can you please mark the area that is the lower west

7    terrace.

8           MS. HILL:  And just for the record, Lieutenant McCree

9    has marked an area that's directly in the middle of the screen.

10   BY MS. HILL:

11   Q.  And can you please put a square around the tunnel

12   entrance.

13          MS. HILL:  Again, for the record, Lieutenant McCree

14   has put a square around the tunnel entrance, which is directly

15   in the center of the screen.

16          Mr. Clements, will you please pull up Government

17   Exhibit 129.

18   BY MS. HILL:

19   Q.  Lieutenant McCree, what is Government Exhibit 129?

20   A.  It's an aerial view of the same location we were looking

21   at.  The upper, lower west terrace and the plaza.

22   Q.  Okay.  And could you please circle the lower west terrace

23   on Government Exhibit 129.

24   A.  (Witness complying.)

25          MS. HILL:  Mr. Clements, will you please pull up

1    Government Exhibit 105.

2    BY MS. HILL:

3    Q.  Lieutenant McCree, have you seen Government Exhibit 105

4    previously?

5    A.  I have.

6    Q.  What is this?

7    A.  This is an aerial view of the Capitol Square.  The red

8    lines depict the security area that was set up in anticipation

9    of the demonstration on January 6th, 2021.

10   Q.  And, generally, when does U.S. Capitol Police set up a

11   perimeter around Capitol Grounds?

12   A.  Usually for large demonstrations or if we need to secure

13   the area that is to limit the access to areas to -- to

14   authorized individuals.

15   Q.  Can you describe the restricted perimeter on just the west

16   side of the Capitol on January 6th.

17   A.  Certainly.  The -- the west side -- actually, the entire

18   perimeter was set up with a combination of snow fencing and

19   bike racks that were -- that were connected to provide a secure

20   fencing area around -- around the square so that unknown,

21   unauthorized persons would [sic] go into that area.

22   Q.  And could you explain for the Court just the actual

23   location of the restricted perimeter on the west side.

24   A.  Certainly.  On the -- First Street, the area that shows the

25   circles, that -- that area had snow fencing and bike racks.

1    They had signage that said that the area was restricted, and

2    they, additionally, had city-use squads -- civil disturbance

3    units that were -- that were assigned to patrol and monitor

4    the -- the fencing.

5    Q.  The CDU squads, also U.S. Capitol Police police officers?

6    A.  Yes, they were.

7    Q.  Did you see the bike racks yourself?

8    A.  I did.

9    Q.  Did you see the snow fencing yourself?

10   A.  I did.

11   Q.  Okay.  And did you see the area closed signs yourself?

12   A.  I did.

13   Q.  Did the bike racks and snow fencing encircle the entire

14   restricted perimeter?

15   A.  They did.  There were, obviously, areas for vehicle

16   admittance on the north and south sides of the barricades, but

17   those were manned with barricades and/or personnel.

18   Q.  Can you just briefly explain the bike racks.

19   A.  Certainly.  They're approximately 3 and a half feet.

20   They're metal.  They gang together in terms of -- they can be

21   connected.  They're designed to be quickly deployed for

22   security situations such as this.

23   Q.  Are bike racks property of the United States

24   Capitol Police?

25   A.  They are, actually, property of the Architect of the

 1    Capitol.  We work with -- with them pretty closely.

 2    Q.  Okay.  And the Architect of the Capitol is a federal

 3    agency?

 4    A.  Yes.  Yeah.

 5    Q.  We spoke earlier about the upper west plaza.  Is that

 6    within the restricted perimeter?

 7    A.  It is.

 8    Q.  Is the lower west terrace?

 9    A.  Yes.

10    Q.  And is the tunnel within the restricted perimeter?

11    A.  It is.

12    Q.  Was the public permitted inside the restricted perimeter on

13    January 6th, 2021?

14    A.  They were not.  For several reasons.  The building was

15    closed for COVID.  So there was no public access to those

16    restricted areas.

17         In addition to the protest areas that are depicted on

18    here, the construction area for the inaugural construction area

19    for the speech was already restricted and had its own set of

20    physical barriers as well.

21    Q.  Okay.  And where was the inaugural scaffolding in relation

22    to this map?

23    A.  In relation to this map, the -- can I draw on it?

24    Q.  Please.

25    A.  Okay.  So it roughly came from the lower west terrace area

1    in there and then had the bleachers that were sitting in the

2    other -- the image that you showed.  Those went up on the north

3    and south sides.  And then where you see the fountain in this

4    one, the stage extended over it.  And in front of that stage

5    was the media tower for -- for the media.

6    Q.  Okay.

7           MS. HILL:  And for the record, Lieutenant McCree has

8    drawn a half circle on the west plaza.

9    BY MS. HILL:

10   Q.  Is that a fair description?

11   A.  Yes.

12   Q.  Okay.  Other than an ordinary day, is there a restricted

13   perimeter around Capitol Grounds?

14   A.  Around the grounds itself, no.  It's very often used for

15   pedestrians and tourists.

16   Q.  What is the purpose of the restricted perimeter?

17   A.  The -- to restrict individuals from coming into the --

18   coming into the secured zone.  For that date, the existing

19   secured zone for the construction area was already there.  Then

20   they extended it to the square to keep the protesters away from

21   the building, to provide a safe area for -- for Congress to

22   conduct business.

23   Q.  Okay.  I'd like to talk to you a little bit about

24   demonstrations at the Capitol.  So, ordinarily, when are

25   demonstrations allowed on Capitol Grounds?

1    A.  Routinely, demonstrations are allowed on the grounds based

2    on a permitting process.  And so there's a special events

3    section we have that controls that, based on the size of the

4    protesters.  If there's any counterprotesters, they would want

5    to not have them necessarily in the same space, that kind of

6    thing.  So there's all kinds of considerations that go into

7    what's allowed for demonstrations, but we have demonstrations,

8    multiple, on any given day.

9    Q.  Okay.  And you mentioned a permitting process.  Can you

10   tell us about that.

11   A.  Certainly.  A group would apply to the -- through the

12   process, through the special events section, and they would

13   give them a form that says how many people, who the groups are,

14   get the contacts, and what their intent is, et cetera.  And

15   based on that, they would give them allowance to certain areas

16   to protest.

17   Q.  Okay.  And I believe you mentioned the section of the

18   U.S. Capitol Police that oversees the demonstrations; is that

19   accurate?

20   A.  Yes.  That's our special events section.

21   Q.  Okay.  And could you explain that a little bit more.

22        MR. WOODWARD:  Objection, Your Honor.  Getting a

23   little far afield of what's relevant to these defendants.

24        THE COURT:  Overruled.  You may continue.  But let's

25   get to January 6th quickly.

```
1              MS. HILL:  Okay.  Understood, Your Honor.
2    BY MS. HILL:
3    Q.  So, just briefly, could you explain any oversight for
4    demonstrations.
5    A.  Yes.  So they -- the special events section coordinates
6    with all the other agencies, the special -- Secret Service.  If
7    there's other events going on in the city, they coordinate to
8    make sure that everybody can be safe and secure and have the
9    opportunity to -- to -- to stay -- state what they want to
10   state.
11   Q.  Okay.  Were any demonstrations permitted on Capitol Grounds
12   on January 6th?
13   A.  Yes, there were.  And I don't recall exactly which ones
14   they were, but not in the restricted areas.
15   Q.  Okay.  So were there any -- just to be clear, were
16   there any permitted demonstrations within the restricted
17   perimeter?
18   A.  Absolutely not.
19   Q.  On January 6th were you working at the Capitol?
20   A.  I was.
21   Q.  Briefly, what were you doing on January 6th?
22   A.  I was the assistant section commander for the House Chamber
23   section.  As such, I gave out duties and responsibilities for
24   the -- for the House Chamber personnel, civilians, and
25   officers.  I oversaw their postings and -- and their
```

1    assignments through the day and evening.

2    Q.   What was scheduled to happen on January 6th?

3    A.   There was the certification of the presidential -- I'm

4    grappling for the word.  It's the nomination -- the Electoral

5    College.  I apologize.  It's the certification of the Electoral

6    College.  And that was a Joint Session that was planned for

7    that day to -- to conduct that certification.

8    Q.   Okay.  Does Capitol Police regularly liaise with

9    U.S. Secret Service?

10   A.   Yes, they do.

11   Q.   In what capacity?

12   A.   In multiple capacities.  They actually keep a liaison

13   office in the Capitol Building because of the frequency of what

14   we do.  Certainly, anything coming from the Executive Branch --

15   that is, the President and Vice President, if they're coming to

16   the Capitol -- we would coordinate with them to provide any

17   additional security, motorcades, et cetera.  They also provide

18   security for visiting dignitaries, a Pope, a head of state,

19   et cetera.  So it's fairly routine that we work with them

20   constantly.

21   Q.   Okay.  And how does U.S. Capitol Police -- how are they

22   notified when a dignitary or Secret Service protectee is

23   visiting the Capitol?

24   A.   In multiple ways.  We get -- being a Capitol official at

25   the time, I would get a -- a notification, an email

1    notification, from the Secret Service that would go through the

2    special events.  So I would get, basically, the same

3    notification from our personnel through special events.  And if

4    there were any changes, those would come through either radio

5    communications and/or electronic communications to keep

6    everything in process going throughout the day.

7    Q.  Okay.  Did U.S. Capitol receive any of those

8    notifications on January 6th that Vice President Pence would

9    be visiting?

10   A.  We received all of those, yes.

11   Q.  Okay.  Does Vice President Pence have an office on

12   Capitol Grounds?

13   A.  He does.

14   Q.  Does he use that office every day?

15   A.  No.

16   Q.  Does he use that office on the majority of days?

17   A.  No.  No.  He has an office and has a staff that has a small

18   office, but the Vice President doesn't come to the Capitol

19   frequently.  And even when he does or she does, they -- they

20   may just go to the Senate Floor and then leave.  So they may

21   use their office.  They may not use their office.

22   Q.  Okay.  On January 6th, was Vice President Pence's visit a

23   temporary visit?

24   A.  It was -- it was -- well, yes, it was a temporary visit.

25   It was a longer visit due to the fact that they were going

1    through the nomination process and having a Joint Session.

2    Q.  What security measures are taken when a dignitary, such as

3    the Vice President, is visiting the Capitol?

4    A.  Basically, we provide additional motorcade, and we walk

5    through it with them.  Like, we provide additional escort

6    service for them.  So they would have -- if they came with

7    Secret Service, they would still have their Secret Service

8    escort.  We would provide an additional escort as they go

9    through the Capitol Building.

10   Q.  Did Vice President Pence have a Secret Service detail on

11   January 6th?

12   A.  He did.

13   Q.  At the Capitol?

14   A.  Yes.

15   Q.  Was his presence part of the reason for the restricted

16   perimeter?

17   A.  Yes.  Yeah.  The head of state visit is -- is something

18   that we always ramp up our security for.

19   Q.  I'd like to talk briefly about some CCTV footage.  So are

20   you familiar with the closed-circuit camera system on

21   U.S. Capitol Building and Grounds?

22   A.  I am.

23   Q.  How are you familiar with that?

24   A.  I was a physical security agent when they were installing

25   most of the newer camera system, and so I was part

1    responsible for designating where some of those cameras would

2    be and how they're utilized.  And then, obviously, working with

3    the division over time and as -- as an official over time,

4    we -- we review the camera footage for different events.  If we

5    have an arrest or if we have whatever, we use the service all

6    the time.

7    Q.  Okay.  This may seem obvious after your last answer, but

8    who controls the camera system?

9    A.  Capitol Police.

10   Q.  And is it located both inside and outside of the building?

11   A.  Yes, it is.

12   Q.  Why does U.S. Capitol Police have cameras inside and

13   outside of the building?

14   A.  For a number of reasons.  We monitor the security of the

15   area, we can review any incidents that have happened, and it

16   just provides us the -- another tool to provide a safe and

17   secure environment for Congress.

18   Q.  Do the CCTV cameras capture audio?

19   A.  They do not.

20   Q.  And just based on your understanding of the video

21   equipment, was it in good working order on January 6th?

22   A.  It was.

23         MS. HILL:  Mr. Clements, please pull up Government

24   Exhibit 109.  Will you please forward to 1:30 of the video.

25   That's fine.  I've paused the video at 13:54:55.

1    BY MS. HILL:

2    Q.   Lieutenant McCree, can you explain this location.

3    A.   Certainly.  This is a view from the west -- from the -- the

4    westerly view of the lowest terrace from the U.S. Capitol.

5    Q.   And have you seen this video before?

6    A.   I have.

7    Q.   Is it normal speed or sped up?

8    A.   It's sped up.

9    Q.   And I'm circling a white tower in the center of the screen.

10   What is that?

11   A.   That is the media tower.

12   Q.   Is everything in this image within the restricted perimeter

13   on January 6th?

14   A.   Yes, ma'am.

15   Q.   And circling a group of individuals, who are those

16   individuals, generally?

17   A.   That is a combination of U.S. Capitol Police and

18   Metropolitan Police CDU squads.

19   Q.   What are the officers doing in this image?

20   A.   They are attempting to hold back the crowd that has

21   breached the security area.

22   Q.   Okay.  And when you're referring to the crowd, are you

23   referring to all of the individuals west of the police

24   officers?

25   A.   Yes.

1    Q.  And what are those individuals moving toward?

2    A.  They are moving towards the U.S. Capitol.

3    Q.  Okay.

4              MS. HILL:  Mr. Clements, will you please play this

5    video to the time stamp 14:28.

6              (A video recording was played.)

7    BY MS. HILL:

8    Q.  Lieutenant McCree, what is happening on the left-hand side

9    of the screen?

10             MR. WOODWARD:  Objection, Your Honor.  The video

11   speaks for itself.

12             THE COURT:  Overruled.

13   A.  The protesters have breached the area further, and the --

14   they're overrunning the police line.

15   BY MS. HILL:

16   Q.  And what effect has that had on the officers?

17   A.  The officers are having to fall back.  Some are probably

18   being injured in the process, and we're losing -- losing ground

19   in terms of security of the -- of the Capitol.

20             MS. HILL:  Mr. Clements --

21             MR. WOODWARD:  Objection, Your Honor.  Move to

22   strike.  Calls for speculation with respect to injured in the

23   process.

24             THE COURT:  I agree.  Lieutenant McCree, were you

25   here?

MCCREE - DIRECT

1            THE WITNESS:  I'm sorry?

2            THE COURT:  Were you there?

3            THE WITNESS:  Was I outside?  No, I was inside.

4            THE COURT:  I am granting that motion to move to

5    strike.  You may continue.

6            MS. HILL:  Mr. Clements, will you please play the

7    video until time stamp 14:48.

8            (A video recording was played.)

9    BY MS. HILL:

10   Q.  Lieutenant McCree, what has occurred in this segment of the

11   video?

12   A.  The rioters have overrun the police line, and they are on

13   the upper west terrace.  This is the lower west terrace.

14   Q.  And just for clarity, are the rioters on the upper west

15   terrace and the lower west terrace?

16   A.  They're on the plaza and the lower west terrace in this

17   image.

18   Q.  Okay.  And --

19   A.  I know they had made it to the upper west terrace at this

20   time as well.

21   Q.  Okay.  Fair.

22           MS. HILL:  Mr. Clements, will you please play to the

23   end of the video.

24           (A video recording was played.)

25   ///

1    BY MS. HILL:

2    Q.  Lieutenant McCree, I'd like to shift gears a little and

3    talk about the breach of the building itself.  Do you know at

4    approximately what time the building was breached?

5    A.  I believe it was breached at around -- I don't know the

6    exact minute, but it was around 2:15.

7    Q.  Was Congress able to continue with the certification of the

8    Electoral College vote after the building was breached?

9    A.  No.

10   Q.  Why not?

11   A.  The area was deemed insecure, and so we had to take over

12   the floor.  "We" being Capitol Police.  And we asked the

13   parliamentarians in both Houses to recess Congress.  And then

14   we sheltered the individuals in place at that point.

15   Q.  When was Congress able to resume proceedings on the floor?

16   A.  Cumulative, between the two, it was after 8 o'clock that

17   evening.

18   Q.  Was that after the building had been cleared of protesters?

19   A.  After the building had been cleared of the protesters and

20   we swept the building and the grounds and determined that the

21   area was secure enough for them to resume.

22          MS. HILL:  May I have a moment, Your Honor?

23          THE COURT:  You may.

24          MS. HILL:  I have no further questions, Your Honor.

25          THE COURT:  Okay.  Who would like to take the lead

 1     on -- with Lieutenant McCree?  Mr. Woodward.

 2              MR. WOODWARD:  Thank you, Your Honor.

 3          If I could request the assistance of -- is it

 4     Mr. Clements?  If I could ask you to put 128 back up on the

 5     screen, please.  I'm sorry.  108.  Forgive me.

 6                         CROSS-EXAMINATION

 7     BY MR. WOODWARD:

 8     Q.  Lieutenant McCree, thank you for your service.

 9     A.  Thank you, sir.

10     Q.  You testified that you played a role in installing the CCTV

11     security camera footage; correct?

12     A.  Yes.

13     Q.  Not the footage.  Excuse me.  But the cameras themselves?

14     A.  Yes.

15     Q.  Inside and outside of the building?

16     A.  Yes, sir.

17     Q.  And so you're pretty familiar with where all these cameras

18     are?

19     A.  Exactly all of them, no.  It's been some time.  But

20     generally speaking, yes.

21     Q.  Because there are hundreds of cameras --

22     A.  Yes, sir.

23     Q.  -- everywhere?

24              MR. WOODWARD:  And if I could ask Mr. Clements, if

25     you could zoom in again, as you had done for Lieutenant McCree,

1    on the lower west terrace.  Exactly right.

2              MS. HILL:  Your Honor, we filed a motion *in limine* on

3    the location of the U.S. Capitol Police cameras.  So to the

4    extent Mr. Woodward intends to ask about the specific

5    locations, we will renew that.

6              MR. WOODWARD:  I will be very careful about my

7    questions, and the government will speak up if I'm --

8              THE COURT:  All right.  Let's see where we go.

9              MR. WOODWARD:  Sure.

10   BY MR. WOODWARD:

11   Q.  And this lower west terrace, as indicated on the map, you

12   testified that the video we watched previously depicted the

13   lower west terrace, the upper west plaza, et cetera; is that

14   correct?

15   A.  Yeah.  The -- the video that you showed just before did not

16   show the upper west terrace.  It showed the lower west terrace

17   and the -- and the west plaza, yes.

18   Q.  All right.  And I believe if you use your finger on that

19   screen, you can draw an arrow depicting the direction that

20   camera was facing for us.

21   A.  Yes.

22   Q.  Would you do that for us, please.

23   A.  Yes.  So the camera was facing this way.

24             MR. WOODWARD:  Okay.  And so the record will reflect

25   that Lieutenant McCree has drawn an arrow facing downward on

1    the -- on the exhibit.

2    BY MR. WOODWARD:

3    Q.  I'll ask the question.  If you could just wait before

4    answering.  The government may object to my next question.

5         I'm going to draw an arrow here facing upward.  The

6    question is:  Is there a camera that we could view that depicts

7    that angle?

8         And just give the government a minute to object or not.

9         MS. HILL:  I think as long as Mr. Woodward continues

10   to talk about generalities, we will -- we will withhold from

11   objecting, but if you're asking about a specific location, same

12   objection.

13        THE COURT:  Okay.  I don't see a specific location

14   nor an objection.  You may answer.

15   A.  There are cameras facing east.

16   BY MR. WOODWARD:

17   Q.  And the government did not show any of that video to you

18   today; correct?

19   A.  No.

20        MR. WOODWARD:  No further questions, Your Honor.

21        Thank you, sir.

22        THE COURT:  Ms. Rodriguez.

23        MS. RODRIGUEZ:  Yes, Your Honor.

24        THE COURT:  Did you have any questions for this

25   witness?

1          MS. RODRIGUEZ:  I have no questions, Your Honor.

2     I'll be back in just 2 minutes.

3          THE COURT:  Ms. Douenat.

4       Sir, remind me how to pronounce your name, sir.

5          MR. HOLGUIN:  Holguin.

6          THE COURT:  Holguin.  Okay.

7                         CROSS-EXAMINATION

8     BY MR. HOLGUIN:

9     Q.  Good morning, Lieutenant.

10         You're familiar also, I take it, with some of the

11    different major landmarks around that same area of the Capitol:

12    the White House, the Ellipse?

13    A.  Certainly around the Capitol, yes.

14    Q.  And you're aware that that same day that -- on January 6th,

15    President Trump and several other people were having a rally

16    and speakers were present at the Ellipse; correct?

17    A.  Yes.  By the White House, yes.

18    Q.  Yes.  And, obviously, the Ellipse and the Capitol are not

19    in the same location; correct?

20    A.  Correct.

21    Q.  Is it fair to say that they're about a mile and a half away

22    from the Ellipse to the Capitol?

23    A.  Pretty much so.  Sixteen blocks, yes.

24    Q.  Sixteen blocks.

25         Okay.  And there's a couple of different ways to walk

1     down there.  I think one way is Pennsylvania Avenue.  Another

2     way is Constitution Avenue?

3     A.  Yes, those are two of the ways.

4              MS. HILL:  Objection, Your Honor.  This is going

5     pretty far afield from our direct.

6              THE COURT:  All right.  I hear you.

7              MR. HOLGUIN:  I don't have many other --

8              THE COURT:  All right.  Let me see.  Keep going.

9              MR. HOLGUIN:  Yes, Your Honor.

10    BY MR. HOLGUIN:

11    Q.  What I was just trying to show was the difference between

12    the two locations, sir.

13             Just to be brief, the persons that would have been at

14    the Ellipse that morning -- or a person at the Ellipse would

15    not be able to necessarily see what's happening at the Capitol;

16    correct?

17    A.  Directly, no.

18    Q.  Right.  For example, they wouldn't be able to see the bike

19    racks that had been established by the Capitol Police for the

20    perimeter?

21             MS. HILL:  Same objection, Your Honor.  Outside our

22    direct.

23             THE COURT:  Overruled.

24    A.  They would not.  If they were on the White House grounds,

25    they would not be able to see the Capitol Grounds.

1    BY MR. HOLGUIN:

2    Q.  And same thing with the snow fencing, sir?

3    A.  Yes.

4    Q.  And you mention -- you testified there were signs that had

5    been put up to help give people notice that this area was

6    restricted; correct?

7    A.  That is correct.

8    Q.  Those signs are temporary signs.  In other words, they're

9    not permanently affixed to those -- to that area?

10   A.  They were about 4 feet apart on all of the snow fencing

11   and -- and the -- the bike racks on the Capitol Grounds.

12   Q.  Okay.  And that's -- like the bike racks, like the snow

13   fencing, those were temporary in nature; correct?

14   A.  Yes.

15   Q.  And it allows you to move the restricted area as you need

16   to do it; correct?

17   A.  Yes, sir.

18   Q.  Okay.  I wanted to direct again to what's already been

19   referenced as Government Exhibit 109.  If I can bring that up.

20           MR. HOLGUIN:  And if we could just pause it,

21   Ms. Alexander.

22   BY MR. HOLGUIN:

23   Q.  To be clear, sir, the -- there's a time stamp on this

24   exhibit; correct?  I think 12:57:28 is what's noted here?

25   A.  Yes, sir.

1    Q.  As far as you can see, is this accurate in regards to what

2    time of day it was there on January 6th?

3    A.  On this video, yes.

4    Q.  Okay.  So one thing, I guess, to be clear on, is you had

5    testified previously it was an outer perimeter -- correct? --

6    for the restricted area?

7    A.  Yes.

8    Q.  And on this lower west terrace, there -- towards the middle

9    of the picture, we can see another kind of fencing area right

10   around -- right across the middle area?

11   A.  Yes.  Right along the top, the little white squares, yes.

12   Q.  Okay.  Is that also -- are those other bike racks there?

13   A.  That actually is snow fencing at that location.

14   Q.  Okay.  Well -- and then just to be clear, I'm just going to

15   mark it right here.

16   A.  I'm sorry.  I misunderstood what you're talking about.  So

17   thank you for that.

18   Q.  I just want to clarify.  Thank you.

19        Are those bike racks?

20   A.  Those are bike racks, yes.

21   Q.  Serving the same purpose, if a person approaches, they know

22   not to enter that area?

23   A.  Yes, sir.

24   Q.  Now, obviously, here, this area early on in the video, it's

25   about 12:57 in the afternoon.  And this area in the lower west

1   terrace, the plaza, I believe you referred to, has not been

2   breached, if you will, by -- by the people that were present

3   that day; correct?

4   A.  They -- they are breaching it at this time.

5   Q.  Oh.  Well, I mean, the -- the area behind -- or I

6   should say, the green lawn area, that was also restricted;

7   correct?

8   A.  Yes.

9   Q.  Okay.  There's people breaching that area; correct?

10  A.  Correct.

11  Q.  And then as we'll see in this video, at first this other

12  fence line, the one I had previously indicated, that's still in

13  place at this point?

14  A.  Yes.

15          MR. HOLGUIN:  Okay.  If you could, Ms. Alexander, go

16  to 24.

17          MS. ALEXANDER:  I'm sorry.  What?

18          MR. HOLGUIN:  24 at approximately 13:11.

19          MS. ALEXANDER:  13:11?

20          MR. HOLGUIN:  Yes, ma'am.  And if you could just stop

21  it.

22  BY MR. HOLGUIN:

23  Q.  Now, sir, it's fair to say 13:11:55 military time, it's

24  about 1 o'clock, 1:11:55?

25  A.  Yes, sir.

1    Q.  And at this point, from what I can see, the crowd has now

2    entered that area and, basically, gone past the bike racks that

3    I had previously marked as -- establishing a restricted area

4    here up on the lower west terrace; correct?

5    A.  Yes.

6    Q.  Okay.  And I believe you -- you -- you see officers

7    entering in the lower corner.  These other officers are going

8    to be coming in to reinforce that area; correct?

9    A.  Correct.

10        MR. HOLGUIN:  If you could advance to 13:35.

11   BY MR. HOLGUIN:

12   Q.  Now, at this point, sir, the police have been able to move

13   the crowd back; correct?

14   A.  Yes, sir.

15   Q.  Were they also -- is it officers just standing there, or

16   were they, again, using the bike racks as -- as a barrier

17   between them and the crowd?

18   A.  For most of the area, it's probably attempting to use the

19   bike racks.

20   Q.  Okay.  And this is, again, the line -- the new line that

21   the police have established at this point, correct, at 1:35 in

22   the afternoon?

23   A.  Yes, sir.

24        MR. HOLGUIN:  Okay.  If you could advance to 14:28,

25   please, Ms. Alexander.

1    BY MR. HOLGUIN:

2    Q.  Now, here, I believe it's, again, the -- the same -- the

3    crowd is, again, now starting to break that new line that had

4    been reestablished; correct, sir?

5    A.  Yes, sir.

6    Q.  And, in particular, I think on the left-hand side you're

7    seeing the crowd move back in towards that area; correct?

8    A.  That's correct.

9    Q.  And those bike racks are no longer able to form at least a

10   physical barrier at that point in regards to where the officers

11   are standing; correct?

12   A.  That is correct.

13   Q.  Okay.  People in the crowd are taking the bike racks.

14   They're moving the bike racks.  Any kind of physical barrier

15   they're getting out of the way as they're starting to move

16   forward; correct?

17   A.  Yes.

18          MR. HOLGUIN:  Okay.  And if you could advance now,

19   Ms. Alexander, to 14:32.

20   BY MR. HOLGUIN:

21   Q.  Now, by this point, sir, is it fair for me to say that

22   the police have fallen back from their position and the crowd

23   has now surged completely up on that plaza area again?

24   A.  Yes, the rioters have surged to that area.

25   Q.  Okay.  And now it's 14:32.  It's about 2:32 in the

1    afternoon; is that correct, sir?

2    A.   That is correct.

3            MR. HOLGUIN:   And if you could advance, Ms.

4    Alexander, to 14:40.

5    BY MR. HOLGUIN:

6    Q.   And now it's approximately 2:40 in the afternoon.   And you

7    have now the police having completely left the frame of this

8    camera; correct?

9    A.   Yes.

10   Q.   Okay.   And you just see the people in the crowd.   They've

11   come through.   You can't see any bike rack, fencing, signage,

12   anything left, as the crowd has removed all of that material;

13   correct?

14   A.   Well, I mean, it's probably still on the ground at the

15   locations where they're standing, but.

16   Q.   Right.   But it's no longer where the Capitol Police

17   had originally established it as a perimeter; correct?

18   A.   That is correct.

19           MR. HOLGUIN:   And then, finally, if you could just

20   advance it to 14:45, Ms. Alexander.

21   BY MR. HOLGUIN:

22   Q.   And by that point the crowd has now kind of filled up

23   almost the entire frame.   They're on the upper -- I don't

24   know what that's actually referred to -- but another higher

25   terrace, the upper terrace area.   And there's the -- there's

1    nothing there in regards to police officers actively

2    engaging in this frame with anybody in the -- in the crowd;

3    correct?

4    A.  From what I can see in this image, no.

5    Q.  Okay.  And it's about 2:45 in the afternoon by this point?

6    A.  Yes, sir.

7    Q.  Okay.

8                MR. HOLGUIN:  May I have a moment, Your Honor?

9                THE COURT:  You may.

10               MS. HILL:  Pass the witness, Your Honor.

11               THE COURT:  Thank you.

12          Any redirect?

13               MS. HILL:  No, Your Honor.

14               THE COURT:  Lieutenant McCree, you may step down.

15   You're free to go.  Thank you for your testimony here today.

16          Why don't we take our midmorning break.  It'll be about

17   5 minutes.

18               (Witness excused.)

19               (Recess taken.)

20               THE COURT:  All right.  The government may call its

21   next witness.

22               MS. AKERS:  The government calls United States

23   Capitol Police Sergeant Troy Robinson.  I'm grabbing him in the

24   hallway.

25               THE COURT:  All right.

1          MS. RODRIGUEZ:  Your Honor, if I may, I think we've

2     reached an agreement.  I just -- I know I asked the other

3     attorneys if Mr. Robinson was here to testify on any of their

4     counts, but he's not.  He's here to testify against

5     Mr. Quaglin.

6          I'd rather not go into the cross-exam.  I know that the

7     government still needs the approval and finalize it so we can

8     put our signatures on it.  But that's where we're at.

9          THE COURT:  Okay.  Does it make sense to call a

10    different witness?

11         MS. AKERS:  Well, Your Honor, we don't have a

12    different witness waiting right here because we've planned our

13    witnesses so they don't have to sit here all day.  So we have

14    him here prepared to testify.  The next two and a half

15    witnesses are for Mr. Quaglin.  And we don't have a signed

16    stipulation nor an approved stipulation at this point.

17         THE COURT:  Okay.  All right.  Well, let's continue

18    then.

19         (Bench conference on the record.)

20         THE COURT:  All right.  So are you waiting for the

21    defendant to sign this?  Is that what you're saying, or you're

22    waiting on your supervisor to sign it?

23         MS. AKERS:  We sent the last version to you, and we

24    haven't gotten anything back; correct?  And you had made some

25    handwriting edits that you showed me this morning, but you

```
 1    haven't sent them to me.
 2              MS. RODRIGUEZ:  That's what I was saying to you.
 3              THE COURT REPORTER:  I can't hear you.
 4              THE COURT:  This is the microphone right here.
 5              MS. RODRIGUEZ:  No, that's what I was saying to you.
 6              MS. AKERS:  Okay.  Well, the thing that we sent you
 7    last night --
 8              MS. RODRIGUEZ:  With the changes after I prepped it,
 9    we made some changes.
10              MS. AKERS:  Yes.
11              MS. RODRIGUEZ:  We're good with that.
12              MS. AKERS:  Okay.  Because --
13              MS. RODRIGUEZ:  I told Mr. Rose [sic] that we're good
14    with that.
15              MS. AKERS:  Okay.  Because he said you weren't.  So
16    I'm just being clear.
17              MS. RODRIGUEZ:  And the client said he was good with
18    that.
19              MS. AKERS:  Okay.  So now I need to send that
20    paperwork up to my supervisor.  We sent it to him last night
21    and this morning.  But we didn't know we had an agreed-upon
22    thing yet.
23              MS. RODRIGUEZ:  Yeah.  We were just working hard.
24              MS. AKERS:  It still has to go up my chain.
25              THE COURT:  Okay.  So had this been up originally?
```

```
 1    Are you looking for a sign-off, or does -- I mean, I'm just
 2    trying to figure out how likely it is that your --
 3              MS. AKERS:  We will get sign-off if there's no
 4    changes; I'm confident.  But it still has to go up the ladder.
 5              THE COURT:  Okay.
 6              MS. RODRIGUEZ:  There were a couple little tweaks,
 7    but it's okay.
 8              THE COURT:  All right.  So you said the next
 9    two witnesses are just about him?
10              MS. AKERS:  The next -- yeah.
11              THE COURT:  All right.
12              MS. AKERS:  We started -- we're going, sort of,
13    chronologically; so West Front up to the tunnel.  And his
14    conduct is all on the west tunnel.
15              THE COURT:  Yeah.  Okay.  And I just want to make
16    sure I understand that.  I, obviously, don't want to get in the
17    middle of plea negotiations, but --
18              MS. RODRIGUEZ:  I appreciate it.
19              THE COURT:  -- the agreement is not only to the facts
20    but what's going to happen with the facts here.  You're just
21    waiting for your boss's sign-off on the full package?
22              MS. AKERS:  Correct.  And just to be clear, we'll
23    have to read it closely through again.  You know, it was sent
24    in the middle of the night.  So I'll send it up to my boss.
25    But I need to read it again, not at 4:00 in the morning.
```

```
1              THE COURT:  Yeah.  So I guess given this --

2              MS. AKERS:  Early lunch?

3              THE COURT:  Yeah.  I'm kind of inclined to do an

4    early lunch and ask you to try to get non- -- witnesses that

5    don't just relate to him and -- does that make sense to both of

6    you?

7              MS. AKERS:  Yeah.

8              THE COURT:  Okay.  Thanks.

9              MS. RODRIGUEZ:  Thank you, Judge.

10             (Proceedings held in open court.)

11             THE COURT:  All right.  So, ladies and gentlemen, it

12   sounds like we're going to be in a position to obviate the need

13   to hear from Sergeant Robinson.

14             I think what I'll suggest we do is break now and come

15   back at 1:00.  And if there's a plea at that point, I can take

16   the plea then -- or a stipulated trial as to Mr. Quaglin.  And,

17   otherwise, I'll ask the government to try to find witnesses

18   that don't just relate to Mr. Quaglin.

19             All right.  Anything else we should discuss before then,

20   Ms. Akers?

21             MS. AKERS:  Not at the moment, Your Honor.

22             THE COURT:  Great.  All right.  Thanks, folks.

23             MR. GROSS:  Wait, wait, wait, Your Honor.  Yes,

24   Your Honor, I do have something.

25             THE COURT:  Mr. Quaglin, have you talked to your
```

1  attorneys?

2         DEFENDANT QUAGLIN:  Yes.  And, for the record, Judge,

3  after -- this is after you stipped that the government --

4         THE COURT REPORTER:  Can you use the microphone,

5  please.

6         DEFENDANT QUAGLIN:  Again, this is after the judge --

7  thank you, by the way, for the -- the court-mandated diet,

8  but -- D.C. has gotten better.  It's not perfect, but it has

9  gotten better since then.  But I have not ever gotten a meal

10  here that's gluten free.  So I have no lunch.

11         THE COURT:  Okay.

12         DEFENDANT QUAGLIN:  I did get breakfast, but if this

13  is going to be an ongoing thing, you know.

14         THE COURT:  All right.  Thanks for flagging that.

15      Ms. Rodriguez, can I ask you to talk with the deputy

16  behind you.

17         MS. RODRIGUEZ:  Will do.

18         MR. GROSS:  Your Honor, I've already tried to speak

19  with the deputy.  And he says that he's not in a position to be

20  able to do it, and he is pessimistic that his supervisor will

21  approve anything.

22         THE COURT:  All right.  So, hopefully, this -- and

23  sounds like this might be a one-time deal.  If it's not,

24  let's -- we'll deal with that later this afternoon.

25      Thanks, folks.

```
1                (Recess taken.)

2           MS. AKERS:  Your Honor, this is my fault.  But I

3    think we've sent the wrong one for printing because I see some

4    of our edits on here.  Could we just have this reprinted.  I'll

5    send it to you right now.

6           THE COURT:  Okay.  So, Ms. Rodriguez, am I correct in

7    understanding your client wishes to enter into a stipulated

8    trial at this point?

9           MS. RODRIGUEZ:  That is correct, Your Honor.  He has

10   signed that.  Let me check if I have a rough draft.  Mine looks

11   fine, Your Honor.

12          THE COURT:  All right.  I do see the copy I have just

13   looks like a couple, kind of, scrivener error-type points that

14   were struck out.  But we can probably just switch around the

15   signature sheets, if that's --

16          MS. RODRIGUEZ:  Interestingly, I don't have the

17   signature sheet in the back of this that I signed and my client

18   signed.  Do you have that, Your Honor?

19          THE COURT:  I do.

20          MS. RODRIGUEZ:  Excellent, Your Honor.

21          THE COURT:  All right.  Why don't we get started,

22   though.

23          Mr. Quaglin, can I request you to approach the podium,

24   sir.  And I'll ask Ms. Chaclan to swear you in.

25          THE COURTROOM DEPUTY:  Please raise your right hand.
```

```
1                    (Oath administered.)

2              DEFENDANT QUAGLIN:  I do.

3              THE COURTROOM DEPUTY:  Thank you.

4              THE COURT:  Sir, let me start with a few questions.

5    I want to remind you that you're under oath, which means you

6    could be prosecuted for perjury if you provide untruthful

7    answers today.

8         Sir, what is your full name?

9              DEFENDANT QUAGLIN:  I'm sorry?

10             THE COURT:  What is your full name?

11             DEFENDANT QUAGLIN:  Christopher Joseph Quaglin.

12             THE COURT:  And can you spell your middle name, sir.

13             DEFENDANT QUAGLIN:  J-o-s-e-p-h.

14             THE COURT:  How old are you?

15             DEFENDANT QUAGLIN:  Twenty-seven -- 37.

16             THE COURT:  How far did you go in school?

17             DEFENDANT QUAGLIN:  Little bit of college.

18             THE COURT:  Are you able to speak and understand

19   English?

20             DEFENDANT QUAGLIN:  Yes.

21             THE COURT:  And what is your employment background?

22             DEFENDANT QUAGLIN:  Electrician.

23             THE COURT:  And have you consumed any alcohol, drugs,

24   medicine, or pills in the last 24 hours?

25             DEFENDANT QUAGLIN:  No.
```

 1          THE COURT:  Have you received any treatment recently

 2    for any type of mental illness or emotional disturbance or

 3    addiction to narcotic drugs of any kind?

 4          DEFENDANT QUAGLIN:  No.

 5          THE COURT:  Do you understand that you're entitled to

 6    a bench trial on the charges filed against you because you've

 7    waived your right to a jury trial?

 8          DEFENDANT QUAGLIN:  Yes.

 9          THE COURT:  Have you discussed with your attorney the

10    advantages and disadvantages of going to trial?

11          DEFENDANT QUAGLIN:  Yes.

12          THE COURT:  Are you completely satisfied with the

13    services of your attorney, Ms. Rodriguez, in this case?

14          DEFENDANT QUAGLIN:  Yes.

15          THE COURT:  Have you had enough time to talk with her

16    and discuss the charges and whether you should agree to a

17    stipulated trial?

18          DEFENDANT QUAGLIN:  Yes.

19          THE COURT:  Have you received a copy of the

20    indictment pending against you; that is, the written charges

21    made against you in this case?

22          DEFENDANT QUAGLIN:  Yes.

23          THE COURT:  Have you read those charges and fully

24    discussed the charges and the case in general with your

25    attorney?

1          DEFENDANT QUAGLIN:  Yes.

2          THE COURT:  Ms. Rodriguez, do you have any question

3    as to the defendant's competence at this time?

4          MS. RODRIGUEZ:  I do not, Your Honor.

5          THE COURT:  And how about you, Ms. Akers?

6          MS. AKERS:  No, Your Honor.

7          THE COURT:  The Court finds the defendant is

8    fully competent to proceed with the stipulated trial at this

9    point.

10          Mr. Quaglin, your attorney and the government have given

11    me a document titled Statement of Facts for Stipulated Trial

12    that describes the elements of the offense -- or the crimes

13    with which you're charged and provides a statement of the

14    offense and provides a statement of the offense and states

15    facts specific to you.

16          Have you read this document and discussed it fully with

17    your attorney?

18          DEFENDANT QUAGLIN:  Yes.

19          THE COURT:  Is this your signature on page 14

20    indicating that you have read and agreed to it?

21          DEFENDANT QUAGLIN:  Yes.

22          THE COURT:  All right.  I'll -- sir, I'll ask you to

23    have a seat, but listen carefully as Ms. Akers summarizes the

24    evidence the government is now seeking to admit in a stipulated

25    trial against you.

```
1           MS. AKERS:  Your Honor, the government hereby
2      stipulates with the defense as to Counts 1, 2, 3, 4, 11, 20,
3      23, 26, 34, 35, 39, 47, 52, and 53 of the fifth superseding
4      indictment, which is ECF 179.
5           As part of this stipulated trial -- and, Your Honor,
6      would you like me to actually read this, or can I just
7      summarize it?
8           THE COURT:  Yeah, why don't you summarize it.
9           MS. AKERS:  Summarize it.  Great.
10          The parties are stipulating to the elements of each
11     offense.  We are stipulating to the elements of
12     18 U.S.C. 111(a)(1) on page 1 of the statement of facts for the
13     stipulated trial.
14          On to page 2, we are also stipulating to the elements of
15     offense for aiding --
16          THE COURT:  Actually, I think I do want you to read
17     the elements of the offense.
18          MS. AKERS:  Sure.
19          As it relates to the stipulation for
20     18 U.S.C. 111(a)(1), the parties stipulate that the government
21     must prove the following beyond a reasonable doubt:
22          First, that the defendant assaulted, resisted, opposed,
23     impeded, intimidated, or interfered with any officer or
24     employee of the United States or any agency in any branch of
25     the United States government.
```

1          Two, that the defendant did such acts forcibly.

2          Three, the defendant did such acts voluntarily and

3     intentionally.

4          Four, that the defendant did so while the officer or

5     employee was engaged in or on account of the performance of

6     official duties.

7          And five, that the assault involved physical contact

8     with the victim or acted with the intent to commit another

9     felony.

10          The parties agree those are the elements for

11     18 U.S.C. 111(a)(1).

12          And they further agree on page 2 that to enhance

13     111(a)(1) to 111(a)(1) -- excuse me -- 111(a)(1) subsection B,

14     the sixth element is that in doing such acts the defendants --

15     the defendant intentionally used a deadly or dangerous weapon

16     or inflicted bodily injury.

17          The parties also stipulate that the defendant aided and

18     abetted others in assaulting, resisting, opposing, impeding,

19     intimidating, or interfering with certain officers.  The

20     parties have stipulated that to the elements of aiding and

21     abetting, 18 U.S.C. 111, are:

22          First, that others committed assaulting, resisting,

23     opposing, impeding, intimidating, or interfering with law

24     enforcement officers by committing each of the elements of the

25     offenses charged.

1          Two, that the defendant knew that assaulting, resisting,

2    opposing, impeding, intimidating, or interfering with law

3    enforcement officers was going to be committed or was being

4    committed by others.

5          Three, that the defendant performed an act or acts in

6    furtherance of the offense.

7          Four, that the defendant knowingly performed that act or

8    acts for the purpose of aiding, assisting, soliciting,

9    facilitating, or encouraging others in committing the offense

10    of assaulting, resisting, opposing, impeding, intimidating, or

11    interfering with law enforcement officers.

12          And five, that the defendant did that act or acts with

13    the intent that others commit the offense of assaulting,

14    resisting, opposing, impeding, intimidating, or interfering

15    with law enforcement officers.

16          On page 3 of the statement of facts for the stipulated

17    trial, the parties have agreed on the essential elements of the

18    offense for obstruction of an official proceeding and aiding

19    and abetting, which is in violation of 18 U.S.C. 1512(c)(2).

20    The parties have stipulated that the following are the elements

21    of that offense:

22          First, that the defendant attempted to or did obstruct

23    or impede an official proceeding.

24          Second, that the defendant intended to obstruct or

25    impede the official proceeding.

1    Third, that the defendant acted knowingly with awareness

2    that the natural and probable effect of his conduct would be to

3    obstruct or impede the official proceeding.

4    And fourth, that the defendant acted corruptly.

5    The parties have further agreed that the defendant aided

6    and abetted others in committing obstruction of an official

7    proceeding.  And the parties stipulate to the following

8    elements of aiding and abetting, which are:

9    First, that others committed obstruction of an official

10   proceeding by committing each of the elements of the offense

11   charged.

12   Second, the defendant knew that obstruction of an

13   official proceeding was going to be committed or was being

14   committed by others.

15   Third, the defendant performed an act or acts in

16   furtherance of the offense.

17   Fourth, the defendant knowingly performed that act or

18   acts for the purpose of aiding, assisting, soliciting,

19   facilitating, or encouraging others in committing an offense of

20   obstruction of an official proceeding.

21   And fifth, the defendant did that act or acts with the

22   intent that others commit the offense of an obstruction of an

23   official proceeding.

24   Next, the parties stipulate on page 4 of the statement

25   of facts the essential elements of robbery, which falls under

1    18 U.S.C. 2111.  The parties stipulate that the following

2    elements govern this count:

3          First, that the defendant obtained property that he was

4    not lawfully entitled to from a person without that person's

5    consent.

6          Two, that the defendant used actual or threatened force,

7    violence, or intimidation to obtain that property.

8          Three, that the defendant knowingly obtained the

9    property in this way.

10         And fourth, the defendant committed this offense within

11   the special maritime or territorial jurisdiction of the

12   United States.

13         The parties have further agreed that the defendant

14   aided and abetted others in committing robbery under

15   18 U.S.C. 2111.  The parties stipulate that the following

16   elements govern this count, aiding and abetting:

17         First, others committed robbery by committing each of

18   the elements of the offense charged.

19         Second, the defendant knew that robbery was going to be

20   committed or was being committed by others.

21         Three, the defendant performed an act or acts in

22   furtherance of the offense.

23         Four, the defendant knowingly performed that act or acts

24   for the purpose of aiding, assisting, soliciting, facilitating,

25   or encouraging others in committing the offense of robbery.

1            And fifth, the defendant did that act or acts with the

2    intent that others commit the offense of robbery.

3            Next, on page 5 of the statement of facts, the parties

4    have stipulated to the essential elements of civil disorder,

5    which falls under 18 U.S.C. 231(a)(3).  The parties stipulate

6    that the following elements apply here:

7            First, that the defendant knowingly committed or

8    attempted to commit any act to obstruct, impede, or interfere

9    with any law enforcement officer.

10           Second, that the law enforcement officer was lawfully

11   engaged in the lawful performance of his official duties

12   incident to and during the commission of a civil disorder.

13           And three, that the civil disorder in any way or degree

14   obstructed, delayed, or adversely affected commerce or the

15   movement of any article or commodity in commerce or the conduct

16   or performance of any federally protected function.

17           The parties also stipulate that the defendant attempted

18   to commit the crime of civil disorder, and the parties have

19   stipulated that the elements of that are:

20           First, that the defendant intended to commit the crime

21   of civil disorder as I just defined.

22           And second, that the defendant engaged in conduct that

23   constituted a substantial step towards committing civil

24   disorder as explained above.

25           Next, Your Honor, the parties have stipulated to the

1    elements of disorderly and disruptive conduct in a restricted

2    building or grounds with a deadly or dangerous weapon.  That's

3    in violation of 18 U.S.C. 1752(a)(2) and (b)(1)(A).  The

4    parties have stipulated that the following elements apply:

5         First, that the defendant engaged in disorderly or

6    disruptive conduct in or within such proximity to any

7    restricted building or grounds.

8         Second, the defendant did so knowingly and with the

9    intent to impede or disrupt the orderly conduct of government

10    business or official functions.

11         Three, that the conduct occurred when or such that such

12    conduct, in fact, impeded or disrupted the orderly conduct of

13    government business or official functions.

14         And fourth, the defendant knowingly used or carried a

15    deadly or dangerous weapon during and in relation to the

16    offense.

17         The parties have also stipulated that the essential

18    elements -- to the essential elements of engaging in physical

19    violence in a restricted building or grounds with a dangerous

20    or deadly weapon in violation of 18 U.S.C. 1752(a)(4) and

21    (b)(1)(A).  That's on page 6.  And the parties have stipulated

22    to the following elements:

23         First, that the defendant knowingly engaged in any act

24    of violence against any person or property in or in proximity

25    to any restricted building or grounds.

1    And two, in doing such acts, the defendant used or

2    carried a deadly or dangerous weapon.

3    The parties have also stipulated on page 6 to the

4    essential elements of disorderly or disruptive conduct in a

5    Capitol Building or Grounds and -- in violation of

6    40 U.S.C. 5104(e)(2)(D).  The parties have stipulated that the

7    following three elements apply here:

8    First, that the defendant engaged in disorderly or

9    disruptive conduct in any of the United States Capitol

10   Buildings or Grounds.

11   Second, that the defendant did so with the intent to

12   impede, disrupt, or disturb the orderly conduct of a session of

13   Congress or either House of Congress.

14   And three, the defendant acted willfully and knowingly.

15   On page 6 and page 7, finally, the parties have

16   stipulated to the essential elements of acts of physical

17   violence in the Capitol Grounds or Building in violation of

18   18 -- or excuse me, of 40 U.S.C. § 5104(e)(2)(F).  And the

19   parties have stipulated to the following elements:

20   First, that the defendant engaged in an act of physical

21   violence in the grounds or any of the Capitol Buildings.

22   And second, that the defendant did so willfully and

23   knowingly.

24   On the following pages, Your Honor, beginning on page 7

25   through the last page, which I believe is 13, before the

1    signature page, the parties have stipulated to a statement of

2    offense.

3              THE COURT:  I think you can skip to what the

4    defendant did.

5              MS. AKERS:  Okay.  Great.

6         On page 7, 8, and the beginning of page 9, there's an

7    overview of the attack on the United States Capitol on

8    January 6th, which speaks for itself.

9         On page 9, the parties have stipulated to this

10   defendant's participation in the January 6th, 2021, Capitol

11   riot.

12        We have stipulated in paragraph 8 that he traveled to

13   Washington, D.C.

14        Paragraph 9, we stipulated to some of the evidence that

15   goes towards the defendant's intent on coming to D.C., which

16   goes towards his 1512 conduct, including his Facebook page that

17   indicated he believed the election was stolen, he intended to

18   attend a rally, he knew and was aware of the certification

19   proceeding, and he intended to obstruct that proceeding.

20        Notably here, Your Honor, the parties have stipulated

21   to the admission of Exhibit A, which is Government

22   Exhibits 704, 705, 706, 701.9.  And those go towards the

23   18 U.S.C. 1512 charge.

24        On paragraph 10, the parties have stipulated to the

25   facts that the defendant went to the "Stop the Steal" rally.

1    He made his way to Congress after that to stop or prevent

2    Congress from certifying the Electoral College votes.

3              And then onto the next page, on page 9, the parties have

4    stipulated that the defendant joined the crowd in gathering on

5    the West Front.

6              At paragraph 12, the parties have stipulated at or

7    around 1:08 p.m. the defendant voluntarily and intentionally

8    forcibly assaulted, resisted, opposed, impeded, intimidated,

9    and interfered with a law enforcement officer.

10             Paragraph 13, the parties have stipulated that at or

11   around 1:13 to -- excuse me, 1:11 to 1:13 p.m. on the west

12   plaza --

13             THE COURT:  So I think the paragraph numbering looks

14   a little different than the copy I have.

15             MS. AKERS:  Oh.  I'm reading off the old one.

16             THE COURT:  I think you can just omit the paragraph

17   numbers.

18             MS. AKERS:  Sounds great.

19             So the paragraph I'm reading, the parties have

20   stipulated that at or around 1:11 to 1:13 p.m. on the west

21   plaza, the defendant did voluntarily and intentionally forcibly

22   assault, resist, oppose, impede, intimidate, and interfere with

23   MPD Sergeant T.R. by grabbing him forcibly by the neck and

24   pushing him backward to the ground.

25             As a result of the defendant's actions, Sergeant T.R.

1    fell to the ground, and he suffered bodily injury as a result

2    of the attack and smashed his knee hard on the ground which

3    caused him a great deal of pain that he suffered through the

4    rest of the day.  The parties have stipulated that he was not

5    evacuated that day and came to work the next day, but he

6    reported he continued to feel pain for several days.

7         And as a result of the defendant's actions,

8    Sergeant T.R. suffered injuries to his back which persisted for

9    more than a year, and he received physical therapy to treat

10   resulting injuries to his back and his knee from the

11   defendant's assault.

12        The parties have stipulated that the defendant continued

13   to approach the line and pushed and confronted numerous

14   officers; and at or around 1:11 p.m. to 1:13 p.m., the

15   defendant voluntarily and intentionally forcibly assaulted,

16   resisted, opposed, impeded, intimidated, and interfered with a

17   law enforcement officer; namely, by shoving and pushing

18   officers on the west plaza.

19        The parties have also stipulated that at or around 1:14

20   to 1:15 p.m. on the west plaza, the defendant approached the

21   police line that was standing behind bike-rack barriers and

22   they -- he began pulling on the bike racks.  Another rioter

23   grabbed a bike rack, and this defendant joined the rioters and

24   forcibly stole the bike rack which belonged to the

25   United States government.  And he did so by grabbing and

1 forcibly pulling the bike rack out of the hands of the

2 United States Capitol Police officer and a Metropolitan Police

3 Department officer who was there to assist the United States

4 Capitol Police.

5  At or around 1:37 p.m., the defendant yelled at the

6 police officers, "You don't want this fight.  You do not want

7 this fucking fight.  You are on the wrong fucking side.  You're

8 going to bring a fucking pistol.  I'm going to bring a fucking

9 cannon.  You wait!  You wait!  You wait!  Stay there like a

10 fucking sheep!  This guy doesn't know what the fuck is going

11 on."

12  At or around 2:34 p.m. on the west plaza, the defendant

13 voluntarily and intentionally forcibly assaulted, resisted,

14 opposed, impeded, intimidated, and interfered with a law

15 enforcement officer.  Specifically, this defendant pushed a

16 police officer.  Then he pushed a different police officer

17 causing him to fall to the ground, and then he forcibly grabbed

18 the helmet of a third police officer.

19  At or around 2:40 p.m., a group of law enforcement

20 officers were maintaining a line at a -- second glass doors in

21 the tunnel, and they were there to protect the Capitol Building

22 and those people inside of it.  They were attacked by rioters,

23 including the defendant.

24  The parties have stipulated that at approximately

25 3:03 p.m., the defendant entered the tunnel and pushed himself

1    to the front of the tunnel as rioters yelled "Push" and used

2    their bodies, shields, and objects to push into the police

3    line.

4          At around 3:05 p.m., the defendant, along with at least

5    one other rioter, forcibly ripped a police department shield

6    issued by the United -- or excuse me, issued by the

7    Metropolitan Police Department from the hands of Detective P.N.

8    who was defending the entrance door to the United States

9    Capitol.  The defendant wrestled the shield away from the

10   immediate and actual possession of Detective P.N., and then he

11   passed the shield back into the tunnel towards the rioters on

12   the inaugural stage.

13         Then at or around 3:06 p.m., the defendant voluntarily

14   and intentionally assaulted, resisted, opposed, impeded,

15   intimidated, and interfered with law enforcement by spraying

16   OC spray at numerous police officers defending the tunnel,

17   including MPD Officer O.F.  Specifically, the defendant reached

18   around O.F.'s shield and sprayed O.F. directly in the face with

19   OC spray from a distance of less than a foot.

20         The canister of OC spray was a dangerous weapon capable

21   of causing serious bodily injury.  The parties have stipulated

22   to that.  And the parties have also stipulated that

23   Officer O.F. did, in fact, suffer serious bodily injury as a

24   result of the defendant's spraying him in the eyes with

25   OC spray.

1          At or around 3:07 to 3:12 p.m., the defendant

2     voluntarily and intentionally assaulted, resisted, opposed,

3     impeded, intimidated, and interfered with law enforcement when

4     he forcibly pushed against police officers at the front of a

5     police line using a police-issued riot shield in concert with

6     other rioters.

7          This defendant's use of that shield in this instance was

8     capable of causing serious bodily injury to the officers.  The

9     shield this defendant held was in a shield line held by the

10    rioters.  And as the defendant pushed the shield into the

11    police, at least one officer next to the defendant became

12    crushed by the force of the rioters behind the shields.

13         The parties have stipulated that without waiving any

14    arguments that have been set forth in Mr. Quaglin's motion to

15    dismiss Count 34, the parties agree that if the Court finds the

16    existence of these facts beyond a reasonable doubt, this

17    evidence would and does establish each and every element of the

18    charged offenses for Counts 1, 2, 3, 4, 11, 20, 23, 26, 34, 35,

19    39, 47, 52, and 53 of the fifth superseding indictment.

20         And on the final page, Your Honor, we have the

21    defendant's acknowledgment and the attorney acknowledgment,

22    both of which are signed; first, by the defendant, Mr. Quaglin,

23    who's in court today; second, by defense counsel Maria

24    Rodriguez.

25         And I would just note for the record that the

1    defendant's acknowledgment states that he has read this

2    statement of offense, he's discussed it with his attorney,

3    he fully understands it, he agrees that it's true and accurate,

4    and he signed it knowingly, voluntarily, and of his own free

5    will.  No threats have been made to him, and there's nothing

6    that's impeding his ability to understand the statement of

7    offense.

8              THE COURT:  All right.  Thank you, ma'am.  I think I

9    probably need your signature somewhere on that, Ms. Akers.

10             MS. AKERS:  I think that's right, Your Honor.

11             THE COURT:  So I'll just give this back, and you can

12   figure out what language you should include.

13             But, Mr. Quaglin, can I ask you to approach the podium

14   again.

15             So, sir, there was a lot there.  First, the prosecutor

16   went through the elements of the offenses.  Did you understand

17   those elements?  Those are the legal bases the government would

18   need to prove beyond a reasonable doubt had the case gone to

19   trial.

20             DEFENDANT QUAGLIN:  Yes.

21             THE COURT:  And then the second was the recitation of

22   the facts that the government says -- what the government says

23   you did on January 6th and the results of your actions.

24             Do you, in fact, agree with that statement of facts?

25             DEFENDANT QUAGLIN:  Yes.

1      THE COURT:  And, specifically, that final paragraph

2   says that you're retaining your right to appeal Count 34, which

3   is the obstruction of an official proceeding.  So as you may

4   know, there's some litigation in the higher courts about

5   whether or not that specific charge applies to January 6th.

6   And so you're retaining your right to appeal on that count.

7      But, otherwise, you're agreeing that this statement of

8   offense shows that you committed all of these other crimes.

9   And, furthermore, you're agreeing that if I was right that the

10   obstruction of an official proceeding does apply to

11   January 6th, you're also guilty there on Count 34.

12      Do you understand that, sir?  There was a lot there.

13      DEFENDANT QUAGLIN:  Yeah.  I -- I mean, again, I --

14   it took forever for me to get discovery.  Everything that I

15   see, Ms. Rodriguez got -- you know, kind of forced -- you know,

16   pushed into this last minute.  This is -- it is what it is.

17      THE COURT:  And so --

18      DEFENDANT QUAGLIN:  I -- I don't have a choice.

19   Yeah, I agree.

20      THE COURT:  So, specifically, I want to ask you, do

21   you understand that by entering into this agreement you are

22   agreeing that you committed all of these various crimes we just

23   discussed with the possible -- with the caveat over the

24   obstruction of an official proceeding charge?

25      DEFENDANT QUAGLIN:  Yes.  There -- if for some reason

1    there's some sort of -- I don't know -- evidence or something

2    that would prove otherwise, I can always appeal this later;

3    correct?

4            THE COURT:  So you're --

5            DEFENDANT QUAGLIN:  I'm just -- Hey, listen --

6            MS. RODRIGUEZ:  Let me say this on behalf of my

7    client.  We're going to be working very hard.  I told him that

8    sentencing is a place where I can do my memo and move for a

9    departure, a variance.  And at that time if we need to show the

10   Court -- and I'm sure the government is going to do the same on

11   their side -- that the Court may want to consider a mitigating

12   circumstance and facts to -- to some of these counts,

13   particularly 111 and 2111, that we could bring that forth at

14   sentencing, but it's not going to change the conviction.

15           THE COURT:  Yes.  Yeah.  I think that's right.  And

16   so, Mr. Quaglin, I mean, this is -- this is your trial date.  I

17   am very happy to proceed with the trial.  What I think I hear

18   you saying is you don't want to go through with trial?  You are

19   agreeing --

20           DEFENDANT QUAGLIN:  I don't want to go through with a

21   trial.

22           THE COURT:  -- that you committed these crimes; is

23   that correct?

24           DEFENDANT QUAGLIN:  Yes.

25           THE COURT:  Okay.  Do you have any question or

1   confusion about this -- this document, this statement of

2   offense -- or statement of facts for a stipulated trial

3   document, sir?

4            DEFENDANT QUAGLIN:  No.  I'm just -- again, I wish

5   that this could have been done a lot sooner.

6            THE COURT:  Me too.

7            DEFENDANT QUAGLIN:  I am not, you know, pointing a

8   finger at you.  Obviously, both of us were on the same page

9   with -- we both wish this was done a year ago -- or further

10  back than a year ago.  So I apologize about wasting all of the

11  Court's time.  It certainly wasn't my doing.

12           THE COURT:  Okay.  Yeah.  And there will be a time to

13  discuss what happened with your prior attorney.  Now -- but for

14  now, what we're talking about --

15           DEFENDANT QUAGLIN:  Yeah, absolutely.

16           THE COURT:  -- what happened on January 6th.

17           DEFENDANT QUAGLIN:  I just wanted to get that on the

18  record.

19           THE COURT:  Okay.  So, sir, I -- what I need to go

20  through with you right now are the potential consequences of

21  these various crimes.  I didn't have anything from the

22  attorneys, of course, because this was all last minute.  So

23  I'll ask you-all to interrupt me if you think I'm misstating

24  any of this.

25           So the -- Counts 1, 3, and 11 charge you with

1    assaulting, resisting, impeding certain officers in violation

2    of 18 U.S.C. 111(a)(1).  The maximum penalties for this are a

3    term of imprisonment for not more than 8 years, a term of

4    supervised release of not more than 3 years, a fine not to

5    exceed $250,000, and a special assessment of $100.

6            Do you understand that, sir?

7            DEFENDANT QUAGLIN:  Yes.

8            THE COURT:  The -- Counts 2, 23, and 26 charge you

9    with also assault on law -- or certain officers with a deadly

10   or dangerous weapon.  And this is in violation of

11   18 U.S.C. 111(b).  The maximum penalty for this offense is a

12   term of imprisonment of not more than 20 years, a term of

13   supervised release of not more than 3 years, a fine not to

14   exceed $250,000, and a special assessment of $100.

15           Do you understand that, sir?

16           DEFENDANT QUAGLIN:  Yes.

17           THE COURT:  Counts 4 and 20 charge you with robbery

18   in violation of 18 U.S.C. 211 -- I'm sorry, 2111.  The maximum

19   penalties for this crime are a term of imprisonment of not more

20   than 15 years, a term of supervised release of not more than

21   3 years, a fine not to exceed $250,000, and a special

22   assessment of $100.

23           Do you understand that, sir?

24           DEFENDANT QUAGLIN:  Yes.

25           THE COURT:  Count 34, that's obstruction of an

1   official proceeding -- the count we were discussing a few

2   moments ago -- has a maximum penalty of not more than 20 years'

3   imprisonment, 3 years of supervised release, a fine not to

4   exceed $250,000, and a special assessment of $100.

5           Do you understand that, sir?

6           DEFENDANT QUAGLIN:  Yes.

7           THE COURT:  Count 35 is civil disorder in violation

8   of 18 U.S.C. 231(a)(3).  The maximum penalty is a term of

9   imprisonment for not more than 5 years, a term of supervised

10  release of not more than 3 years, a fine not to exceed

11  $250,000, and a special assessment of $100.

12          Do you understand that, sir?

13          DEFENDANT QUAGLIN:  Yes.

14          THE COURT:  Count 39 is disorderly and disruptive

15  conduct in a restricted building or grounds with a deadly or

16  dangerous weapon, with a maximum penalty of 10 years of

17  imprisonment, 3 years of supervised release, a fine of not more

18  than $250,000, and a special assessment of $100.

19          Do you understand that, sir?

20          DEFENDANT QUAGLIN:  Yes.

21          THE COURT:  Count 47 charges you with engaging in

22  physical violence in a restricted building or grounds with a

23  deadly or dangerous weapon.  That also carries a maximum

24  penalty of 10 year's imprisonment, 3 years of supervised

25  release, $250,000 in fines, and $100 special assessment.

1        Do you understand that, sir?

2        DEFENDANT QUAGLIN:  Yes.

3        THE COURT:  Count 52 is disorderly conduct in a

4  Capitol Building.  And Count 53 is acts of violence in a -- in

5  the Capitol Grounds.  Both of these carry a maximum penalty of

6  not more than 6 years in jail, a fine of $5,000, and $10

7  special assessment per count.

8        Do you understand that, sir?

9        DEFENDANT QUAGLIN:  Yes.

10       THE COURT:  Sir, in determining your sentence, I

11  would be obligated to calculate and consider the applicable

12  sentencing range recommended in the *Guidelines Manual* for your

13  offense for a person with your criminal history.  The

14  *Guidelines Manual* applies in every federal criminal case.

15       Have you and your attorney talked about the sentencing

16  guidelines and how they may apply to your case?

17       DEFENDANT QUAGLIN:  Yes.

18       THE COURT:  Do you understand that I will not be able

19  to determine the guideline sentence for your case until after

20  the presentence report has been completed and after you and

21  your attorney and the government have an opportunity to object

22  to any facts or conclusions of the probation office?

23       DEFENDANT QUAGLIN:  Yes.

24       THE COURT:  So I don't know if Ms. Rodriguez has gone

25  through with you what a guideline estimation may be.  But the

1    important thing is if you've heard an estimation of your

2    guideline range from either her or the government, I want

3    you -- I want to make sure you understand that's just an

4    estimate.  It could be different than whatever the attorneys

5    may have told you so far.

6            Do you understand that, sir?

7            DEFENDANT QUAGLIN:  Yes.

8            THE COURT:  And do you also understand that after I

9    have determined what guideline range applies to your case, that

10   I have the authority, in some circumstances, to impose a

11   sentence that is more severe or less severe than the sentence

12   recommended by the guidelines?

13           DEFENDANT QUAGLIN:  Yes.

14           THE COURT:  The only thing I can't do is I can't go

15   outside of that -- the maximum statutory penalties we just

16   discussed a few moments ago.

17           DEFENDANT QUAGLIN:  Yes, sir.

18           THE COURT:  Do you understand that you cannot

19   withdraw your entry into the stipulated trial simply because

20   you do not like or agree with the sentence that is ultimately

21   imposed in this case?

22           DEFENDANT QUAGLIN:  Yes.

23           THE COURT:  Do you understand that if the sentence in

24   this case ends up being more severe than you expected, you will

25   still be bound by your stipulated trial and will have no right

1          to withdraw your choice?

2                    DEFENDANT QUAGLIN:  Yes.

3                    THE COURT:  Sir, let me give you a preview of the

4          factors I will have to take into account in determining your

5          sentence.  In addition to the sentencing guidelines, I will

6          consider the nature and circumstances of the offense; your

7          particular history and characteristics; whether the sentence

8          serves the purposes of criminal sentencing -- that is, whether

9          it reflects the seriousness of the offense and provides just

10         punishment -- whether it deters you and others from engaging in

11         criminal conduct; whether it provides you with helpful

12         treatment and services that might be available; the kinds of

13         sentences available; the sentencing guidelines.  And I must

14         ensure that the sentence I give you is in line with sentences

15         given to similar defendants who have been found guilty of

16         similar conduct.

17              Do you understand that the Court can and must consider

18         all of these factors in selecting a sentence?

19                    DEFENDANT QUAGLIN:  Yes.

20                    THE COURT:  And we talked about your appellate rights

21         just a couple moments ago.  But do you understand that you are

22         giving up most of your rights to appeal in this case with the

23         notable exception of your right to appeal your conviction on

24         Count 34; that is, your right -- that is, the obstruction of an

25         official proceeding count?

```
1              DEFENDANT QUAGLIN:  Yes.

2              THE COURT:  Sir, do you understand that under some

3   circumstances the government may have the right to appeal the

4   sentence that I impose if the government does not agree with

5   it?

6              DEFENDANT QUAGLIN:  Yes.

7              THE COURT:  Do you understand that parole has been

8   abolished for federal charges and if you're sentenced to prison

9   you will serve the sentence I impose with a possible reduction

10  for good time and that you will not be released early on

11  parole, as used to be the case?

12             DEFENDANT QUAGLIN:  Yes.

13             THE COURT:  Sir, has anyone forced, threatened,

14  or coerced you in any way into entering into the stipulated

15  trial?

16             DEFENDANT QUAGLIN:  No.

17             THE COURT:  Has anyone made any promises to you in

18  connection with your entry into a stipulated trial?

19             DEFENDANT QUAGLIN:  No.

20             THE COURT:  Has anyone made any promises to you as to

21  what sentence I will impose in this case if I accept your --

22  this stipulated trial?

23             DEFENDANT QUAGLIN:  No.

24             THE COURT:  Are you entering into this stipulated

25  trial voluntarily and of your own free will and because you're
```

1    guilty and for no other reason?

2              DEFENDANT QUAGLIN:  Yes.

3              THE COURT:  Is there anything you do not understand

4    about this proceeding or about the stipulated trial here?

5              DEFENDANT QUAGLIN:  No.

6              THE COURT:  Is there anything you want to ask me or

7    your attorney about the stipulated trial?

8              DEFENDANT QUAGLIN:  No.  I'd just like to try to get

9    a sentencing as quickly as possible.

10             THE COURT:  Okay.  I can understand that.

11        And I'm satisfied that the defendant is fully competent

12   and capable of making a decision today; that he understands the

13   nature of the charges and the consequences of this stipulated

14   trial; that he has agreed to it knowingly and voluntarily; and

15   that he's acting on his own free will; and that there's an

16   adequate factual basis to provide each of the elements of the

17   crimes with which he is charged.

18        Therefore, I find the defendant, Christopher Joseph

19   Quaglin, guilty of the counts -- of the following counts for

20   the fifth superseding indictment:  Count 1, 2, 3, 4, 11, 20,

21   23, 26, 34, 35, 39, 47, 52, and 53.

22        And I'll -- finally, I'll deny as moot Mr. Quaglin's

23   motion *in limine*.  That's ECF 670.

24        All right.  Let's look for a sentencing date.

25        Ms. Chaclan, do you have a proposal?

1          Sir, you may have a seat for just a moment.

2          THE COURTROOM DEPUTY:  September 26th at 10:00 a.m.

3          THE COURT:  Does that work for the government?

4          MS. AKERS:  Did you say 26?

5          THE COURTROOM DEPUTY:  26.

6          MS. AKERS:  Yes, Your Honor.

7          THE COURT:  And, Ms. Rodriguez, does that work for

8  you, September 26th?

9          MS. RODRIGUEZ:  Just one moment, Your Honor.  I'm

10  available September 26th, Your Honor.

11          THE COURT:  So we'll set this for sentencing on

12  September 26th at 10:00 a.m.  I'll ask the parties to file any

13  memoranda in aid of sentencing by September 19th.

14          Mr. Quaglin, a written presentence report will be

15  prepared by the probation office to assist me in sentencing.

16  You'll be asked to give information for the report, and your

17  attorney may be present, if you wish.

18          You and your attorney will have an opportunity to read

19  the presentence report and file any objections to it before I

20  see it and, again, before your sentencing.  You and your

21  attorney will also have an opportunity to speak to me at your

22  sentencing hearing, as will any victims of the offense.

23          Anything further for Mr. Quaglin's case, Ms. Akers?

24          MS. AKERS:  No, Your Honor.  We would just ask that

25  the detention status remain --

```
1                THE COURT:  Okay.

2                MS. AKERS:  -- in place.

3                THE COURT:  And, Ms. Rodriguez, anything further for

4    Mr. Quaglin?

5                MS. RODRIGUEZ:  Nothing further from defense.  Thank

6    you.

7                THE COURT:  All right.  Thank you, ma'am.

8            Mr. Quaglin, you can step back with the marshals, and

9    I'll see you-all in September.

10               (REPORTER'S NOTE:  Defendant Quaglin, Ms. Rodriguez,

11   and Mr. Gross left.)

12               THE COURT:  Ms. Akers, can you pass up that signature

13   page.

14               MS. AKERS:  Yes, sir.

15               THE COURT:  All right.  My apologies to the other

16   parties for that delay.  But I think this will streamline

17   things for all of us here in the long run.

18           Ms. Akers, I'll ask you to call your next witness.

19               MS. AKERS:  The government calls Officer Laschon

20   Harvell.

21               THE COURT:  Ms. Douenat, I saw your email to

22   Ms. Chaclan.  I prefer him -- and I imagine you'd prefer him --

23   to come in this Thursday to testify in person.

24               MS. DOUENAT:  My understanding is he's testifying in

25   another case in the afternoon on Thursday, Dr. Cutler.
```

1    General Xenakis, yes, he's available, and I think he might even

2    be available tomorrow.

3              THE COURT:  Okay.  This is a bench trial.  I -- I'm

4    willing to make that work.  I'm sure that the government will

5    work to accommodate this as well.  So let's try to get them

6    this week, and we'll juggle it as we need to.

7              MS. DOUENAT:  Okay.

8              THE COURT:  Thank you.

9              MS. AKERS:  Your Honor, this testimony relates to

10   Count 9 of the fifth superseding indictment.

11             THE COURT:  Great.  Thank you.

12             MS. AKERS:  The parties have, I believe, reached some

13   stipulations.  So I'm going to premove to admit some exhibits

14   to hurry this along a little bit.

15             THE COURT:  Great.

16             MS. AKERS:  The government is moving to admit

17   Exhibit 308, 410, 410.2.

18             THE COURT:  Okay.  So I think you already got in 308.

19   Did you say 410?

20             MS. AKERS:  Thank you, Your Honor.

21        410; correct.  410.2, 410.3, 410.4, 410.5, 410.6, 410.7,

22   410.8, 410.9, 410.10, 410.11, 410.12, 410.13.

23        We'd also move to admit Exhibit 523, 523.1, which is not

24   on our list.  We'll have to add that.  Sorry about that.  We'd

25   also move to admit Exhibit 412, Exhibit 412.2, and 412.3.

```
 1              THE COURT:  Is that it?

 2              MS. AKERS:  That's it.

 3              THE COURT:  Okay.  Mr. Woodward, any objection to any

 4      of those?

 5              MR. WOODWARD:  I'm afraid I don't see 308 in our -- I

 6      assume it's not Mr. Klein.

 7              THE COURT:  Yeah.

 8              MS. AKERS:  308 is CCTV.

 9              THE COURT:  All right.  We've got that in, but as to

10      the others --

11              MR. WOODWARD:  Your Honor, we object to Exhibit 523,

12      which, I understand, is the open-source video.  The government

13      has to speak for themselves, but my understanding is they seek

14      to have Officer --

15              THE COURT:  I don't need to deal with it right now.

16      So 523 you're objecting to.  I take it 523.1 as well?

17              MR. WOODWARD:  Yes, Your Honor.

18              THE COURT:  Otherwise, you're okay with these?

19              MR. WOODWARD:  Yes, Your Honor.

20              THE COURT:  And Ms. Douenat?

21              MS. DOUENAT:  No objections, Your Honor.

22              THE COURT:  So without objection, I am admitting 410,

23      410.2, 410.3, 410.4, 410.5, 410.6, 410.7, 410.8, -.9, -.10,

24      -.11, -.12, -.13.  I'm admitting 412, 412.2, 412.3.  And that's

25      it.
```

```
1              (Government Exhibit 410, 410.2, 410.3, 410.4, 410.5,

2       410.6, 410.7, 410.8, 410.9, 410.10, 410.11, 410.12, 410.13,

3       412, 412.2, and 412.3 admitted into evidence.)

4              THE COURT:  All right.  Ms. Akers, you may proceed.

5              MS. AKERS:  We call -- the government calls Officer

6       Laschon Harvell to the stand.

7              THE COURTROOM DEPUTY:  Please raise your right hand.

8              (Oath administered.)

9              THE WITNESS:  I do.

10             THE COURTROOM DEPUTY:  Thank you.

11             THE COURT:  Good afternoon, sir.

12             THE WITNESS:  Good afternoon, sir.

13                         DIRECT EXAMINATION

14      BY MS. AKERS:

15      Q.  Good afternoon, sir.

16             Can you please state your full name and spell it for the

17      Court.

18      A.  Yes.  My first name is Laschon.  That's L-a-s-c-h-o-n.  And

19      my last name is Harvell, H-a-r-v-e-l-l.

20      Q.  Are you employed, Mr. Harvell?

21      A.  Yes.

22      Q.  Where do you work?

23      A.  Metropolitan Police Department.

24      Q.  And what's your position at MPD?

25      A.  A police officer.
```

1   Q.   How long have you been a police officer?

2   A.   Twenty-three and a half years.

3   Q.   And were you working for MPD on January 6th, 2021?

4   A.   Yes, I was.

5   Q.   What was your position on that day?

6   A.   I was working CDU rapid response platoon.

7   Q.   And CDU stands for what?

8   A.   Civil disturbance unit.

9   Q.   Where were you originally stationed on January 6 when you

10  came to work?

11  A.   We first started at Third and C Street.

12  Q.   And did there come a point in the day when you went to

13  respond to the United States Capitol?

14  A.   Yes, ma'am.

15  Q.   Where did you go when you arrived?

16  A.   We initially came in on the back side and went around to

17  the west side of the Capitol.

18  Q.   When you went to the west side of the Capitol, what did you

19  see when you first arrived?

20  A.   When we first came around, there was just a sea of people.

21  We saw officers, Capitol officers, injured, hurt, helping each

22  other.  And we rushed right in to try to maintain our line.

23  Q.   And was -- were the MPD officers, including yourself,

24  assisting the United States Capitol Police officers on that

25  day?

1    A.  Yes.

2    Q.  What was the tone of the crowd when you arrived on the

3    West Front?

4    A.  They were in an uproar.  A lot of yelling.  A lot of

5    screaming.  A lot of pushing.  Like I said, we came in; we

6    immediately went to the line that was formed and tried to hold

7    the line.

8    Q.  And you said you were trying to hold the line.  Is that

9    what your goal was on that day?

10   A.  Right.  So it was to basically keep a line where the

11   rioters didn't come across.

12   Q.  What were you trying to protect with that line?

13   A.  The Capitol itself.

14   Q.  And what steps did you take, other than just your mere

15   presence, to create a police line?

16   A.  So we had bike -- bike fences that we put up along the

17   stairway, basically trying to hold back the crowd so that they

18   couldn't come up the steps, couldn't come up to where the

19   center was.  They had already pushed past the scaf- -- some of

20   the scaffolding that was out there.  And we were just trying to

21   maintain the line that they had when we arrived.

22   Q.  So by the time you arrived and joined the line, had there

23   already been some breaches on the West Front?

24   A.  Yes.

25   Q.  All right.  Was there anything that was making it difficult

1    for you and your fellow officers to hold that line?

2    A.   Yeah.   The rioters themselves.   They were trying to snatch

3    the fences out of our hands or pushing them on us or pushing

4    them towards us.   And then, just generally, you know,

5    disruptive behavior.

6    Q.   Were --

7               THE COURT:   What time did you say you arrived?

8               MS. AKERS:   We'll be pulling up --

9               THE WITNESS:   Yeah, I'm not sure the --

10              MS. AKERS:   -- his body-worn camera.

11              THE WITNESS:   -- exact time that we arrived.

12              THE COURT:   Okay.   I thought I missed it.

13   BY MS. AKERS:

14   Q.   In addition to the crowds using the bike racks that you

15   just described, did they use anything else to push against or

16   impede you and your fellow officers?

17   A.   Yeah.   Just about anything that was out there they -- you

18   know, sticks, poles.   Excuse me.   There was a lot of debris out

19   there that they were using.

20   Q.   Let's pull up, just so we can orient ourself on time,

21   Exhibit 410, please.

22        Before we play, do you recognize what this is, Officer?

23   A.   Yes.   That's body-worn-camera footage.

24   Q.   And is this your body-worn-camera footage?

25   A.   It appears to be.

```
1    Q.  And you see -- in the upper right-hand corner, do you see a
2    time and a date there?
3    A.  Yes.  Yes.
4    Q.  And what is that?
5    A.  So it's January 6th, 2021.  It's 14:30 hours.
6    Q.  And you reviewed this footage in preparation for your
7    testimony today; correct?
8    A.  Yes.
9            MS. AKERS:  All right.  Let's -- and can we just
10   please play 3 seconds of this.
11           (An audio-visual recording was played.)
12           MS. AKERS:  I stopped at 3 seconds here.
13   BY MS. AKERS:
14   Q.  Where are you geographically located on January 6th at
15   2:30 p.m.?
16   A.  Right.  So that's -- that's me.  That's my camera.  I'm
17   standing behind some of the -- my officers, and we're -- I
18   guess this is the west side.  We're looking out towards
19   everybody.
20   Q.  So fair to say you were on Capitol Grounds by at least 2:30
21   p.m.?
22   A.  Yes.
23   Q.  Okay.  Great.  We're going to pull up Exhibit 308, please.
24           Do you recognize this shot here, what this depicts?
25   A.  Yes.
```

```
1    Q.  And what is it?

2    A.  And so that's where we were prior to everything going on.

3    That's how it looks.  And if you're looking right there where

4    that pole is in the middle scaffolding, that's where we had the

5    line.  And they pushed us all the way back.

6              MS. AKERS:  All right.  Let's skip ahead to

7    2:30 p.m., or 2 hours, into the video.

8    BY MS. AKERS:

9    Q.  At this time, at 2:30 p.m., were you in this crowd?

10   A.  Yes.

11   Q.  And do you know approximately where you were?

12   A.  If you -- if you're looking at the video right where you

13   see --

14   Q.  And you can actually indicate on your screen with your

15   finger, and it will show up for the Court.

16   A.  So -- so, yeah right around here.  This is where -- where I

17   was.

18   Q.  All right.  And at this point was there a police line on

19   the West Front?

20   A.  It was a police line.  As you can see here, it -- they

21   overwhelmed us.

22   Q.  Was there still somewhat of a police line at this point?

23   A.  Yeah.  Yeah.  There was still somewhat of a police line.

24   We had fallen back.  And as you can see, we kind of started

25   drawing off, like right around here.  We were trying to keep
```

HARVELL - DIRECT

1    it -- keep as much of the line as we possibly could.

2    Q.  At this point around 2:30 p.m., were the officers still

3    trying to achieve their goal of protecting the Capitol?

4    A.  Yes.

5    Q.  And were you successful in that at this point?

6    A.  No, not at all.

7          MS. AKERS:  We're going to play on two-times speed

8    2:31 to 2:35:  Or if you can do faster.  If we can do

9    three-times speed.

10          (A video recording was played.)

11          MS. AKERS:  All right.  We stopped at 2:35 p.m. on

12    the dot.  That's impressive.

13    BY MS. AKERS:

14    Q.  Officer, what was happening in this segment right here,

15    about 4 minutes that we just watched?

16    A.  So the commander, he started yelling, you know, "Fall back.

17    Fall back.  They've broken the line."  So we were trying to

18    fall back.

19          What we didn't know -- as you can see right around here,

20    we didn't know there was a door to these steps.  So we

21    initially just thought we were going to get crushed, like

22    pushed back into that wall and trampled.  Then we realized --

23    you know, they showed us there was a door there.  They were

24    throwing -- throwing things at us -- poles, sticks --

25    shooting -- shooting --

HARVELL - DIRECT

1    Q.  Let's back up just a minute here.  So just to orient

2    ourselves, where on this screen were you when you were getting

3    pushed back?  Could you circle approximately.

4    A.  Right in this area right here.

5    Q.  All right.  And when you just testified that you thought

6    you were getting pushed back into a wall, what wall are you

7    referring to?

8    A.  So right there, that wall, where you can see where the

9    officers are standing right here.  There's a wall back there.

10   Q.  Uh-huh.

11   A.  And there's just nowhere to go.

12   Q.  And so when you -- you said you were getting pushed back

13   into the wall, who was doing the pushing?

14   A.  The rioters.

15   Q.  Okay.  And then --

16   A.  Just in that -- I'm sorry.  Just in that 4-minute time, you

17   can see that -- that area where we were right here, it broke

18   down completely.  And they just -- they -- you know, they just

19   bum-rushed us.

20   Q.  And do you have any understanding based on your experience

21   being out there why these people were, in other words,

22   bum-rushing you?

23   A.  They were trying to get into the Capitol.  I mean, that --

24   that was their intent.  And they yelled it.  They told us to

25   get out of the way.  They said they were going in.  And, you

1    know, our job is to try to maintain order.

2    Q.  Were there any people in the crowd who were yelling or

3    pushing specifically at you?

4    A.  Yeah.  The -- there was a couple of people, one guy in

5    particular pushing me.  Just -- just felt like, you know, it

6    was directed towards me.  But, yeah, they were.  They were

7    pushing us.  They were -- they was throwing things at us.  They

8    sprayed bear spray and stuff on us.  It was terrible.

9    Q.  Let's pull your body-worn camera up.  It's Exhibit 410.

10            MS. AKERS:  And we're going to move to 2:32:15, which

11   is a minute and 43 in.  And we're going to play until 2:34 p.m.

12            (An audio-visual recording was played.)

13            MS. AKERS:  I'm going to stop and play it normal

14   speed.  Thank you.

15            (An audio-visual recording was played.)

16            MS. AKERS:  All right.  We've stopped at 2:34 p.m.

17            THE COURT:  Can I ask you to play that again.

18            MS. AKERS:  Sure.

19        Can we please start at 2:32:15, which is a minute 43 in,

20   and play until 2:34 p.m.

21            (An audio-visual recording was played.)

22   BY MS. AKERS:

23   Q.  All right.  Officer, we stopped here at 2:34 p.m.

24   A.  Uh-huh.

25   Q.  Can you tell us generally what was happening in the time

HARVELL - DIRECT

1    period that we just watched that clip?

2    A.   Right.  So the line was breaking down, and we were trying

3    to fall back and regroup.  The gentleman in front of me that

4    had on the green jacket, what happened was he started leaning

5    his shoulder in and pushing -- pushing on me, hitting on my

6    chest.

7         So that's why you can see the body cam -- where you see

8    it was so close, because he was leaning in.  You could hear him

9    when he said -- one point he said, "Fight with us."  Then

10   another point you hear him -- him say, "Let's go.  I need

11   support."  And like I said, the line started breaking down.  He

12   started, you know, pushing even more, pushing -- I had my baton

13   so -- we hold it like this.

14   Q.   When you say "like this," you mean --

15   A.   Right.

16   Q.   -- across your body?

17   A.   Across the body.  So we hold it like this.

18        So he was leaning on it.  So I was trying to use it to,

19   you know, keep him at bay, as -- as well as the rest of the

20   crowd, and try to hold my position.

21        But it was too many.  They were pushing, falling back.

22   So right at the end, you see I grabbed my partner and I tell --

23   I pull her back to where we are because there's a step up, and

24   I didn't want her or myself to fall.  If we fall, that might be

25   it, you know.  They start running towards us, trampling us.  So

1    it was just making sure that we -- we got, you know, back into

2    a group again.

3    Q.  In addition to using your baton cross-body, were you also

4    saying anything to this man in the green and the other people

5    pushing against you?

6    A.  Yeah.  So you heard me when I was saying -- you heard me

7    saying, "Stop it" and "Get back.  Please get back.  Stop it."

8    You know, "Move back."

9    Q.  That was your voice in the body-worn camera?

10   A.  Yes, ma'am.

11   Q.  Did the person in the green jacket you've identified comply

12   with the order to get back and move back?

13   A.  No.

14   Q.  And did you continually give commands during this time

15   period?

16   A.  Yes.  It's -- it's a policy to -- whenever you're on the

17   line like that, you -- you give loud verbal commands, as well

18   as, you know, "Back up.  Back up.  Back up."  And you're

19   yelling that, and you're trying to get people to, you know --

20   to make sure, one, that they hear you and hear exactly what

21   you're saying and know what you want them to do.  You want them

22   to back up.  You want them to stop.

23   Q.  Do you specifically remember the guy from the green jacket

24   from January 6th?

25   A.  Right.  Yeah.  Because he was -- at the same time that he

1    was on me pushing me and I'm pushing -- trying to get him back,

2    he was also talking to me.

3    Q.  Uh-huh.  In your assessment and experience from that day,

4    did you believe his movement towards you to be forceful?

5    A.  Yes.

6    Q.  Intentional?

7    A.  Yes.

8    Q.  Aggressive?

9    A.  Very.

10               MS. AKERS:  We're going to pull up Exhibit 410.2,

11   please.

12   BY MS. AKERS:

13   Q.  Do you recognize this as a still shot from your body-worn

14   camera?

15   A.  Yes.

16   Q.  And can you see your hand in the still shot?

17   A.  Yes.  My hand is right here.

18   Q.  You circled -- put a mark on the left-hand side of the

19   screen; right?

20   A.  Yes.

21   Q.  And do you see the person in the green who you said that

22   you remember from January 6th?

23   A.  Yes.  He's right here.

24   Q.  And you're indicating the person on the left-hand side of

25   the screen?

```
 1    A.  Yes.

 2    Q.  Does that person have a white face mask on?

 3    A.  Yes, he did.

 4    Q.  Did he appear to have some sort of thing on his head?

 5    A.  Right.  He had a red hat.

 6    Q.  And was this the person who you just testified was pushing

 7    you in that offensive manner?

 8    A.  Yes, ma'am.

 9            MS. AKERS:  Let's please pull up Government

10    Exhibit 410.3.

11    BY MS. AKERS:

12    Q.  And now the time stamp is at 2:32:39 p.m.?

13    A.  Yes.

14    Q.  And do you see -- what do you see in this still shot from

15    your body-worn camera?

16    A.  Right.  So at that point you can see that's where he's

17    leaning the shoulder in and he's doing like this.  He's hitting

18    me like this.  And you can see it's up against my stick.  So

19    I'm holding the stick and he's, like you said, aggressively

20    pushing towards me.

21            MS. AKERS:  Can we please go to 410.4.  And this is

22    2:32 -- now we're at 58, so about 20 seconds later.

23    BY MS. AKERS:

24    Q.  What do you see here?

25    A.  Right.  So my body-worn camera is right here in my chest,
```

1    and --

2    Q.  The center of your center.

3    A.  Right.  It sits right here.  On my chest, right on my

4    sternum.  And so as you can see, his hand -- he's -- he's still

5    pushing towards me, against my baton, right in this picture

6    right here.

7              MS. AKERS:  Can we please go to 410.5.

8    BY MS. AKERS:

9    Q.  Okay.  So, now, upper right-hand corner, we're at 2:33:26.

10   It's about 30 seconds later?

11   A.  Yeah.

12   Q.  So what do you see?

13   A.  This is him right here.

14   Q.  On the right-hand side of the screen?

15   A.  Right.  Where I just drew the line.  And he's between an

16   officer -- two officers.  And we're still, you know, pushing --

17   you know, trying to push the crowd back, but they're still

18   coming forward.

19   Q.  Uh-huh.  We're going to pull up 410 and just play a little

20   clip.  And I want you to listen very closely.  We're going to

21   play from 2:33:12.

22         And, Officer, you already testified that you had heard

23   him saying "Fight with us" and something about getting support.

24   I want you to listen at 2:33:12 until 2:33:29.

25              (An audio-visual recording was played.)

```
 1              MS. AKERS:  All right.  We stopped at 2:33:29.
 2   BY MS. AKERS:
 3   Q.  Did you hear this man in the green say anything to you
 4   right there?
 5   A.  Yeah.  So he said, "You can't stop us."  And then he said,
 6   "We all had face masks."  And he said something else that's a
 7   little unintelligible after that.
 8              MS. AKERS:  Can we please pull up 410.6.
 9   BY MS. AKERS:
10   Q.  Is this a still shot from your body-worn camera?
11   A.  Yes.
12   Q.  Is this 2:33:43 p.m.?
13   A.  Yes.
14   Q.  Do you see the guy in the green?
15   A.  Right.  He's right here on the right side.
16   Q.  Is that the right-hand side of the screen?
17   A.  Yes.
18   Q.  Is he wearing a face mask?
19   A.  Yes.
20   Q.  All right.  After -- Officer, after this incident where you
21   were being pushed by this man in the green, you testified that
22   you took a step up with your colleague; right?
23   A.  Right.
24   Q.  And why were you doing that?
25   A.  The line had been broken down, and they told us to fall
```

1   back.  And that's where we were falling back to.

2   Q.  In your time working for MPD -- did you say 23 years?

3   A.  Yes.

4   Q.  In 23 years, have you ever been part of a police line that

5   broke like that?

6   A.  Not like that.

7   Q.  How is it different than, like, a typical experience?

8   A.  So I've been doing CDU my whole career.  And for the most

9   part, we have maintained order.  With this -- and with this

10  crowd here, they overwhelmed us.  We couldn't maintain order.

11  And as you can see, we went from having a line to basically

12  giving up the ground and having to fall back.  It was just --

13  it was just so much chaos, you know.  We -- we couldn't control

14  it.

15  Q.  As the police line fell back, what did the crowd do?

16  A.  They surged forward.  They were -- they were throwing

17  things at us.  You know, as you heard him saying "Fight with

18  us," they were fighting us, throwing sticks, poles, spraying

19  us.  They were doing all that.

20  Q.  Let's pull back to your body-worn camera, which is

21  Exhibit 410.

22          MS. AKERS:  And let's play from 2:34, which is

23  3 minutes and 45 seconds.

24          Well, 2:34:18.  Sorry, Kyle.  3 minutes and 45 seconds.

25  And we'll play until 5 minutes.

```
 1              (An audio-visual recording was played.)
 2              MS. AKERS:  All right.  We stopped at 2:35:32.
 3    BY MS. AKERS:
 4    Q.  On the right-hand side of the screen where I'm doing a big
 5    circle, what is that area?
 6    A.  That -- that is the wall and that -- that I was saying they
 7    were pushing us back to at the time.  I didn't know that there
 8    was stairs there.  There's a door, and the stairs lead up to
 9    the next level.
10    Q.  As you were being pushed back towards that wall and you
11    didn't know there were stairs there, what -- what was going
12    through your mind?
13    A.  I mean, at the time, I -- you know, I just didn't know.
14    I -- I didn't know what was going to happen to us.  We -- I
15    didn't see anywhere for us to go.  As you can see, the crowd
16    is pushing us.  They're throwing things at us.  I thought I was
17    going to get trampled, actually.  That was, you know, probably
18    one of the scariest times of my life because I didn't know
19    where they were.  We didn't have anywhere else to go.
20              MS. AKERS:  Let's pull up 410.9, please.
21    BY MS. AKERS:
22    Q.  Is this a still shot from your body-worn camera?
23    A.  Yes.
24    Q.  Is it from the same time we just watched?
25    A.  Yes.
```

1   Q.  I'm circling in the top left-hand corner of the screen

2   something in the air.  What was that?

3   A.  It's probably a stick or a pole that they were throwing at

4   us.

5          MS. AKERS:  And can we please pull up 410.10.

6   BY MS. AKERS:

7   Q.  And this is your body-worn camera still; correct?

8   A.  Yes.

9   Q.  I'm circling another object in the top left-hand corner.

10  What does that look like?

11  A.  It looks like probably a fire extinguisher that they threw

12  at us.

13  Q.  And that was coming towards the officers?

14  A.  Yes.

15          MR. WOODWARD:  Objection.  Relevance.

16          THE COURT:  Overruled.

17          MS. AKERS:  And can we please pull up 410.12.

18  BY MS. AKERS:

19  Q.  And I'm circling another object in the top left-hand

20  corner.  Is that also an object coming towards the police

21  officers from the crowd?

22  A.  Yes, ma'am.

23  Q.  All right.  I want to pull up just a few more exhibits of

24  that interaction that we just talked about.

25          MS. AKERS:  We're going to pull up Government

1    Exhibit 523, please.  Before we -- let's play a few seconds,

2    please.

3              (An audio-visual recording was played.)

4              MS. AKERS:  All right.  We'll stop at 5 seconds.

5    BY MS. AKERS:

6    Q.  Officer, do you recognize the area that's depicted in this

7    video?

8    A.  Yes.  That -- that was the area that we -- we came to to

9    assist.

10   Q.  Have you and I reviewed this video footage before today in

11   preparation for your trial testimony?

12   A.  Yes.

13   Q.  And based on your review of this and your experience on

14   January 6th, 2021, does this video fairly and accurately depict

15   the events at the Capitol on that day?

16   A.  Yes, it does.

17             MS. AKERS:  We move to admit 523 and 523.1, which is

18   a screenshot of the overarching exhibit.

19             THE COURT:  Mr. Woodward.

20             MR. WOODWARD:  We do object.  May we approach,

21   because I don't want the witness to hear why we object to it.

22             THE COURT:  All right.  Ms. Douenat, you're welcome

23   to come up to the mike.

24             (Bench conference on the record.)

25             MR. WOODWARD:  Your Honor, I have no reason to

HARVELL - DIRECT

1    believe that Officer Harvell wasn't being completely genuine

2    about what he sees.  But this video is -- it's difficult to

3    discern exactly where it is or that he was, in fact, there.  So

4    it's open-source video, and it could be anywhere along this

5    front.

6         And so I believe him; that he sat with the government

7    and that they watched the video and he believes that it depicts

8    what he was seeing that day.

9         But when the Court sees the video, you're going to see

10   that it could be anywhere along this line and that there's no

11   way of knowing for sure if, in fact, Officer Harvell was there

12   in the scenes depicted in the video.

13        THE COURT:  Okay.  I'm going to overrule the

14   objection.  I think that may go to weight, but he's said he

15   was there.  I think that's enough for it to come in at this

16   point.

17        MR. WOODWARD:  Thank you.

18        THE COURT:  Thank you.

19        (Proceedings held in open court.)

20        THE COURT:  Okay.  Overruled.  523 and 523.1 are in.

21        (Government Exhibit 523 and 523.1 admitted into

22   evidence.)

23        THE COURT:  You may proceed, Ms. Akers.

24        MS. AKERS:  Thank you, Your Honor.

25        We're going to go to 30 seconds in.  And we're going to

1    play from 30 seconds to 55 seconds.

2              (An audio-visual recording was played.)

3              MS. AKERS:  Let's pull back, please, to 40 seconds.

4    Press play.

5              (An audio-visual recording was played.)

6              MS. AKERS:  Stop.

7    BY MS. AKERS:

8    Q.  Officer, do you see yourself depicted in this video

9    footage?

10   A.  Yes.

11   Q.  Can you please circle yourself.

12   A.  So I'm right here.

13   Q.  And you circled, sort of, the middle of the screen.  And

14   you have a black helmet on?

15   A.  Yes.

16   Q.  And to your left there's a red hat that I'm drawing a red

17   square around.  Do you see that?

18   A.  Yes.

19   Q.  And was that the person who you've testified about who's

20   wearing that green jacket?

21   A.  Yes, sir.

22   Q.  And did you hear him say anything in this video footage

23   when he turned his head?

24   A.  Right.  So he said, "I need support.  Let's go."

25   Q.  Is that the same thing that you heard him say on your

1    body-worn camera?

2    A.  Yes, ma'am.

3    Q.  And, actually, when you were there on January 6th?

4    A.  Yes.

5    Q.  When he turned his head, what -- what way was he turning to

6    face to?

7    A.  He was looking back at the crowd and telling them, "Let's

8    go.  I need support."

9         MS. AKERS:  I'm going to pull up Government

10   Exhibit --

11         THE COURT:  I want to see that one more time, please.

12         MS. AKERS:  Sure.

13      Can we please, Mr. Clements, play from 30 seconds to

14   55 seconds.

15         (An audio-visual recording was played.)

16         MS. AKERS:  Can we please pull up 523.1.

17   BY MS. AKERS:

18   Q.  Officer, is this a screenshot from the footage that we just

19   watched that depicts you?

20   A.  Yes, ma'am.

21   Q.  And does it depict the person from -- the green jacket and

22   red hat we've been talking about?

23   A.  Yes.

24   Q.  And at this still shot, what is he doing?

25   A.  Right there he's still pushing against me.  Like I said,

 1     this is me.  And he's right in front of me.  He's pushing

 2     against me, and I'm holding my baton up.

 3                  MS. AKERS:  Can we please pull up Government

 4     Exhibit 412.

 5     BY MS. AKERS:

 6     Q.  Officer, as part of our preparation for your trial

 7     testimony today, have we watched body-worn camera from other

 8     officers who were at the Capitol on January 6th that wasn't

 9     your body-worn camera?

10     A.  Yes.

11                  MS. AKERS:  All right.  We're going to go from

12     2:32:54 -- all right.  We're starting at 2:32:57, and we'll

13     play until 2:33:07.

14                  (An audio-visual recording was played.)

15     BY MS. AKERS:

16     Q.  And what did you hear there?

17     A.  I couldn't hear clearly.  Can you play that one more time.

18     Q.  Sure.

19                  MS. AKERS:  Can we please pull back to 2:32:54.

20                  (An audio-visual recording was played.)

21     A.  Yeah.  He's -- he's saying, "Fall back."  He's telling us

22     to fall back to the stairs.

23     BY MS. AKERS:

24     Q.  And that was an order that you were given at that point?

25     A.  Yes.

```
 1                MS. AKERS:  All right.  We're going to please play
 2       until 2:34:05.
 3                     (An audio-visual recording was played.)
 4                MS. AKERS:  All right.  Can we please pull up 412.2.
 5       BY MS. AKERS:
 6       Q.  Do you recognize this as an image from the body-worn camera
 7       that we just watched?
 8       A.  Yes.
 9       Q.  And do you see a man I'm circling in a red hat?  And you
10       can't really tell it's green, but he has long sleeves on in
11       this still shot.
12       A.  Yes.
13       Q.  And the person to his left, but our right, in the
14       highlighter jacket, do you know if that's a police officer?
15       A.  Yes, it is.
16                MS. AKERS:  Can we please go to 412.3.
17       BY MS. AKERS:
18       Q.  Is this another still shot of the body-worn camera we just
19       watched?
20       A.  Yes.
21       Q.  And on the left-hand side of the screen, I'm circling
22       a person with a white face mask and a red hat.  Do you see
23       him?
24       A.  Yes.
25       Q.  And do you see the officer in the yellow highlighter jacket
```

1    that I'm drawing an underline?

2    A.  Yes, ma'am.

3    Q.  Do you -- what do you see here as it relates to these two

4    people?

5    A.  Yes.  So that's a police officer.  He's -- he's standing

6    there.  This gentleman is in front of him.  I can't tell what

7    he's doing.  He has his hand up.

8    Q.  Towards the officer?

9    A.  Yes.  You can see right -- right -- right here.

10   Q.  And you just made a circle around a hand that's going

11   towards the officer?

12   A.  Yes.

13   Q.  All right.  Can we please pull up 410, Exhibit 410, which

14   we've already looked at as your body-worn camera.

15           MS. AKERS:  And we'll play from 5 minutes in until

16   the end, about a minute and 20 seconds.

17           (An audio-visual recording was played.)

18   BY MS. AKERS:

19   Q.  Officer, what was happening in that clip?

20   A.  The line had broken down.  So they were moving us up the

21   stairs to the terrace level.  But as you can see, it's a very

22   narrow stairwell.  So we had already been, you know -- they had

23   used chemical munitions on us.  They threw back some of the

24   munitions that we had.  They used bear spray.  So we're trying

25   to make it up these steps.  And as you can hear, out of breath,

1    you know, just some people are vomiting, just trying to get,

2    you know -- we're all disoriented, but we're just trying to get

3    to the top of the steps.

4    Q.  And all of those things that you just described, were

5    those as a result of your fighting on the West Front with the

6    crowd?

7    A.  Yes, ma'am.

8    Q.  And what were you -- what were you thinking when you were

9    walking up those stairs?

10   A.  I honestly thought I was going to die.  I didn't -- I

11   didn't know where else we were going.  I -- we had -- we had

12   got pushed back into the wall.  As we looked at the video

13   earlier, when we saw how big the crowd was, they just

14   completely swallowed us up and pushed us back.

15        And we had to retreat up these stairs to the terrace to

16   try to regroup and, you know, hold -- once again, hold -- hold

17   the line so they didn't get into the Capitol.

18   Q.  And after you walked up these stairs, that wasn't the end

19   of your day on January 6th; right?

20   A.  No, not at all.

21   Q.  Where did you go next?

22   A.  So we got to the top of the stairs.  The group got

23   ourselves together, and then we went inside the Capitol.  We

24   went through the tunnel.

25   Q.  And did you defend the Capitol in the tunnel on

1  January 6th?

2  A.  Yes, ma'am.

3  Q.  And can you very briefly describe what that experience was

4  like.

5  A.  You know, once we got up to the terrace, the crowd quickly

6  surged up to the terrace right behind us.  And we got into that

7  tunnel area, and it was kind of our last stand.  We had -- all

8  our units had piled into that tunnel.  So it was -- they

9  couldn't get in.  We couldn't go out.  But we were making sure

10  that they didn't come in.  There was a lot of gas, smoke, a lot

11  of pepper spray being sprayed in there.  It was -- it was

12  grueling.

13       MS. AKERS:  Thank you, Officer.  No further

14  questions.

15       THE COURT:  All right.  Thank you.

16     Mr. Woodward.

17       MR. WOODWARD:  If I could have a brief -- Court's

18  brief indulgence.  We don't have Exhibit 308.  So before I show

19  it -- or ask to show it, I want to make sure I know what I'm --

20  I hope the Court will appreciate it.

21                    CROSS-EXAMINATION

22  BY MR. WOODWARD:

23  Q.  Officer Harvell, let me start by thanking you for your

24  service.  My name is Stanley Woodward.  And I've watched a lot

25  of video from that day, and I -- I can't imagine.  So thank

1     you, sir.

2           I'd like -- I'd like to start with your body-worn

3     camera.

4                 MR. WOODWARD:  If I could, again, ask for

5     Mr. Clements' assistance in playing 410 at hour marker 2:32,

6     roughly.

7                 (An audio-visual recording was played.)

8     BY MR. WOODWARD:

9     Q.  Do you hear -- the gentleman in the green jacket, do you

10    hear him say, "God bless you guys.  God bless you"?

11    A.  Yes, sir.

12    Q.  Okay.  Now, you testified that you are familiar with

13    this -- with this gentleman, that you remember this

14    gentleman --

15    A.  Yes.

16    Q.  -- from that day.

17          Sir, do you also recall meeting with prosecutors and a

18    member of the FBI in October of 2021?

19    A.  Yes.

20    Q.  And you sat with the prosecutors and the FBI?

21    A.  Yes.

22    Q.  Do you remember telling them that, in fact, you did not

23    recall any specifics of any assaults that day?

24    A.  No, I don't recall that.

25    Q.  Well, you remember -- you remember sitting there with the

HARVELL - CROSS

1    two prosecutors?  Yes?

2    A.  I remember meeting with the prosecutors.

3    Q.  And -- and an FBI agent?

4    A.  Okay.  Yes.

5    Q.  And the FBI agent was taking notes?

6    A.  I remember -- I remember sitting with them.  I'm sure that

7    he was taking notes, but I don't recall saying that I -- you

8    said I stated I -- I didn't get assaulted?

9    Q.  No.  What -- what the FBI agent recorded -- or you have no

10   reason to disagree that what the FBI agent recorded was that

11   Officer Harvell did not remember the specifics of any assaults

12   that day?

13            MS. AKERS:  Objection, Your Honor.

14            THE COURT:  On what basis?

15            MS. AKERS:  He's using a 302 to improperly impeach a

16   witness not inconsistent with his testimony.

17            THE COURT:  Overruled.

18   BY MR. WOODWARD:

19   Q.  Just if you remember, sir.

20   A.  I don't recall, but if -- I don't know if that's what you

21   have, but I don't recall.

22   Q.  You don't have any reason to doubt the FBI agent?

23   A.  No.

24   Q.  Right.

25            MR. WOODWARD:  So if I could -- if I could ask for

1    Mr. Clements' assistance again.  If we could play 308, again,

2    at roughly the 2-hours-32-minute mark.

3    BY MR. WOODWARD:

4    Q.  Do you recall watching this exhibit during your testimony?

5    A.  Yes, sir.

6    Q.  And, again, if you could remind us, are you in this?

7    And --

8    A.  So right -- right around this area.

9         MR. WOODWARD:  Okay.  And -- and if the -- if

10   Mr. Clements would assist me in switching to Government

11   Exhibit 410.3.

12   BY MR. WOODWARD:

13   Q.  You would agree that this screenshot is taken at roughly

14   2:32 from your body-worn camera?

15   A.  Yes.

16        MR. WOODWARD:  Okay.  If we could switch back,

17   Mr. Clements.

18   BY MR. WOODWARD:

19   Q.  So you're here in this green circle.  And the gentleman in

20   the green jacket is up against you at almost exactly this time;

21   correct?

22   A.  Yeah.  He should be -- should be right in that area.

23   Q.  And would you agree that there are -- well, how many people

24   would you say are behind him?

25   A.  I have no idea.

1    Q.  Thousands?

2    A.  At least.

3    Q.  Tens of thousands?

4    A.  At least tens of thousands.

5    Q.  And this is the same group of people that you described

6    as -- as swarming around you and forcing you from that -- from

7    that location?

8    A.  Yes.

9    Q.  At roughly 2:32 in the -- in the afternoon?

10   A.  Yes.

11   Q.  All right.

12              MR. WOODWARD:  Thank you, sir.  No further questions.

13              MS. DOUENAT:  No questions, Your Honor.

14              THE COURT:  All right.

15              MS. AKERS:  You can take that down, Mr. Clements.

16                          REDIRECT EXAMINATION

17   BY MS. AKERS:

18   Q.  Officer, when you met with the FBI, which you remember;

19   correct?

20   A.  Yes.

21   Q.  Did you write a summary after, or did you just provide a

22   recount of the events that you remembered from the day?

23   A.  I do remember providing a recount.

24   Q.  An oral recount?

25   A.  Yeah.

1    Q.  And you haven't seen any writing from an FBI agent that

2    says what you said; correct?

3    A.  No.

4    Q.  Do you remember at that meeting saying that you recall

5    an individual in a green jacket who was actively resisting

6    you, pushing against you, and attempting to advance against

7    you?

8    A.  Yes.

9    Q.  That's consistent with your memory back then?

10   A.  Yes, ma'am.

11   Q.  Consistent with your memory now?

12   A.  Yes.

13   Q.  Consistent with the video footage that we watched today?

14   A.  Yes.

15   Q.  And in that video footage that we watched, you heard the

16   man say, "God bless you."  What was he doing when he said

17   God bless you?

18   A.  He was still aggressively pushing forward on me.

19            MS. AKERS:  Thank you for your time, Officer.

20            THE WITNESS:  All right.

21            THE COURT:  Can you bring up -- is it 410?

22            MS. AKERS:  His body-worn camera?

23            THE COURT:  Yes.  I want to ask the officer about

24   something I saw just after 4:30.  So probably around 4:34.

25            (An audio-visual recording was played.)

HARVELL - REDIRECT

```
 1              THE COURT:  Can you go back to 4:33.  Okay.  That's
 2     good.
 3              (An audio-visual recording was played.)
 4              THE COURT:  So right there, do you remember that
 5     incident?
 6              THE WITNESS:  Yes.
 7              THE COURT:  So what's your recollection of what's
 8     happening there?
 9              THE WITNESS:  So right at that time, that's when
10     they're telling us to fall back.  And so the crowd has
11     basically -- there's no longer a line.  They're in -- in with
12     our group.  And our commander is telling us to fall back.  He's
13     still trying to push forward, but I'm trying to get to my
14     partner here, Beaver, and pull her back so that we can kind of
15     step up on the -- on that step so we can regroup.
16              THE COURT:  And this guy in the gray, that it looks
17     like the guy in the green that's grabbing there, what is your
18     recollection of that?
19              THE WITNESS:  So people were -- as we were pushing
20     people back, they were kind of mingling.  So, like, he was
21     pulling -- pulling this guy, like, to the side but, like, still
22     coming forward.
23              THE COURT:  I see.
24              THE WITNESS:  And so at that time, you know,
25     I -- I -- my concern was just getting ahold of my partner.  So
```

1    I was just getting her and trying to get back because the

2    crowd -- the crowd was still coming forward.  They were pushing

3    us.

4           And some of our officers had started getting engulfed by

5    the crowd and -- you know, for us, that's the worst place to

6    be.

7           THE COURT:  And is your partner you're referring to,

8    is that someone on the right there or the left?

9           THE WITNESS:  Right here.

10          THE COURT:  Got it.  Okay.  Thank you.

11    Mr. Woodward, do you have any questions based on my

12    questions?

13          MR. WOODWARD:  No, Your Honor.  Thank you.

14          THE COURT:  Ms. Akers, do you have any questions

15    based on my questions?

16          MS. AKERS:  No, Your Honor.  Thank you.

17          THE COURT:  Officer Harvell, thank you for your

18    testimony.  You may step down, and you're free to go.

19          (Witness excused.)

20          THE COURT:  Why don't we take a break.  Come back at

21    3 o'clock.  Thanks.

22          (Recess taken.)

23          THE COURT:  All right.  The government may call its

24    next witness.

25          MS. KLAMANN:  United States calls Officer Henry

```
1    Foulds.

2              THE COURTROOM DEPUTY:  Please raise your right hand.

3              (Oath administered.)

4              THE WITNESS:  I so swear.

5              THE COURTROOM DEPUTY:  Thank you.

6              THE COURT:  Good afternoon, Officer.  You can have a

7    seat.

8                         DIRECT EXAMINATION

9    BY MS. KLAMANN:

10   Q.  Good afternoon.

11   A.  Good afternoon.

12   Q.  Could you please state and spell your full name for our

13   court reporter.

14   A.  My name is Henry Foulds.  First name H-e-n-r-y.  Last name

15   F-o-u-l-d-s.

16   Q.  Mr. Foulds, are you employed?

17   A.  Yes.

18   Q.  Where do you work?

19   A.  I work at the Seventh District for the Metropolitan Police

20   Department.

21   Q.  What's your position with the Seventh District?

22   A.  I am a patrol officer in 705, and I am also on CDU 74.

23   Q.  Does CDU stand for civil disturbance unit?

24   A.  Yes.

25   Q.  How long have you worked for the MPD?
```

1    A.  About five years now.

2    Q.  You mentioned that you're assigned to CDU Unit 74.  Is that

3    a bike unit?

4    A.  It is.

5    Q.  What gear do you typically wear while on duty with your CDU

6    unit?

7    A.  So, typically, we wear the same armor I'm wearing right

8    now.  The rest of our equipment, including a firearm.  And we

9    have a bike and a bike helmet.  And we have an armored helmet

10   that we can -- that we have available to put on in case we need

11   it.

12   Q.  And how does that helmet differ from your bike helmet?

13   A.  The armored helmet is, I believe, made of metal, and it has

14   a plastic visor on the front that can be put down to shield

15   against things being thrown at my eyes or chemical spray into

16   my eyes.

17   Q.  Officer, I want to move us now back a couple of years to

18   January 6th, 2021.  Were you on duty with the Metropolitan

19   Police Department that day?

20   A.  Yes.

21   Q.  Did you have the same assignment that you do today?

22   A.  Yes.

23   Q.  So you were a patrol officer and also assigned to CDU 74?

24   A.  Correct.

25   Q.  At some point during that day, did you report to the

1    United States Capitol Building?

2    A.  I did.

3    Q.  And when you reported to the Capitol, were you wearing the

4    same gear that we discussed that you typically wear with your

5    CDU unit?

6    A.  Yes.  We had the -- the bike helmets on at first.  But

7    when we were told that there was officers in trouble down at

8    the Capitol, we put on the ballistic helmets and went to help

9    them.

10   Q.  So the same gear, except you were wearing the ballistic

11   helmet that you described earlier; right?

12   A.  Yes.

13   Q.  Okay.  Any other face coverings that you wore on

14   January 6th?

15   A.  I was wearing a green-cloth COVID mask.

16        MS. KLAMANN:  And just for the Court, Your Honor,

17   Officer Foulds' testimony for the next few minutes is going to

18   relate to Count 9 in the indictment.

19        THE COURT:  Great.  Thank you.

20   BY MS. KLAMANN:

21   Q.  Officer, what part of the Capitol Building did you report

22   to when you first arrived?

23   A.  I believe it was the west side.

24   Q.  And what did you see there?

25   A.  I saw a huge mass of rioters, and I saw a line of police

1    officers trying to keep them back from the Capitol.

2    Q.  Was there a solid police line at this time?

3    A.  I believe so.  And we stepped up to reinforce bits that

4    didn't have as much officers in it and just tried to solidify

5    that lineup when we arrived.

6    Q.  So what was your understanding of your mission when you

7    arrived at the West Front?

8    A.  Our mission was to back up the other officers.  And since

9    they were forming a police line, try to keep people back.

10   We're trying to keep people back.

11   Q.  And what was the tone of the crowd when you arrived?

12   A.  They were very angry.  They were attacking police

13   intermittently.  At one point early on in the day, I had

14   attempted to place someone under arrest after he attacked an

15   officer.  And when I was struggling with him, we ended up

16   switching positions.  And he sort of -- so my back was to the

17   rioters, and his back was to MPD.  And he tackled me further

18   into the crowd of rioters.

19         And then when I was on the ground, blows rained upon my

20   head from, I think, kicks before I was able to be fished out by

21   MPD and brought back to the police line.  So if I hadn't had my

22   helmet on, I would be seriously injured or worse.  And so I was

23   concerned about the rioters' actions towards us.

24   Q.  So the event that you're describing, were you separated

25   from the police line at that point?

1    A.   Briefly.  It started when I was part of the police line.

2    Q.   But were you pulled away from your fellow officers?

3    A.   Yes.

4    Q.   What was going through your mind at that point when you

5    were in the crowd?

6    A.   I was concerned that they were going to try to kill me.

7    And I don't know if someone kicking me in the head was looking

8    at me saying, oh, he's got a helmet; he'll be fine.  I think

9    they were just taking whatever shots they could take.  So I was

10   lucky that I was wearing that equipment.  And if I didn't have

11   that equipment on and someone is kicking me in the head when I

12   was on the ground, they could easily kill me.

13   Q.   And did you remain on that same -- in that same area of the

14   Capitol, the West Front, after this incident?

15   A.   Generally, yes.

16   Q.   Okay.  And at some point while you were on the West Front,

17   did the police line that you described as relatively solid when

18   you arrived, did it fall back?

19   A.   Yes.

20   Q.   How?

21   A.   We ended up getting pushed further and further back

22   as rioters were attacking us and pushing us.  And what

23   would happen is they would surge into one part of the line and

24   move all the officers there back.  And people who are to the

25   side of that point in the line would need to fall back;

 1    otherwise, they were going to get cut off from the rest of

 2    their officers.

 3    Q.  And where did you end up at the end of this time

 4    where you're falling -- repeatedly falling back with the police

 5    line?

 6    A.  I believe we ended up in a sort of corner on the lower

 7    level of the west side.  And eventually we retreated up through

 8    this wooden staircase that had been built on the west side of

 9    the Capitol towards the -- we retreated up that staircase and

10    towards the tunnel entering the west side of the building.

11         MS. KLAMANN:  Mr. Clements, can we briefly pull up

12    Government's Exhibit 128, please.

13    BY MS. KLAMANN:

14    Q.  Officer, do you recognize what's depicted in this exhibit?

15    A.  Yes.

16    Q.  What is it?

17    A.  That is the area where we had arrived to reinforce the

18    other officers.

19         MS. KLAMANN:  Mr. Clements, can we zoom in on the red

20    box I've just created on the exhibit.  Thank you.

21    BY MS. KLAMANN:

22    Q.  Officer, can you indicate on Government's Exhibit 128 the

23    area that you just described where you ended up after the

24    police line fell?

25    A.  (Witness complying.)

1          MS. KLAMANN:  And, Your Honor, may the record reflect

2     that Officer Foulds has indicated on Government's Exhibit 128 a

3     corner on the southwest side of the west plaza.

4          THE COURT:  The record will so reflect.

5     BY MS. KLAMANN:

6     Q.  Officer Foulds, during the time that you were in this area,

7     what was going through your mind?

8     A.  So I was not actually aware that there was that escape

9     route further into the Capitol Building.  So I just saw that we

10    were getting progressively more and more cornered.  And because

11    of my previous encounter with rioters, I knew that this was

12    serious and that the rioters were -- at least some of rioters

13    were trying to hurt us and we just needed to focus on staying

14    alive.

15    Q.  And you described that ultimately you and your colleagues

16    were able to get out of this area; is that right?

17    A.  Yes.

18    Q.  Can you indicate using Government's Exhibit 128 where it

19    was you went.

20    A.  So it started here, and then we emerged around here, I

21    believe.

22         MS. KLAMANN:  And, Your Honor, may the record reflect

23    that Officer Foulds indicated on Government's Exhibit 128 a

24    piece of the inaugural stage while on the southwest side of the

25    west plaza, as well as an area leading up to the lower west

1    terrace tunnel.

2              THE COURT:  The record will so reflect.

3    BY MS. KLAMANN:

4    Q.  Okay.  Officer, you testified that after you retreated from

5    the west plaza you went up to the lower west terrace; is that

6    right?

7    A.  Yes.

8    Q.  Where did you go from there?

9    A.  There was a tunnel leading into the Capitol Building as a

10   whole.  We retreated into there.  And then seeing that rioters

11   were following after us, we formed a line at that tunnel and

12   tried to hold there.  Because with the small opening, we hoped

13   that our comparatively smaller number of officers would be

14   better at holding the larger number of rioters because they

15   couldn't push us around and they would have to meet us head-on

16   in the tunnel.

17   Q.  And so this area of the Capitol that you're referring to as

18   the tunnel, is that an entrance from the outside to the inside

19   of the United States Capitol Building?

20   A.  Yes.

21   Q.  And you indicated that it's a narrow opening.

22   Approximately how wide was the tunnel?

23   A.  Maybe 10 to 15 feet.  I would say six people shoulder to

24   shoulder.

25   Q.  And how -- about how long were you in the tunnel on

1    January 6th?

2    A.  A few hours, I believe.

3    Q.  Can you briefly describe for us what you experienced during

4    that time.

5    A.  So for that time, the rioters formed a big mass of people,

6    and they pushed against us as we tried to hold them back.  And

7    it wasn't like individuals, you know, coming up to our line and

8    pushing us.  But the whole first line of rioters pushed against

9    us.  And the second line and then the third line of rioters

10   pushed against their backs and formed this human wave against

11   us.

12   Q.  And was this human wave that you're describing, did that

13   occur continuously through the time you were in the tunnel, or

14   were there times where there were breaks and individual rioters

15   were pushing against you?

16   A.  There were times, but there were breaks.

17   Q.  In addition to being just pushed against by rioters, did

18   you experience any other attacks by rioters while you were in

19   the tunnel?

20   A.  Yes.  Several times people took the riot shields that were

21   part of law enforcement equipment, that had been taken from us

22   earlier, and they tried to push me back or down off my feet or

23   just strike me with the shield.

24   Q.  Did rioters use any other police tools against you while

25   you were in the tunnel?

FOULDS - DIRECT

1    A.  So I -- I'm not sure if they were police tools because you

2    can get them privately.  But people also used chemical

3    irritants against us, like OC spray, mace.  I couldn't tell

4    exactly what was used against me.  I just know that it burned.

5    Q.  What about projectiles?  Was anything thrown at you while

6    you were in the tunnel?

7    A.  They were throwing various things at us, but I couldn't

8    exactly recall what I was -- I was just focused on staying on

9    my feet.

10   Q.  And, Officer, how crowded was the tunnel during your time

11   there --

12   A.  So, very crowded.  But there were points where if someone

13   wanted to turn around and leave out the front, it was possible

14   to move through at one of these breaks where -- at one of these

15   breaks in the human wave attacks, someone could turn and walk

16   and go the other way.

17        When I could, I tried to establish rapport with

18   people and tell them, like -- because some people were --

19   seemed to be changing their minds on whether they wanted to be

20   involved in this.  And I said, like, "Hey, man, it's fine.  You

21   just need to turn around and walk the other direction."  And,

22   eventually, one or two people did, and I appreciated any that

23   did.

24   Q.  And when you say that people could turn around and leave

25   the tunnel, are you referring specifically to rioters?

1     A.  Yes.  Officers could have, theoretically, turned around and

2     let the rioters in, but we did not choose to.

3     Q.  Officer, you testified that you spent a couple of hours in

4     the tunnel.  How did you feel at the end of that time?

5     A.  Very tired.

6     Q.  What about emotionally?

7     A.  At the end of it, I was feeling better because it appeared

8     to be over.  But in the meantime, I didn't know how things were

9     going to pan out.  So I would say I was stressed.

10    Q.  Okay.  We're going to look at some video now from your time

11    in the tunnel.

12         MS. KLAMANN:  And, Your Honor, I should have noted

13    that this testimony relating to the tunnel goes to Counts 31,

14    43, and 51 in the indictment.

15         THE COURT:  Okay.  Thank you.

16         MS. KLAMANN:  I'm showing you now Government's

17    Exhibit 403.1.  You can pause there.  Thank you, Mr. Clements.

18    BY MS. KLAMANN:

19    Q.  Officer, do you recognize this video footage?

20    A.  Yes.

21    Q.  What is it?

22    A.  It's footage from my BWC from the day of the riot.

23    Q.  Did you review this footage before your testimony today?

24    A.  Yes.

25    Q.  And does it fairly and accurately depict the events that

1    you experienced in the lower west terrace tunnel on

2    January 6th, 2021?

3    A.  Yes.

4              MS. KLAMANN:  Your Honor, at this time the government

5    moves to admit Government's Exhibit 403.1.

6              MR. WOODWARD:  No objection, Your Honor.

7              THE COURT:  And Mr. Woodward?

8              MR. WOODWARD:  No objection, Your Honor.

9              THE COURT:  Okay.  403.1 is admitted.

10             (Government Exhibit 403.1 admitted into evidence.)

11             MS. KLAMANN:  Mr. Clements, can you take us forward

12   to time stamp 15 hours 13 minutes and 38 seconds.  Can we go

13   back just a tick from here.  Right there.  That's perfect,

14   Mr. Clements.

15   BY MS. KLAMANN:

16   Q.  Officer, I've circled something on the left side of this

17   screen here.  Do you see a rioter within that circle?

18   A.  Yes.

19   Q.  Does that rioter appear to have something in his hand?

20   A.  Yes.

21   Q.  Do you recognize that item?

22   A.  I couldn't say for sure from this angle, but it looks

23   consistent with one of our police batons.

24             MS. HILL:  And, Your Honor, may the record reflect

25   that I have circled an individual in a yellow -- or a white

FOULDS - DIRECT

1    sweatshirt with black stripes on the sleeve.

2              THE COURT:  Will so reflect.

3              MS. KLAMANN:  Okay.  Mr. Clements, can we move

4    forward to 15 minutes -- I'm sorry, 15 hours 14 minutes.  Let's

5    play from -- actually -- yes, let's play from that time stamp,

6    please, Mr. Clements.

7              (A video recording was played.)

8              MS. KLAMANN:  Let's pause there at time stamp

9    15 hours 14 minutes and 20 seconds.

10   BY MS. KLAMANN:

11   Q.  Officer, what was -- what happened during that period of

12   the video in the tunnel?

13   A.  So I was trying to close the door on the right because

14   it opens outward.  So my hope was if we could get it between

15   us and the rioters, then they wouldn't be able to push on

16   us because they'd have to blow the door off its hinges

17   before they could exert any force on us.  So I attempt to

18   do that, and a rioter attacks me and prevents me from closing

19   the door.

20   Q.  And so by -- by closing that door, were you trying to stave

21   off the attacks from the rioters?

22   A.  Yes.

23             MS. KLAMANN:  Let's move to Government's Exhibit 501

24   now.  And, Mr. Clements, can we move forward to time -- to

25   24 minutes into the video.

```
1    BY MS. KLAMANN:

2    Q.  Officer Foulds, do you recognize anyone depicted on the

3    screen at this time?

4    A.  So I believe that's me at the center of the video with a

5    lime-green face mask on.

6          MS. KLAMANN:  I'm going to play the video from

7    24 minutes in to about 24 minutes and 39 seconds.

8          (An audio-visual recording was played.)

9          MR. HOLGUIN:  If I may, Your Honor, I don't have any

10   objection, but has this video been introduced?

11         THE COURT:  It has not.

12         MR. HOLGUIN:  Okay.  Thank you.

13   BY MS. KLAMANN:

14   Q.  Officer Foulds, have you reviewed portions of this video

15   before your testimony today?

16   A.  Yes.

17   Q.  And does it fairly and accurately depict your experience in

18   the lower west terrace tunnel on January 6th?

19   A.  Yes.

20         MS. KLAMANN:  Your Honor, the government moves to

21   admit Government's Exhibit 501.

22         MR. WOODWARD:  I would object.  The -- fairly and

23   accurately depicted an experience is not part of

24   authentication.

25         Also, can I ask the government, what exhibit number is
```

FOULDS - DIRECT

1    this?

2                    MS. KLAMANN:  501.

3                    THE COURT:  All right.  I'm admitting 501 over

4    objection.

5                    (Government Exhibit 501 admitted into evidence.)

6    BY MS. KLAMANN:

7    Q.  Officer Foulds, where are you located on this screen at

8    this time?

9    A.  I believe I am to the far right of the screen.  You can

10   tell because of the mask.

11   Q.  And so in the portion of your body-worn camera that we

12   viewed earlier, were you on the other side of the tunnel?

13   A.  I think so.

14   Q.  Does it appear now you've moved to the other side?

15   A.  Yes.

16   Q.  Okay.  And throughout your time in the tunnel, were

17   police officers strategically moving around in order to

18   more effectively fight against the rioters who were coming at

19   them?

20   A.  Yeah.  Or they just got shoved out of position and ended up

21   where they ended up.

22   Q.  And here, at this time, what's behind you?

23   A.  The wall.

24   Q.  And what's in front of you?

25   A.  Rioters and a -- I believe one of our shields that was

1    taken from us, and they're using it to shove me up against the

2    wall.

3    Q.  And what are you doing at this time?

4    A.  Pushing back.

5              MS. KLAMANN:  Mr. Clements, can we play this exhibit

6    to 24 minutes and 51 seconds into the video.

7              (An audio-visual recording was played.)

8              THE COURT:  I'm sorry.  I missed.  Where are you?

9              THE WITNESS:  I believe --

10              THE COURT:  Point.

11   BY MS. KLAMANN:

12   Q.  If you want to circle yourself on the screen, Officer.

13   A.  I'm not entirely sure, but I believe that's me right

14   there.

15              THE COURT:  Okay.

16              MS. KLAMANN:  Okay.  Thank you.

17   BY MS. KLAMANN:

18   Q.  And, Officer, during that clip did it appear that you moved

19   even closer to the wall next to you?

20   A.  Yes.

21   Q.  And at this time are you still being pushed by the rioter

22   in front of you with the shield?

23   A.  Yes.

24              MS. KLAMANN:  Mr. Clements, can we keep playing this

25   video to 26 minutes and 6 seconds.

```
 1              (An audio-visual recording was played.)
 2              MS. HILL:  Pausing at time stamp 26 minutes and
 3    6 seconds.
 4    BY MS. KLAMANN:
 5    Q.  Officer, did you remain near the wall of the tunnel during
 6    the portion of that video we just watched?
 7    A.  I believe so.
 8    Q.  And what did we see the crowd doing at the end there?
 9    A.  So it looked like they were working together, saying
10    something like heave-ho, to coordinate them pushing against the
11    mass of police officers.
12    Q.  So earlier in your testimony, you described how the rioters
13    would line up in rows and push together.  And I think you
14    described it as a wave-like motion?
15    A.  Yes.
16    Q.  Is that what we saw in this last clip?
17    A.  Yes.
18    Q.  Okay.
19              MS. KLAMANN:  And, Mr. Clements, can we actually go
20    back about 20 seconds.  Let's play from there.  I'm going to
21    tell you when to pause.  And this is, just for the record, time
22    stamp 25 minutes and 46 seconds into the video.
23              (An audio-visual recording was played.)
24              MS. KLAMANN:  Pause right there.  Can you go back
25    just one second, Mr. Clements.  Perfect.  Thank you,
```

 1    Mr. Clements.  Can we go frame by frame for just a few frames.

 2    That's great.

 3          So we've paused the exhibit at time stamp 25 minutes and

 4    49 seconds.

 5    BY MS. KLAMANN:

 6    Q.  Officer Foulds, do you see the individual that I've

 7    circled?

 8    A.  Yes.

 9    Q.  Is that the individual who was pushing against you with the

10    shield in the video?

11    A.  Yes.

12    Q.  What does it appear he's wearing?

13    A.  A red cap and a green jacket.

14          MS. KLAMANN:  Mr. Clements, can we go back to

15    Officer Foulds' body-worn camera.  This is Government's

16    Exhibit 403.1.  And, Mr. Clements, can we move to time stamp

17    15 hours 15 minutes and 48 seconds.

18    BY MS. KLAMANN:

19    Q.  Officer Foulds, do you recognize this as your body-worn

20    camera?

21    A.  Yes.

22          MS. KLAMANN:  And I'm going to ask Mr. Clements to

23    play the video from this time stamp.

24          (An audio-visual recording was played.)

25          MS. KLAMANN:  Let's pause there, Mr. Clements.

1           Pausing the video at time stamp 15 hours 16 minutes and

2     12 seconds.

3     BY MS. KLAMANN:

4     Q.  Officer Foulds, did you hear a voice at the of that clip?

5     A.  It was my voice saying, "I'm exhausted."

6     Q.  And what was happening during that brief, about, 30 seconds

7     that we just watched?

8     A.  We were being attacked by rioters, and they were pushing us

9     with shields.  And I was pushing back and trying to stay on my

10    feet.

11    Q.  Did you recognize the rioter who was pushing against you

12    with the shield?

13    A.  Yeah.  The same guy with the green jacket and the red hat.

14    Q.  And you said the words "I'm exhausted."  How were you

15    feeling in this moment?

16    A.  Exhausted.

17    Q.  From what?

18    A.  From fighting for however long it had been since we had

19    showed up here until now, until then.

20           MS. KLAMANN:  Let's resume playing the video for

21    about 2 minutes to time stamp 15 hours 18 minutes and

22    10 seconds.

23           (An audio-visual recording was played.)

24           MS. KLAMANN:  We've paused the exhibit at time stamp

25    15 hours 18 minutes and 10 seconds.

1    BY MS. KLAMANN:

2    Q.  Officer Foulds, what did you experience during those

3    2 minutes at the front of the police line in the tunnel?

4    A.  So in this clip, I had been -- I believe -- I believe I was

5    pushed up against the wall.  I was trying to push back against

6    a group of rioters but was kind of on my side so I didn't have

7    the best way of doing that.  And they had the police shields

8    and were using them against us.

9        And the benefit the shield gives for the person who has

10   it is they have two handles around the center of the mass of

11   the shield, and they can push straight into you and exert as

12   much force as they can from the -- from those handles.  But

13   someone on the other side just has the slick plastic face.  So

14   they're trying to push on it, their hands are going to deflect

15   up and down.  And they're wasting a lot of force because they

16   were not able to get a good grip on the shield.

17   Q.  And what was -- what were you trying to accomplish during

18   these 2 minutes?

19   A.  So I was trying to push them back.  And at the end where my

20   hand is gripping the side of the shield, I'm trying to take it

21   back from the protesters so we can use it ourselves to defend

22   ourselves.

23   Q.  Generally, with respect to your mission to push the rioters

24   back, how was that mission impacted by the use of riot shields

25   by the rioters?

1    A.  It was harder because they were able to better exert force

2    against us.  And we were -- we were just at a disadvantage, and

3    the whole group -- when you're from behind and you're -- you

4    have, like, one person holding it steady, then it's easier for

5    other rioters to, like, push on the shield or push on the back

6    of the person holding the shield and exert force from, like,

7    one or two rows back.

8         But if you're on the face of the -- the flat face of the

9    shield that doesn't have handles, then everyone is in that

10   disadvantage, as I mentioned earlier.  Like, if you're not

11   pushing on the center of mass of the shield, a lot of the force

12   just gets deflected off.

13   Q.  And what would have happened if you and your colleagues had

14   simply moved back?

15   A.  They would have moved back -- they -- they would have moved

16   up to take the space where we were at and continue pushing us.

17        In this specific bit, I also was concerned because there

18   was two set of doors -- two sets of doors, which had the --

19   sorry.  It had the door, and then it had maybe a foot or so of

20   the door -- door frame.  And at the moment I was between the

21   two frames of those doors.  So I was concerned if -- if we just

22   step back and the rioters pushed forward, then I would be --

23   MPD would be at the second door.  And I would be trapped

24   between the rioters and the two door frames, and I'd be cut

25   off.

FOULDS - DIRECT

1    Q.  And based on your experience on the west plaza that you

2    described for us, what was it you were afraid of if you got cut

3    off?

4    A.  I was afraid if I got cut off, I would be at the mercy of

5    the rioters.  And several of them already proved that they

6    wanted to hurt me.

7    Q.  During these 2 minutes, did you recognize the rioter who

8    was pushing up against you with the shield?

9    A.  It was the guy in the red hat and the green jacket.

10   Q.  Let's look at just a few still images.

11           MS. KLAMANN:  Mr. Clements, can you pull up

12   Government's Exhibit 403.3.

13   BY MS. KLAMANN:

14   Q.  Officer Foulds, do you recognize this as a still image from

15   your body-worn-camera footage on January 6th?

16   A.  Yes.

17   Q.  What's the time stamp on the still image?

18   A.  It is January 6th, 2021.  15 hours 15 minutes and

19   58 seconds.

20           MS. KLAMANN:  Your Honor, the government moves to

21   admit Exhibit 403.3.

22           THE COURT:  Mr. Woodward?

23           MR. WOODWARD:  No objection.

24           MR. HOLGUIN:  No objection.

25           THE COURT:  Without objection, 403.3 is in.

```
1              (Government Exhibit 403.3 admitted into evidence.)

2     BY MS. KLAMANN:

3     Q.  Officer Foulds, I'm circling an item on the screen.  Do you

4     recognize what that item is?

5     A.  It is the plastic riot shield.  I believe it's -- I believe

6     it is a Capitol Police riot shield.  It says United States

7     Capitol, and I can't see the last word.

8     Q.  I'm sorry, Officer Foulds.  I didn't hear that last part.

9     A.  I believe it's a Capitol Police shield because it has --

10    you can see United States Capitol written here.  And I'm

11    sure the last word is police, but it's illegible at this

12    screenshot.

13    Q.  So based on the little bit that appears on the shield, do

14    you believe this shield was property of the United States

15    Capitol Police?

16    A.  Yes.

17    Q.  Okay.  And, Officer, in this still image, are you in

18    possession of that shield?

19    A.  No.

20    Q.  Who is?

21    A.  The rioter with the red hat and the green jacket.

22    Q.  And how can you tell?

23    A.  Because the handle's on his side.

24    Q.  And on the right side of this screen, are those your gloved

25    hands that are pushing up against the shield?
```

FOULDS - DIRECT

1    A.  I believe so.

2    Q.  What are you doing here?

3    A.  I'm trying to push him away from me.

4    Q.  Were you successful in pushing him away from you?

5    A.  Not really.

6    Q.  Why not?

7    A.  Because there were a whole bunch of other rioters pushing

8    at his back, and there was a whole -- there was a whole lot of

9    people pushing back.  So I was able to move him back like a

10   foot, maybe, but he's still there, and he still continued to

11   push at me.

12   Q.  So how much force was being used against you on the other

13   side of the shield at this moment?

14   A.  I imagine as much as he could because I was using all the

15   force I could.

16          MS. KLAMANN:  Mr. Clements, can we turn to

17   Government's Exhibit 403.4.

18   BY MS. KLAMANN:

19   Q.  Officer, do you recognize this as another still image from

20   your body-worn-camera footage?

21   A.  Yes.

22   Q.  Can you read us the time stamp in the upper right-hand

23   corner?

24   A.  January 6th, 2021, 15 hours 16 minutes and 26 seconds.

25          MS. KLAMANN:  Your Honor, the government moves to

1    admit Government's Exhibit 403.4.  And, actually, I'm going to

2    go through a couple more still images from his body-worn

3    camera.  Those are going to be 403.5 and 403.6.  And I -- I'd

4    also seek to admit those.

5              THE COURT:  All right.  Mr. Woodward?

6              MR. WOODWARD:  No objection, Your Honor.

7              THE COURT:  And Mr. Holguin?

8              MR. HOLGUIN:  No objection.

9              THE COURT:  All right.  403.4, 403.5, and 403.6 are

10   all admitted.

11             (Government Exhibit 403.4, 403.5, and 403.6 admitted

12   into evidence.)

13   BY MS. KLAMANN:

14   Q.  Officer, where -- approximately where in the tunnel are you

15   located at this time?

16   A.  I believe I'm between those two doors I had mentioned at

17   the -- from my perspective, the left side by the first door.

18   Q.  I'm circling an item on this screen.

19   A.  I believe that's the door.

20   Q.  And so what was to your left at this moment?

21   A.  The wall.

22   Q.  And what's immediately in front of you?

23   A.  A rioter and a plastic shield.

24   Q.  Is that the same rioter we've been discussing in the green

25   jacket and the red hat?

1    A.  I believe so.

2    Q.  At this time is the shield actually being held up?

3    A.  It looks like it.

4    Q.  Where is the edge -- the bottom edge of this shield located

5    in relation to your body at this time?

6    A.  From this angle, it looks like it would be around chest

7    height.

8    Q.  What's going through your mind at this moment as you're on

9    the front line in the tunnel?

10   A.  I'm still just trying to fight back as well as I can and

11   hope that we can push people back enough that we could

12   establish some sort of line and maybe stop the fighting.

13   Q.  Let's look at another still image.

14           MS. KLAMANN:  Mr. Clements, can you pull up

15   Government's Exhibit 403.5.

16   BY MS. KLAMANN:

17   Q.  Officer, is this another still image from your body-worn

18   camera?

19   A.  It is.

20   Q.  And is the time stamp January 6th, 2021, 15 hours

21   16 minutes 44 seconds?

22   A.  Yes.

23   Q.  And based on the perspective of your body-worn camera right

24   now, how is your body positioned in the tunnel?

25   A.  I believe my body is positioned to the side and I'm pushed

1    up against the wall.

2    Q.  And where are you related -- where are you relative to the

3    shield that's possessed by the rioter in the green coat?

4    A.  The edge of the shield is pushed up against me.

5    Q.  The edge of the shield?

6    A.  He's facing me.

7    Q.  Was it touching your body at this time?

8    A.  I could not tell you.

9    Q.  And what is the rioter that we've been discussing -- what's

10   he doing?

11   A.  It looks like he's continuing to use the shield to push

12   against the officers.

13   Q.  Does it appear that he's pushing with his entire body -- or

14   entire upper body up against that shield?

15   A.  It looks like it.  It looks like he's gritting his teeth

16   and straining.

17            MS. KLAMANN:  Mr. Clements, can you pull up

18   Government's Exhibit 403.6.

19   BY MS. KLAMANN:

20   Q.  Officer Foulds, is this another still image from your

21   body-worn camera?

22   A.  It is.

23   Q.  And is it taken at time stamp 15 hours 17 minutes and

24   57 seconds on January 6th?

25   A.  Yes.

1    Q.  So is this time stamp taken over a minute after the one we

2    just looked at?

3    A.  I believe so.

4    Q.  And does it appear that the same rioter is still in

5    possession of that shield?

6    A.  Yes.

7    Q.  Okay.  I'm circling something on the screen.  Do you

8    recognize that?

9    A.  It is a hand.

10   Q.  What is he doing with his hand?

11   A.  Pushing against the shield.

12   Q.  Who does that hand belong to?

13   A.  The same rioter in the green jacket.

14   Q.  And are those your hands, your two gloved hands, pushing up

15   against the shield?

16   A.  I believe so.

17   Q.  And you appear to be holding your hands sort of in loose

18   fists; is that right?

19   A.  Yeah.

20   Q.  Why are you doing that?

21   A.  No reason.  I'm just trying -- I'm just trying to push

22   against him.  So that might have been how -- how my hand ended

23   up when I was pushing against the shield.

24   Q.  At this point you've -- the rioter has been pushing against

25   you for a couple of minutes; right?

FOULDS - DIRECT

```
 1                    MR. WOODWARD:  Objection.

 2                    THE COURT:  On what basis?

 3                    MR. WOODWARD:  States facts not in evidence.

 4                    THE COURT:  All right.  So I'm going to sustain the

 5       objection on leading grounds.

 6                    MS. KLAMANN:  Your Honor, may I be heard on that

 7       briefly?

 8                    THE COURT:  You may restate your question.

 9                    MS. KLAMANN:  I'll move on, Your Honor.

10                    THE COURT:  Okay.

11       BY MS. KLAMANN:

12       Q.  At this point, Officer Foulds, have you been able to stop

13       the rioter?

14       A.  No.

15       Q.  Why not?

16       A.  Because there's a whole mass of people behind him

17       supporting him.

18                    MS. KLAMANN:  Mr. Clements, can you pull up

19       Government's Exhibit 430.1.

20       BY MS. KLAMANN:

21       Q.  Officer Foulds, do you recognize, just from the

22       time stamp in the upper right-hand corner, this video is

23       body-worn-camera footage?

24       A.  Yes.

25       Q.  Okay.  Belonging to the Metropolitan Police Department?
```

```
1    A.  Yes.

2    Q.  And what's the time stamp in the upper right-hand corner?

3    A.  15 hours 15 minutes 15 seconds; January 6th, 2021.

4    Q.  Okay.  And this is not your body-worn camera; is that

5    right?

6    A.  Correct.

7            MS. KLAMANN:  Okay.  Your Honor, the government moves

8    to admit 430.1.

9            THE COURT:  Any objection, Mr. Woodward?

10           MR. WOODWARD:  No objection.

11           THE COURT:  And Mr. Holguin?

12           MR. HOLGUIN:  No, Your Honor.

13           THE COURT:  All right.  430.1 is admitted.

14           (Government Exhibit 430.1 admitted into evidence.)

15   BY MS. KLAMANN:

16   Q.  Officer, do you recognize the area depicted in this video?

17   A.  Yes.  This is the west tunnel.

18           MS. KLAMANN:  Mr. Clements, can you play Government's

19   Exhibit 430.1 until time stamp 15 hours 15 minutes and

20   37 seconds.

21           (An audio-visual recording was played.)

22   BY MS. KLAMANN:

23   Q.  Officer Foulds, do you recognize anyone depicted on the

24   screen?

25   A.  I believe that's myself with the bright-green face mask.
```

FOULDS - DIRECT

1    Q.  And are you located at the front of the police line in the

2    tunnel at this time?

3    A.  Yes.

4         MS. KLAMANN:  Mr. Clements, I'm going to ask to you

5    play the remainder of this video clip from time stamp 15 hours

6    15 minutes and 37 seconds.

7         (An audio-visual recording was played.)

8         MS. KLAMANN:  Mr. Clements, can we pull up

9    Government's Exhibit 430.2.

10        And, Your Honor, I'm going to show Officer Foulds a

11   number of still images from that clip.  Those are Government's

12   Exhibits 430.2, 430.3, 430.4, 430.5, 430.6, 430.7.  I move to

13   admit those now.

14        THE COURT:  Any objections, Mr. Woodward?

15        MR. WOODWARD:  No objection, Your Honor.

16        THE COURT:  Mr. Holguin?

17        MR. HOLGUIN:  No objection.

18        THE COURT:  All right.  430.2 through 430.7 are

19   admitted.

20        (Government Exhibit 430.2, 430.3, 430.4, 430.5,

21   430.6, and 430.7 admitted into evidence.)

22   BY MS. KLAMANN:

23   Q.  Officer Foulds, is Government's Exhibit 430.2 a still image

24   from the body-worn-camera clip that we just watched?

25   A.  Yes.

FOULDS - DIRECT

1    Q.  What's the time stamp?

2    A.  15 hours 15 minutes and 52 seconds; January 6th, 2021.

3    Q.  Are you visible on the screen at this time?

4    A.  Not that I can tell.

5    Q.  I'm going to circle something for you.

6    A.  That could be my face mask.

7    Q.  Okay.  And just --

8            MS. KLAMANN:  Your Honor, may the record reflect I

9    circled a patch of green near the top left-hand side of the

10   exhibit.

11           THE COURT:  The record will so reflect.

12   BY MS. KLAMANN:

13   Q.  Do you recognize anyone else depicted on the screen at this

14   time?

15   A.  The rioter with the red hat and the green jacket.

16           MS. KLAMANN:  Mr. Clements, can you pull up

17   Government's Exhibit 430.3.

18   BY MS. KLAMANN:

19   Q.  Is this another still image from that body-worn-camera

20   footage?

21   A.  Yes.

22   Q.  What's the time stamp?

23   A.  15 hours 15 minutes 52 seconds.

24   Q.  Does it appear that the hand is reaching around the shield

25   here?

```
1              MR. WOODWARD:  Objection.

2              THE COURT:  I'm sorry.  Just a moment, Officer.

3     Officer, hold on a moment.

4         Mr. Woodward.

5              MR. WOODWARD:  Leading.

6              THE COURT:  Sustained.

7     BY MS. KLAMANN:

8     Q.  Officer Foulds, what does it appear is happening in the

9     circle that I've created on the screen there?

10    A.  It looks like a police officer's hand is grabbing the edge

11    of one of those plastic shields.

12    Q.  Do you recognize that police officer?

13    A.  Not from this -- and not from this still image, no.

14             MS. KLAMANN:  Let's turn to Government's

15    Exhibit 430.4.

16    BY MS. KLAMANN:

17    Q.  Officer, do you see yourself on the screen in this still

18    images?

19    A.  I believe I do.  I think through the shield you can see my

20    lime-green face mask and the helmet.

21    Q.  Can you circle yourself on the screen for the Court.

22    A.  (Witness complying.)

23    Q.  And what's the time stamp on that still image?

24    A.  15 hours 16 minutes 59 seconds; January 6th, 2021.

25             MS. KLAMANN:  Let's move to Government's
```

1    Exhibit 430.5.

2    BY MS. KLAMANN:

3    Q.  Officer, is this another still image from that body-worn

4    camera?

5    A.  Yes.

6    Q.  And is this time stamp 15 hours 17 minutes and 21 seconds?

7    A.  Yes.

8    Q.  Do you recognize yourself on this screen here?

9    A.  I believe that's me to the left.  I think the -- the video

10   is slightly distorted because the -- it looks more green than

11   it should be, but I believe that's me and my face mask to the

12   left.  But there's like some distortion on the video.

13   Q.  Did you recognize yourself in the clip that we watched

14   that was taken from -- that this still image was taken from?

15   A.  Yes.

16   Q.  And were you the officer depicted in that clip wearing the

17   green face mask?

18   A.  Yes.

19   Q.  How is your body positioned at this moment?

20   A.  To the side.

21   Q.  What are you doing?

22   A.  Pushing against the rioters.

23   Q.  How are you pushing against them?

24   A.  With my shoulder, side of my body.

25   Q.  Why are you positioning in that way to try to push against

1    the rioters?

2    A.  Because it's the only part of my body I can bring to bear

3    to do it.  It's the only way I can position myself to push.

4    And I guess it might be -- I might have thought it might be

5    stronger, yes.

6    Q.  Why was it the only way you could position yourself?

7    A.  Because I had been pushed off to the side.

8    Q.  So what was behind you at this time?

9    A.  The wall.

10   Q.  And just to be clear, do you recognize the rioter that's

11   pushing against you with the shield here?

12   A.  I believe so.  I believe the same guy with the green

13   jacket.

14            MS. KLAMANN:  Let's look at Government's

15   Exhibit 430.6.

16   BY MS. KLAMANN:

17   Q.  Is this another still image from the body-worn-camera

18   footage we watched?

19   A.  Yes.

20   Q.  Okay.  And is the time stamp 15 minutes 17 -- 15 hours

21   17 minutes and 28 seconds?

22   A.  Yes.

23   Q.  That's just a few seconds after the last still image we

24   saw?

25   A.  Yeah.  And it's a lot more clear here.  That is, in fact,

1    me, the person in the green mask.

2    Q.  Okay.  Okay.  And can you tell what's behind you in this

3    still image?

4    A.  A wall.

5    Q.  Circling something on this screen, what is that?

6    A.  So that's my flashlight.  It turns on with the button on

7    the side.  So it must have got pressed when I was pressed up

8    against all of the rioters.

9    Q.  Did you intentionally turn that on?

10   A.  No.

11   Q.  Okay.  And, again, what are you doing in this still image?

12   A.  Just trying to push the rioters back.

13   Q.  Again, still with your shoulder?

14   A.  Yeah, and with my hand.

15            MS. KLAMANN:  Let's move now to Government's

16   Exhibit 430.7.

17   BY MS. KLAMANN:

18   Q.  Officer, is this another still image from the

19   body-worn-camera clip that we just watched?

20   A.  Yes.

21   Q.  Can you tell us the time stamp.

22   A.  15 hours 17 minutes 38 seconds on January 6th, 2021.

23   Q.  Officer, do you recognize the officer that I just circled

24   on the left side of the screen?

25   A.  If I saw -- if I saw it play in the video, I could

1    probably say for sure.  From this still image, I can't say for

2    sure.

3              MS. KLAMANN:  Let's go back to Government's

4    Exhibit 430.1.  And, Mr. Clements, can we go to time period

5    10 hours 17 minutes and 30 seconds.  That's perfect.

6              (An audio-visual recording was played.)

7    BY MS. KLAMANN:

8    Q.  So, Officer, this is the officer we were seeing earlier.

9              MS. KLAMANN:  And, Mr. Clements, can you play it a

10   little longer.

11             (An audio-visual recording was played.)

12   A.  I would say I'm pretty confident that's me.

13   BY MS. KLAMANN:

14   Q.  During your time in the tunnel, do you remember bending

15   over?

16   A.  I don't remember it distinctly.  I do know there's a part

17   in my video where I'm saying, "Get that shield," and there's a

18   shield that has fallen on the ground between the two groups of

19   people.  And I'm trying to get -- I'm either trying to get that

20   or I'm pointing it out to someone else to get it before the

21   rioters get their hands on it.

22             MS. KLAMANN:  Okay.  Mr. Clements, can we pull up

23   Government's Exhibit 511.

24   BY MS. KLAMANN:

25   Q.  Officer Foulds, do you recognize the area of the

1    United States Capitol that's depicted in Government's

2    Exhibit 511?

3    A.  Yes.

4    Q.  And did you review this video before your testimony today?

5    A.  Yes.

6    Q.  And does it fairly and accurately depict the events that

7    occurred in the tunnel as you experienced them on January 6th,

8    2021?

9    A.  Yes.

10   Q.  And, in fact, are you depicted in this video?

11   A.  I'd have -- I don't recall exactly which one this is, so I

12   would have to see it to know.

13   Q.  Okay.  We'll play it.

14            MS. KLAMANN:  Your Honor, the government moves to

15   admit Government 511.

16            THE COURT:  Mr. Woodward?

17            MR. WOODWARD:  No objection, Your Honor.  I

18   think there was a pretty thorough authentication.  We won't

19   object.

20            THE COURT:  Mr. Holguin?

21            MR. HOLGUIN:  No objection, Your Honor.

22            THE COURT:  511 is in and may be published.

23            (Government Exhibit 511 admitted into evidence.)

24            MS. KLAMANN:  Mr. Clements, can we play this video

25   from the beginning and stop just after about 3 seconds.

1    BY MS. KLAMANN:

2    Q.  Officer Foulds, do you recognize, generally, the events

3    that are depicted -- that were depicted in those 3 seconds of

4    the tunnel?

5    A.  Yes.

6    Q.  Okay.  Where do you believe that you're located at this

7    time?

8    A.  I believe I'm located -- I'm able to draw on the screen?

9    Q.  Yes.  Please do.

10   A.  I believe I'm located here.

11              MS. KLAMANN:  And, Your Honor, may the record reflect

12   he circled in the upper left-hand corner of the screen at

13   3 seconds into the video?

14              THE COURT:  It will so reflect.

15              MS. KLAMANN:  Okay.  Let's play the entirety of

16   Government's Exhibit 511 now.

17              (An audio-visual recording was played.)

18              MS. KLAMANN:  Mr. Clements, can we pull up

19   Government's Exhibit 511.1.

20   BY MS. KLAMANN:

21   Q.  Officer Foulds, do you recognize this exhibit as a still

22   image from the video we just watched?

23   A.  Yes.

24   Q.  Can you indicate for us, again, where you are located.

25   A.  I believe I'm right here.

FOULDS - DIRECT

1    Q.  And based on your review of the video, what was happening

2    at this time in the tunnel?

3    A.  So I heard people shouting heave and push, and I believe

4    this was one of those, sort of, wave-like surges where the

5    group of rioters pushes as a big mass against us.

6            MS. KLAMANN:  And, Your Honor, I should have noted

7    for the record that Officer Foulds circled a helmet that

8    appears pretty much in the center of the still image near the

9    top.  May the record so reflect?

10           THE COURT:  It will.

11   BY MS. KLAMANN:

12   Q.  Officer, what's going through your mind at this point when

13   the rioters are calling heave-ho?

14   A.  I'm just trying to keep on my feet and push back as hard

15   as I can.  But I'm noticing that the whole -- it -- it feels

16   like the whole mass of the protesters lined up in this tunnel

17   are pushing against us.  And it's part of the reason why we

18   wanted to hold specifically at the tunnel because it at least

19   prevents them from getting as many people to contribute to

20   these, like, push attacks because it's limited by how wide the

21   tunnel is.

22   Q.  You mentioned in your answer just now, a couple times

23   during your testimony, that you were just trying to keep on

24   your feet.  What do you mean by that?

25   A.  So a few times -- I'm not sure here.  But during the events

1   of January 6th, I got pushed off my feet so that -- like, I was

2   being held up between the force of the -- the MPD officers on

3   one side and the rioters on the other side.  And I was kind

4   of -- I wasn't able to push effectively or do anything

5   effectively because I couldn't get my feet under me.

6           And a few times during the events in the tunnel, people

7   got, like, knocked to the ground.  And I was trying to not get

8   knocked to the ground because I would be vulnerable to being

9   attacked or the crowd could just surge over me.

10  Q.  Officer Foulds, in your five years as a police officer with

11  the MPD and as a member of the CDU unit, have you ever

12  experienced anything like what you experienced on January 6th,

13  2021?

14  A.  Not this intense, no.

15          MS. KLAMANN:  Your Honor, may I have just a moment?

16          THE COURT:  You may.

17  BY MS. KLAMANN:

18  Q.  Officer, we watched a couple of videos and saw a lot of

19  still images that depicted the time period when you were at

20  the front of the line and you were being pushed against -- by

21  the shield and the individual in the green coat and the red

22  hat.  During that time, were you able to turn around or move

23  away?

24  A.  No, because -- both, I had my back to the wall, and any

25  time we were pushed back, the rioters immediately stepped into

1   the place we left and continued pushing at us.  And I -- and I

2   assume most of the other officers there weren't -- did not want

3   the rioters to push through this hallway and into the main

4   Capitol Building.  Because once we had lost this specific

5   hallway, the -- the advantage we had of, like, limiting the

6   numbers they could bring to bear at once would be gone.  And we

7   would just be isolated like before with this huge sea of

8   rioters pouring into the Capitol.  And we would just be at

9   their mercy.

10  Q.  And when you say isolated, how would you be isolated in

11  that circumstance?

12  A.  So the -- if -- if we had been pushed out of the tunnel, it

13  would have been the relatively, kind of, small number of

14  people, number of officers that were there.  Like, this is an

15  estimate.  I couldn't look back to tell.  So I would just say

16  50 to -- sorry, 30 to 50 against the hundreds and hundreds

17  outside.

18          And it would just be us in -- in some part of that huge

19  building with hundreds of angry people surrounding us.  So we

20  would be cut off from the rest of MPD and massively

21  outnumbered.

22              MS. KLAMANN:  No further questions, Your Honor.

23              THE COURT:  Do you want to move in 511.1?

24              MS. KLAMANN:  I do.  Thank you, Your Honor.

25              THE COURT:  All right.  Mr. Woodward, any objection?

FOULDS - DIRECT

```
 1                MR. WOODWARD:  I'm sorry.  The question?

 2                THE COURT:  511.1.

 3                MR. WOODWARD:  No objection.

 4                THE COURT:  And Mr. Holguin?

 5                MR. HOLGUIN:  No objection.

 6                THE COURT:  All right.  511.1 is in.

 7                MS. KLAMANN:  Thank you, Your Honor.

 8                (Government Exhibit 511.1 admitted into evidence.)

 9                THE COURT:  Mr. Woodward, do you wish to cross?

10                MR. WOODWARD:  Do you mind if I go second,

11      Your Honor?

12                THE COURT:  That's fine.

13           Mr. Holguin.

14                MR. HOLGUIN:  Could you punch into the --

15                          CROSS-EXAMINATION

16      BY MR. HOLGUIN:

17      Q.  Good afternoon, Officer Foulds.

18      A.  Good afternoon.

19      Q.  Just very briefly.  Obviously, the conditions in the tunnel

20      when you were there, that's kind of -- I want to just direct my

21      questions about the tunnel, not necessarily what happened to

22      you prior to the tunnel.

23      A.  Okay.

24      Q.  And, obviously, from the videos that we've seen, it was

25      very loud there in the tunnel?
```

```
1    A.  Yeah.

2    Q.  And there was smoke; correct?

3    A.  I'm not sure about smoke.  I know that people were spraying

4    chemical irritants back and forth.

5    Q.  Okay.  There was -- I believe both MPD as well as the

6    rioters or the people in the crowd were spraying those types of

7    irritants; correct?

8    A.  Yeah.

9    Q.  Okay.  And those irritants are meant to affect, basically,

10   the vision of people?

11   A.  Yeah, the vision.  They also burn your skin.

12   Q.  They burn the skin causing pain and those kinds of things?

13   A.  Yep.

14   Q.  So a lot of distractions going on in that tunnel?

15   A.  Sure.

16   Q.  Okay.  And you were, obviously, concerned for your safety?

17   A.  Uh-huh.

18            THE COURT:  I just need you to say yes or no.

19            THE WITNESS:  Yes.

20   BY MR. HOLGUIN:

21   Q.  And also the safety of the other officers with you?

22   A.  Yes.

23   Q.  I'd like to look at what's already been entered into

24   evidence as Exhibit 403.1 and, specifically, at 15:13:30.

25            MR. HOLGUIN:  If we could just go there.
```

1    BY MR. HOLGUIN:

2    Q.  Now, my understanding, this is body-camera video; correct?

3    A.  Yes.

4    Q.  Okay.  And the 15:13:29, for example, we see there is an

5    accurate time stamp of what -- of the time of day that this was

6    occurring?

7    A.  Yes.

8         MR. HOLGUIN:  Okay.  If -- and, Ms. Alexander, if we

9    could play until 15:30:40.

10        (A video recording was played.)

11        MR. HOLGUIN:  And if we could back up 15 seconds to

12   15:13:38.

13   BY MR. HOLGUIN:

14   Q.  Earlier when you began your testimony about the tunnel,

15   sir, I believe the prosecutor had asked you about an individual

16   in -- with a white sweater with stripes on it.  Do you recall

17   that?

18   A.  Yes.

19   Q.  Okay.  And that's the individual that you said you weren't

20   sure what he was holding; correct?

21   A.  Yeah.

22   Q.  And at -- from what we've seen in this video, this portion

23   of the video, the individual seems to be holding something

24   straight up?

25   A.  Yeah.

1    Q.  As -- you don't recall seeing this individual yourself,

2    though; correct?

3    A.  Yes.  It -- at the moment, I can't -- I don't have any

4    distinct recollection of that.  I know this is my camera.  I

5    know what's captured here is accurate, but I don't have any

6    distinct memory.

7    Q.  And thank you for clarifying that.  I think I phrased the

8    question poorly because what I'm saying is when you see the

9    video, you can recall what the video depicts.  And that's

10   accurate for -- for what you have; correct?

11   A.  Yes.

12   Q.  But you don't have any independent recollection of

13   this person in the white with the -- with the stripes;

14   correct?

15   A.  At the moment, no.  Something could refresh my memory, but

16   not at the moment.

17   Q.  You don't ever recall seeing this person either before or

18   after this approximately 10 seconds worth of video that has

19   been shown here today; correct?

20   A.  I don't have a distinct memory of it, no.

21   Q.  Okay.  And this, obviously, wasn't an individual who was

22   later pushing on your shield or you were fighting with the

23   shield or anything like that?

24   A.  It's -- it's possible he was and I just didn't notice him.

25   But I don't have any distinct memory of that.

1    Q.  And one of the things that was, obviously, going on was --

2    in terms of noticing people is -- there is a lot of different

3    activity going on at that time; correct?

4    A.  Sure.

5    Q.  And a lot of distractions, if you will, both regarding

6    what's going on with your officers, as well as with the crowd;

7    correct?  Distractions, sir?

8    A.  I wasn't particularly distracted by my other officers,

9    aside from if they fell and needed help.  But, sure, there was

10   a lot going on in the crowd.

11           MR. HOLGUIN:  Okay.  May I have a moment, Your Honor?

12           THE COURT:  You may.

13           MR. HOLGUIN:  Thank you.  I pass the witness, Judge.

14   Thank you.

15           THE COURT:  Thank you, Mr. Holguin.

16       And, Mr. Woodward.

17           MR. WOODWARD:  Sir, thank you.

18                        CROSS-EXAMINATION

19   BY MR. WOODWARD:

20   Q.  Officer Foulds, my name is Stanley Woodward.

21           And I want to start by thanking you for your service.  I

22   know none of this is easy so I appreciate it.

23   A.  I appreciate it.

24   Q.  Could you tell us, the CDU unit?  That's -- you're a member

25   of that?  Yes?

1    A.  Yes.

2    Q.  And what does that mean?

3    A.  It's -- I believe it's civil disturbance unit.  Honestly, I

4    use the acronym so much I don't even think about what the

5    regular meaning is anymore.

6    Q.  And fair enough.  Not a test.

7        What is a civil disturbance unit?

8    A.  We respond to protests and, if protests become riots, riots

9    and trying to keep the peace.

10       A thing that we commonly do is when there's -- people

11   are protesting something and then people are protesting people

12   protesting something, we get in the middle of the two and

13   prevent it from becoming a brawl.

14   Q.  Understood.  And you're assigned or at least familiar with

15   a riot shield through your training with the police force?

16   A.  Yes.

17   Q.  So you testified a riot shield has two handles.

18   A.  It has three, actually.  The two are the ones that, like,

19   your hands hold on to.  And there's a third that -- it hooks on

20   to something, but we don't use that often, but -- MPD's model

21   has, like, two handles and then, like, a third, sort of,

22   vestigial handle.

23   Q.  And it's plastic or some deviations of plastic?

24   A.  Yeah.

25   Q.  Roughly, how tall is a riot shield?  How long is a riot

1    shield?

2    A.   I would say 4 feet maybe.

3    Q.   Four feet if it's sitting on the -- sitting on the ground?

4    A.   Yeah.

5    Q.   Okay.  And then you testified that there's those

6    two helmets -- excuse me, two handles roughly center of the

7    4-feet riot shield?

8    A.   From -- yeah, from what I recall.  I don't have a perfect

9    vision of what one looks like in my head.

10   Q.   Okay.  But from what you can recall?

11   A.   Yeah, roughly center.

12   Q.   So 2 feet of glass -- or plastic shield above; 2 feet of

13   plastic shield below?

14   A.   Yeah.

15   Q.   Okay.  And when you are engaged in an event involving the

16   riot shield, you testified that what you use that for is to

17   apply maximum force by holding those handles and pushing

18   against the individuals that you're pushing back.  Do I have

19   that right?

20        MS. KLAMANN:  Objection, Your Honor.

21   Mischaracterizes his testimony.

22        THE COURT:  All right.  I think he'll get an

23   opportunity to explain.

24   A.   So I -- I didn't say that's what we generally use them for.

25   We generally use them to hold them in front of us and deflect

1    things away from us.  And what that means, if someone shoves up

2    against me, I have those two handles that I can use to -- to

3    deflect someone pushing you.

4         You have to push back.  So I can push back and have a

5    lot of force from those two good handles and then move it one

6    way or the other to deflect the force harmlessly to the side.

7    It's not used as a weapon to push people.  It's used as a

8    defensive tool by us.

9    BY MR. WOODWARD:

10   Q.  Understood.  And -- and then you also testified that if

11   you're on the other side, the side of the -- well, the side

12   opposite the handles?

13   A.  Uh-huh.

14   Q.  You're following me?

15   A.  Yes.

16   Q.  That you would have less -- my word -- leverage because

17   it's a smooth surface?

18   A.  Yes.  But I'm also saying that that is not something that

19   we are instructed to do.  We are not instructed to, like, push

20   people down with these shields.  We are instructed to use them

21   to defend ourselves.

22   Q.  Understood.  But if you could just clarify for me, when you

23   were testifying about being on the other side of a shield that

24   has handles, you -- my understanding is that your testimony was

25   you were at a disadvantage because there were no handles.

1    A.   Yes.

2    Q.   And could you say more about that for us, please.

3    A.   The handles let you have a firm grip at the center of

4    gravity, the -- the center of the shield.  Where if you push

5    there, it's not like going -- sorry.  Let me phrase this

6    better.

7         If I were to push at the top of the shield, then the

8    shield would act as a lever and I wouldn't have, like, as much

9    force because I -- because there's the whole rest -- because

10   it's -- the person who I'm pushing against is at the middle of

11   the shield.  So it's -- my force is getting deflected over the

12   top and not pushing directly into him.

13   Q.   You're making perfect sense, for what it's worth.

14   A.   Sure.  And so if you hold the -- if you have these handles

15   to hold the center of the shield, you're always pushing

16   directly at the center where the target you're going to push is

17   going to absorb the force, and all your force is directed at

18   them and not directed just off to the side.

19   Q.   All right.  And so if you're on -- if you're behind the

20   shield and there are no handles, you don't have the opportunity

21   to grab those handles and utilize that center of force as you

22   described?

23   A.   Yeah.

24   Q.   Okay.  And -- and so, then, is it fair to say that if

25   you're not using the handles, you're roughly in the same

1     position as you were if you were on the other side of the

2     shield?

3     A.  So not necessarily.  Because one of the handles is a -- it

4     can be used as a handle, but it's just a circle that you put

5     your arms through.

6     Q.  Okay.

7     A.  So even if you're not actively gripping it, if you have

8     your arm through that part of the shield, it's going to hold

9     your arm around the center of the gravity of the shield, and

10    it's going to provide some benefit to you.

11    Q.  All right.  But if you don't have that either, then you and

12    the person on the other side of the shield are in the same

13    position?

14    A.  It's easy -- you still have the benefit of at any point you

15    can grab the handle, and then it's easier for you.

16    Q.  Fair enough.

17    A.  Beyond that, sure.  I would agree.

18    Q.  Fair enough.

19           MR. WOODWARD:  If the government would assist me in

20    pulling up Exhibit 403.1 and advancing to 15:16:46 on the time

21    counter.

22    BY MR. WOODWARD:

23    Q.  All right.  So we're -- here we have the handles that

24    you've described, and these are handles on two -- I'm sorry,

25    just for the court reporter.

FOULDS - CROSS

1  A.  Two different shields.

2  Q.  But, yes, we have the handles you described?

3  A.  Uh-huh.

4  Q.  And, yes, we have two different shields; correct?

5  A.  Yes.

6  Q.  Okay.  I see you're nodding your head, and I'm sorry.  I'm

7  not trying to be difficult.

8  A.  All good.

9  Q.  But the court reporter can't write down nods.

10  A.  Uh-huh.

11  Q.  And she takes me to task if I don't correct you.

12       So we see this individual here in the green jacket;

13  correct?

14  A.  Yes.

15  Q.  And he's between the two shields?

16  A.  Sure.

17  Q.  And he does not have his hands on the handles?

18  A.  He doesn't have his right hand on the handle.  There's

19  one on either side.  His left hand could either be holding the

20  handle on the side that we can't see or it could be hooked

21  around so that if -- if you held your hands such that you're --

22  you're hooked on one side, your other hand isn't holding the

23  handle -- but you're kind of in this position -- you would

24  still be able to push into the center of gravity with the

25  shield pretty effectively.

1    Q.  All right.  And you see his right hand is on the top of

2    the shield where you just testified he would have less

3    leverage?

4    A.  But his elbow is around the center of gravity.  And if he's

5    pushing from, like, his -- his torso and his shoulders, I think

6    that would be plenty effective.

7    Q.  All right.  And behind him is a shield as well?

8    A.  Yes.

9    Q.  And -- and that shield is being pushed into him?

10   A.  Sure.

11   Q.  Okay.  Now, you also testified --

12              THE COURT:  I'm sorry.  Which exhibit is this?

13              MR. WOODWARD:  This is Exhibit 403.1.

14              THE COURT:  Thank you.

15   BY MR. WOODWARD:

16   Q.  And why don't we -- if you wouldn't mind, let me erase this

17   and play this for a few more seconds here.

18              MR. WOODWARD:  Please and thank you.

19              (An audio-visual recording was played.)

20              MR. WOODWARD:  You can pause there.

21   BY MR. WOODWARD:

22   Q.  We see a hand here; correct?

23   A.  From this still, I can't see anything.

24   Q.  Okay.  So we -- you don't know from the video that we just

25   watched whether the green-jacket individual has his left hand

1    on a handle or not?

2    A.  I believe there's a part in the video where I can see his

3    fist, like, smashed up against the shield holding one of the

4    handles.  I don't know exactly where it is in the video.

5    Q.  Or if it's at this period of time.  It could be minutes

6    later or -- or earlier?

7    A.  I don't recall exactly which exhibit it's in.

8    Q.  Exactly.

9             MR. WOODWARD:  All right.  And so if we could then

10   switch to Government's Exhibit 511.  And play that again,

11   please.

12            (An audio-visual recording was played.)

13   BY MR. WOODWARD:

14   Q.  Okay.  And so do you see --

15            MR. WOODWARD:  Just go back 5 or 10 seconds for me,

16   please.  Thank you.  A little bit more.  Perfect.

17   BY MR. WOODWARD:

18   Q.  And so you were asked a lot about this gentleman with the

19   red hat and the green jacket.  And in this particular photo,

20   there's a bit of -- it's a bit blurry there because there's a

21   riot shield against his back; correct?

22   A.  Yes.

23   Q.  And then as we just saw, there's a riot shield in front of

24   him as well; correct?

25   A.  Yes.

1  Q.  And in the video that comes from your BWC camera, he's in

2  between those two riot shields?

3  A.  Yes.

4  Q.  And here you described this crowd chanting heave-ho or

5  heave or words to that effect; correct?

6  A.  Yes.

7  Q.  And they're pushing up against everyone, including the

8  individual in the green jacket?

9  A.  Yes.

10  Q.  And so your testimony earlier that -- that one could use

11  the riot shield in a way that allowed the maximum force based

12  on the crowd behind them, that's what we see happening here?

13  A.  So it would assist you in applying more force.  I'm certain

14  there are plenty of parts where a person doesn't fully,

15  optimally use the shield.  It's useful, and it was used in ways

16  that were useful to applying more force.  But I couldn't say if

17  100 percent of the time people were using the riot shield the

18  most optimal way to apply force.

19      I'm sure sometimes things just got -- people just got

20  knocked out of position.  I know that at one point during the

21  day I had to just have my hand up like here all the time

22  because we were in such close, tight quarters that I wasn't

23  able to lower my arm.  So he might not be using it optimally

24  right now.

25  Q.  Understood.  And some of these folks may not be applying

1   force at all.  They're just in the crowd.

2   A.  So I'm not sure about that, because if -- to -- to have

3   this, like, heave-ho wave attack work, everyone needs to be

4   moving.  If someone is just like passive and not doing

5   anything, they're going to get swept off their feet because the

6   crowd is going to move around them and push -- if they refuse

7   to move with the crowd, they're going to get knocked off their

8   feet.

9   Q.  Understood.

10          MR. WOODWARD:  If I could, again, with the

11   government's assistance, return to Exhibit 403.1.  And I just

12   want to advance here pretty close to the end.  I think -- let's

13   see where that is.  Perfect.

14          (An audio-visual recording was played.)

15          MR. WOODWARD:  All right.  If we could just -- could

16   we watch the last 30 seconds again.

17          THE WITNESS:  Could we go back -- I think it was less

18   than 30 seconds.  If we could go back a little more, I believe

19   you see that person putting his hand out.  I don't recall

20   exactly what's happening there, but.

21          MR. WOODWARD:  So if we could go back 20 seconds.

22          THE WITNESS:  Yeah.

23   BY MR. WOODWARD:

24   Q.  Is it fair to say this is you coming through the doors?

25   A.  No.  I am -- I believe I'm still, at most, parallel with

FOULDS - CROSS

1    the doors.

2              (An audio-visual recording was played.)

3    BY MR. WOODWARD:

4    Q.  Okay.

5    A.  So you can see his arm is outstretched.  Again, I don't

6    know what happened, but his arm would be around my shoulders or

7    neck at that point.  And I pushed this guy off of me to stop

8    him attacking me.

9              MR. WOODWARD:  Well, I think if we could go back two

10   to three frames and play again.

11             (An audio-visual recording was played.)

12   BY MR. WOODWARD:

13   Q.  The person in the green jacket is not in this image?

14   A.  I believe so.

15   Q.  Where do you see them?

16   A.  No, I believe they're -- they're not in this image.

17   Q.  Okay.  And so this is -- this is the other side of the

18   doors that you were trying to --

19   A.  So I'm parallel with the doors right now.  But, yeah, this

20   is the -- just barely the other side.

21   Q.  Okay.  And -- and you don't know where this person has gone

22   at this point; correct?

23   A.  Sure.

24             MR. WOODWARD:  Okay.  If we could then --

25             Actually, we seek to admit Government's Exhibit 430,

1    which is the full version of 430.1, which the government sought

2    to admit.

3              THE COURT:  Ms. Klamann, any objection to 430 coming

4    in?

5              MS. AKERS:  No objection, Your Honor.

6              THE COURT:  All right.

7              MS. DOUENAT:  No objection either.

8              THE COURT:  430 is in.

9              (Government Exhibit 430 admitted into evidence.)

10             MR. WOODWARD:  And if the government would indulge me

11   again.  430.1 ended.

12   BY MR. WOODWARD:

13   Q.  Any reason to disagree this is ending at time stamp

14   15:17:45 on January 6th?

15   A.  No.

16             MR. WOODWARD:  Okay.  So if we could switch over at

17   430 and start at 15:17:46.

18   BY MR. WOODWARD:

19   Q.  Now, you did not select the video the government was going

20   to play for you today; correct?

21   A.  Correct.

22   Q.  To your knowledge, the government identified that video?

23   A.  Yeah.

24             MR. WOODWARD:  Okay.  All right.  If we could play it

25   from here.

```
 1              (An audio-visual recording was played.)
 2    BY MR. WOODWARD:
 3    Q.   Okay.  And so those are the doors that we saw in your
 4    body-worn camera?
 5    A.   No, this is not my body-worn camera.
 6    Q.   I understand.  But those are the doors that we saw on your
 7    body-worn camera?
 8    A.   Yep.
 9    Q.   And the time stamp of this body-worn camera roughly lines
10    up with the time stamp of your body-worn camera?
11    A.   I didn't look at the time stamp.  I believe so.  I -- I
12    didn't look at the exact time stamp, how close it is.
13    Q.   Within a minute or two or three?
14    A.   However many minutes the time stamps say it is, yes.
15    Q.   And so you saw there a group of officers who had been
16    standing immediately adjacent to you; correct?
17    A.   I saw a group of officers.  I couldn't -- so based on the
18    time, yes.  But I don't -- I didn't specifically recognize any
19    of the officers next to me.  I was focusing on the crowd.
20    Q.   And it was chaotic?
21    A.   Yeah.
22    Q.   And there were people pushing, and there were people
23    pulling?
24    A.   Yep.
25    Q.   And so in that moment in time, you were simply doing
```

```
1    everything you could do to protect yourself?

2    A.  Sure.

3    Q.  Pushing as hard as you could against whatever was in front

4    of you?

5    A.  Pushing against people who were assaulting me, yes.

6    Q.  And by that, you just mean you weren't pushing other

7    officers?

8    A.  I wasn't trying to.

9    Q.  You were just pushing whatever was in front of you?

10   A.  I was pushing people who were pushing me.

11   Q.  In an effort to clear the tunnel?

12   A.  In an effort to not be pushed back.

13   Q.  And to secure those doors?

14   A.  If possible.

15   Q.  If possible.  And those doors --

16            MR. WOODWARD:  One last exhibit with the government's

17   indulgence.  511 -- please -- -.1.

18            MS. AKERS:  Can you clear the screen, please.

19            MR. WOODWARD:  I don't know why it won't let me do

20   it.  There it goes.

21   BY MR. WOODWARD:

22   Q.  These doors are depicted in --

23   A.  I think so.

24            MR. WOODWARD:  If we could pull and play 511, please.

25            (An audio-visual recording was played.)
```

1          MR. WOODWARD:  Okay.  I'm sorry, Your Honor.  That

2    was not the right -- maybe 501.  Yes, 501, time counter 12 --

3    I'm sorry, video counter 12:16, please.

4    BY MR. WOODWARD:

5    Q.  These doors here?

6    A.  Yes.

7    Q.  And you see that this door -- now, you're on the right-hand

8    side as we look at the picture?

9    A.  I --

10          MS. KLAMANN:  Objection.

11   A.  I'm not sure -- I'm not sure because there's --

12          THE COURT:  Hold on.

13   A.  -- a part later when I'm to the --

14          THE COURT:  Officer, just a second.

15      What's the basis of the objection?

16          MS. KLAMANN:  Your Honor, he's mischaracterizing his

17   direct testimony.  This is about 12 minutes before the time

18   period where he testified he was looking.

19          THE COURT:  So are you just trying to say -- give a

20   reference for where, or are you saying he's there now,

21   Mr. Woodward?

22          MR. WOODWARD:  Yes, sir.  I'll rephrase the question.

23          THE COURT:  Thank you.

24   BY MR. WOODWARD:

25   Q.  Sir, you would ultimately end up on the right-hand side

FOULDS - CROSS

1    here where I've drawn this arrow?

2    A.  Yes.  That is the place where I ended up apparently later

3    in the video.  I couldn't tell from here --

4    Q.  Okay.

5    A.  -- what time in this course of events we were at.

6    Q.  And, finally, you see, sir, that the -- before you

7    arrive, the glass on the door to the left has already been

8    shattered?

9    A.  I couldn't say if that happened before I arrived or not,

10   but the reason I wanted to close that door was that even if

11   the -- whether the glass was shattered or not, people would

12   have to step through to assault us, if we had put it between us

13   and them.  So it would be some hindrance from them applying

14   maximum force.  It would make the amount of people that could

15   come at us even smaller.

16              MR. WOODWARD:  Thank you, sir.  No further questions.

17              THE COURT:  Officer, were you injured on January 6th?

18              THE WITNESS:  Yeah.  So I had some abrasions to my

19   forehead from getting a bunch of knocks on the helmet

20   throughout the day.  And I got a lot of -- I got exposed to a

21   lot of chemical spray.  Later in the night, when I went to

22   sleep, I had to throw all my covers off because anything

23   touching my skin was just blazing hot.

24              THE COURT:  Do you believe any of that relates back

25   to this interaction with the man with the red hat and green

1    jacket?

2                    THE WITNESS:  This specific interaction with the

3    shield pushing?  I couldn't say so.  I don't think so.

4                    THE COURT:  Okay.  Mr. Woodward, do you have any

5    questions based on my questions?

6                    MR. WOODWARD:  No, Your Honor.

7                    THE COURT:  Ms. Klamann, any redirect?

8                    MS. KLAMANN:  No redirect, Your Honor.

9                    THE COURT:  All right.  Sir, you may step down.

10   You're free to go.  Thank you for your testimony here today.

11                   (Witness excused.)

12                   THE COURT:  All right.  Government may call its next

13   witness.

14                   MS. AKERS:  The government calls Officer

15   Omar Forrester.

16           And for efficiency's sake, I will move to admit

17   Government Exhibits 302.1; 510; 433; 433.15, -.16, -.17, -.18;

18   501.46, -.47, -.48, -.49, -.50, -.51, -.52, -.56, -.57.

19   Government Exhibit 510, which I just asked for.

20                   THE COURT:  Yes.

21                   MS. AKERS:  But 510.1 and -.2 as well.

22                   THE COURT:  Okay.

23                   MS. AKERS:  Government Exhibit 612.21, as well as

24   -.20; Government Exhibit 509, Government Exhibit 509.9 and -.10

25   and -.11; Government Exhibit 515; and 515.2, -.4, -.5.

```
1              THE COURT:  All right.  Mr. Woodward, any objection

2     to those?

3              MR. WOODWARD:  Yes, sir.  The 500 series are

4     third-party videos.  And so -- now, the government has provided

5     us with some 911 certifications.  We wouldn't object to

6     anything they're admitting pursuant to a 911 certification.

7     But anything that they are not, we just ask to authenticate it

8     for the record.

9              THE COURT:  Okay.

10             MR. WOODWARD:  And let me look quickly at the 3- and

11    400 series.  The 300 series is surveillance -- CCTV video,

12    which we've stipulated to the authenticity of.  There's no

13    objection.

14         The 400 series, I think, is body camera, to which we've

15    stipulated to the authenticity of.

16         So I'm sure Ms. Akers will correct me if I'm wrong, but

17    that covers it.

18             THE COURT:  Okay.  Ms. Douenat?

19             MS. DOUENAT:  No objections, Your Honor.

20             THE COURT:  All right.  So I think that leaves us

21    with 302, 433, 433.15, -.16, - .17, and -.18.

22             MS. AKERS:  One clarification.  302.1.  I think 302

23    is already in.

24             THE COURT:  Okay.  Thank you.

25             MS. AKERS:  Sure.
```

```
 1                    THE COURT:  302.1.
 2               612.20 and .21, those are all in.
 3               (Government Exhibit 302.1, 433, 433.15, 433.16,
 4     433.17, 433.18, 612.20, and 612.21 admitted into evidence.)
 5               MS. AKERS:  Your Honor, he did object to the
 6     500 series, but 501 is already in evidence, and so I just moved
 7     subparts, which are screenshots of it.  So I can't see the
 8     objection standing there.
 9               THE COURT:  Do you agree, Mr. Woodward?  Screenshots
10     on -- which, I guess, 501.46 through -.52 and 501.56 and -.57?
11               MS. AKERS:  Correct.
12               MR. WOODWARD:  And so --
13               THE COURT:  They're screenshots from 501, which is
14     already in.
15               MR. WOODWARD:  Is the government to proffer that
16     the witness who testified would have authenticated
17     those exhibits if they been admitted through the prior
18     witness?
19               MS. AKERS:  Yeah.  I mean, the witness who's
20     testifying right now could authenticate them.  But we don't
21     have to go through that since it's already in evidence.
22               MR. WOODWARD:  Sure.  But, you know, evidence
23     matters.
24               MS. AKERS:  Sure.  It's just already admitted.  So I
25     can't see why you would object.
```

1          THE COURT:  All right.  All right.

2          MR. WOODWARD:  No objection, Your Honor.

3          THE COURT:  So thank you.

4      501.46 through -.52 are in and 501.56 and 501.57 are in.

5          (Government Exhibit 501.46, 501.47, 501.48, 501.49,

6  501.50, 501.51, 501.52, 501.56, and 501.57 admitted into

7  evidence.)

8      All right.  Officer you may take the stand and remain

9  standing for just a moment, please.

10         THE COURTROOM DEPUTY:  Please raise your right hand.

11         (Oath administered.)

12         THE WITNESS:  Yes, ma'am.

13         THE COURT:  Good afternoon, Officer.

14         THE WITNESS:  Good afternoon, sir.

15                        DIRECT EXAMINATION

16  BY MS. AKERS:

17  Q.  Good afternoon.  Can you please state and spell your name

18  for the Court.

19  A.  Omar Forrester.  O-m-a-r F-o-r-r-e-s-t-e-r, ma'am.

20  Q.  And, Mr. Forrester, do you have a -- are you employed?

21  A.  Yes, ma'am.

22  Q.  Where are you employed?

23  A.  With the Metropolitan Police Department, Fifth District.

24  Q.  How long have you worked for MPD?

25  A.  Eight years, ma'am.

1    Q.  And what's your current duty assignment?

2    A.  I'm a patrol officer in the Fifth District.

3    Q.  Are you also part of CDU 54?

4    A.  Yes, ma'am.

5    Q.  Just what are your duties and responsibilities as part of

6    CDU 54?

7    A.  We work big events in D.C.  We help to make sure that

8    events, protests -- whatever events are going on, make sure

9    everybody is as safe as -- it's whatever is going on.  We make

10   sure that everybody stays safe.

11   Q.  As part of your CDU training, are you trained on the use of

12   different weapons?

13   A.  Yes, ma'am.

14   Q.  Such as what?

15   A.  Such as OC spray, riot batons, and shields.

16   Q.  And were you on duty with the MPD on January 6th, 2021?

17   A.  Yes, ma'am.

18   Q.  Were you acting in your capacity as a CDU officer?

19   A.  Yes, ma'am.

20   Q.  Okay.  And what type of uniform were you wearing on that

21   day?

22   A.  I was wearing my MPD mountain-bike-issued-uniform, ma'am,

23   which would include a helmet.

24   Q.  So it was a mountain bike helmet?

25   A.  Yes, ma'am.

1    Q.  Okay.  Is that different from, like, a riot helmet?

2    A.  Yes, ma'am.

3    Q.  In what way?

4    A.  Pretty much a basic bicycle helmet.  We have a white one.

5    Our riot helmets are black with a face mask.  This one had no

6    face mask.  It was just a bicycle helmet.

7    Q.  And did you wear that throughout the course of your day on

8    January 6th?

9    A.  Yes.

10   Q.  Even when you got off your bike, did you continue wearing

11   it?

12   A.  Yes, ma'am.

13   Q.  Why?

14   A.  For that day -- the situation that we were responding from,

15   they told us to get there as quick as we can.  So we got off

16   the bikes.  And they told us that the crowd might be a little

17   aggressive so probably best to keep helmets on just to help

18   safeguard your head and all that stuff.

19   Q.  What side of the Capitol did you arrive on?

20   A.  The west side, yes, ma'am.

21   Q.  The west side?

22   A.  Yes, ma'am.

23   Q.  And you said that you were told when you arrived the crowd

24   would be aggressive.  Was that your experience?

25   A.  Yes, ma'am.

1    Q.  What did you see when you arrived?

2    A.  Immediately as we arrived, we saw a crowd up on the steps,

3    aggressive; and then we saw one part of the crowd lifting up

4    the railing and trying to pull back and officers trying to hold

5    it.  So we ran over to that part first.  And they were

6    spraying.  So I immediately got sprayed as soon as I got up

7    there, ma'am.

8    Q.  When you say sprayed, what are you referring to?

9    A.  Somebody in the crowd use some sort of pepper spray

10   propellant.  And they sprayed it, and it got right in my eye.

11   Q.  What sort of effects do you have as a result of being

12   sprayed when you were on the West Front?

13   A.  Severe burning of the eyes or kind of cause you to choke.

14   You couldn't see.  It was blurry.  So I had to step off the

15   line for a couple minutes to try to, like, air it out and blink

16   and try to recover to go back.

17   Q.  And did you get sprayed at other times on January 6th?

18   A.  Yes, ma'am.

19   Q.  So when you were on the West Front and you got sprayed,

20   you were able to step off the line for a moment to blink it

21   out?

22   A.  Catch -- catch my breath, try to blink it out.  Once --

23   it's hard to see.  So I was trying to blink to see if I could

24   get some sort of vision back and keep my eyes open.

25   Q.  When you were pushed off of the West Front, did you retreat

1    up to the tunnel area?

2    A.  Yes, ma'am.

3    Q.  Did you also get sprayed in the tunnel area?

4    A.  Yes, ma'am.

5    Q.  When you were in the tunnel area and you got sprayed, did

6    you have the ability to step off the line to decon?

7    A.  No, not at all, ma'am.

8    Q.  Why not?

9    A.  We had a bunch of rioters pushing us from the front,

10   attacking us from the front.  And there were officers behind

11   me, and there was nowhere to go.  It wasn't safe to turn my

12   back to the rioters to try to push my way through the officers

13   to get in.

14   Q.  So let's talk about after you left the West Front and went

15   up to the tunnel.  Did you enter the tunnel with other officers

16   who were retreating?

17   A.  Yes, ma'am.

18   Q.  And why did you guys go into the tunnel?

19   A.  At first, with the crowd coming up, they -- again, they

20   were aggressive.  We were trying to fight them off, and they

21   seem -- and somebody gave the order retreat; so we retreated

22   into that tunnel to just find a safe way.  And we had a chief

23   there that said we needed to hold this tunnel and nobody is

24   allowed to get in and just, by any means, hold the ground right

25   here.

1    Q.  What was your understanding of why it was important to hold

2    the line at the tunnel?

3    A.  Because if the people were able to get into the Capitol

4    from -- it seemed what -- from what they were yelling outside,

5    it seemed like they really wanted to get inside and hurt the

6    congressmen -- or the people that were in there, I guess,

7    ratifying the votes, or whatever they were doing.  They really

8    wanted to hurt them and take them out.  I think one of them

9    was -- like, they wanted to hang Mike Pence, if they could get

10   him and all this --

11              MR. WOODWARD:  Objection.  Move to strike.

12              THE COURT:  Overruled.

13   BY MS. AKERS:

14   Q.  Were those things that you personally heard when you were

15   on the West Front?

16   A.  Yes, ma'am.  They were -- there was times -- there was

17   times when they were yelling at us what they wanted to do and

18   telling us to get off the line, join them, and they -- to -- to

19   help them take over everything.

20   Q.  That same tone and demeanor that you just described on the

21   West Front, how was that similar or different from the tone and

22   demeanor of the crowd in the tunnel?

23   A.  In the tunnel, they got even more aggressive, and they

24   were calling more people, they were calling more patriots.

25   They were saying they were -- they started actually

1    attacking us with shields.  Whatever they could get their

2    hands on, they were throwing at us, hitting at us.  There

3    was guys, like, with cattle prods, and there was more guys

4    with spray cans that kind of looked like ours and just

5    spraying us.  They were doing whatever they can to get past us

6    that day.

7    Q.  When you were in the tunnel, did you see or experience that

8    cattle-prod weapon that you just referred to?

9    A.  Yeah.  At some point in the fight, all I saw was, like, a

10   glimpse down.  Like, it came through the crowd and, like,

11   electrocuted me in the leg a little bit, yes, ma'am.

12   Q.  When you were in the tunnel, you just mentioned a bunch of

13   different things, like shields and spray and the cattle prod

14   and the OC spray.  Were you able to effectively defend yourself

15   against each of those things?

16   A.  Not effectively, no, ma'am.

17   Q.  Why not?

18   A.  It was so many people, and you were getting attacked from

19   so many angles.  Like, if you try to stop one threat, somebody

20   would come from a different side and they would get to you,

21   yes, ma'am.

22   Q.  In your experience, did one rioter's use of, for example, a

23   shield impact your ability to defend yourself from other

24   rioters' use of a different weapon?

25   A.  Yes, ma'am.  One guy slamming against you, another guy

1    would spray you, would hit you with something, punch you, throw

2    something at you and hit you in the leg, yes, ma'am.

3    Q.  Would you agree with me that it was, sort of, one cohesive

4    attack against the officers?

5    A.  Yes, ma'am.  They were almost as coordinated as we were,

6    yes, ma'am.

7    Q.  We're going to pull up Government's Exhibit 429, which is

8    body-worn-camera footage.  And in preparation for your

9    testimony today, did we watch some body-worn-camera footage

10   together?

11   A.  Yes, ma'am.

12   Q.  And this doesn't -- if you look at the right-hand -- top

13   right-hand corner, this isn't your specific body-worn-camera

14   footage; right?

15   A.  No, ma'am.

16   Q.  We're going to go to 14:42:31, which is at 55:14.

17           MR. WOODWARD:  I'm sorry.  Is this 429 or 429.1?

18           MS. AKERS:  429.

19   BY MS. AKERS:

20   Q.  All right.  And what area is depicted here?

21   A.  I believe this is inside the tunnel, ma'am.  Inside the

22   Capitol.

23   Q.  This is what you were referencing earlier?

24   A.  Yes, ma'am.

25           MS. AKERS:  All right.  Can we please play until

```
 1        14:42:41.  Can we pull back 10 seconds and play until 14:42:41.

 2                  THE COURT:  I'm sorry.  This is 429?

 3                  MS. AKERS:  Correct.

 4                  THE COURT:  Did you move 429 in?

 5                  MS. AKERS:  Your Honor, I did not.  I crossed that

 6        off because it was going to be admitted for a defendant who is

 7        no longer joining us.

 8             Can we please move to admit Exhibit 429.

 9                  THE COURT:  Mr. Woodward, any objection?

10                  MR. WOODWARD:  I do object, Your Honor.  I don't have

11        a copy of it.

12                  MS. DOUENAT:  We don't either, Your Honor.  Part of

13        the 400 series, that 429 video, we don't have.

14                  THE COURT:  Okay.

15                  MS. AKERS:  This has long been produced in the

16        discovery.  I think I sent Mr. Woodward a list of all the

17        body-worn camera, over 200 officers, that were produced over

18        the last two years.  And I directed him to the specific

19        production folders last week.  And so it is and has been

20        available not only in individual discovery, but also in global

21        discovery and also on evidence.com, which I directed him how to

22        use that last week as well.

23                  THE COURT:  All right.  I'm not surprised he hasn't

24        reviewed everything in the universal discovery there.

25             All right.  I think I'm going to admit it over
```

1   objection.

2        We're going to not be going on too much longer.  I'll

3   certainly give you an opportunity to review it overnight before

4   we break.  And if you think there's some reason I strike it

5   afterwards, feel free to raise it in the morning.

6             MR. WOODWARD:  All right.

7             THE COURT:  All right.  You may proceed.

8             (Government Exhibit 429 admitted into evidence.)

9             MS. AKERS:  So we're at 2:42:32 right now.  And we're

10  going to play about 10 seconds, please.

11            (An audio-visual recording was played.)

12  BY MS. AKERS:

13  Q.  All right.  And what's happening here, sir?

14  A.  That's when we're setting up as the crowd is, like, banging

15  on the door trying to get in.  And you can feel that they're

16  about to break through the door.  And we're trying to set up as

17  organized a line as we can to hold them.

18  Q.  Did you see yourself depicted in this body-worn-camera

19  footage?

20  A.  Yes, ma'am, I believe -- yes, ma'am.

21  Q.  A couple seconds ago?

22  A.  Yes, ma'am.

23  Q.  And you're saying that the rioters are trying to get into

24  the tunnel right now?

25  A.  Yes, ma'am.  They're trying to get in the tunnel.

1   Q.  Did you and your fellow officers have time to set up a

2   cohesive strategy like you normally would in CDU to protect

3   against the people breaking in?

4   A.  No, ma'am.  The only orders we had at that time was

5   just don't let them in, do your best, try to hold your ground.

6   Q.  And the body-worn camera here, would you consider that to

7   be, sort of, the front of the police line?

8   A.  Yes, ma'am.  That was the front, yes, ma'am.

9   Q.  Where were you positioned for most of the time in the

10  tunnel as it relates to the other officers around you?

11  A.  In the front row, ma'am.

12  Q.  In the front row?

13  A.  Yes, ma'am.  Between the rioters and -- in the front row,

14  yes, ma'am.

15  Q.  And when you were in the tunnel, just to be clear, you

16  already mentioned that you had that white bike helmet.  Did

17  you have any other gear that could help you fend off the

18  rioters?

19  A.  I had on my mountain bike highlighter jacket, and I had a

20  riot shield, a clear riot shield.

21  Q.  And did you remain in the tunnel for quite some time?

22  A.  Yes, ma'am.

23  Q.  Do you remember when you were relieved?

24  A.  Right about, like, when Virginia State came and helped us

25  out.  That was when -- that was early, yes, ma'am.

1    Q.  Was it several hours later?

2    A.  Yes, ma'am.

3    Q.  And the longer that the fighting went on in the tunnel,

4    did that impact your ability to defend yourself in the tunnel?

5    A.  Yes, ma'am.  At some point I got weak, between all

6    the spraying and hits, like, I was just starting to choke --

7    at some point I even threw up in there from the spray.  I

8    couldn't catch my breath.  Eyes were burning.  I was just --

9    legs tired.  Arms were tired from holding the shield, just

10   constantly getting hit, and it was just painful, yeah.  It

11   was hard to function.  At -- at some point it, just -- I -- I

12   was just standing there just trying to stay on my two feet,

13   ma'am.

14   Q.  So on a normal day in your life, as an officer --

15   A.  Yes, ma'am.

16   Q.  -- if you were to get, for example, hit with a shield,

17   pushed with a shield on the street, that would affect you one

18   way?

19   A.  Yes, ma'am.

20   Q.  How was that different than when you had been in the tunnel

21   for an hour or more fighting for that amount of time?  How is

22   that different when you were getting hit with shields in the

23   tunnel on January 6th?

24   A.  It was really scary, ma'am.  It was just -- at some point

25   you just wondered if it would ever end and what I'm going to do

1    and -- I don't even know, like -- I think I just went into

2    autopilot.  Like, it's just -- what made it hard that day was

3    there was nowhere to go and you're just constantly getting hit.

4    And they're just determined.

5           And on a normal day -- I don't know.  You have -- you

6    have time to recover.  There was -- there was no time to

7    recover that day.  It was just keep going forward and stuff,

8    yeah.

9    Q.  In addition to, obviously, the physical impact of getting

10   hit with the shield that you've testified about, did it limit

11   your movement in any way?

12   A.  Yeah.  It was hard to go side to side, move, like,

13   just -- yeah, you just -- just pretty much -- like I said,

14   after a couple hours, at one point I just -- was just standing

15   there, just trying to stay on my feet, and trying not to pass

16   out.

17   Q.  And you testified you were at the front of the line for

18   much of your time in the tunnel.

19   A.  Yes, ma'am.

20   Q.  Was there consistently shields that were being used in

21   front of you?

22   A.  Yeah.  They would -- one of their strategies was to try to

23   take -- grab the shields from us, take the shields from us.

24   And as soon as they would get it, they would start using it

25   in -- as a striking weapon and hit us.  They would -- the

1   taller individuals would be holding it and trying -- as if they

2   were trying to stab us with the shields, like, just constantly

3   hit, yes, ma'am.

4   Q.  Officer, if someone is trying to hit you with a shield or

5   spraying you in the face, why didn't you just take a step back

6   or move out of the way?

7   A.  There was absolutely nowhere to go that day, ma'am.  It

8   was -- you stay there, and if -- if somehow I moved, it

9   would be another officer getting hit and he probably wouldn't

10  even have a shield or anything.  So there was nowhere to go,

11  ma'am.

12          MS. AKERS:  We're going to pull up Government

13  Exhibit 433, please.

14  BY MS. AKERS:

15  Q.  This is body-worn camera.  Did we review body-worn camera

16  in preparation for your testimony today?

17  A.  Yes, ma'am.

18  Q.  And although this body-worn camera isn't yours, was it

19  consistent with what you remembered from January 6th?

20  A.  Yes, ma'am.

21          MS. AKERS:  Okay.  We're going to start at 2 minutes

22  and play until 2 minutes and 29 seconds.  And 2 minutes

23  coincides with 3:05:16 p.m.

24          (An audio-visual recording was played.)

25          MS. AKERS:  We've stopped at 3:05:45.

```
1    BY MS. AKERS:

2    Q.  Do you recognize anyone in this shot here?

3    A.  Yes, ma'am.

4    Q.  Who?

5    A.  Myself, ma'am.

6    Q.  Can you circle yourself for me.

7    A.  (Witness complying.)

8    Q.  All right.  And you circled the person on the right-hand

9    side of the screen with the white helmet on?

10   A.  Yes, ma'am.

11   Q.  What are you holding?

12   A.  The -- a clear shield, ma'am.

13   Q.  And was -- that clear shield, do you see the emblem in the

14   middle there?

15   A.  Yes, ma'am.

16   Q.  Is that a Capitol Police shield?

17   A.  Capitol Police shield, yes, ma'am.

18   Q.  All right.  And you're using the shield now how?

19   A.  I had it in -- as a defensive posture, ma'am, just to hold

20   up to protect myself and the officers behind me.

21          MS. AKERS:  Can we please go to 3:30, which is

22   3:06:46 p.m., and we'll play until 4:08.

23          (An audio-visual recording was played.)

24   BY MS. AKERS:

25   Q.  All right.  Officer, I'm circling in the very middle of the
```

1    screen a black -- what looks to be like a canister.  Do you

2    recognize what that is?

3    A.  Yes, ma'am.

4    Q.  What?

5    A.  It looks like one of those OC canisters that we use in CDU

6    as one of our spray cans.

7           MS. AKERS:  All right.  And I'm going to ask

8    Mr. Clements now to pull up Government Exhibit 501, please.

9    BY MS. AKERS:

10   Q.  Do you recognize what's being depicted here before we play

11   this?

12   A.  Yes, ma'am.

13   Q.  Where is this taken?

14   A.  This is --

15           THE COURT REPORTER:  I'm sorry.  This is --

16           THE WITNESS:  Yes, ma'am.  This is also inside the

17   tunnel.

18   BY MS. AKERS:

19   Q.  Are you saying alternate side of the tunnel?

20   A.  Alternate, yes, ma'am.

21   Q.  As in the opposite from the officer's view?

22   A.  Officer's view, yes, ma'am.

23   Q.  Great.

24           MS. AKERS:  Let's go, please, to 3:50.  We'll play

25   until 4:38.

```
 1              (An audio-visual recording was played.)

 2         MS. AKERS:  Actually, please stop.

 3    BY MS. AKERS:

 4    Q.  To make this easier, I'm going to circle in the middle

 5    right-hand side of the screen a man wearing a red baseball hat.

 6    Do you see that man?

 7    A.  Yes, ma'am.

 8         MS. AKERS:  Now, can we please play until 4 -- excuse

 9    me -- yeah, 4:38.

10              (An audio-visual recording was played.)

11         MS. AKERS:  All right.  And just for Your Honor's

12    sake, this is in relation to Count 17.

13         THE COURT:  All right.  Thank you.

14    BY MS. AKERS:

15    Q.  Officer, do you see your bike helmet depicted here?

16    A.  Yes, ma'am.

17    Q.  Can you circle it for us.

18    A.  (Witness complying.)

19    Q.  And it's a little hard to see, but to the right of this

20    Stop the Steal cowboy hat, there's a little red thing sticking

21    out.  Do you see that in the middle of the screen?

22    A.  Yes, ma'am.

23    Q.  And we just watched what was going on here.  Can you

24    describe for the Court what was happening in the tunnel at this

25    time.
```

1    A.  This time, they were still throwing stuff.  They were still

2    very aggressive in their attempt to get inside of us.  They

3    were slamming against us, pushing against us as they can

4    and just -- yeah, they were still trying to force their way

5    inside.  And we were trying to just hold them back, try to talk

6    them down, yell orders at them.  And they were just ignoring it

7    and continue coming in at us.

8    Q.  At this time did you see the rioters that were coming at

9    the officers physically pushing into the officers?

10   A.  Yes, ma'am.

11          MS. AKERS:  Okay.  We're going to skip ahead to

12   14:29, please, which would be in relation to Count 27.

13          All right.  We're going to please play until 14:38.

14          (An audio-visual recording was played.)

15          MS. AKERS:  Can we play one more second.

16          (An audio-visual recording was played.)

17   BY MS. AKERS:

18   Q.  Officer Forrester, can you see yourself depicted in this

19   video?

20   A.  Yes, ma'am.

21   Q.  Can you point yourself out.

22   A.  (Witness complying.)

23   Q.  And at this time, can you -- do you remember, sort of, what

24   was going on here?

25   A.  More -- the rioters coming to us, slamming against us.  I

1    think there were, like -- we were trying to close the door on

2    them and, like, try to push them through that door to at least

3    get one stuffed in.  They were just still physically attacking

4    us, like pushing against us and coming.

5    Q.  Your facial expression, can you describe that for us.

6    A.  I think this is after getting sprayed a couple times, hit,

7    and it was just -- just tired and in pain.

8             MS. AKERS:  We're going to play until 15:29, please.

9             (An audio-visual recording was played.)

10   BY MS. AKERS:

11   Q.  What's happening here?

12   A.  I'm trying to bring up the shield because I observed an

13   individual spraying some orange spray, trying to spray the

14   officers -- myself and the other officers.  So I was trying to

15   use the shield to block it.

16   Q.  So the spray you see on the right-hand side of the screen,

17   that black canister, you previously identified?

18   A.  Yes, ma'am.

19   Q.  And there's something coming out of it?

20   A.  Yes, ma'am.

21   Q.  And so you were using your shield as --

22   A.  Yeah, to try to stop the spray from hitting myself or the

23   other officers.

24            MS. AKERS:  All right.  And can we please play until

25   15:55.

```
1              (An audio-visual recording was played.)

2    BY MS. AKERS:

3    Q.  Officer, after -- immediately after you got sprayed here,

4    did you have to continue to defend yourself against the other

5    rioters?

6    A.  Yes, ma'am.

7    Q.  And how did you getting spray- -- well, did you get sprayed

8    in this -- and in this footage?

9    A.  Yes, ma'am.

10   Q.  Where?

11   A.  Right in the eyes, ma'am.

12   Q.  After you got sprayed right in the eyes, how did that

13   inhibit your ability to defend yourself from the attacks that

14   came right after?

15   A.  I -- severely.  I was -- I couldn't see.  Pain.  I think

16   it, like, causes me to choke.  I will just close my eyes.  I

17   had -- I wasn't really defending myself.  At that point I was

18   just closing my eyes, holding the shield up, and hoping

19   somebody didn't hit me from another angle and the shield

20   stopped whatever was coming.

21        MS. AKERS:  Can we please play until, I think, 18.

22   I'll let you know.

23              (An audio-visual recording was played.)

24        THE COURT:  All right.  We'll pause.  We paused at

25   18 minutes.
```

1    BY MS. AKERS:

2    Q.  Officer, can you describe for the Court what it was like

3    being at the front of the line during that?

4    A.  Felt like we were being crushed, ma'am; like they were

5    literally willing to kill you just to get inside the building,

6    ma'am.

7    Q.  And did you hear people chanting "Shield wall"?

8    A.  Yes, ma'am.

9    Q.  Can you describe to us when you were at the front of the

10   tunnel, did the rioters create a -- sort of a shield wall?

11   A.  Yes, ma'am.  The shields that they took from us, they

12   started passing them up to the front.  And the people in the

13   front of the line, they had their own shields holding against

14   us.

15   Q.  How did it impact you and other officers' ability to defend

16   themselves when they were multiple shields side by side held by

17   the rioters?

18   A.  It pretty much rendered all our nonlethal weapons that we

19   were using, it pretty much rendered them all ineffective

20   against them, which allowed for more of them to come forward

21   and to them to, like, start pushing and start attacking us

22   more.  So they were safer behind the shield they had.

23   Q.  Let's -- can you tell me a little more.  How does someone

24   holding a shield in a shield wall render your nonlethal weapons

25   ineffective?

1    A.  So for ours, we use the batons and OC spray.  And they

2    could use the shield to block that for -- they can use it

3    more -- they have more force against them to like, push.  And

4    then -- yeah, so we can't -- we can't reach them or do anything

5    to slow them down.  So the shields just help protect them, and

6    it just gave them more room to come in and attack us.

7    Q.  Without the effective ability to use a shield or -- or

8    excuse me, a baton or OC spray, what tools did you have to

9    actually protect your body, yourself, when you were in the

10   tunnel?

11   A.  None.  We don't have anything else at that point, ma'am.

12   Q.  And during this time here, did you hear people yell push?

13   A.  Yes, ma'am.

14   Q.  Were you the recipient of the pushes on the other side of

15   this instance that we just watched?

16   A.  Yes, ma'am.

17   Q.  Can you tell us how it felt to be pushed by a collective

18   group of people in that confined space?

19   A.  Yeah, it felt like you were getting crushed and like you

20   were just getting ran over because -- and they were pressing

21   you up against the other officers who were doing what they're

22   supposed to be, trying to hold their ground.  And it just felt

23   like you were crushed.  Your chest is tight.  You can barely

24   breathe.  You're just trying to, like, lift your head up to the

25   sky to, like, catch a breath or something in there.

1    Q.  Was it more difficult to defend against the group when they

2    were doing the collective heave-ho pushing than just when

3    individuals were pushing?

4    A.  Yes, ma'am.

5         MR. WOODWARD:  Objection.

6         THE COURT:  I'm sorry.  What's the basis?

7         MR. WOODWARD:  Asked and answered.

8         THE COURT:  Overruled.

9    A.  Yeah, it was -- with -- with the whole group pushing, like,

10   it was -- it was way harder to stand their ground.  And it

11   helped them gain more ground.  And it was just more of like

12   a -- it hurt more.  More of like a crushing effect of the

13   group.  Once they -- once they got them and slammed against us,

14   every slam felt like -- I don't know -- like Tyson punching you

15   in the face every time.

16        MS. AKERS:  We're going to pull up Government --

17        THE COURT:  Actually, Ms. Akers, why we don't wrap up

18   for the day.

19        MS. AKERS:  Sure.

20        THE COURT:  Officer Forrester, I'll ask you to step

21   down and return for 9:30 tomorrow.  Please do not discuss the

22   substance of your testimony with anyone over the evening.

23        THE WITNESS:  Yes, sir.  Very well.

24        THE COURT:  All right.  Ms. Akers, anything before we

25   break for the evening?

```
 1                  MS. AKERS:  I don't believe so, Your Honor.

 2                  THE COURT:  Mr. Woodward?

 3                  MR. WOODWARD:  Your Honor, if I can ask about the

 4       Court's intentions for Friday.

 5                  THE COURT:  I would intend to proceed on Friday.

 6                  MR. WOODWARD:  Full day?

 7                  THE COURT:  Yes.

 8                  MR. WOODWARD:  Yes, sir.  And not Tuesday or

 9       Wednesday?

10                  THE COURT:  Correct.

11                  MR. WOODWARD:  Potentially Monday?

12                  THE COURT:  Yes.

13                  MR. WOODWARD:  There's a hearing in Florida you may

14       have heard about.  I'm trying to --

15                  THE COURT:  I heard.  I think we talked with

16       Judge Cannon's chambers to tell her that you're available on

17       Tuesday and Wednesday.

18                  MR. WOODWARD:  Thank you, Your Honor.

19                  THE COURT:  And Ms. Douenat?

20                  MS. DOUENAT:  Yes, Your Honor.  Nothing further.

21             I do believe that our experts will be available

22       Thursday, for sure at least Dr. Xenakis.  I know that

23       Dr. Cutler could only appear by video on Wednesday afternoon.

24       I'm not sure about Thursday, but I'll confirm that and let the

25       Court know, depending on where we are with them.
```

1          THE COURT:  Great.  If you can just work with

2     Ms. Akers to coordinate that.

3          MS. DOUENAT:  I will.

4          THE COURT:  I will see you-all to return at 9:30

5     tomorrow.  Thank you.

6          (Proceedings were concluded at 5:16 p.m.)

1        CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3             I, Nancy J. Meyer, Registered Diplomate Reporter,

4      Certified Realtime Reporter, do hereby certify that the above

5      and foregoing constitutes a true and accurate transcript of my

6      stenograph notes and is a full, true, and complete transcript

7      of the proceedings to the best of my ability.

8

9                       Dated this 4th day of August, 2023.

10

11                      /s/ Nancy J. Meyer
                        Nancy J. Meyer
12                      Official Court Reporter
                        Registered Diplomate Reporter
13                      Certified Realtime Reporter
                        333 Constitution Avenue Northwest
14                      Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

**$**

**$10** [1] - 96:6
**$100** [7] - 94:5, 94:14, 94:22, 95:4, 95:11, 95:18, 95:25
**$250,000** [7] - 94:5, 94:14, 94:21, 95:4, 95:11, 95:18, 95:25
**$5,000** [1] - 96:6

**1**

**1** [8] - 18:3, 62:24, 76:2, 76:12, 89:18, 93:25, 100:20, 199:17
**10** [13] - 84:24, 95:16, 95:24, 104:23, 146:23, 157:22, 157:25, 175:5, 184:18, 193:15, 202:24, 213:1, 214:10
**100** [1] - 194:17
**105** [23] - 3:10, 4:13, 4:13, 4:14, 4:14, 4:15, 4:15, 4:16, 4:16, 4:17, 4:17, 4:18, 4:18, 4:19, 4:19, 4:20, 4:20, 33:12, 33:17, 35:12, 35:17, 41:1, 41:3
**105**......................
[1] - 3:16
**108** [10] - 33:17, 35:12, 35:17, 37:21, 37:24, 38:1, 38:6, 39:7, 39:15, 55:5
**108**......................
[1] - 3:17
**109** [5] - 33:17, 35:12, 35:17, 50:24, 60:19
**109**......................
[1] - 3:17
**10:00** [2] - 101:2, 101:12
**11** [6] - 76:2, 89:18, 93:25, 100:20, 104:24, 202:25
**111** [2] - 77:21, 92:13
**111(a)(1** [5] - 76:12, 76:20, 77:13
**111(a)(1)** [2] - 77:11, 94:2
**111(b)** [1] - 94:11
**111s** [1] - 7:2
**119** [3] - 33:17, 35:12, 35:17
**119**......................

[1] - 3:18
**12** [5] - 85:6, 104:24, 157:2, 200:2, 200:17
**124** [2] - 5:11, 5:12
**128** [11] - 33:17, 35:12, 35:17, 40:1, 40:3, 55:4, 144:12, 144:22, 145:2, 145:18, 145:23
**128**......................
[1] - 3:18
**129** [6] - 33:17, 35:12, 35:17, 40:17, 40:19, 40:23
**129**......................
[1] - 3:19
**12:16** [1] - 200:3
**12:57** [1] - 61:25
**12:57:28** [1] - 60:24
**13** [4] - 83:25, 85:10, 104:24, 150:12
**131** [1] - 3:10
**139** [1] - 3:11
**13:11** [2] - 62:18, 62:19
**13:11:55** [1] - 62:23
**13:35** [1] - 63:10
**13:54:55** [1] - 50:25
**14** [3] - 75:19, 151:4, 151:9
**14:28** [2] - 52:5, 63:24
**14:29** [1] - 222:12
**14:30** [1] - 109:5
**14:32** [2] - 64:19, 64:25
**14:38** [1] - 222:13
**14:40** [1] - 65:4
**14:42:31** [1] - 212:16
**14:42:41** [2] - 213:1
**14:45** [1] - 65:20
**14:48** [1] - 53:7
**15** [34] - 3:4, 94:20, 146:23, 150:12, 151:4, 151:9, 156:17, 157:1, 157:21, 157:25, 160:18, 162:24, 164:20, 165:23, 168:3, 168:19, 169:5, 169:6, 170:2, 170:23, 171:24, 172:6, 173:20, 174:22, 183:11
**150** [1] - 4:10
**1512** [2] - 84:16, 84:23
**1512(c)(2)** [1] - 78:19
**153** [1] - 5:5
**15:13:29** [1] - 183:4
**15:13:30** [1] - 182:24
**15:13:38** [1] - 183:12

**15:16:46** [1] - 190:20
**15:17:45** [1] - 197:14
**15:17:46** [1] - 197:17
**15:29** [1] - 223:8
**15:30:40** [1] - 183:9
**15:55** [1] - 223:25
**16** [6] - 157:1, 162:24, 164:21, 171:24, 202:17, 203:21
**161** [1] - 4:11
**163** [3] - 4:11, 4:12, 4:12
**168** [1] - 4:22
**169** [6] - 4:22, 4:23, 4:23, 4:24, 4:24, 4:25
**17** [9] - 165:23, 172:6, 173:20, 173:21, 174:22, 175:5, 202:17, 203:21, 221:12
**1752(a)(2** [1] - 82:3
**1752(a)(4** [1] - 82:20
**176** [1] - 5:10
**179** [1] - 76:4
**18** [22] - 76:12, 76:20, 77:11, 77:21, 78:19, 80:1, 80:15, 81:5, 82:3, 82:20, 83:18, 84:23, 94:2, 94:11, 94:18, 95:8, 157:21, 157:25, 202:17, 203:21, 224:21, 224:25
**181** [2] - 3:12, 5:11
**185** [1] - 3:12
**197** [1] - 4:21
**1993** [1] - 36:21
**19th** [1] - 101:13
**1:00** [1] - 70:15
**1:08** [1] - 85:7
**1:11** [3] - 85:11, 85:20, 86:14
**1:11:55** [1] - 62:24
**1:13** [4] - 85:11, 85:20, 86:14
**1:14** [1] - 86:19
**1:15** [1] - 86:20
**1:30** [1] - 50:24
**1:35** [1] - 63:21
**1:37** [1] - 87:5

**2**

**2** [19] - 22:18, 58:2, 76:2, 76:14, 77:12, 89:18, 94:8, 100:20, 110:7, 157:21, 158:3, 158:18, 160:7, 187:12,

202:21, 218:21, 218:22
**2-hours-32-minute** [1] - 134:2
**20** [12] - 76:2, 89:18, 94:12, 94:17, 95:2, 100:20, 117:22, 129:16, 151:9, 155:20, 195:21, 202:24
**200** [1] - 213:17
**2020** [2] - 15:25, 20:20
**2021** [22] - 15:7, 37:3, 39:2, 41:9, 43:13, 84:10, 106:3, 109:5, 123:14, 132:18, 140:18, 150:2, 160:18, 162:24, 164:20, 168:3, 170:2, 171:24, 174:22, 176:8, 179:13, 206:16
**204** [8] - 3:22, 4:25, 5:3, 5:4, 5:4, 5:5, 5:12, 5:13
**205** [10] - 3:13, 5:6, 5:6, 5:7, 5:7, 5:8, 5:8, 5:9, 5:9, 5:10
**21** [3] - 3:4, 172:6, 204:2
**21-40** [1] - 6:3
**211** [1] - 94:18
**2111** [4] - 80:1, 80:15, 92:13, 94:18
**2111s** [1] - 7:2
**214** [1] - 4:21
**23** [6] - 76:3, 89:18, 94:8, 100:21, 120:2, 120:4
**231(a)(3)** [2] - 81:5, 95:8
**24** [7] - 62:16, 62:18, 73:24, 151:25, 152:7, 154:6
**25** [2] - 155:22, 156:3
**26** [9] - 76:3, 89:18, 94:8, 100:21, 101:4, 101:5, 154:25, 155:2, 162:24
**26th** [4] - 101:2, 101:8, 101:10, 101:12
**27** [1] - 222:12
**28** [1] - 173:21
**29** [1] - 218:22
**2:15** [1] - 54:6
**2:30** [5] - 109:15, 109:20, 110:7, 110:9, 111:2
**2:31** [1] - 111:8
**2:32** [5] - 64:25,

117:22, 132:5, 134:14, 135:9
**2:32:15** [2] - 113:10, 113:19
**2:32:39** [1] - 117:12
**2:32:54** [2] - 127:12, 127:19
**2:32:57** [1] - 127:12
**2:33:07** [1] - 127:13
**2:33:12** [2] - 118:21, 118:24
**2:33:26** [1] - 118:9
**2:33:29** [2] - 118:24, 119:1
**2:33:43** [1] - 119:12
**2:34** [6] - 87:12, 113:11, 113:16, 113:20, 113:23, 120:22
**2:34:05** [1] - 128:2
**2:34:18** [1] - 120:24
**2:35** [2] - 111:8, 111:11
**2:35:32** [1] - 121:2
**2:40** [2] - 65:6, 87:19
**2:42:32** [1] - 214:9
**2:45** [1] - 66:5

**3**

**3** [22] - 42:19, 76:2, 78:16, 89:18, 93:25, 94:4, 94:13, 94:21, 95:3, 95:10, 95:17, 95:24, 100:20, 109:10, 109:12, 120:23, 120:24, 138:21, 176:25, 177:3, 177:13, 203:10
**30** [9] - 118:10, 124:25, 125:1, 126:13, 157:6, 175:5, 180:16, 195:16, 195:18
**30-year** [1] - 37:11
**300** [1] - 203:11
**301.1** [3] - 33:18, 35:13, 35:18
**301.1**......................
[1] - 3:19
**301.2** [3] - 33:18, 35:13, 35:18
**301.2**......................
[1] - 3:20
**301.3** [3] - 33:18, 35:13, 35:18
**301.3**......................
[1] - 3:20
**301.4** [3] - 33:18,

35:13, 35:18
**301.4**........................
[1] - 3:21
**302** [6] - 33:18, 35:13, 35:18, 133:15, 203:21, 203:22
**302**..........................
[1] - 3:21
**302.1** [4] - 202:17, 203:22, 204:1, 204:3
**302.1**........................
[1] - 3:22
**303** [3] - 33:18, 35:13, 35:18
**303**..........................
[1] - 3:22
**304** [5] - 33:18, 33:20, 33:21, 35:13, 35:18
**304**..........................
[1] - 3:23
**305.1** [3] - 33:21, 35:13, 35:18
**305.1**........................
[1] - 3:23
**305.2** [3] - 33:21, 35:13, 35:18
**305.2**........................
[1] - 3:24
**305.4** [3] - 33:21, 35:13, 35:18
**305.4**........................
[1] - 3:24
**305.5** [3] - 33:22, 35:14, 35:19
**305.5**........................
[1] - 3:25
**305.6** [3] - 33:22, 35:14, 35:19
**305.6**........................
[1] - 3:25
**305.7** [3] - 33:22, 35:14, 35:19
**305.7**........................
[1] - 4:3
**305.8** [2] - 33:22, 35:19
**305.8**........................
[1] - 4:4
**305.9** [2] - 33:22, 35:19
**305.9**........................
[1] - 4:4
**306** [3] - 33:22, 35:14, 35:19
**306**..........................
[1] - 4:5
**306.1** [3] - 33:22, 35:14, 35:19
**306.1**........................
[1] - 4:5

**307** [3] - 33:22, 35:14, 35:19
**307**..........................
[1] - 4:6
**308** [10] - 33:22, 35:14, 35:19, 103:17, 103:18, 104:5, 104:8, 109:23, 131:18, 134:1
**308**..........................
[1] - 4:6
**31** [1] - 149:13
**310.5** [5] - 33:22, 33:24, 34:2, 35:14, 35:19
**310.5**........................
[1] - 4:7
**311** [4] - 33:23, 34:5, 35:15, 35:20
**311**..........................
[1] - 4:7
**312** [3] - 34:5, 35:15, 35:20
**312**..........................
[1] - 4:8
**313** [3] - 34:5, 35:15, 35:20
**313**..........................
[1] - 4:8
**314** [3] - 34:5, 35:15, 35:20
**314**..........................
[1] - 4:9
**315** [3] - 34:5, 35:15, 35:20
**315**..........................
[1] - 4:9
**316** [3] - 34:5, 35:15, 35:20
**316**..........................
[1] - 4:10
**317** [4] - 34:5, 35:1, 35:5, 35:16
**34** [8] - 76:3, 89:15, 89:18, 91:2, 91:11, 94:25, 98:24, 100:21
**35** [38] - 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:23, 3:23, 3:24, 3:24, 3:25, 3:25, 4:3, 4:4, 4:4, 4:5, 4:5, 4:6, 4:6, 4:7, 4:7, 4:8, 4:8, 4:9, 4:9, 4:10, 16:3, 16:10, 76:3, 89:18, 95:7, 100:21
**36** [1] - 3:8
**37** [3] - 73:15, 168:20,

169:6
**38** [2] - 150:12, 174:22
**39** [5] - 76:3, 89:19, 95:14, 100:21, 152:7
**3:03** [1] - 87:25
**3:05** [1] - 88:4
**3:05:16** [1] - 218:23
**3:05:45** [1] - 218:25
**3:06** [1] - 88:13
**3:06:46** [1] - 219:22
**3:07** [1] - 89:1
**3:12** [1] - 89:1
**3:30** [1] - 219:21
**3:50** [1] - 220:24

# 4

**4** [10] - 60:10, 76:2, 79:24, 89:18, 94:17, 100:20, 111:15, 187:2, 202:25, 221:8
**4-feet** [1] - 187:7
**4-minute** [1] - 112:16
**40** [3] - 83:6, 83:18, 125:3
**400** [3] - 203:11, 203:14, 213:13
**403.1** [9] - 149:17, 150:5, 150:9, 150:10, 156:16, 182:24, 190:20, 192:13, 195:11
**403.1**........................
[1] - 4:10
**403.3** [4] - 160:12, 160:21, 160:25, 161:1
**403.3**........................
[1] - 4:11
**403.4** [4] - 162:17, 163:1, 163:9, 163:11
**403.4**........................
[1] - 4:11
**403.5** [4] - 163:3, 163:9, 163:11, 164:15
**403.5**........................
[1] - 4:12
**403.6** [4] - 163:3, 163:9, 163:11, 165:18
**403.6**........................
[1] - 4:12
**410** [13] - 103:17, 103:19, 103:21, 104:22, 105:1, 108:21, 113:9, 118:19, 120:21, 129:13, 132:5, 136:21

**410**..........................
[1] - 4:13
**410.10** [1] - 103:22, 105:2, 122:5
**410.10**........................
[1] - 4:17
**410.11** [2] - 103:22, 105:2
**410.11**........................
[1] - 4:18
**410.12** [3] - 103:22, 105:2, 122:17
**410.12**........................
[1] - 4:18
**410.13** [2] - 103:22, 105:2
**410.13**........................
[1] - 4:19
**410.2** [5] - 103:17, 103:21, 104:23, 105:1, 116:10
**410.2**........................
[1] - 4:13
**410.3** [5] - 103:21, 104:23, 105:1, 117:10, 134:11
**410.3**........................
[1] - 4:14
**410.4** [4] - 103:21, 104:23, 105:1, 117:21
**410.4**........................
[1] - 4:14
**410.5** [4] - 103:21, 104:23, 105:1, 118:7
**410.5**........................
[1] - 4:15
**410.6** [4] - 103:21, 104:23, 105:2, 119:8
**410.6**........................
[1] - 4:15
**410.7** [3] - 103:21, 104:23, 105:2
**410.7**........................
[1] - 4:16
**410.8** [3] - 103:22, 104:23, 105:2
**410.8**........................
[1] - 4:16
**410.9** [3] - 103:22, 105:2, 121:20
**410.9**........................
[1] - 4:17
**412** [4] - 103:25, 104:24, 105:3, 127:4
**412**..........................
[1] - 4:19
**412.2** [4] - 103:25, 104:24, 105:3, 128:4
**412.2**........................

**410**..........................
[1] - 4:20
**412.3** [4] - 103:25, 104:24, 105:3, 128:16
**412.3**........................
[1] - 4:20
**429** [8] - 212:7, 212:17, 212:18, 213:2, 213:4, 213:8, 213:13, 214:8
**429**..........................
[1] - 4:21
**429.1** [1] - 212:17
**43** [3] - 113:11, 113:19, 149:14
**430** [5] - 196:25, 197:3, 197:8, 197:9, 197:17
**430**..........................
[1] - 4:21
**430.1** [8] - 167:19, 168:8, 168:13, 168:14, 168:19, 175:4, 197:1, 197:11
**430.1**........................
[1] - 4:22
**430.2** [5] - 169:9, 169:12, 169:18, 169:20, 169:23
**430.2**........................
[1] - 4:22
**430.3** [3] - 169:12, 169:20, 170:17
**430.3**........................
[1] - 4:23
**430.4** [3] - 169:12, 169:20, 171:15
**430.4**........................
[1] - 4:23
**430.5** [3] - 169:12, 169:20, 172:1
**430.5**........................
[1] - 4:24
**430.6** [3] - 169:12, 169:21, 173:15
**430.6**........................
[1] - 4:24
**430.7** [4] - 169:12, 169:18, 169:21, 174:16
**430.7**........................
[1] - 4:25
**433** [4] - 202:17, 203:21, 204:3, 218:13
**433**..........................
[1] - 4:25
**433.15** [3] - 202:17, 203:21, 204:3
**433.15**........................

[1] - 5:3
**433.16** [1] - 204:3
**433.16.....................**
   [1] - 5:4
**433.17** [1] - 204:4
**433.17.....................**
   [1] - 5:4
**433.18** [1] - 204:4
**433.18.....................**
   [1] - 5:5
**44** [1] - 164:21
**45** [2] - 120:23, 120:24
**46** [1] - 155:22
**47** [5] - 76:3, 89:19,
   95:21, 100:21,
   202:18
**48** [2] - 156:17, 202:18
**49** [2] - 156:4, 202:18
**4:00** [1] - 69:25
**4:08** [1] - 219:22
**4:30** [1] - 136:24
**4:33** [1] - 137:1
**4:34** [1] - 136:24
**4:38** [2] - 220:25,
   221:9

---

# 5

**5** [9] - 26:18, 66:17,
   81:3, 95:9, 120:25,
   123:4, 129:15,
   193:15, 202:25
**50** [3] - 180:16, 202:18
**500** [2] - 203:3, 204:6
**501** [10] - 151:23,
   152:21, 153:2,
   153:3, 153:5, 200:2,
   204:6, 204:13, 220:8
**501.....................**
   [1] - 5:5
**501.46** [4] - 202:18,
   204:10, 205:4, 205:5
**501.46.....................**
   [1] - 5:6
**501.47** [1] - 205:5
**501.47.....................**
   [1] - 5:6
**501.48** [1] - 205:5
**501.48.....................**
   [1] - 5:7
**501.49** [1] - 205:5
**501.49.....................**
   [1] - 5:7
**501.50** [1] - 205:6
**501.50.....................**
   [1] - 5:8
**501.51** [1] - 205:6
**501.51.....................**
   [1] - 5:8
**501.52** [1] - 205:6

---

**501.52.....................**
   [1] - 5:9
**501.56** [3] - 204:10,
   205:4, 205:6
**501.56.....................**
   [1] - 5:9
**501.57** [2] - 205:4,
   205:6
**501.57.....................**
   [1] - 5:10
**509** [1] - 202:24
**509.9** [1] - 202:24
**51** [3] - 149:14, 154:6,
   202:18
**510** [2] - 202:17,
   202:19
**510.1** [1] - 202:21
**5104(e)(2)(D)** [1] -
   83:6
**5104(e)(2)(F)** [1] -
   83:18
**511** [9] - 175:23,
   176:2, 176:15,
   176:22, 176:23,
   177:16, 193:10,
   199:17, 199:24
**511.....................**
   [1] - 5:10
**511.1** [5] - 177:19,
   180:23, 181:2,
   181:6, 181:8
**511.1.....................**
   [1] - 5:11
**515** [1] - 202:25
**515.2** [1] - 202:25
**52** [9] - 76:3, 89:19,
   96:3, 100:21, 170:2,
   170:23, 202:18,
   204:10, 205:4
**523** [7] - 103:23,
   104:11, 104:16,
   123:1, 123:17,
   124:20, 124:21
**523.....................**
   [1] - 5:11
**523.1** [6] - 103:23,
   104:16, 123:17,
   124:20, 124:21,
   126:16
**523.1.....................**
   [1] - 5:12
**53** [4] - 76:3, 89:19,
   96:4, 100:21
**54** [2] - 206:3, 206:6
**55** [3] - 3:8, 125:1,
   126:14
**55:14** [1] - 212:16
**56** [1] - 202:18
**57** [3] - 165:24,
   202:18, 204:10

---

**58** [3] - 3:9, 117:22,
   160:19
**59** [1] - 171:24
**5:16** [1] - 229:6

---

# 6

**6** [7] - 82:21, 83:3,
   83:15, 96:6, 106:9,
   154:25, 155:3
**612.20** [2] - 204:2,
   204:4
**612.20.....................**
   [1] - 5:12
**612.21** [2] - 202:23,
   204:4
**612.21.....................**
   [1] - 5:13
**670** [1] - 100:23
**6th** [63] - 15:7, 15:19,
   16:2, 20:4, 23:16,
   24:3, 31:5, 40:5,
   41:9, 41:16, 43:13,
   45:25, 46:12, 46:19,
   46:21, 47:2, 48:8,
   48:22, 49:11, 50:21,
   51:13, 58:14, 61:2,
   84:8, 84:10, 90:23,
   91:5, 91:11, 93:16,
   106:3, 109:5,
   109:14, 115:24,
   116:22, 123:14,
   126:3, 127:8,
   130:19, 131:1,
   140:18, 141:14,
   147:1, 150:2,
   152:18, 160:15,
   160:18, 162:24,
   164:20, 165:24,
   168:3, 170:2,
   171:24, 174:22,
   176:7, 179:1,
   179:12, 197:14,
   201:17, 206:16,
   207:8, 208:17,
   216:23, 218:19

---

# 7

**7** [3] - 83:15, 83:24,
   84:6
**701.9** [1] - 84:22
**704** [1] - 84:22
**705** [2] - 84:22, 139:22
**706** [1] - 84:22
**74** [3] - 139:22, 140:2,
   140:23

---

# 8

**8** [5] - 35:14, 54:16,

---

84:6, 84:12, 94:3

---

# 9

**9** [8] - 35:14, 84:6,
   84:9, 84:14, 85:3,
   103:10, 104:23,
   141:18
**911** [2] - 203:5, 203:6
**9:30** [2] - 227:21,
   229:4

---

# A

**a.m** [2] - 101:2, 101:12
**abetted** [3] - 77:18,
   79:6, 80:14
**abetting** [4] - 77:21,
   78:19, 79:8, 80:16
**ability** [4] - 24:14,
   24:16, 90:6, 209:6,
   211:23, 216:4,
   224:13, 225:15,
   226:7
**able** [31] - 8:1, 11:25,
   18:17, 23:22, 33:8,
   54:7, 54:15, 59:15,
   59:18, 59:25, 63:12,
   64:9, 71:20, 73:18,
   96:18, 142:20,
   145:16, 151:15,
   158:16, 159:1,
   162:9, 167:12,
   177:8, 179:4,
   179:22, 191:24,
   194:23, 208:20,
   210:3, 211:14
**abolished** [1] - 99:8
**abrasions** [1] - 201:18
**absolutely** [4] - 14:3,
   46:18, 93:15, 218:7
**absorb** [1] - 189:17
**accept** [1] - 99:21
**access** [2] - 41:13,
   43:15
**accommodate** [2] -
   9:7, 103:5
**accomplish** [1] -
   158:17
**account** [2] - 77:5,
   98:4
**accurate** [8] - 38:11,
   38:12, 45:19, 61:1,
   90:3, 183:5, 184:5,
   184:10
**accurately** [6] - 38:3,
   123:14, 149:25,
   152:17, 152:23,
   176:6
**achieve** [1] - 111:3
**acknowledgment** [3] -

---

89:21, 90:1
**acronym** [1] - 186:4
**act** [14] - 27:16, 78:5,
   78:7, 78:12, 79:15,
   79:17, 79:21, 80:21,
   80:23, 81:1, 81:8,
   82:23, 83:20, 189:8
**acted** [4] - 77:8, 79:1,
   79:4, 83:14
**acting** [2] - 100:15,
   206:18
**actions** [9] - 16:2,
   20:4, 23:5, 23:16,
   23:25, 85:25, 86:7,
   90:23, 142:23
**actively** [3] - 66:1,
   136:5, 190:7
**activity** [1] - 185:3
**acts** [16] - 26:24, 77:1,
   77:2, 77:14, 78:5,
   78:8, 78:12, 79:15,
   79:18, 79:21, 80:21,
   80:23, 81:1, 83:1,
   83:16, 96:4
**actual** [3] - 41:22,
   80:6, 88:10
**add** [1] - 103:24
**addiction** [1] - 74:3
**addition** [6] - 43:17,
   98:5, 108:14, 115:3,
   147:17, 217:9
**additional** [4] - 47:17,
   49:4, 49:5, 49:8
**additionally** [1] - 42:2
**address** [2] - 31:4,
   39:1
**adequate** [1] - 100:16
**adjacent** [1] - 198:16
**administered** [5] -
   36:1, 73:1, 105:8,
   139:3, 205:11
**admissible** [1] - 10:22
**admission** [4] - 34:12,
   34:25, 35:9, 84:21
**admit** [22] - 29:16,
   33:12, 34:18, 75:24,
   103:13, 103:16,
   103:23, 103:25,
   123:17, 150:5,
   152:21, 160:21,
   163:1, 163:4, 168:8,
   169:13, 176:15,
   196:25, 197:2,
   202:16, 213:8,
   213:25
**admits** [1] - 30:13
**admittance** [1] - 42:16
**admitted** [23] - 35:20,
   37:22, 105:3,
   124:21, 150:9,

150:10, 153:5,
161:1, 163:10,
163:11, 168:13,
168:14, 169:19,
169:21, 176:23,
181:8, 197:9, 204:4,
204:17, 204:24,
205:6, 213:6, 214:8
**Admitted** [3] - 3:15,
4:2, 5:2
**admitting** [5] - 35:5,
104:22, 104:24,
153:3, 203:6
**advance** [7] - 63:10,
63:24, 64:18, 65:3,
65:20, 136:6, 195:12
**advanced** [1] - 15:14
**advancing** [1] -
190:20
**advantage** [2] - 11:2,
180:5
**advantages** [1] -
74:10
**adversely** [1] - 81:14
**aerial** [2] - 40:20, 41:7
**affect** [2] - 182:9,
216:17
**affected** [2] - 24:14,
81:14
**affixed** [1] - 60:9
**Afghanistan** [3] -
23:1, 23:16, 23:17
**afield** [2] - 45:23, 59:5
**afraid** [4] - 18:4,
104:5, 160:2, 160:4
**afternoon** [24] - 7:24,
12:6, 14:4, 15:6,
61:25, 63:22, 65:1,
65:6, 66:5, 71:24,
102:25, 105:11,
105:12, 105:15,
135:9, 139:6,
139:10, 139:11,
181:17, 181:18,
205:13, 205:14,
205:17, 228:23
**afterwards** [3] - 12:23,
22:12, 214:5
**agencies** [1] - 46:6
**agency** [2] - 43:3,
76:24
**agent** [8] - 37:5,
49:24, 133:3, 133:5,
133:9, 133:10,
133:22, 136:1
**Agents** [1] - 6:9
**agents** [1] - 14:21
**aggressive** [2] -
116:8, 207:17,
207:24, 208:3,

209:20, 210:23,
222:2
**aggressively** [2] -
117:19, 136:18
**ago** [6] - 93:9, 93:10,
95:2, 97:16, 98:21,
214:21
**agree** [16] - 8:14,
10:25, 52:24, 74:16,
77:10, 77:12, 89:15,
90:24, 91:19, 97:20,
99:4, 134:13,
134:23, 190:17,
204:9, 212:3
**agreed** [7] - 22:16,
68:21, 75:20, 78:17,
79:5, 80:13, 100:14
**agreed-upon** [1] -
68:21
**agreeing** [5] - 27:19,
91:7, 91:9, 91:22,
92:19
**agreement** [8] - 7:1,
8:1, 8:10, 8:18, 9:10,
67:2, 69:19, 91:21
**agrees** [2] - 32:12,
90:3
**ahead** [2] - 110:6,
222:11
**ahold** [1] - 137:25
**aid** [1] - 101:13
**aided** [3] - 77:17, 79:5,
80:14
**aiding** [8] - 76:15,
77:20, 78:8, 78:18,
79:8, 79:18, 80:16,
80:24
**air** [3] - 20:14, 122:2,
208:15
**AKERS** [170] - 6:7,
7:16, 7:21, 8:14,
8:17, 9:2, 14:16,
14:20, 14:25, 31:12,
32:21, 33:5, 66:22,
67:11, 67:23, 68:6,
68:10, 68:12, 68:15,
68:19, 68:24, 69:3,
69:10, 69:12, 69:22,
70:2, 70:7, 70:21,
72:2, 75:6, 76:1,
76:9, 76:18, 84:5,
85:15, 85:18, 90:10,
101:4, 101:6,
101:24, 102:2,
102:14, 102:19,
103:9, 103:12,
103:16, 103:20,
104:2, 104:8, 105:5,
105:14, 108:8,
108:10, 108:13,

109:9, 109:12,
109:13, 110:6,
110:8, 111:7,
111:11, 111:13,
113:10, 113:13,
113:16, 113:18,
113:22, 116:10,
116:12, 117:9,
117:11, 117:21,
117:23, 118:7,
118:8, 119:1, 119:2,
119:8, 119:9,
120:22, 121:2,
121:3, 121:20,
121:21, 122:5,
122:6, 122:17,
122:18, 122:25,
123:4, 123:5,
123:17, 124:24,
125:3, 125:6, 125:7,
126:9, 126:12,
126:16, 126:17,
127:3, 127:5,
127:11, 127:15,
127:19, 127:23,
128:1, 128:4, 128:5,
128:16, 128:17,
129:15, 129:18,
131:13, 133:13,
133:15, 135:15,
135:17, 136:19,
136:22, 138:16,
197:5, 199:18,
202:14, 202:21,
202:23, 203:22,
203:25, 204:5,
204:11, 204:19,
204:24, 205:16,
210:13, 212:18,
212:19, 212:25,
213:3, 213:5,
213:15, 214:9,
214:12, 218:12,
218:14, 218:21,
218:25, 219:1,
219:21, 219:24,
220:7, 220:9,
220:18, 220:24,
221:2, 221:3, 221:8,
221:11, 221:14,
222:11, 222:15,
222:17, 223:8,
223:10, 223:24,
224:2, 224:21,
225:1, 227:16,
227:19, 228:1
**Akers** [20] - 6:7, 7:14,
14:19, 31:7, 32:19,
33:4, 70:20, 75:5,
75:23, 90:9, 101:23,
102:12, 102:18,

105:4, 124:23,
138:14, 203:16,
227:17, 227:24,
229:2
**Akers** ................... [2] -
3:10, 3:13
**alarming** [1] - 23:9
**alcohol** [1] - 73:23
**ALEXANDER** [2] -
62:17, 62:19
**Alexander** [8] - 6:15,
60:21, 62:15, 63:25,
64:19, 65:4, 65:20,
183:8
**alive** [1] - 145:14
**alleged** [1] - 27:19
**alleging** [2] - 25:14,
25:18
**allow** [2] - 7:1, 12:2
**allowance** [1] - 45:15
**allowed** [6] - 44:25,
45:1, 45:7, 194:11,
209:24, 225:20
**allows** [3] - 30:11,
39:5, 60:15
**almost** [3] - 65:23,
134:20, 212:5
**alone** [1] - 34:16
**alternate** [2] - 220:19,
220:20
**ambushes** [1] - 23:18
**America** [1] - 6:3
**American** [1] - 26:15
**amount** [3] - 10:16,
201:14, 216:21
**angle** [4] - 57:7,
150:22, 164:6,
224:19
**angles** [1] - 211:19
**angry** [2] - 142:12,
180:19
**animal** [1] - 24:2
**answer** [3] - 50:7,
57:14, 178:22
**answered** [1] - 227:7
**answering** [1] - 57:4
**answers** [1] - 73:7
**anticipated** [1] - 22:21
**anticipation** [1] - 41:8
**Antonio** [1] - 24:1
**apart** [1] - 60:10
**apologies** [1] - 102:15
**apologize** [2] - 47:5,
93:10
**appeal** [6] - 91:2, 91:6,
92:2, 98:22, 98:23,
99:3
**appear** [12] - 13:24,
117:4, 150:19,
153:14, 154:18,

156:12, 165:13,
166:4, 166:17,
170:24, 171:8,
228:23
**appeared** [1] - 149:7
**appellate** [1] - 98:20
**applicable** [1] - 96:11
**applies** [3] - 91:5,
96:14, 97:9
**apply** [8] - 45:11, 81:6,
82:4, 83:7, 91:10,
96:16, 187:17,
194:18
**applying** [4] - 194:13,
194:16, 194:25,
201:13
**appreciate** [4] - 69:18,
131:20, 185:22,
185:23
**appreciated** [2] -
16:12, 148:22
**approach** [6] - 8:14,
10:7, 72:23, 86:13,
90:13, 123:20
**approached** [2] -
17:17, 86:20
**approaches** [1] -
61:21
**appropriate** [4] - 9:5,
9:12, 34:19, 34:23
**appropriately** [1] -
31:4
**approval** [1] - 67:7
**approve** [1] - 71:21
**approved** [1] - 67:16
**Architect** [2] - 42:25,
43:2
**area** [71] - 38:16,
38:19, 38:21, 39:8,
39:10, 39:11, 39:15,
39:16, 39:19, 40:6,
40:9, 41:8, 41:13,
41:20, 41:21, 41:24,
41:25, 42:1, 42:11,
43:18, 43:25, 44:19,
44:21, 50:15, 51:21,
52:13, 54:11, 54:21,
58:11, 60:5, 60:9,
60:15, 61:6, 61:9,
61:10, 61:22, 61:24,
61:25, 62:5, 62:6,
62:9, 63:2, 63:3,
63:8, 63:18, 64:7,
64:23, 64:24, 65:25,
112:4, 112:17,
121:5, 123:6, 123:8,
131:7, 134:8,
134:22, 143:13,
144:17, 144:23,
145:6, 145:16,

145:25, 146:17,
168:16, 175:25,
209:1, 209:3, 209:5,
212:20
**areas** [8] - 9:15, 38:3,
41:13, 42:15, 43:16,
43:17, 45:15, 46:14
**arguing** [1] - 30:11
**arguments** [1] - 89:14
**Arlington** [1] - 21:21
**arm** [5] - 190:8, 190:9,
194:23, 196:5, 196:6
**armor** [1] - 140:7
**armored** [2] - 140:9,
140:13
**arms** [3] - 20:10,
190:5, 216:9
**arrest** [2] - 50:5,
142:14
**arrive** [2] - 201:7,
207:19
**arrived** [20] - 21:21,
22:20, 26:3, 106:15,
106:19, 107:2,
107:21, 107:22,
108:7, 108:11,
141:22, 142:5,
142:7, 142:11,
143:18, 144:17,
201:9, 207:23,
208:1, 208:2
**arrow** [8] - 38:9,
38:13, 39:19, 39:20,
56:19, 56:25, 57:5,
201:1
**article** [1] - 81:15
**Ashley** [1] - 6:7
**aside** [1] - 185:9
**assault** [8] - 16:7,
25:5, 27:19, 77:7,
85:22, 86:11, 94:9,
201:12
**assaulted** [6] - 20:6,
26:3, 76:22, 85:8,
86:15, 87:13, 88:14,
89:2, 133:8
**assaulting** [8] - 26:7,
77:18, 77:22, 78:1,
78:10, 78:13, 94:1,
199:5
**assaults** [3] - 25:6,
132:23, 133:11
**assessment** [9] - 94:5,
94:14, 94:22, 95:4,
95:11, 95:18, 95:25,
96:7, 116:3
**assigned** [4] - 42:3,
140:2, 140:23,
186:14
**assignment** [2] -

140:21, 206:1
**assignments** [1] -
47:1
**assist** [6] - 87:3,
101:15, 123:9,
134:10, 190:19,
194:13
**assistance** [4] - 55:3,
132:5, 134:1, 195:11
**assistant** [1] - 46:22
**assistants** [1] - 13:23
**assisting** [4] - 78:8,
79:18, 80:24, 106:24
**assume** [2] - 104:6,
180:2
**assuming** [1] - 13:9
**assure** [1] - 37:9
**attack** [6] - 20:13,
84:7, 86:2, 195:3,
212:4, 226:6
**attacked** [8] - 19:13,
20:2, 20:16, 87:22,
142:14, 157:8,
179:9, 211:18
**attacking** [7] - 142:12,
143:22, 196:8,
209:10, 211:1,
223:3, 225:21
**attacks** [11] - 15:18,
17:2, 17:6, 18:18,
20:18, 147:18,
148:15, 151:18,
151:21, 178:20,
224:13
**attempt** [2] - 151:17,
222:2
**attempted** [4] - 78:22,
81:8, 81:17, 142:14
**attempting** [3] - 51:20,
63:18, 136:6
**attempts** [1] - 17:3
**attend** [1] - 84:18
**attended** [1] - 21:9
**attorney** [17] - 32:20,
32:24, 33:2, 74:9,
74:13, 74:25, 75:10,
75:17, 89:21, 90:2,
93:13, 96:15, 96:21,
100:7, 101:17,
101:18, 101:21
**attorneys** [5] - 11:6,
67:3, 71:1, 93:22,
97:4
**audio** [46] - 50:18,
109:11, 113:12,
113:15, 113:21,
118:25, 121:1,
123:3, 125:2, 125:5,
126:15, 127:14,
127:20, 128:3,

129:17, 132:7,
136:25, 137:3,
152:8, 154:7, 155:1,
155:23, 156:24,
157:23, 168:21,
169:7, 175:6,
175:11, 177:17,
192:19, 193:12,
195:14, 196:2,
196:11, 198:1,
199:25, 214:11,
218:24, 219:23,
221:1, 221:10,
222:14, 222:16,
223:9, 224:1, 224:23
**audio-visual** [45] -
109:11, 113:12,
113:15, 113:21,
118:25, 121:1,
123:3, 125:2, 125:5,
126:15, 127:14,
127:20, 128:3,
129:17, 132:7,
136:25, 137:3,
152:8, 154:7, 155:1,
155:23, 156:24,
157:23, 168:21,
169:7, 175:6,
175:11, 177:17,
192:19, 193:12,
195:14, 196:2,
196:11, 198:1,
199:25, 214:11,
218:24, 219:23,
221:1, 221:10,
222:14, 222:16,
223:9, 224:1, 224:23
**authenticate** [2] -
203:7, 204:20
**authenticated** [1] -
204:16
**authentication** [2] -
152:24, 176:18
**authenticity** [2] -
203:12, 203:15
**authority** [1] - 97:10
**authorized** [1] - 41:14
**automatically** [1] -
25:1
**autopilot** [1] - 217:2
**available** [12] - 13:16,
13:19, 14:9, 98:12,
98:13, 101:10,
103:1, 103:2,
140:10, 213:20,
228:16, 228:21
**Avenue** [2] - 59:1,
59:2
**aware** [3] - 58:14,
84:18, 145:8

**awareness** [2] - 15:10,
79:1

# B

**b)(1)(A)** [2] - 82:3,
82:21
**background** [1] -
73:21
**backs** [1] - 147:10
**backward** [1] - 85:24
**ballistic** [2] - 141:8,
141:10
**banging** [1] - 214:14
**barely** [2] - 196:20,
226:23
**barricades** [2] - 42:16,
42:17
**barrier** [3] - 63:16,
64:10, 64:14
**barriers** [2] - 43:20,
86:21
**baseball** [1] - 221:5
**based** [16] - 26:25,
45:1, 45:3, 45:15,
50:20, 112:20,
123:13, 138:11,
138:15, 160:1,
161:13, 164:23,
178:1, 194:11,
198:17, 202:5
**bases** [1] - 90:17
**basic** [1] - 207:4
**basis** [5] - 100:16,
133:14, 167:2,
200:15, 227:6
**baton** [15] - 15:23,
18:20, 18:22, 19:20,
19:21, 24:20, 25:2,
25:17, 26:9, 27:25,
114:12, 115:3,
118:5, 127:2, 226:8
**batons** [6] - 20:16,
25:7, 27:7, 150:23,
206:15, 226:1
**bay** [1] - 114:19
**beanie** [5] - 22:2, 22:3,
24:21, 26:10
**bear** [4] - 113:8,
129:24, 173:2, 180:6
**Beaver** [1] - 137:14
**became** [1] - 89:11
**become** [1] - 186:8
**becomes** [1] - 25:22
**becoming** [2] - 36:22,
186:13
**began** [2] - 86:22,
183:14
**begin** [1] - 8:9
**beginning** [1] - 83:24,

84:6, 176:25
**behalf** [5] - 6:8, 6:14,
6:20, 7:9, 92:6
**behavior** [1] - 108:5
**behind** [18] - 62:5,
71:16, 86:21, 89:12,
109:17, 131:6,
134:24, 153:22,
159:3, 167:16,
173:8, 174:2,
189:19, 192:7,
194:12, 209:10,
219:20, 225:22
**believes** [2] - 18:2,
124:7
**belong** [1] - 166:12
**belonged** [1] - 86:24
**belonging** [1] - 167:25
**below** [2] - 39:17,
187:13
**Ben** [1] - 6:9
**Bench** [2] - 67:19,
123:24
**bench** [5] - 10:23,
16:13, 34:23, 74:6,
103:3
**bending** [1] - 175:14
**benefit** [3] - 158:9,
190:10, 190:14
**best** [3] - 158:7,
207:17, 215:5
**better** [7] - 35:7, 71:8,
71:9, 146:14, 149:7,
159:1, 189:6
**between** [18] - 23:8,
32:13, 39:18, 54:16,
59:11, 63:17,
118:15, 151:14,
159:20, 159:24,
163:16, 175:18,
179:2, 191:15,
194:2, 201:12,
215:13, 216:5
**beyond** [6] - 16:10,
76:21, 89:16, 90:18,
190:17
**bicycle** [1] - 207:4,
207:6
**big** [5] - 121:4, 130:13,
147:5, 178:5, 206:7
**bike** [39] - 17:8, 41:19,
41:25, 42:7, 42:13,
42:18, 42:23, 59:18,
60:11, 60:12, 61:12,
61:19, 61:20, 63:2,
63:16, 63:19, 64:9,
64:13, 64:14, 65:11,
86:21, 86:22, 86:23,
86:24, 87:1, 107:16,
108:14, 140:3,

140:9, 140:12, 141:6, 206:22, 206:24, 207:10, 215:16, 215:19, 221:15

**bike-rack** [1] - 86:21

**bikes** [1] - 207:16

**bit** [10] - 44:23, 45:21, 73:17, 103:14, 159:17, 161:13, 193:16, 193:20, 211:11

**bits** [1] - 142:3

**black** [5] - 125:14, 151:1, 207:5, 220:1, 223:17

**blazing** [1] - 201:23

**bleachers** [1] - 44:1

**bless** [4] - 132:10, 136:16, 136:17

**blink** [4] - 208:15, 208:20, 208:22, 208:23

**block** [3] - 17:21, 223:15, 226:2

**blocks** [2] - 58:23, 58:24

**bloodied** [1] - 19:20

**blow** [1] - 151:16

**blown** [1] - 15:13

**blows** [1] - 142:19

**blurry** [2] - 193:20, 208:14

**bodies** [2] - 20:17, 88:2

**bodily** [5] - 77:16, 86:1, 88:21, 88:23, 89:8

**body** [67] - 108:10, 108:23, 108:24, 113:9, 114:7, 114:16, 114:17, 115:3, 115:9, 116:13, 117:15, 117:25, 119:10, 120:20, 121:22, 122:7, 126:1, 127:7, 127:9, 128:6, 128:18, 129:14, 132:2, 134:14, 136:22, 153:11, 156:15, 156:19, 160:15, 162:20, 163:2, 164:5, 164:17, 164:23, 164:24, 164:25, 165:7, 165:13, 165:14, 165:21, 167:23, 168:4, 169:24, 170:19,

172:3, 172:19, 172:24, 173:2, 173:17, 174:19, 183:2, 198:4, 198:5, 198:7, 198:9, 198:10, 203:14, 212:8, 212:9, 212:13, 213:17, 214:18, 215:6, 218:15, 218:18, 226:9

**body-camera** [1] - 183:2

**body-worn** [38] - 108:10, 113:9, 115:9, 116:13, 117:15, 117:25, 119:10, 120:20, 121:22, 122:7, 126:1, 127:7, 127:9, 128:6, 128:18, 129:14, 132:2, 134:14, 136:22, 153:11, 156:15, 156:19, 163:2, 164:17, 164:23, 165:21, 168:4, 172:3, 198:4, 198:5, 198:7, 198:9, 198:10, 213:17, 215:6, 218:15, 218:18

**body-worn-camera** [13] - 108:23, 108:24, 160:15, 162:20, 167:23, 169:24, 170:19, 173:17, 174:19, 212:8, 212:9, 212:13, 214:18

**boss** [1] - 69:24

**boss's** [1] - 69:21

**bottom** [1] - 164:4

**bought** [2] - 22:2, 22:3

**bound** [1] - 97:25

**box** [3] - 38:19, 38:23, 144:20

**Bradley** [2] - 23:17, 23:21

**branch** [1] - 76:24

**Branch** [1] - 47:14

**brawl** [1] - 186:13

**breach** [1] - 54:3

**breached** [6] - 51:21, 52:13, 54:4, 54:5, 54:8, 62:2

**breaches** [1] - 107:23

**breaching** [2] - 62:4, 62:9

**break** [13] - 12:1, 12:4,

12:5, 15:8, 31:20, 64:3, 66:16, 70:14, 138:20, 214:4, 214:16, 227:25

**breakfast** [1] - 71:12

**breaking** [3] - 114:2, 114:11, 215:3

**breaks** [4] - 147:14, 147:16, 148:14, 148:15

**breath** [4] - 129:25, 208:22, 216:8, 226:25

**breathe** [3] - 18:4, 19:12, 226:24

**brief** [8] - 15:1, 16:8, 16:23, 32:6, 59:13, 131:17, 131:18, 157:6

**briefly** [10] - 42:18, 46:3, 46:21, 49:19, 131:3, 143:1, 144:11, 147:3, 167:7, 181:19

**bright** [1] - 168:25

**bright-green** [1] - 168:25

**bring** [11] - 12:16, 31:2, 60:19, 87:8, 92:13, 136:21, 173:2, 180:6, 223:12

**brings** [1] - 12:15

**broke** [2] - 112:17, 120:5

**broken** [3] - 111:17, 119:25, 129:20

**brought** [3] - 7:24, 12:11, 142:21

**Building** [20] - 15:9, 15:17, 19:3, 19:4, 37:12, 37:17, 39:12, 47:13, 49:9, 49:21, 83:5, 83:17, 87:21, 96:4, 141:1, 141:21, 145:9, 146:9, 146:19, 180:4

**building** [23] - 15:25, 17:3, 20:19, 43:14, 44:21, 50:10, 50:13, 54:3, 54:4, 54:8, 54:18, 54:19, 54:20, 55:15, 82:2, 82:7, 82:19, 82:25, 95:15, 95:22, 144:10, 180:19, 225:5

**Buildings** [2] - 83:10, 83:21

**built** [1] - 144:8

**bum** [2] - 112:19, 112:22

**bum-rushed** [1] - 112:19

**bum-rushing** [1] - 112:22

**bunch** [5] - 27:10, 162:7, 201:19, 209:9, 211:12

**burden** [1] - 29:3

**burn** [2] - 182:11, 182:12

**burned** [1] - 148:4

**burning** [2] - 208:13, 216:8

**business** [3] - 44:22, 82:10, 82:13

**button** [1] - 174:6

**BWC** [2] - 149:22, 194:1

## C

**calculate** [1] - 96:11

**cam** [1] - 114:7

**camera** [66] - 27:11, 49:20, 49:25, 50:4, 50:8, 55:11, 56:20, 56:23, 57:6, 65:8, 108:10, 108:23, 108:24, 109:16, 113:9, 115:9, 116:14, 117:15, 117:25, 119:10, 120:20, 121:22, 122:7, 126:1, 127:7, 127:9, 128:6, 128:18, 129:14, 132:3, 134:14, 136:22, 153:11, 156:15, 156:20, 160:15, 162:20, 163:3, 164:18, 164:23, 165:21, 167:23, 168:4, 169:24, 170:19, 172:4, 173:17, 174:19, 183:2, 184:4, 194:1, 198:4, 198:5, 198:7, 198:9, 198:10, 203:14, 212:8, 212:9, 212:13, 213:17, 214:18, 215:6, 218:15, 218:18

**cameras** [9] - 27:12, 50:1, 50:12, 50:18, 55:13, 55:17, 55:21, 56:3, 57:15

**cancer** [1] - 13:14

**canister** [3] - 88:20, 220:1, 223:17

**canisters** [1] - 220:5

**cannon** [1] - 87:9

**Cannon's** [1] - 228:16

**cannot** [1] - 97:18

**cans** [2] - 211:4, 220:6

**cap** [2] - 21:25, 156:13

**capable** [3] - 88:20, 89:8, 100:12

**capacities** [1] - 47:12

**capacity** [2] - 47:11, 206:18

**Capitol** [121] - 15:9, 15:10, 15:17, 18:7, 19:3, 19:4, 19:5, 22:17, 22:19, 22:20, 34:22, 36:16, 36:19, 36:20, 36:23, 37:7, 37:8, 37:11, 37:12, 37:15, 37:17, 37:19, 37:25, 38:4, 38:16, 39:12, 41:7, 41:10, 41:11, 41:16, 42:5, 42:24, 43:1, 43:2, 44:13, 44:24, 44:25, 45:18, 46:11, 46:19, 47:8, 47:13, 47:16, 47:21, 47:23, 47:24, 48:7, 48:12, 48:18, 49:3, 49:9, 49:13, 49:21, 50:9, 50:12, 51:4, 51:17, 52:2, 52:19, 54:12, 56:3, 58:11, 58:13, 58:18, 58:22, 59:15, 59:19, 59:25, 60:11, 65:16, 66:23, 83:5, 83:9, 83:17, 83:21, 84:7, 84:10, 87:2, 87:4, 87:21, 88:9, 96:4, 96:5, 106:13, 106:17, 106:18, 106:21, 106:24, 107:13, 109:20, 111:3, 112:23, 123:15, 127:8, 130:17, 130:23, 130:25, 141:1, 141:3, 141:8, 141:21, 142:1, 143:14, 144:9, 145:9, 146:9, 146:17, 146:19, 161:6, 161:7, 161:9, 161:10, 161:15, 176:1, 180:4, 180:8, 207:19, 210:3, 212:22, 219:16, 219:17

**Cappuccio** [19] - 6:4, 6:14, 15:8, 19:14,

19:15, 20:12, 20:16, 21:8, 21:15, 21:24, 22:8, 22:21, 23:13, 24:18, 25:1, 26:9, 27:1, 27:13, 31:16
**Cappuccio's** [2] - 23:5, 23:11
**capture** [1] - 50:18
**captured** [1] - 184:5
**care** [1] - 24:1
**career** [1] - 120:8
**careful** [1] - 56:6
**carefully** [1] - 75:23
**carried** [2] - 82:14, 83:2
**carries** [1] - 95:23
**carry** [1] - 96:5
**case** [28] - 12:14, 12:24, 13:7, 13:9, 13:21, 14:7, 14:22, 16:8, 16:19, 17:1, 20:22, 29:18, 74:13, 74:21, 74:24, 90:18, 96:14, 96:16, 96:19, 97:9, 97:21, 97:24, 98:22, 99:11, 99:21, 101:23, 102:25, 140:10
**Case** [1] - 6:3
**catch** [4] - 208:22, 216:8, 226:25
**cattle** [3] - 211:3, 211:8, 211:13
**cattle-prod** [1] - 211:8
**caught** [1] - 23:21
**caused** [1] - 86:3
**causes** [2] - 11:24, 224:16
**causing** [4] - 87:17, 88:21, 89:8, 182:12
**caveat** [1] - 91:23
**CCTV** [6] - 34:3, 49:19, 50:18, 55:10, 104:8, 203:11
**CDU** [19] - 42:5, 51:18, 106:6, 106:7, 120:8, 139:22, 139:23, 140:2, 140:5, 140:23, 141:5, 179:11, 185:24, 206:3, 206:6, 206:11, 206:18, 215:2, 220:5
**center** [19] - 40:15, 51:9, 107:19, 118:2, 152:4, 158:10, 159:11, 178:8, 187:6, 187:11, 189:3, 189:4, 189:15, 189:16,

189:21, 190:9, 191:24, 192:4
**certain** [7] - 8:19, 31:3, 45:15, 77:19, 94:1, 94:9, 194:13
**certainly** [11] - 9:17, 10:8, 41:17, 41:24, 42:19, 45:11, 47:14, 51:3, 58:13, 93:11, 214:3
**certification** [8] - 15:25, 20:19, 47:3, 47:5, 47:7, 54:7, 84:18, 203:6
**certifications** [1] - 203:5
**certifying** [1] - 85:2
**cetera** [4] - 45:14, 47:17, 47:19, 56:13
**Chaclan** [3] - 72:24, 100:25, 102:22
**chain** [1] - 68:24
**Chamber** [2] - 46:22, 46:24
**chambers** [2] - 36:23, 228:16
**change** [1] - 92:14
**changes** [4] - 48:4, 68:8, 68:9, 69:4
**changing** [1] - 148:19
**chanting** [3] - 26:19, 194:4, 225:7
**chaos** [2] - 22:24, 120:13
**chaotic** [2] - 24:11, 198:20
**characteristics** [1] - 98:7
**charge** [6] - 84:23, 91:5, 91:24, 93:25, 94:8, 94:17
**charged** [8] - 15:20, 16:3, 75:13, 77:25, 79:11, 80:18, 89:18, 100:17
**charges** [12] - 16:4, 16:6, 27:17, 74:6, 74:16, 74:20, 74:23, 74:24, 95:21, 99:8, 100:13
**chart** [1] - 34:2
**check** [1] - 72:10
**chemical** [7] - 17:10, 20:17, 129:23, 140:15, 148:2, 182:4, 201:21
**chest** [5] - 114:6, 117:25, 118:3, 164:6, 226:23
**Chicago** [2] - 13:22,

13:25
**chief** [3] - 12:14, 12:25, 209:22
**choice** [3] - 23:6, 91:18, 98:1
**choke** [3] - 208:13, 216:6, 224:16
**choose** [1] - 149:2
**chose** [1] - 22:12
**Christopher** [8] - 6:3, 6:20, 15:7, 17:14, 20:9, 20:15, 73:11, 100:18
**chronologically** [1] - 69:13
**circle** [16] - 40:22, 44:8, 112:3, 121:5, 125:11, 129:10, 134:19, 150:17, 154:12, 170:5, 171:9, 171:21, 190:4, 219:6, 221:4, 221:17
**circled** [10] - 116:18, 125:13, 150:16, 150:25, 156:7, 170:9, 174:23, 177:12, 178:7, 219:8
**circles** [1] - 41:25
**circling** [12] - 51:9, 51:15, 122:1, 122:9, 122:19, 128:9, 128:21, 161:3, 163:18, 166:7, 174:5, 219:25
**circuit** [1] - 49:20
**circumstance** [2] - 92:12, 180:11
**circumstances** [4] - 22:25, 97:10, 98:6, 99:3
**city** [2] - 42:2, 46:7
**city-use** [1] - 42:2
**civil** [13] - 16:5, 42:2, 81:4, 81:12, 81:13, 81:18, 81:21, 81:23, 95:7, 106:8, 139:23, 186:3, 186:7
**civilians** [1] - 46:24
**claimed** [1] - 27:21
**claiming** [1] - 28:11
**claims** [1] - 35:3
**clarification** [2] - 14:20, 203:22
**clarify** [2] - 61:18, 188:22
**clarifying** [1] - 184:7
**clarity** [2] - 33:13, 53:14
**clear** [16] - 16:16,

20:11, 46:15, 60:23, 61:4, 61:14, 68:16, 69:22, 173:10, 173:25, 199:11, 199:18, 215:15, 215:20, 219:12, 219:13
**cleared** [2] - 54:18, 54:19
**clearly** [1] - 127:17
**Clements** [49] - 6:10, 37:21, 38:20, 39:25, 40:16, 40:25, 50:23, 52:4, 52:20, 53:6, 53:22, 55:4, 55:24, 126:13, 134:10, 134:17, 135:15, 144:11, 144:19, 149:17, 150:11, 150:14, 151:3, 151:6, 151:24, 154:5, 154:24, 155:19, 155:25, 156:1, 156:14, 156:16, 156:22, 156:25, 160:11, 162:16, 164:14, 165:17, 167:18, 168:18, 169:4, 169:8, 170:16, 175:4, 175:9, 175:22, 176:24, 177:18, 220:8
**Clements'** [2] - 132:5, 134:1
**client** [16] - 6:23, 9:7, 10:3, 10:13, 10:18, 11:12, 25:14, 28:6, 29:24, 31:4, 31:20, 31:22, 68:17, 72:7, 72:17, 92:7
**clip** [13] - 114:1, 118:20, 129:19, 154:18, 155:16, 157:4, 158:4, 169:5, 169:11, 169:24, 172:13, 172:16, 174:19
**close** [9] - 10:20, 114:8, 151:13, 194:22, 195:12, 198:12, 201:10, 223:1, 224:16
**closed** [3] - 42:11, 43:15, 49:20
**closed-circuit** [1] - 49:20
**closely** [3] - 43:1, 69:23, 118:20
**closer** [1] - 154:19

**closing** [3] - 151:18, 151:20, 224:18
**closings** [1] - 32:14
**cloth** [1] - 141:15
**clouded** [1] - 23:7
**co** [1] - 9:20
**co-defendants** [1] - 9:20
**coat** [2] - 165:3, 179:21
**coerced** [1] - 99:14
**cohesive** [2] - 212:3, 215:2
**coincides** [1] - 218:23
**cold** [1] - 21:25
**colleague** [1] - 119:22
**colleagues** [6] - 6:8, 18:9, 18:11, 18:25, 145:15, 159:13
**collective** [2] - 226:17, 227:2
**collectively** [1] - 19:10
**college** [1] - 73:17
**College** [4] - 47:5, 47:6, 54:8, 85:2
**combat** [3] - 22:23, 26:12, 26:21
**combination** [2] - 41:18, 51:17
**combined** [1] - 16:3
**coming** [25] - 13:12, 26:21, 44:17, 44:18, 47:14, 47:15, 63:8, 84:15, 118:18, 122:13, 122:20, 137:22, 138:2, 147:7, 153:18, 195:24, 197:3, 209:19, 222:7, 222:8, 222:25, 223:4, 223:19, 224:20
**commander** [4] - 23:17, 46:22, 111:16, 137:12
**commands** [2] - 115:14, 115:17
**commerce** [2] - 81:14, 81:15
**commission** [1] - 81:12
**commit** [7] - 77:8, 78:13, 79:22, 81:2, 81:8, 81:18, 81:20
**committed** [14] - 77:22, 78:3, 78:4, 79:9, 79:13, 79:14, 80:10, 80:17, 80:20, 81:7, 91:8, 91:22, 92:22

**committing** [9] - 77:24, 78:9, 79:6, 79:10, 79:19, 80:14, 80:17, 80:25, 81:23

**commodity** [1] - 81:15

**commonly** [1] - 186:10

**communications** [2] - 48:5

**Comottor** [1] - 6:10

**companion** [1] - 24:4

**comparatively** [1] - 146:13

**competence** [1] - 75:3

**competent** [2] - 75:8, 100:11

**completed** [1] - 96:20

**completely** [6] - 64:23, 65:7, 74:12, 112:18, 124:1, 130:14

**comply** [1] - 115:11

**complying** [6] - 40:24, 144:25, 171:22, 219:7, 221:18, 222:22

**conceding** [1] - 30:22

**concern** [1] - 137:25

**concerned** [5] - 142:23, 143:6, 159:17, 159:21, 182:16

**concert** [1] - 89:5

**conclude** [1] - 29:21

**concluded** [1] - 229:6

**conclusions** [1] - 96:22

**concussion** [2] - 23:23, 26:24

**conditions** [1] - 181:19

**conduct** [20] - 44:22, 47:7, 69:14, 79:2, 81:15, 81:22, 82:1, 82:6, 82:9, 82:11, 82:12, 83:4, 83:9, 83:12, 84:16, 95:15, 96:3, 98:11, 98:16

**conference** [2] - 67:19, 123:24

**confident** [2] - 69:4, 175:12

**confined** [1] - 226:18

**confirm** [3] - 29:25, 33:16, 228:24

**conflating** [1] - 27:6

**confronted** [1] - 86:13

**confusion** [1] - 93:1

**Congress** [11] - 16:5, 37:9, 44:21, 50:17,

54:7, 54:13, 54:15, 83:13, 85:1, 85:2

**congressmen** [1] - 210:6

**conjunction** [1] - 10:17

**connected** [2] - 41:19, 42:21

**connection** [1] - 99:18

**conscious** [1] - 23:6

**consent** [1] - 80:5

**consequences** [2] - 93:20, 100:13

**consider** [5] - 92:11, 96:11, 98:6, 98:17, 215:6

**considerations** [1] - 45:6

**consistent** [6] - 20:23, 136:9, 136:11, 136:13, 150:23, 218:19

**consistently** [1] - 217:20

**constant** [1] - 23:18

**constantly** [4] - 47:20, 216:10, 217:3, 218:2

**constituted** [1] - 81:23

**Constitution** [1] - 59:2

**construction** [3] - 43:18, 44:19

**consumed** [1] - 73:23

**contact** [2] - 13:22, 77:7

**contacts** [1] - 45:14

**contained** [1] - 30:24

**contends** [1] - 29:14

**continually** [1] - 115:14

**continuances** [1] - 9:8

**continue** [10] - 7:20, 19:4, 45:24, 53:5, 54:7, 67:17, 159:16, 207:10, 222:7, 224:4

**continued** [8] - 4:1, 4:2, 5:1, 5:2, 86:6, 86:12, 162:10, 180:1

**continues** [1] - 57:9

**continuing** [1] - 165:11

**continuously** [1] - 147:13

**contrast** [1] - 20:1

**contribute** [1] - 178:19

**control** [1] - 120:13

**controls** [2] - 45:3, 50:8

**convene** [1] - 22:12

**converged** [1] - 15:15

**conviction** [2] - 92:14, 98:23

**cooperatively** [2] - 32:23, 33:2

**coordinate** [4] - 46:7, 47:16, 155:10, 229:2

**coordinated** [1] - 212:5

**coordinates** [1] - 46:5

**copy** [5] - 8:20, 72:12, 74:19, 85:14, 213:11

**corner** [13] - 63:7, 109:1, 118:9, 122:1, 122:9, 122:20, 144:6, 145:3, 162:23, 167:22, 168:2, 177:12, 212:13

**cornered** [1] - 145:10

**correct** [82] - 9:1, 9:2, 27:23, 28:1, 28:12, 28:15, 28:16, 30:22, 55:11, 56:14, 57:18, 58:16, 58:19, 58:20, 59:16, 60:6, 60:7, 60:13, 60:16, 60:24, 61:5, 62:3, 62:7, 62:9, 62:10, 63:4, 63:8, 63:9, 63:13, 63:21, 64:4, 64:7, 64:8, 64:11, 64:12, 64:16, 65:1, 65:2, 65:8, 65:13, 65:17, 65:18, 66:3, 67:24, 69:22, 72:6, 72:9, 92:3, 92:23, 103:21, 109:7, 122:7, 134:21, 135:19, 136:2, 140:24, 168:6, 182:2, 182:7, 183:2, 183:20, 184:2, 184:10, 184:14, 184:19, 185:3, 185:7, 191:4, 191:11, 191:13, 192:22, 193:21, 193:24, 194:5, 196:22, 197:20, 197:21, 198:16, 203:16, 204:11, 213:3, 228:10

**corruptly** [1] - 79:4

**counsel** [2] - 6:5, 89:23

**counseling** [1] - 23:25

**count** [6] - 80:2, 80:16, 91:6, 95:1, 96:7, 98:25

**Count** [16] - 16:15, 89:15, 91:2, 91:11,

94:25, 95:7, 95:14, 95:21, 96:3, 96:4, 98:24, 100:20, 103:10, 141:18, 221:12, 222:12

**counter** [3] - 190:21, 200:2, 200:3

**counterprotesters** [1] - 45:4

**Counts** [6] - 76:2, 89:18, 93:25, 94:8, 94:17, 149:13

**counts** [9] - 16:10, 16:14, 16:17, 16:20, 20:25, 67:4, 92:12, 100:19

**couple** [17] - 11:14, 31:3, 58:25, 69:6, 72:13, 98:21, 113:4, 140:17, 149:3, 163:2, 166:25, 178:22, 179:18, 208:15, 214:21, 217:14, 223:6

**course** [5] - 29:5, 31:4, 93:22, 201:5, 207:7

**COURT** [331] - 6:11, 6:17, 7:3, 7:6, 7:12, 7:17, 8:3, 8:15, 8:25, 9:3, 10:3, 10:6, 10:9, 10:13, 11:4, 11:11, 11:15, 12:3, 12:20, 13:2, 13:15, 13:19, 14:1, 14:5, 14:14, 14:17, 14:24, 15:2, 15:5, 16:12, 16:21, 21:2, 21:6, 25:11, 25:14, 25:16, 27:18, 28:2, 28:4, 28:8, 28:10, 28:14, 28:17, 28:21, 28:23, 29:6, 29:23, 30:9, 30:15, 30:17, 30:21, 31:7, 31:19, 31:25, 32:4, 32:22, 33:10, 33:15, 33:19, 33:24, 34:1, 34:4, 34:6, 34:9, 34:24, 35:4, 35:12, 35:22, 36:4, 45:24, 52:12, 52:24, 53:2, 53:4, 54:23, 54:25, 56:8, 57:13, 57:22, 57:24, 58:3, 58:6, 59:6, 59:8, 59:23, 66:9, 66:11, 66:14, 66:20, 66:25, 67:9, 67:17, 67:20, 68:3, 68:4, 68:25, 69:5, 69:8, 69:11, 69:15,

69:19, 70:1, 70:3, 70:8, 70:11, 70:22, 70:25, 71:4, 71:11, 71:14, 71:22, 72:6, 72:12, 72:19, 72:21, 73:4, 73:10, 73:12, 73:14, 73:16, 73:18, 73:21, 73:23, 74:1, 74:5, 74:9, 74:12, 74:15, 74:19, 74:23, 75:2, 75:5, 75:7, 75:19, 75:22, 76:8, 76:16, 84:3, 85:13, 85:16, 90:8, 90:11, 90:21, 91:1, 91:17, 91:20, 92:4, 92:15, 92:22, 92:25, 93:6, 93:12, 93:16, 93:19, 94:8, 94:17, 94:25, 95:7, 95:14, 95:21, 96:3, 96:10, 96:18, 96:24, 97:8, 97:14, 97:18, 97:23, 98:3, 98:20, 99:2, 99:7, 99:13, 99:17, 99:20, 99:24, 100:3, 100:6, 100:10, 101:3, 101:7, 101:11, 102:1, 102:3, 102:7, 102:12, 102:15, 102:21, 103:3, 103:8, 103:11, 103:15, 103:18, 104:1, 104:3, 104:7, 104:9, 104:15, 104:18, 104:20, 104:22, 105:4, 105:11, 108:7, 108:12, 113:17, 122:16, 123:19, 123:22, 124:13, 124:18, 124:20, 124:23, 126:11, 131:15, 133:14, 133:17, 135:14, 136:21, 136:23, 137:1, 137:4, 137:7, 137:16, 137:23, 138:7, 138:10, 138:14, 138:17, 138:20, 138:23, 139:6, 141:19, 145:4, 146:2, 149:15, 150:7, 150:9, 151:2, 152:11, 153:3, 154:8, 154:10, 154:15, 160:22, 160:25, 163:5, 163:7, 163:9, 167:2, 167:4, 167:8,

167:10, 168:9,
168:11, 168:13,
169:14, 169:16,
169:18, 170:11,
171:2, 171:6,
176:16, 176:20,
176:22, 177:14,
178:10, 179:16,
180:23, 180:25,
181:2, 181:4, 181:6,
181:9, 181:12,
182:18, 185:12,
185:15, 187:22,
192:12, 192:14,
197:3, 197:6, 197:8,
200:12, 200:14,
200:19, 200:23,
201:17, 201:24,
202:4, 202:7, 202:9,
202:12, 202:20,
202:22, 203:1,
203:9, 203:18,
203:20, 203:24,
204:1, 204:9,
204:13, 205:1,
205:3, 205:13,
210:12, 213:2,
213:4, 213:9,
213:14, 213:23,
214:7, 220:15,
221:13, 224:24,
227:6, 227:8,
227:17, 227:20,
227:24, 228:2,
228:5, 228:7,
228:10, 228:12,
228:15, 228:19,
229:1, 229:4
**court** [9] - 11:20,
13:24, 70:10, 71:7,
89:23, 124:19,
139:13, 190:25,
191:9
**Court** [38] - 6:25, 8:24,
10:16, 10:17, 11:3,
11:22, 11:23, 12:2,
14:4, 24:12, 27:8,
27:16, 29:19, 29:21,
30:5, 30:11, 33:9,
34:15, 34:17, 34:20,
36:12, 41:22, 75:7,
89:15, 92:10, 92:11,
98:17, 105:17,
110:15, 124:9,
131:20, 141:16,
171:21, 205:18,
221:24, 225:2,
228:25
**Court's** [6] - 11:1,
11:17, 14:22, 93:11,
131:17, 228:4

**court-mandated** [1] -
71:7
**COURTROOM** [12] -
6:2, 35:25, 36:3,
72:25, 73:3, 101:2,
101:5, 105:7,
105:10, 139:2,
139:5, 205:10
**courtroom** [1] - 11:19
**courts** [1] - 91:4
**coverings** [1] - 141:13
**covers** [2] - 201:22,
203:17
**COVID** [2] - 43:15,
141:15
**cow** [1] - 17:9
**cowboy** [1] - 221:20
**cracked** [1] - 17:8
**create** [2] - 107:15,
225:10
**created** [2] - 144:20,
171:9
**crew** [1] - 23:22
**crime** [3] - 81:18,
81:20, 94:19
**crimes** [7] - 16:4,
75:12, 91:8, 91:22,
92:22, 93:21, 100:17
**criminal** [4] - 96:13,
96:14, 98:8, 98:11
**Criminal** [1] - 6:2
**Cross** [5] - 3:8, 3:9,
3:10, 3:12, 3:12
**CROSS** [5] - 55:6,
58:7, 131:21,
181:15, 185:18
**cross** [6] - 12:24,
32:24, 32:25, 67:6,
115:3, 181:9
**cross-body** [1] - 115:3
**cross-exam** [1] - 67:6
**CROSS-
EXAMINATION** [5] -
55:6, 58:7, 131:21,
181:15, 185:18
**Cross-Examination**
[5] - 3:8, 3:9, 3:10,
3:12, 3:12
**cross-examinations**
[1] - 32:24
**crossed** [2] - 15:9,
213:5
**crowd** [62] - 17:12,
18:5, 18:24, 19:3,
19:9, 23:2, 29:11,
51:20, 51:22, 63:1,
63:13, 63:17, 64:3,
64:7, 64:13, 64:22,
65:10, 65:12, 65:22,
66:2, 85:4, 107:2,

107:17, 110:9,
113:2, 114:20,
118:17, 120:10,
120:15, 121:15,
122:21, 126:7,
130:6, 130:13,
131:5, 137:10,
138:2, 138:5,
142:11, 142:18,
143:5, 155:8, 179:9,
182:6, 185:6,
185:10, 194:4,
194:12, 195:1,
195:6, 195:7,
198:19, 207:16,
207:23, 208:2,
208:3, 208:9,
209:19, 210:22,
211:10, 214:14
**crowded** [2] - 148:10,
148:12
**crowds** [1] - 108:14
**crushed** [8] - 17:11,
18:4, 19:8, 89:12,
111:21, 225:4,
226:19, 226:23
**crushing** [1] - 227:12
**cumulative** [1] - 54:16
**current** [1] - 206:1
**cut** [5] - 144:1, 159:24,
160:2, 160:4, 180:20
**Cutler** [6] - 13:5, 25:9,
25:20, 27:2, 102:25,
228:23

## D

**D.C** [6] - 21:14, 24:4,
71:8, 84:13, 84:15,
206:7
**dangerous** [9] - 77:15,
82:2, 82:15, 82:19,
83:2, 88:20, 94:10,
95:16, 95:23
**dangers** [1] - 23:19
**Daniel** [1] - 19:7
**date** [6] - 9:6, 21:8,
44:18, 92:16,
100:24, 109:2
**days** [2] - 48:16, 86:6
**dazed** [1] - 19:20
**deadly** [6] - 77:15,
82:2, 82:15, 82:20,
83:2, 94:9, 95:15,
95:23
**deal** [6] - 8:11, 35:7,
71:23, 71:24, 86:3,
104:15
**debris** [1] - 108:18
**decide** [1] - 12:15

**decision** [1] - 100:12
**decon** [1] - 209:6
**Deedra** [1] - 6:15
**deemed** [1] - 54:11
**deeply** [1] - 23:3
**defend** [10] - 130:25,
158:21, 188:21,
211:14, 211:23,
216:4, 224:4,
224:13, 225:15,
227:1
**Defendant** [7] - 17:14,
18:18, 19:14, 20:9,
20:12, 31:16, 102:10
**DEFENDANT** [59] -
7:11, 71:2, 71:6,
71:12, 73:2, 73:9,
73:11, 73:13, 73:15,
73:17, 73:20, 73:22,
73:25, 74:4, 74:8,
74:11, 74:14, 74:18,
74:22, 75:1, 75:18,
75:21, 90:20, 90:25,
91:13, 91:18, 91:25,
92:5, 92:20, 92:24,
93:4, 93:7, 93:15,
93:17, 94:7, 94:16,
94:24, 95:6, 95:13,
95:20, 96:2, 96:9,
96:17, 96:23, 97:7,
97:13, 97:17, 97:22,
98:2, 98:19, 99:1,
99:6, 99:12, 99:16,
99:19, 99:23, 100:2,
100:5, 100:8
**defendant** [72] -
18:14, 32:18, 67:21,
75:7, 76:22, 77:1,
77:2, 77:4, 77:15,
77:17, 78:1, 78:5,
78:7, 78:12, 78:22,
78:24, 79:1, 79:4,
79:5, 79:12, 79:15,
79:17, 79:21, 80:3,
80:6, 80:8, 80:10,
80:13, 80:19, 80:21,
80:23, 81:1, 81:7,
81:17, 81:20, 81:22,
82:5, 82:8, 82:14,
82:23, 83:1, 83:8,
83:11, 83:14, 83:20,
83:22, 84:4, 84:25,
85:4, 85:7, 85:21,
86:12, 86:15, 86:20,
86:23, 87:5, 87:12,
87:15, 87:23, 87:25,
88:4, 88:9, 88:13,
88:17, 89:1, 89:9,
89:10, 89:11, 89:22,
100:11, 100:18,

213:6
**defendant's** [10] -
75:3, 84:10, 84:15,
85:25, 86:7, 86:11,
88:24, 89:7, 89:21,
90:1
**defendants** [17] - 8:7,
9:20, 15:9, 15:15,
15:20, 16:3, 17:2,
20:2, 20:3, 31:8,
32:5, 32:7, 32:20,
35:3, 45:23, 77:14,
98:15
**defendants'** [1] -
19:22
**defended** [1] - 17:5
**defending** [3] - 88:8,
88:16, 224:17
**defense** [10] - 6:12,
6:22, 8:22, 32:20,
32:24, 33:1, 33:13,
76:2, 89:23, 102:5
**defenseless** [1] -
19:15
**defensive** [2] - 188:8,
219:19
**defined** [1] - 81:21
**deflect** [4] - 158:14,
187:25, 188:3, 188:6
**deflected** [2] - 159:12,
189:11
**degree** [1] - 81:13
**delay** [1] - 102:16
**delayed** [1] - 81:14
**delve** [1] - 23:11
**demeanor** [2] -
210:20, 210:22
**demonstration** [1] -
41:9
**demonstrations** [10] -
41:12, 44:24, 44:25,
45:1, 45:7, 45:18,
46:4, 46:11, 46:16
**deny** [2] - 9:14, 100:22
**denying** [1] - 27:23
**Department** [7] - 87:3,
88:7, 105:23,
139:20, 140:19,
167:25, 205:23
**department** [1] - 88:5
**departure** [1] - 92:9
**depict** [7] - 30:12,
41:8, 123:14,
126:21, 149:25,
152:17, 176:6
**depicted** [24] - 34:21,
43:17, 56:12, 123:6,
124:12, 125:8,
144:14, 152:2,
152:23, 168:16,

168:23, 170:13, 172:16, 176:1, 176:10, 177:3, 179:19, 199:22, 212:20, 214:18, 220:10, 221:15, 222:18

**depicting** [1] - 56:19

**depicts** [7] - 29:21, 35:3, 57:6, 109:24, 124:7, 126:19, 184:9

**deployed** [1] - 42:21

**deployments** [2] - 23:1, 24:7

**DEPUTY** [12] - 6:2, 35:25, 36:3, 72:25, 73:3, 101:2, 101:5, 105:7, 105:10, 139:2, 139:5, 205:10

**deputy** [2] - 71:15, 71:19

**describe** [10] - 17:25, 39:10, 39:15, 41:15, 131:3, 147:3, 221:24, 223:5, 225:2, 225:9

**described** [15] - 108:15, 130:4, 135:5, 141:11, 143:17, 144:23, 145:15, 155:12, 155:14, 160:2, 189:22, 190:24, 191:2, 194:4, 210:20

**describes** [1] - 75:12

**describing** [2] - 142:24, 147:12

**description** [1] - 44:10

**designating** [1] - 50:1

**designed** [1] - 42:21

**detail** [2] - 16:9, 49:10

**Detective** [2] - 88:7, 88:10

**detention** [1] - 101:25

**determine** [1] - 96:19

**determined** [3] - 54:20, 97:9, 217:4

**determining** [2] - 96:10, 98:4

**deters** [1] - 98:10

**deviations** [1] - 186:23

**die** [1] - 130:10

**diet** [1] - 71:7

**differ** [1] - 140:12

**difference** [1] - 59:11

**different** [23] - 16:16, 22:7, 38:3, 50:4, 58:11, 58:25, 67:10, 67:12, 85:14, 87:16,

97:4, 120:7, 185:2, 191:1, 191:4, 206:12, 207:1, 210:21, 211:13, 211:20, 211:24, 216:20, 216:22

**differentiate** [1] - 23:8

**difficult** [6] - 29:12, 29:14, 107:25, 124:2, 191:7, 227:1

**dignitaries** [1] - 47:18

**dignitary** [2] - 47:22, 49:2

**direct** [8] - 12:18, 12:21, 12:23, 59:5, 59:22, 60:18, 181:20, 200:17

**DIRECT** [4] - 36:6, 105:13, 139:8, 205:15

**Direct** [4] - 3:8, 3:10, 3:11, 3:13

**directed** [5] - 113:6, 189:17, 189:18, 213:18, 213:21

**direction** [4] - 38:11, 38:14, 56:19, 148:21

**directions** [1] - 19:17

**directly** [7] - 17:24, 40:9, 40:14, 59:17, 88:18, 189:12, 189:16

**disabled** [1] - 23:24

**disadvantage** [3] - 159:2, 159:10, 188:25

**disadvantages** [1] - 74:10

**disagree** [2] - 133:10, 197:13

**disarm** [1] - 25:2

**discern** [1] - 124:3

**discovery** [5] - 91:14, 213:16, 213:20, 213:21, 213:24

**discreetly** [1] - 12:7

**discuss** [4] - 70:19, 74:16, 93:13, 227:21

**discussed** [7] - 74:9, 74:24, 75:16, 90:2, 91:23, 97:16, 141:4

**discussing** [3] - 95:1, 163:24, 165:9

**discussions** [1] - 10:20

**dismiss** [1] - 89:15

**disorder** [8] - 16:6, 81:4, 81:12, 81:13, 81:18, 81:21, 81:24, 95:7

**disorderly** [6] - 82:1, 82:5, 83:4, 83:8, 95:14, 96:3

**disoriented** [1] - 130:2

**disrupt** [2] - 82:9, 83:12

**disrupted** [1] - 82:12

**disruptive** [6] - 82:1, 82:6, 83:4, 83:9, 95:14, 108:5

**distance** [2] - 18:2, 88:19

**distanced** [1] - 30:1

**distinct** [4] - 184:4, 184:6, 184:20, 184:25

**distinctly** [1] - 175:16

**distorted** [1] - 172:10

**distortion** [1] - 172:12

**distracted** [1] - 185:8

**distractions** [3] - 182:14, 185:5, 185:7

**District** [4] - 139:19, 139:21, 205:23, 206:2

**disturb** [1] - 83:12

**disturbance** [6] - 42:2, 74:2, 106:8, 139:23, 186:3, 186:7

**division** [3] - 36:23, 37:6, 50:3

**document** [4] - 75:11, 75:16, 93:1, 93:3

**done** [5] - 13:17, 26:17, 55:25, 93:5, 93:9

**door** [24] - 19:9, 39:21, 88:8, 111:20, 111:23, 121:8, 151:13, 151:16, 151:19, 151:20, 159:19, 159:20, 159:23, 159:24, 163:17, 163:19, 200:7, 201:7, 201:10, 214:15, 214:16, 223:1, 223:2

**doors** [15] - 87:20, 159:18, 159:21, 163:16, 195:24, 196:1, 196:18, 196:19, 198:3, 198:6, 199:13, 199:15, 199:22, 200:5

**dot** [1] - 111:12

**doubt** [5] - 16:11, 76:21, 89:16, 90:18, 133:22

**DOUENAT** [33] - 6:13,

6:18, 11:13, 11:16, 12:9, 12:23, 13:3, 13:18, 13:21, 14:3, 14:12, 21:4, 21:7, 25:13, 25:15, 25:17, 27:22, 28:3, 28:7, 28:9, 28:13, 28:16, 28:20, 34:8, 102:24, 103:7, 104:21, 135:13, 197:7, 203:19, 213:12, 228:20, 229:3

**Douenat** [13] - 6:14, 11:11, 21:3, 27:18, 32:6, 32:12, 34:6, 58:3, 102:21, 104:20, 123:22, 203:18, 228:19

**Douenat.................. .............** [1] - 3:4

**down** [21] - 38:13, 59:1, 66:14, 112:18, 114:2, 114:11, 119:25, 129:20, 135:15, 138:18, 140:14, 141:7, 147:22, 158:15, 188:20, 191:9, 202:9, 211:10, 222:6, 226:5, 227:21

**downward** [1] - 56:25

**Dr** [10] - 13:5, 23:12, 25:9, 25:20, 26:23, 27:2, 27:3, 102:25, 228:22, 228:23

**draft** [2] - 7:25, 72:10

**draw** [6] - 38:13, 38:19, 43:23, 56:19, 57:5, 177:8

**drawing** [3] - 110:25, 125:16, 129:1

**drawn** [3] - 44:8, 56:25, 201:1

**drew** [1] - 118:15

**drive** [1] - 21:13

**dropped** [1] - 26:10

**drugs** [2] - 73:23, 74:3

**due** [1] - 48:25

**during** [29] - 9:11, 16:5, 19:23, 23:20, 25:8, 27:8, 81:12, 82:15, 115:14, 134:4, 140:25, 145:6, 147:3, 148:10, 151:11, 154:18, 155:5, 157:6, 158:2, 158:17, 160:7, 175:14, 178:23, 178:25, 179:6,

179:22, 194:20, 225:3, 226:12

**duties** [5] - 37:9, 46:23, 77:6, 81:11, 206:5

**duty** [4] - 140:5, 140:18, 206:1, 206:16

**dynamics** [1] - 23:3

## E

**early** [9] - 11:1, 13:13, 21:22, 61:24, 70:2, 70:4, 99:10, 142:13, 215:25

**easier** [4] - 29:10, 159:4, 190:15, 221:4

**easily** [1] - 143:12

**East** [1] - 38:23

**east** [3] - 39:7, 39:14, 57:15

**easy** [2] - 185:22, 190:14

**ECF** [2] - 76:4, 100:23

**Edgar** [1] - 6:14

**edge** [5] - 164:4, 165:4, 165:5, 171:10

**edits** [2] - 67:25, 72:4

**effect** [4] - 52:16, 79:2, 194:5, 227:12

**effective** [2] - 192:6, 226:7

**effectively** [6] - 153:18, 179:4, 179:5, 191:25, 211:14, 211:16

**effects** [1] - 208:11

**efficiency's** [1] - 202:16

**effort** [3] - 15:24, 199:11, 199:12

**eight** [1] - 205:25

**either** [11] - 8:20, 48:4, 83:13, 97:2, 175:19, 184:17, 190:11, 191:19, 197:7, 213:12

**elbow** [1] - 192:4

**election** [3] - 16:1, 20:20, 84:17

**Electoral** [4] - 47:4, 47:5, 54:8, 85:2

**electrician** [1] - 73:22

**electrocuted** [1] - 211:11

**electronic** [1] - 48:5

**element** [2] - 77:14, 89:17

**elements** [34] - 8:22,

32:8, 32:10, 75:12, 76:10, 76:11, 76:14, 76:17, 77:10, 77:20, 77:24, 78:17, 78:20, 79:8, 79:10, 79:25, 80:2, 80:16, 80:18, 81:4, 81:6, 81:19, 82:1, 82:4, 82:18, 82:22, 83:4, 83:7, 83:16, 83:19, 90:16, 90:17, 100:16

**elevated** [1] - 39:16
**eliminate** [1] - 10:21
**Ellipse** [6] - 58:12, 58:16, 58:18, 58:22, 59:14
**email** [2] - 47:25, 102:21
**emblem** [1] - 219:13
**emerged** [1] - 145:20
**emotional** [1] - 74:2
**emotionally** [1] - 149:6
**emotions** [1] - 23:3
**employed** [4] - 105:20, 139:16, 205:20, 205:22
**employee** [2] - 76:24, 77:5
**employment** [1] - 73:21
**encircle** [1] - 42:13
**encounter** [1] - 145:11
**encountered** [1] - 26:12
**encouragement** [1] - 20:8
**encouraging** [3] - 78:9, 79:19, 80:25
**end** [15] - 32:7, 32:14, 53:23, 114:22, 129:16, 130:18, 144:3, 149:4, 149:7, 155:8, 158:19, 195:12, 200:25, 216:25
**endeared** [1] - 23:19
**ended** [11] - 21:18, 22:6, 142:15, 143:21, 144:6, 144:23, 153:20, 153:21, 166:22, 197:11, 201:2
**ending** [1] - 197:13
**ends** [1] - 97:24
**endured** [2] - 17:10, 24:6
**enemy** [1] - 23:18
**enforcement** [14] - 16:5, 77:24, 78:3,

78:11, 78:15, 81:9, 81:10, 85:9, 86:17, 87:15, 87:19, 88:15, 89:3, 147:21
**engaged** [8] - 77:5, 81:11, 81:22, 82:5, 82:23, 83:8, 83:20, 187:15
**engaging** [4] - 66:2, 82:18, 95:21, 98:10
**English** [1] - 73:19
**engrained** [1] - 23:4
**engulfed** [1] - 138:4
**enhance** [1] - 77:12
**ensued** [1] - 18:21
**ensure** [1] - 98:14
**enter** [5] - 7:2, 8:4, 61:22, 72:7, 209:15
**entered** [3] - 63:2, 87:25, 182:23
**entering** [5] - 63:7, 91:21, 99:14, 99:24, 144:10
**entire** [5] - 41:17, 42:13, 65:23, 165:13, 165:14
**entirely** [1] - 154:13
**entirety** [1] - 177:15
**entitled** [2] - 74:5, 80:4
**entrance** [5] - 39:23, 40:12, 40:14, 88:8, 146:18
**entrances** [1] - 15:17
**entry** [2] - 97:19, 99:18
**entryway** [2] - 18:12, 18:18
**environment** [2] - 23:9, 50:17
**equipment** [6] - 23:22, 50:21, 140:8, 143:10, 143:11, 147:21
**erase** [1] - 192:16
**error** [1] - 72:13
**error-type** [1] - 72:13
**escape** [1] - 145:8
**escaped** [1] - 19:2
**escort** [3] - 49:5, 49:8
**especially** [1] - 9:18
**essential** [7] - 78:17, 79:25, 81:4, 82:17, 82:18, 83:4, 83:16
**essentially** [2] - 8:18, 9:19
**establish** [3] - 89:17, 148:17, 164:12
**established** [3] - 59:19, 63:21, 65:17

**establishing** [1] - 63:3
**estimate** [2] - 97:4, 180:15
**estimation** [2] - 96:25, 97:1
**et** [4] - 45:14, 47:17, 47:19, 56:13
**evacuated** [1] - 86:5
**evening** [4] - 47:1, 54:17, 227:22, 227:25
**event** [4] - 6:25, 23:20, 142:24, 187:15
**events** [19] - 45:2, 45:12, 45:20, 46:5, 46:7, 48:2, 48:3, 50:4, 123:15, 135:22, 149:25, 176:6, 177:2, 178:25, 179:6, 201:5, 206:7, 206:8
**eventually** [3] - 18:21, 144:7, 148:22
**everywhere** [1] - 55:23
**evidence** [47] - 9:18, 9:22, 10:16, 10:18, 10:21, 10:23, 16:9, 16:14, 16:23, 20:3, 20:21, 20:24, 21:7, 25:3, 25:19, 27:13, 28:18, 29:18, 29:23, 30:6, 30:14, 31:9, 31:18, 35:20, 75:24, 84:14, 89:17, 92:1, 105:3, 124:22, 150:10, 153:5, 161:1, 163:12, 167:3, 168:14, 169:21, 176:23, 181:8, 182:24, 197:9, 204:4, 204:6, 204:21, 204:22, 205:7, 214:8
**evidence.com** [1] - 213:21
**ex** [1] - 10:7
**exact** [4] - 31:22, 54:6, 108:11, 198:12
**exactly** [14] - 16:9, 46:13, 55:19, 56:1, 115:20, 124:3, 134:20, 148:4, 148:8, 176:11, 193:4, 193:7, 193:8, 195:20
**exam** [1] - 67:6
**Examination** [9] - 3:8, 3:8, 3:9, 3:10, 3:10, 3:11, 3:12, 3:12,

3:13
**EXAMINATION** [10] - 36:6, 55:6, 58:7, 105:13, 131:21, 135:16, 139:8, 181:15, 185:18, 205:15
**examinations** [1] - 32:24
**example** [5] - 20:5, 59:18, 183:4, 211:22, 216:16
**exceed** [5] - 94:5, 94:14, 94:21, 95:4, 95:10
**excellent** [1] - 72:20
**except** [3] - 7:2, 32:12, 141:10
**exception** [3] - 27:18, 35:1, 98:23
**exchanged** [1] - 7:25
**excited** [2] - 8:6, 9:17
**excuse** [9] - 55:13, 77:13, 83:18, 85:11, 88:6, 108:18, 187:6, 221:8, 226:8
**excused** [3] - 66:18, 138:19, 202:11
**Executive** [1] - 47:14
**exert** [4] - 151:17, 158:11, 159:1, 159:6
**exhausted** [4] - 17:15, 157:5, 157:14, 157:16
**exhaustion** [1] - 20:3
**exhibit** [16] - 34:18, 57:1, 60:24, 123:18, 134:4, 144:14, 144:20, 152:25, 154:5, 156:3, 157:24, 170:10, 177:21, 192:12, 193:7, 199:16
**Exhibit** [179] - 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 3:24, 3:24, 3:25, 3:25, 4:3, 4:4, 4:4, 4:5, 4:5, 4:6, 4:6, 4:7, 4:7, 4:8, 4:8, 4:9, 4:9, 4:10, 4:10, 4:11, 4:11, 4:12, 4:12, 4:13, 4:13, 4:14, 4:14, 4:15, 4:15, 4:16, 4:16, 4:17, 4:17, 4:18, 4:18, 4:19, 4:19, 4:20,

4:20, 4:21, 4:21, 4:22, 4:22, 4:23, 4:23, 4:24, 4:24, 4:25, 4:25, 5:3, 5:4, 5:4, 5:5, 5:5, 5:6, 5:6, 5:7, 5:7, 5:8, 5:8, 5:9, 5:9, 5:10, 5:10, 5:11, 5:11, 5:12, 5:12, 5:13, 33:12, 33:17, 35:17, 37:21, 37:24, 38:1, 38:6, 39:7, 39:15, 40:1, 40:3, 40:17, 40:19, 40:23, 41:1, 41:3, 50:24, 60:19, 84:21, 103:17, 103:23, 103:25, 104:11, 105:1, 108:21, 109:23, 113:9, 116:10, 117:10, 120:21, 123:1, 124:21, 126:10, 127:4, 129:13, 131:18, 134:11, 144:12, 144:22, 145:2, 145:18, 145:23, 149:17, 150:5, 150:10, 151:23, 152:21, 153:5, 156:16, 160:12, 160:21, 161:1, 162:17, 163:1, 163:11, 164:15, 165:18, 167:19, 168:14, 168:19, 169:9, 169:20, 169:23, 170:17, 171:15, 172:1, 173:15, 174:16, 175:4, 175:23, 176:2, 176:23, 177:16, 177:19, 181:8, 182:24, 190:20, 192:13, 193:10, 195:11, 196:25, 197:9, 202:19, 202:23, 202:24, 202:25, 204:3, 205:5, 212:7, 213:8, 214:8, 218:13, 220:8
**exhibits** [10] - 29:8, 29:16, 33:8, 33:11, 33:14, 34:12, 34:14, 103:13, 122:23, 204:17
**Exhibits** [6] - 3:15, 4:2, 5:2, 84:22, 169:12, 202:17
**existence** [1] - 89:16

**existing** [1] - 44:18
**expect** [4] - 12:3, 16:9, 19:25, 29:3
**expected** [2] - 34:14, 97:24
**experience** [15] - 23:15, 24:11, 112:20, 116:3, 120:7, 123:13, 131:3, 147:18, 152:17, 152:23, 158:2, 160:1, 207:24, 211:7, 211:22
**experienced** [6] - 26:2, 147:3, 150:1, 176:7, 179:12
**experiences** [5] - 18:8, 19:25, 20:1, 22:25, 24:6
**expert** [3] - 23:12, 25:9, 25:20
**experts** [2] - 13:4, 228:21
**explain** [6] - 41:22, 42:18, 45:21, 46:3, 51:2, 187:23
**explained** [1] - 81:24
**exposed** [1] - 201:20
**expression** [1] - 223:5
**extended** [2] - 44:4, 44:20
**extensively** [1] - 23:14
**extent** [1] - 56:4
**extinguisher** [1] - 122:11
**extreme** [1] - 18:1
**eye** [1] - 208:10
**eyes** [11] - 17:24, 88:24, 140:15, 140:16, 208:13, 208:24, 216:8, 224:11, 224:12, 224:16, 224:18

## F

**F-o-u-l-d-s** [1] - 139:15
**face** [22] - 19:17, 19:19, 88:18, 117:2, 119:6, 119:18, 126:6, 128:22, 141:13, 152:5, 158:13, 159:8, 168:25, 170:6, 171:20, 172:11, 172:17, 207:5, 207:6, 218:5, 227:15
**Facebook** [1] - 84:16

**faced** [2] - 23:1, 23:18
**facial** [1] - 223:5
**facilitating** [3] - 78:9, 79:19, 80:24
**facing** [6] - 56:20, 56:23, 56:25, 57:5, 57:15, 165:6
**fact** [16] - 6:22, 11:1, 12:25, 23:20, 23:24, 30:23, 31:6, 48:25, 82:12, 88:23, 90:24, 124:3, 124:11, 132:22, 173:25, 176:10
**factors** [2] - 98:4, 98:18
**facts** [17] - 7:25, 8:19, 69:19, 69:20, 75:15, 76:12, 78:16, 79:25, 81:3, 84:25, 89:16, 90:22, 90:24, 92:12, 93:2, 96:22, 167:3
**Facts** [1] - 75:11
**factual** [1] - 100:16
**fair** [12] - 31:12, 37:12, 44:10, 58:21, 62:23, 64:21, 109:20, 186:6, 189:24, 190:16, 190:18, 195:24
**Fair** [1] - 53:21
**fairly** [6] - 47:19, 123:14, 149:25, 152:17, 152:22, 176:6
**Fall** [2] - 111:16, 127:21
**fall** [14] - 52:17, 87:17, 111:17, 111:18, 114:3, 114:24, 119:25, 120:12, 127:22, 137:10, 137:12, 143:18, 143:25
**fallen** [3] - 64:22, 110:24, 175:18
**falling** [4] - 114:21, 120:1, 144:4
**falls** [2] - 79:25, 81:5
**familiar** [7] - 37:12, 49:20, 49:23, 55:17, 58:10, 132:12, 186:14
**far** [9] - 12:10, 30:25, 31:5, 45:23, 59:5, 61:1, 73:16, 97:5, 153:9
**faster** [1] - 111:8
**fated** [1] - 21:8
**fault** [1] - 72:2

**FBI** [9] - 132:18, 132:20, 133:3, 133:5, 133:9, 133:10, 133:22, 135:18, 136:1
**fear** [1] - 20:2
**federal** [5] - 37:17, 37:19, 43:2, 96:14, 99:8
**federally** [1] - 81:16
**Federico** [6] - 6:4, 7:9, 15:7, 18:14, 20:5, 20:15
**feet** [18] - 42:19, 60:10, 146:23, 147:22, 148:9, 157:10, 178:14, 178:24, 179:1, 179:5, 187:2, 187:3, 187:12, 195:5, 195:8, 216:12, 217:15
**fell** [6] - 24:21, 26:4, 86:1, 120:15, 144:24, 185:9
**fellow** [4] - 108:1, 108:16, 143:2, 215:1
**felony** [1] - 77:9
**felt** [8] - 18:1, 19:11, 113:5, 225:4, 226:17, 226:19, 226:22, 227:14
**fence** [1] - 62:12
**fences** [2] - 107:16, 108:3
**fencing** [12] - 41:18, 41:20, 41:25, 42:4, 42:9, 42:13, 60:2, 60:10, 60:13, 61:9, 61:13, 65:11
**fend** [1] - 215:17
**few** [13] - 73:4, 95:1, 97:16, 122:23, 123:1, 141:17, 147:2, 156:1, 160:10, 173:23, 178:25, 179:6, 192:17
**fifth** [6] - 76:3, 79:21, 81:1, 89:19, 100:20, 103:10
**Fifth** [2] - 205:23, 206:2
**fight** [6] - 87:6, 87:7, 153:18, 164:10, 209:20, 211:9
**Fight** [3] - 114:9, 118:23, 120:17
**Fighting** [1] - 23:17
**fighting** [7] - 120:18,

130:5, 157:18, 164:12, 184:22, 216:3, 216:21
**figure** [5] - 14:13, 32:14, 33:2, 69:2, 90:12
**file** [3] - 6:21, 101:12, 101:19
**filed** [5] - 8:18, 11:11, 16:8, 56:2, 74:6
**filled** [1] - 65:22
**filming** [1] - 39:6
**final** [2] - 89:20, 91:1
**finalize** [1] - 67:7
**finally** [4] - 65:19, 83:15, 100:22, 201:6
**fine** [13] - 32:7, 50:25, 72:11, 94:4, 94:13, 94:21, 95:3, 95:10, 95:17, 96:6, 143:8, 148:20, 181:12
**fines** [1] - 95:25
**finger** [3] - 56:18, 93:8, 110:15
**finish** [1] - 14:8
**fire** [4] - 23:18, 23:21, 122:11
**firearm** [1] - 140:8
**firm** [1] - 189:3
**First** [1] - 41:24
**first** [28] - 33:4, 35:22, 62:11, 76:22, 77:22, 78:22, 79:9, 80:3, 80:17, 81:7, 81:20, 82:5, 82:23, 83:8, 83:20, 89:22, 90:15, 105:18, 106:11, 106:19, 106:20, 139:14, 141:6, 141:22, 147:8, 163:17, 208:5, 209:19
**fished** [1] - 142:20
**fist** [3] - 20:7, 20:14, 193:3
**fists** [1] - 166:18
**five** [4] - 77:7, 78:12, 140:1, 179:10
**flag** [1] - 14:5
**flagging** [2] - 9:14, 71:14
**flashlight** [1] - 174:6
**flat** [2] - 39:11, 159:8
**floor** [3] - 24:21, 54:12, 54:15
**Floor** [1] - 48:20
**Florida** [1] - 228:13
**fluid** [1] - 9:13
**flying** [2] - 13:5, 13:8
**focus** [3] - 16:24,

26:1, 145:13
**focused** [2] - 29:10, 148:8
**focusing** [1] - 198:19
**folders** [1] - 213:19
**folks** [5] - 6:11, 6:17, 70:22, 71:25, 194:25
**following** [6] - 76:21, 78:20, 79:7, 80:1, 80:15, 81:6, 82:4, 82:22, 83:7, 83:19, 83:24, 100:19, 146:11, 188:14
**foot** [4] - 18:3, 88:19, 159:19, 162:10
**footage** [28] - 27:8, 34:3, 49:19, 50:4, 55:11, 55:13, 108:23, 108:24, 109:6, 123:10, 125:9, 125:22, 126:18, 136:13, 136:15, 149:19, 149:22, 149:23, 160:15, 162:20, 167:23, 170:20, 173:18, 212:8, 212:9, 212:14, 214:19, 224:8
**force** [30] - 17:11, 19:10, 80:6, 89:12, 151:17, 158:12, 158:15, 159:1, 159:6, 159:11, 162:12, 162:15, 179:2, 186:15, 187:17, 188:5, 188:6, 189:9, 189:11, 189:17, 189:21, 194:11, 194:13, 194:16, 194:18, 195:1, 201:14, 222:4, 226:3
**forced** [2] - 91:15, 99:13
**forceful** [1] - 116:4
**forcibly** [11] - 77:1, 85:8, 85:21, 85:23, 86:15, 86:24, 87:1, 87:13, 87:17, 88:5, 89:4
**forcing** [1] - 135:6
**forehead** [1] - 201:19
**forever** [1] - 91:14
**forgive** [1] - 55:5
**form** [2] - 45:13, 64:9
**formed** [4] - 107:6, 146:11, 147:5, 147:10
**former** [3] - 18:6,

21:16, 22:13
**forming** [1] - 142:9
**Forrester** [14] - 3:13, 17:5, 17:14, 17:15, 17:20, 17:24, 17:25, 18:8, 202:15, 205:19, 205:20, 222:18, 227:20
**FORRESTER** [1] - 205:19
**forth** [4] - 7:25, 89:14, 92:13, 182:4
**forward** [17] - 6:5, 28:17, 31:2, 50:24, 64:16, 118:18, 120:16, 136:18, 137:13, 137:22, 138:2, 150:11, 151:4, 151:24, 159:22, 217:7, 225:20
**Foulds** [31] - 3:11, 139:1, 139:14, 139:16, 145:2, 145:6, 145:23, 152:2, 152:14, 153:7, 156:6, 156:19, 157:4, 158:2, 160:14, 161:3, 161:8, 165:20, 167:12, 167:21, 168:23, 169:10, 169:23, 171:8, 175:25, 177:2, 177:21, 178:7, 179:10, 181:17, 185:20
**Foulds'** [2] - 141:17, 156:15
**fountain** [1] - 44:3
**four** [4] - 77:4, 78:7, 80:23, 187:3
**fourth** [4] - 79:4, 79:17, 80:10, 82:14
**frame** [7] - 19:9, 65:7, 65:23, 66:2, 156:1, 159:20
**frames** [4] - 156:1, 159:21, 159:24, 196:10
**free** [8] - 66:15, 71:10, 90:4, 99:25, 100:15, 138:18, 202:10, 214:5
**frequency** [1] - 47:13
**frequently** [1] - 48:19
**Friday** [2] - 228:4, 228:5
**friend** [5] - 21:10, 21:11, 22:1, 24:4

**frightened** [1] - 18:24
**Front** [15] - 69:13, 85:5, 107:3, 107:23, 110:19, 130:5, 142:7, 143:14, 143:16, 208:12, 208:19, 208:25, 209:14, 210:15, 210:21
**front** [38] - 17:16, 17:18, 17:21, 18:13, 44:4, 88:1, 89:4, 114:3, 124:5, 127:1, 129:6, 140:14, 148:13, 153:24, 154:22, 158:3, 163:22, 164:9, 169:1, 179:20, 187:25, 193:23, 199:3, 199:9, 209:9, 209:10, 215:7, 215:8, 215:11, 215:12, 215:13, 217:17, 217:21, 225:3, 225:9, 225:12, 225:13
**fuck** [1] - 87:10
**fucking** [5] - 87:7, 87:8, 87:10
**full** [9] - 15:10, 15:13, 69:21, 73:8, 73:10, 105:16, 139:12, 197:1, 228:6
**full-blown** [1] - 15:13
**fully** [6] - 74:23, 75:8, 75:16, 90:3, 100:11, 194:14
**Fulp** [1] - 6:9
**function** [2] - 81:16, 216:11
**functions** [2] - 82:10, 82:13
**furtherance** [3] - 78:6, 79:16, 80:22
**furthermore** [1] - 91:9

**G**

**gain** [1] - 227:11
**gang** [1] - 42:20
**gas** [4] - 19:16, 19:18, 21:19, 131:10
**gathering** [1] - 85:4
**gear** [4] - 140:5, 141:4, 141:10, 215:17
**gears** [1] - 54:2
**General** [2] - 23:12, 103:1
**general** [2] - 9:24,

74:24
**generalities** [1] - 57:10
**generally** [11] - 32:5, 41:10, 51:16, 55:20, 108:4, 113:25, 143:15, 158:23, 177:2, 187:24, 187:25
**gentleman** [7] - 114:3, 129:6, 132:9, 132:13, 132:14, 134:19, 193:18
**gentlemen** [1] - 70:11
**genuine** [1] - 124:1
**geographically** [1] - 109:14
**George** [4] - 3:7, 21:17, 33:5, 36:13
**GEORGE** [1] - 36:13
**given** [10] - 7:24, 9:13, 14:6, 14:22, 31:25, 45:8, 70:1, 75:10, 98:15, 127:24
**glass** [4] - 87:20, 187:12, 201:7, 201:11
**glimpse** [1] - 211:10
**global** [1] - 213:20
**gloved** [2] - 161:24, 166:14
**gluten** [1] - 71:10
**goal** [2] - 107:9, 111:3
**God** [4] - 132:10, 136:16, 136:17
**govern** [2] - 80:2, 80:16
**government** [83] - 6:6, 6:22, 7:1, 7:14, 8:11, 9:10, 9:15, 11:6, 12:12, 12:15, 12:21, 14:2, 16:8, 25:12, 27:21, 28:4, 28:5, 29:2, 29:8, 29:13, 29:17, 29:24, 30:5, 30:7, 30:11, 30:13, 31:2, 31:23, 31:25, 32:10, 33:5, 33:14, 34:18, 35:3, 56:7, 57:4, 57:8, 57:17, 66:20, 66:22, 67:7, 70:17, 71:3, 75:10, 75:24, 76:1, 76:20, 76:25, 82:9, 82:13, 86:25, 90:17, 90:22, 92:10, 96:21, 97:2, 99:3, 99:4, 101:3, 102:19, 103:4, 103:16, 104:12, 105:5, 124:6,

138:23, 150:4, 152:20, 152:25, 160:20, 162:25, 168:7, 176:14, 190:19, 197:1, 197:10, 197:19, 197:22, 202:12, 202:14, 203:4, 204:15
**Government** [125] - 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 3:24, 3:24, 3:25, 3:25, 4:3, 4:4, 4:4, 4:5, 4:5, 4:6, 4:6, 4:7, 4:7, 4:8, 4:8, 4:9, 4:9, 4:10, 4:10, 4:11, 4:11, 4:12, 4:12, 4:13, 4:13, 4:14, 4:14, 4:15, 4:15, 4:16, 4:16, 4:17, 4:17, 4:18, 4:18, 4:19, 4:19, 4:20, 4:20, 4:21, 4:21, 4:22, 4:22, 4:23, 4:23, 4:24, 4:24, 4:25, 4:25, 5:3, 5:4, 5:4, 5:5, 5:5, 5:6, 5:6, 5:7, 5:7, 5:8, 5:8, 5:9, 5:9, 5:10, 5:10, 5:11, 5:11, 5:12, 5:12, 5:13, 35:17, 37:24, 40:1, 40:3, 40:16, 40:19, 40:23, 41:1, 41:3, 50:23, 60:19, 84:21, 105:1, 117:9, 122:25, 124:21, 126:9, 127:3, 134:10, 150:10, 153:5, 161:1, 163:11, 168:14, 169:20, 176:15, 176:23, 181:8, 197:9, 202:17, 202:19, 202:23, 202:24, 202:25, 204:3, 205:5, 214:8, 218:12, 220:8, 227:16
**Government's** [33] - 144:12, 144:22, 145:2, 145:18, 145:23, 149:16, 150:5, 151:23, 152:21, 156:15, 160:12, 162:17, 163:1, 164:15,

165:18, 167:19, 168:18, 169:9, 169:11, 169:23, 170:17, 171:14, 171:25, 173:14, 174:15, 175:3, 175:23, 176:1, 177:16, 177:19, 193:10, 196:25, 212:7
**government's** [7] - 7:18, 7:21, 8:2, 8:21, 13:9, 195:11, 199:16
**grab** [3] - 189:21, 190:15, 217:23
**grabbed** [6] - 18:20, 19:16, 19:19, 86:23, 87:17, 114:22
**grabbing** [5] - 66:23, 85:23, 86:25, 137:17, 171:10
**granting** [2] - 11:9, 53:4
**grants** [1] - 11:22
**grappling** [1] - 47:4
**gravity** [4] - 189:4, 190:9, 191:24, 192:4
**gray** [2] - 38:23, 137:16
**Great** [5] - 11:15, 32:4, 103:11, 109:23, 141:19
**great** [9] - 70:22, 76:9, 84:5, 85:18, 86:3, 103:15, 156:2, 220:23, 229:1
**green** [42] - 24:23, 62:6, 114:4, 115:4, 115:11, 115:23, 116:21, 119:3, 119:14, 119:21, 125:20, 126:21, 128:10, 132:9, 134:19, 134:20, 136:5, 137:17, 141:15, 152:5, 156:13, 157:13, 160:9, 161:21, 163:24, 165:3, 166:13, 168:25, 170:9, 170:15, 171:20, 172:10, 172:17, 173:12, 174:1, 179:21, 191:12, 192:25, 193:19, 194:8, 196:13, 201:25
**green-cloth** [1] - 141:15
**green-jacket** [1] -

192:25
**grip** [2] - 158:16, 189:3
**gripping** [2] - 158:20, 190:7
**gritting** [1] - 165:15
**GROSS** [2] - 70:23, 71:18
**Gross** - 7:7, 102:11
**ground** [20] - 26:11, 39:18, 52:18, 65:14, 85:24, 86:1, 86:2, 87:17, 120:12, 142:19, 143:12, 175:18, 179:7, 179:8, 187:3, 209:24, 215:5, 226:22, 227:10, 227:11
**Grounds** [18] - 15:10, 37:15, 37:19, 37:25, 38:4, 41:11, 44:13, 44:25, 46:11, 48:12, 49:21, 59:25, 60:11, 83:5, 83:10, 83:17, 96:5, 109:20
**grounds** [12] - 44:14, 45:1, 54:20, 59:24, 82:2, 82:7, 82:19, 82:25, 83:21, 95:15, 95:22, 167:5
**group** [17] - 22:17, 45:11, 51:15, 87:19, 115:2, 130:22, 135:5, 137:12, 158:6, 159:3, 178:5, 198:15, 198:17, 226:18, 227:1, 227:9, 227:13
**groups** [2] - 45:13, 175:18
**grueling** [1] - 131:12
**guess** [9] - 7:18, 7:19, 34:12, 61:4, 70:1, 109:18, 173:4, 204:10, 210:6
**guideline** [4] - 96:19, 96:25, 97:2, 97:9
**Guidelines** [2] - 96:12, 96:14
**guidelines** [4] - 96:16, 97:12, 98:5, 98:13
**Guillermo** [1] - 6:4
**guilty** [7] - 20:24, 27:17, 28:12, 91:11, 98:15, 100:1, 100:19
**Gulf** [1] - 21:8
**guy** [13] - 87:10, 113:4, 115:23, 119:14, 137:16,

137:17, 137:21, 157:13, 160:9, 173:12, 196:7, 211:25
**guys** [4] - 132:10, 209:18, 211:3

## H

**H-a-r-v-e-l-l** [1] - 105:19
**H-e-n-r-y** [1] - 139:14
**half** [5] - 42:19, 44:8, 58:21, 67:14, 106:2
**hallway** [3] - 66:24, 180:3, 180:5
**hand** [57] - 17:23, 20:7, 24:20, 25:1, 26:20, 35:25, 52:8, 64:6, 72:25, 105:7, 109:1, 116:16, 116:17, 116:18, 116:24, 118:4, 118:9, 118:14, 119:16, 121:4, 122:1, 122:9, 122:19, 128:21, 129:7, 129:10, 139:2, 150:19, 158:20, 162:22, 166:9, 166:10, 166:12, 166:22, 167:22, 168:2, 170:9, 170:24, 171:10, 174:14, 177:12, 191:18, 191:19, 191:22, 192:1, 192:22, 192:25, 194:21, 195:19, 200:7, 200:25, 205:10, 212:12, 212:13, 219:8, 221:5, 223:16
**handle** [10] - 8:16, 9:25, 35:4, 186:22, 190:4, 190:15, 191:18, 191:20, 191:23, 193:1
**handle's** [1] - 161:23
**handles** [23] - 158:10, 158:12, 159:9, 186:17, 186:21, 187:6, 187:17, 188:2, 188:5, 188:12, 188:24, 188:25, 189:3, 189:14, 189:20, 189:21, 189:25, 190:3, 190:23, 190:24, 191:2, 191:17, 193:4

**hands** [14] - 17:7, 87:1, 88:7, 108:3, 158:14, 161:25, 166:14, 166:17, 175:21, 186:19, 191:17, 191:21, 211:2
**handwriting** [1] - 67:25
**hang** [1] - 210:9
**happy** [2] - 9:3, 92:17
**hard** [12] - 18:17, 19:12, 68:23, 86:2, 92:7, 178:14, 199:3, 208:23, 216:11, 217:2, 217:12, 221:19
**harder** [2] - 159:1, 227:10
**hardly** [1] - 30:12
**harmlessly** [1] - 188:6
**Harvell** [10] - 3:9, 102:20, 105:6, 105:19, 105:20, 124:1, 124:11, 131:23, 133:11, 138:17
**hat** [17] - 24:20, 26:10, 117:5, 125:16, 126:22, 128:9, 128:22, 157:13, 160:9, 161:21, 163:25, 170:15, 179:22, 193:19, 201:25, 221:5, 221:20
**haunting** [1] - 22:23
**head** [20] - 17:7, 19:17, 19:21, 20:10, 22:4, 25:17, 26:4, 47:18, 49:17, 117:4, 125:23, 126:5, 142:20, 143:7, 143:11, 146:15, 187:9, 191:6, 207:18, 226:24
**head-on** [1] - 146:15
**hear** [45] - 9:3, 10:17, 16:18, 16:25, 17:4, 18:6, 19:7, 19:23, 19:24, 21:10, 21:15, 21:21, 21:24, 22:8, 22:20, 22:24, 23:2, 23:5, 24:2, 24:10, 24:13, 26:14, 27:2, 35:7, 59:6, 68:3, 70:13, 92:17, 114:8, 114:10, 115:20, 119:3, 123:21, 125:22, 127:16,

127:17, 129:25, 132:9, 132:10, 157:4, 161:8, 225:7, 226:12
**heard** [17] - 9:19, 10:11, 20:21, 21:3, 24:13, 97:1, 115:6, 118:22, 120:17, 125:25, 136:15, 167:6, 178:3, 210:14, 228:14, 228:15
**hearing** [6] - 9:18, 28:18, 31:9, 33:1, 101:22, 228:13
**heat** [1] - 22:4
**heave** [8] - 19:10, 155:10, 178:3, 178:13, 194:4, 194:5, 195:3, 227:2
**heave-ho** [6] - 19:10, 155:10, 178:13, 194:4, 195:3, 227:2
**heavy** [1] - 26:4
**height** [1] - 164:7
**held** [8] - 70:10, 89:9, 124:19, 164:2, 179:2, 191:21, 225:16
**hell** [1] - 26:2
**helmet** [22] - 17:8, 87:18, 125:14, 140:9, 140:12, 140:13, 141:11, 142:22, 143:8, 171:20, 178:7, 201:19, 206:23, 206:24, 207:1, 207:4, 207:6, 215:16, 219:9, 221:15
**helmets** [5] - 141:6, 141:8, 187:6, 207:5, 207:17
**help** [10] - 16:15, 19:13, 60:5, 141:8, 185:9, 206:7, 207:17, 210:19, 215:17, 226:5
**helped** [2] - 215:24, 227:11
**helpful** [2] - 14:13, 98:11
**helping** [1] - 106:21
**Henry** [3] - 3:11, 138:25, 139:14
**hereby** [1] - 76:1
**high** [1] - 21:11
**higher** [2] - 65:24, 91:4

**highlighter** [3] - 128:14, 128:25, 215:19
**Hill** [1] - 6:9
**HILL** [45] - 33:7, 33:11, 33:17, 33:21, 33:25, 34:3, 34:5, 35:21, 36:7, 37:21, 37:23, 38:20, 38:22, 39:25, 40:2, 40:8, 40:10, 40:13, 40:18, 40:25, 41:2, 44:7, 44:9, 46:1, 46:2, 50:23, 51:1, 52:4, 52:7, 52:15, 52:20, 53:6, 53:9, 53:22, 54:1, 54:22, 54:24, 56:2, 57:9, 59:4, 59:21, 66:10, 66:13, 150:24, 155:2
**Hill..................** [1] - 3:8
**himself** [2] - 17:22, 87:25
**hindrance** [1] - 201:13
**hinges** [1] - 151:16
**history** [2] - 96:13, 98:7
**hit** [21] - 17:7, 19:20, 24:19, 25:14, 25:15, 27:6, 27:13, 28:3, 212:1, 212:2, 216:10, 216:16, 216:22, 217:3, 217:10, 217:25, 218:3, 218:4, 218:9, 223:6, 224:19
**hits** [1] - 216:6
**hitting** [4] - 114:5, 117:17, 211:2, 223:22
**ho** [6] - 19:10, 155:10, 178:13, 194:4, 195:3, 227:2
**Hodges** [16] - 19:8, 19:11, 19:15, 19:20, 20:13, 24:10, 24:25, 25:2, 25:3, 25:7, 25:16, 26:2, 27:3, 27:14, 28:1
**Hodges'** [4] - 19:19, 24:14, 25:20
**hold** [31] - 33:19, 51:20, 107:6, 107:8, 107:17, 108:1, 114:13, 114:17, 114:20, 130:16, 146:12, 147:6, 171:3, 178:18, 186:19, 187:25,

189:14, 189:15,
190:8, 200:12,
208:4, 209:23,
209:24, 210:1,
214:17, 215:5,
219:19, 222:5,
226:22
**Hold** [1] - 15:2
**holding** [19] - 14:11,
117:19, 127:2,
146:14, 159:4,
159:6, 166:17,
183:20, 183:23,
187:17, 191:19,
191:22, 193:3,
216:9, 218:1,
219:11, 224:18,
225:13, 225:24
**HOLGUIN** [41] - 58:5,
58:8, 59:7, 59:9,
59:10, 60:1, 60:20,
60:22, 62:15, 62:18,
62:20, 62:22, 63:10,
63:11, 63:24, 64:1,
64:18, 64:20, 65:3,
65:5, 65:19, 65:21,
66:8, 152:9, 152:12,
160:24, 163:8,
168:12, 169:17,
176:21, 181:5,
181:14, 181:16,
182:20, 182:25,
183:1, 183:8,
183:11, 183:13,
185:11, 185:13
**Holguin** [11] - 3:12,
6:14, 58:5, 58:6,
163:7, 168:11,
169:16, 176:20,
181:4, 181:13,
185:15
**Holguin**................ [1]
- 3:9
**honestly** [2] - 130:10,
186:3
**Honor** [160] - 6:2, 6:7,
6:13, 6:19, 6:21, 7:8,
7:11, 7:16, 7:21,
8:17, 10:2, 10:11,
11:10, 11:13, 11:14,
12:9, 13:24, 14:12,
14:16, 14:20, 15:1,
15:3, 15:6, 15:16,
16:18, 17:4, 18:6,
18:24, 19:2, 19:7,
19:8, 19:24, 20:21,
21:1, 21:4, 21:7,
24:25, 27:4, 27:10,
27:17, 27:24, 28:9,
28:16, 28:20, 28:22,

28:25, 30:2, 30:19,
30:23, 31:12, 31:21,
32:3, 32:21, 33:7,
33:13, 33:25, 34:8,
34:11, 35:11, 35:21,
45:22, 46:1, 52:10,
52:21, 54:22, 54:24,
55:2, 56:2, 57:20,
57:23, 58:1, 59:4,
59:9, 59:21, 66:8,
66:10, 66:13, 67:1,
67:11, 70:21, 70:23,
70:24, 71:18, 72:2,
72:9, 72:11, 72:18,
72:20, 75:4, 75:6,
76:1, 76:5, 81:25,
83:24, 84:20, 89:20,
90:10, 101:6, 101:9,
101:10, 101:24,
103:9, 103:20,
104:11, 104:17,
104:19, 104:21,
123:25, 124:24,
133:13, 135:13,
138:13, 138:16,
141:16, 145:1,
145:22, 149:12,
150:4, 150:6, 150:8,
150:24, 152:9,
152:20, 160:20,
162:25, 163:6,
167:6, 167:9, 168:7,
168:12, 169:10,
169:15, 170:8,
176:14, 176:17,
176:21, 177:11,
178:6, 179:15,
180:22, 180:24,
181:7, 181:11,
185:11, 187:20,
197:5, 200:1,
200:16, 202:6,
202:8, 203:19,
204:5, 205:2, 213:5,
213:10, 213:12,
228:1, 228:3,
228:18, 228:20
**Honor's** [1] - 221:11
**hooked** [2] - 191:20,
191:22
**hooks** [1] - 186:19
**hope** [4] - 27:5,
131:20, 151:14,
164:11
**hoped** [1] - 146:12
**hopefully** [1] - 71:22
**hoping** [3] - 13:16,
14:8, 224:18
**hot** [1] - 201:23
**hotels** [1] - 21:20

**hour** [4] - 10:20, 11:5,
132:5, 216:21
**hours** [29] - 17:6,
73:24, 109:5, 110:7,
147:2, 149:3,
150:12, 151:4,
151:9, 156:17,
157:1, 157:21,
157:25, 160:18,
162:24, 164:20,
165:23, 168:3,
168:19, 169:5,
170:2, 170:23,
171:24, 172:6,
173:20, 174:22,
175:5, 216:1, 217:14
**House** [7] - 36:23,
46:22, 46:24, 58:12,
58:17, 59:24, 83:13
**housekeeping** [1] -
11:14
**Houses** [1] - 54:13
**huge** [3] - 141:25,
180:7, 180:18
**human** [3] - 147:10,
147:12, 148:15
**humble** [1] - 30:4
**hundred** [1] - 23:24
**hundreds** [4] - 55:21,
180:16, 180:19
**hurry** [1] - 103:14
**hurt** [6] - 106:21,
145:13, 160:6,
210:5, 210:8, 227:12

# I

**ID** [2] - 28:5, 28:23
**idea** [3] - 21:15, 22:8,
134:25
**identification** [3] -
29:1, 30:25, 31:1
**identified** [3] - 115:11,
197:22, 223:17
**identify** [1] - 6:5
**identity** [2] - 28:8,
30:22
**ignoring** [1] - 222:6
**ill** [1] - 21:8
**ill-fated** [1] - 21:8
**illegible** [1] - 161:11
**illness** [1] - 74:2
**image** [29] - 44:2,
51:12, 51:19, 53:17,
66:4, 128:6, 160:14,
160:17, 161:17,
162:19, 164:13,
164:17, 165:20,
169:23, 170:19,
171:13, 171:23,

172:3, 172:14,
173:17, 173:23,
174:3, 174:11,
174:18, 175:1,
177:22, 178:8,
196:13, 196:16
**images** [5] - 160:10,
163:2, 169:11,
171:18, 179:19
**imagine** [3] - 102:22,
131:25, 162:14
**immediate** [1] - 88:10
**immediately** [7] -
107:6, 163:22,
179:25, 198:16,
208:2, 208:6, 224:3
**impact** [5] - 23:15,
211:23, 216:4,
217:9, 225:15
**impacted** [1] - 158:24
**impeach** [1] - 133:15
**impede** [8] - 78:23,
78:25, 79:3, 81:8,
82:9, 83:12, 85:22,
108:16
**impeded** [7] - 76:23,
82:12, 85:8, 86:16,
87:14, 88:14, 89:3
**impeding** [7] - 77:18,
77:23, 78:2, 78:10,
78:14, 90:6, 94:1
**implicate** [1] - 28:15
**important** [2] - 97:1,
210:1
**impose** [4] - 97:10,
99:4, 99:9, 99:21
**imposed** [1] - 97:21
**impression** [1] - 8:4
**impressive** [1] -
111:12
**imprisonment** [7] -
94:3, 94:12, 94:19,
95:3, 95:9, 95:17,
95:24
**improperly** [1] -
133:15
**impute** [1] - 32:19
**inaugural** [5] - 38:25,
43:18, 43:21, 88:12,
145:24
**incident** [5] - 18:23,
81:12, 119:20,
137:5, 143:14
**incidents** [1] - 50:15
**inclination** [2] - 9:13,
9:24
**inclined** [2] - 9:8, 70:3
**include** [3] - 16:4,
90:12, 206:23
**including** [8] - 15:23,

26:4, 84:16, 87:23,
88:17, 106:23,
140:8, 194:7
**inconsistent** [1] -
133:16
**indeed** [1] - 31:6
**indelible** [1] - 24:7
**independent** [1] -
184:12
**indicate** [4] - 110:14,
144:22, 145:18,
177:24
**indicated** [6] - 56:11,
62:12, 84:17, 145:2,
145:23, 146:21
**indicating** [2] - 75:20,
116:24
**indictment** [7] - 74:20,
76:4, 89:19, 100:20,
103:10, 141:18,
149:14
**individual** [16] - 136:5,
147:14, 150:25,
156:6, 156:9,
179:21, 183:15,
183:19, 183:23,
184:1, 184:21,
191:12, 192:25,
194:8, 213:20,
223:13
**individuals** [15] -
16:16, 25:8, 26:6,
27:7, 41:14, 44:17,
51:15, 51:16, 51:23,
52:1, 54:14, 147:7,
187:18, 218:1, 227:3
**indulge** [1] - 197:10
**indulgence** [2] -
131:18, 199:17
**ineffective** [2] -
225:19, 225:25
**inflicted** [1] - 77:16
**information** [1] -
101:16
**Ingersoll** [3] - 21:11,
21:19, 22:1
**ingrained** [1] - 25:23
**inhibit** [1] - 224:13
**initial** [1] - 23:8
**injured** [6] - 24:20,
52:18, 52:22,
106:21, 142:22,
201:17
**injuries** [2] - 86:8,
86:10
**injury** [5] - 77:16,
86:1, 88:21, 88:23,
89:8
**insanity** [1] - 28:12
**insecure** [1] - 54:11

**inside** [17] - 19:4, 20:19, 43:12, 50:10, 50:12, 53:3, 55:15, 87:22, 130:23, 146:18, 210:5, 212:21, 220:16, 222:2, 222:5, 225:5
**installing** [2] - 49:24, 55:10
**instance** [2] - 89:7, 226:15
**instances** [1] - 30:10
**instead** [2] - 16:24, 20:2
**instructed** [3] - 188:19, 188:20
**intend** [2] - 29:16, 228:5
**intended** [6] - 23:8, 24:24, 78:24, 81:20, 84:17, 84:19
**intends** [2] - 30:5, 56:4
**intense** [1] - 179:14
**intent** [9] - 45:14, 77:8, 78:13, 79:22, 81:2, 82:9, 83:11, 84:15, 112:24
**intentional** [2] - 27:24, 116:6
**intentionally** [9] - 77:3, 77:15, 85:7, 85:21, 86:15, 87:13, 88:14, 89:2, 174:9
**intentions** [1] - 228:4
**interaction** [3] - 122:24, 201:25, 202:2
**interest** [2] - 10:12, 10:15
**interested** [1] - 31:8
**interestingly** [1] - 72:16
**interfere** [2] - 81:8, 85:22
**interfered** [6] - 76:23, 85:9, 86:16, 87:14, 88:15, 89:3
**interference** [1] - 16:5
**interfering** [5] - 77:19, 77:23, 78:2, 78:11, 78:14
**interim** [1] - 8:15
**intermittently** [1] - 142:13
**interrupt** [1] - 93:23
**interview** [1] - 27:1
**interviewed** [1] - 23:14
**intimidate** [1] - 85:22

**intimidated** [6] - 76:23, 85:8, 86:16, 87:14, 88:15, 89:3
**intimidating** [5] - 77:19, 77:23, 78:2, 78:10, 78:14
**intimidation** [1] - 80:7
**introduced** [1] - 152:10
**invoked** [1] - 14:18
**involuntary** [1] - 23:6
**involved** [2] - 77:7, 148:20
**involving** [1] - 187:15
**Iraq** [2] - 23:1, 23:15
**irrelevant** [1] - 9:23
**irritants** [6] - 17:10, 20:17, 148:3, 182:4, 182:7, 182:9
**isolated** [4] - 18:25, 180:7, 180:10
**issue** [2] - 10:12, 13:4
**issued** [4] - 88:6, 89:5, 206:22
**IT** [1] - 6:16
**it'll** [1] - 66:16
**item** [4] - 150:21, 161:3, 161:4, 163:18
**itself** [6] - 37:13, 44:14, 52:11, 54:3, 84:8, 107:13

## J

**J-o-s-e-p-h** [1] - 73:13
**jacket** [26] - 31:9, 114:4, 115:11, 115:23, 125:20, 126:21, 128:14, 128:25, 132:9, 134:20, 136:5, 156:13, 157:13, 160:9, 161:21, 163:25, 166:13, 170:15, 173:13, 191:12, 192:25, 193:19, 194:8, 196:13, 202:1, 215:19
**jail** [1] - 96:6
**January** [65] - 15:7, 15:19, 16:2, 20:4, 23:16, 24:3, 31:5, 39:1, 40:5, 41:9, 41:16, 43:13, 45:25, 46:12, 46:19, 46:21, 47:2, 48:8, 48:22, 49:11, 50:21, 51:13, 58:14, 61:2, 84:8, 84:10, 90:23, 91:5,

91:11, 93:16, 106:3, 106:9, 109:5, 109:14, 115:24, 116:22, 123:14, 126:3, 127:8, 130:19, 131:1, 140:18, 141:14, 147:1, 150:2, 152:18, 160:15, 160:18, 162:24, 164:20, 165:24, 168:3, 170:2, 171:24, 174:22, 176:7, 179:1, 179:12, 197:14, 201:17, 206:16, 207:8, 208:17, 216:23, 218:19
**job** [1] - 113:1
**join** [2] - 19:10, 210:18
**joined** [5] - 6:8, 15:12, 85:4, 86:23, 107:22
**joining** [1] - 213:7
**Joint** [2] - 47:6, 49:1
**Jon** [1] - 6:10
**Joseph** [3] - 6:3, 73:11, 100:18
**Judge** [4] - 70:9, 71:2, 185:13, 228:16
**judge** [1] - 71:6
**judgment** [1] - 23:7
**judiciary** [1] - 14:10
**juggle** [1] - 103:6
**jurisdiction** [1] - 80:11
**jury** [2] - 12:4, 74:7

## K

**Kaitlin** [1] - 6:9
**keep** [21] - 16:15, 22:4, 33:20, 44:20, 47:12, 48:5, 59:8, 107:10, 110:25, 111:1, 114:19, 142:1, 142:9, 142:10, 154:24, 178:14, 178:23, 186:9, 207:17, 208:24, 217:7
**kicking** [2] - 143:7, 143:11
**kicks** [1] - 142:20
**kill** [3] - 143:6, 143:12, 225:5
**kind** [25] - 27:19, 30:21, 32:9, 32:23, 33:2, 39:17, 45:5, 61:9, 64:14, 65:22, 70:3, 72:13, 74:3, 91:15, 110:24,

131:7, 137:14, 137:20, 158:6, 179:3, 180:13, 181:20, 191:23, 208:13, 211:4
**kinds** [3] - 45:6, 98:12, 182:12
**Klamann** [3] - 6:9, 197:3, 202:7
**KLAMANN** [110] - 15:3, 15:6, 16:18, 16:22, 138:25, 139:9, 141:16, 141:20, 144:11, 144:13, 144:19, 144:21, 145:1, 145:5, 145:22, 146:3, 149:12, 149:16, 149:18, 150:4, 150:11, 150:15, 151:3, 151:8, 151:10, 151:23, 152:1, 152:6, 152:13, 152:20, 153:2, 153:6, 154:5, 154:11, 154:16, 154:17, 154:24, 155:4, 155:19, 155:24, 156:5, 156:14, 156:18, 156:22, 156:25, 157:3, 157:20, 157:24, 158:1, 160:11, 160:13, 160:20, 161:2, 162:16, 162:18, 162:25, 163:13, 164:14, 164:16, 165:17, 165:19, 167:6, 167:9, 167:11, 167:18, 167:20, 168:7, 168:15, 168:18, 168:22, 169:4, 169:8, 169:22, 170:8, 170:12, 170:16, 170:18, 171:7, 171:14, 171:16, 171:25, 172:2, 173:14, 173:16, 174:15, 174:17, 175:3, 175:7, 175:9, 175:13, 175:22, 175:24, 176:14, 176:24, 177:1, 177:11, 177:15, 177:18, 177:20, 178:6, 178:11, 179:15, 179:17,

180:22, 180:24, 181:7, 187:20, 200:10, 200:16, 202:8
**Klamann**................ [1] - 3:11
**Klamann**.................. ............... [1] - 3:4
**KLEIN** [1] - 7:11
**Klein** [13] - 6:4, 7:9, 7:13, 15:7, 18:14, 18:18, 20:5, 20:15, 29:14, 29:21, 30:7, 30:8, 104:6
**Klein's** [2] - 18:20, 30:6
**knee** [2] - 86:2, 86:10
**knocked** [4] - 179:7, 179:8, 194:20, 195:7
**knocks** [1] - 201:19
**knowing** [1] - 124:11
**knowingly** [14] - 15:9, 78:7, 79:1, 79:17, 80:8, 80:23, 81:7, 82:8, 82:14, 82:23, 83:14, 83:23, 90:4, 100:14
**knowledge** [1] - 197:22
**known** [1] - 14:8
**knows** [2] - 15:16, 19:8
**Kyle** [2] - 6:10, 120:24

## L

**L-a-s-c-h-o-n** [1] - 105:18
**label** [1] - 39:22
**labeled** [3] - 38:23, 39:8, 39:22
**ladder** [1] - 69:4
**ladies** [1] - 70:11
**laid** [1] - 32:10
**landmarks** [1] - 58:11
**language** [1] - 90:12
**laptop** [1] - 15:4
**large** [1] - 41:12
**largely** [2] - 9:1, 9:23
**larger** [1] - 146:14
**Laschon** [4] - 3:9, 102:19, 105:6, 105:18
**Last** [1] - 139:14
**last** [23] - 7:25, 9:8, 29:15, 50:7, 67:23, 68:7, 68:20, 73:24, 83:25, 91:16, 93:22, 105:19, 131:7, 155:16, 161:7,

161:8, 161:11, 173:23, 195:16, 199:16, 213:18, 213:19, 213:22
**late** [1] - 7:25
**Laura** [1] - 6:9
**law** [15] - 16:5, 77:23, 78:2, 78:11, 78:15, 81:9, 81:10, 85:9, 86:17, 87:14, 87:19, 88:15, 89:3, 94:9, 147:21
**lawful** [1] - 81:11
**lawfully** [2] - 80:4, 81:10
**lawn** [1] - 62:6
**Lawn** [2] - 38:17, 38:23
**lead** [5] - 14:21, 32:23, 33:3, 54:25, 121:8
**leading** [4] - 145:25, 146:9, 167:5, 171:5
**leaning** [4] - 114:4, 114:8, 114:18, 117:17
**least** [13] - 12:5, 31:7, 64:9, 88:4, 89:11, 109:20, 135:2, 135:4, 145:12, 178:18, 186:14, 223:2, 228:22
**leave** [4] - 24:7, 48:20, 148:13, 148:24
**leaves** [1] - 203:20
**leaving** [1] - 13:13
**left** [30] - 20:14, 26:17, 38:9, 52:8, 64:6, 65:7, 65:12, 102:11, 116:18, 116:24, 122:1, 122:9, 122:19, 125:16, 128:13, 128:21, 138:8, 150:16, 163:17, 163:20, 170:9, 172:9, 172:12, 174:24, 177:12, 180:1, 191:19, 192:25, 201:7, 209:14
**left-hand** [10] - 52:8, 64:6, 116:18, 116:24, 122:1, 122:9, 122:19, 128:21, 170:9, 177:12
**leg** [2] - 211:11, 212:2
**legal** [2] - 9:21, 90:17
**legs** [1] - 216:9
**lengthy** [2] - 16:8, 16:22

**less** [7] - 18:2, 27:20, 88:19, 97:11, 188:16, 192:2, 195:17
**level** [3] - 121:9, 129:21, 144:7
**levels** [1] - 39:13
**lever** [1] - 189:8
**leverage** [2] - 188:16, 192:3
**liaise** [1] - 47:8
**liaison** [1] - 47:12
**liar** [1] - 27:4
**lieutenant** [4] - 35:24, 36:18, 36:22, 36:25
**Lieutenant** [25] - 33:5, 33:8, 33:12, 34:14, 36:8, 36:13, 36:15, 37:24, 40:3, 40:8, 40:13, 40:19, 41:3, 44:7, 51:2, 52:8, 52:24, 53:10, 54:2, 55:1, 55:8, 55:25, 56:25, 58:9, 66:14
**life** [3] - 26:12, 121:18, 216:14
**life-threatening** [1] - 26:12
**lift** [1] - 226:24
**lifting** [1] - 208:3
**likely** [1] - 69:2
**lime** [2] - 152:5, 171:20
**lime-green** [2] - 152:5, 171:20
**limine** [10] - 6:21, 7:19, 8:16, 8:18, 9:12, 9:14, 30:25, 31:15, 56:2, 100:23
**limit** [3] - 10:23, 41:13, 217:10
**limited** [2] - 11:5, 178:20
**limiting** [1] - 180:5
**line** [81] - 15:21, 17:16, 17:17, 17:19, 18:13, 22:1, 22:6, 52:14, 53:12, 62:12, 63:20, 64:3, 86:13, 86:21, 87:20, 88:3, 89:5, 89:9, 98:14, 106:22, 107:6, 107:7, 107:8, 107:10, 107:12, 107:15, 107:21, 107:22, 108:1, 110:5, 110:18, 110:20, 110:22, 110:23, 111:1, 111:17, 114:2,

114:11, 115:17, 118:15, 119:25, 120:4, 120:11, 120:15, 124:10, 129:20, 130:17, 137:11, 141:25, 142:2, 142:9, 142:21, 142:25, 143:1, 143:17, 143:23, 143:25, 144:5, 144:24, 146:11, 147:7, 147:8, 147:9, 155:13, 158:3, 164:9, 164:12, 169:1, 179:20, 208:15, 208:20, 209:6, 210:2, 210:18, 214:17, 215:7, 217:17, 225:3, 225:13
**lined** [1] - 178:16
**lines** [3] - 22:7, 41:8, 198:9
**lineup** [1] - 142:5
**list** [3] - 12:17, 103:24, 213:16
**listen** [4] - 75:23, 92:5, 118:20, 118:24
**listened** [1] - 22:10
**literally** [1] - 225:5
**litigation** [1] - 91:4
**located** [10] - 50:10, 109:14, 153:7, 163:15, 164:4, 169:1, 177:6, 177:8, 177:10, 177:24
**location** [11] - 15:15, 15:17, 40:20, 41:23, 51:2, 56:3, 57:11, 57:13, 58:19, 61:13, 135:7
**locations** [3] - 56:5, 59:12, 65:15
**logistics** [1] - 14:4
**look** [15] - 28:17, 39:3, 100:24, 122:10, 149:10, 160:10, 164:13, 173:14, 180:15, 182:23, 198:11, 198:12, 200:8, 203:10, 212:12
**looked** [6] - 40:5, 129:14, 130:12, 155:9, 166:2, 211:4
**looking** [10] - 28:5, 32:9, 40:20, 69:1, 109:18, 110:3, 110:12, 126:7,

143:7, 200:18
**looks** [18] - 39:4, 72:10, 72:13, 85:13, 110:3, 122:11, 137:16, 150:22, 164:3, 164:6, 165:11, 165:15, 171:10, 172:10, 187:9, 220:1, 220:5
**loose** [1] - 166:17
**losing** [2] - 52:18
**lost** [3] - 24:20, 26:10, 180:4
**loud** [3] - 24:12, 115:17, 181:25
**lower** [31] - 15:14, 15:15, 20:6, 39:12, 39:14, 39:19, 39:21, 40:4, 40:6, 40:21, 40:22, 43:8, 43:25, 53:13, 53:15, 53:16, 56:1, 56:11, 56:13, 56:16, 61:8, 61:25, 63:4, 63:7, 144:6, 145:25, 146:5, 150:1, 152:18, 194:23
**lowest** [1] - 51:4
**luckily** [1] - 19:2
**lucky** [1] - 143:10
**lunch** [3] - 70:2, 70:4, 71:10

---

# M

**M-c-C-r-e-e** [1] - 36:14
**ma'am** [104] - 28:19, 33:19, 37:16, 51:14, 62:20, 90:8, 102:7, 106:14, 115:10, 117:8, 122:22, 126:2, 126:20, 129:2, 130:7, 131:2, 136:10, 205:12, 205:19, 205:21, 205:25, 206:4, 206:13, 206:17, 206:19, 206:22, 206:25, 207:2, 207:12, 207:20, 207:22, 207:25, 208:7, 208:18, 209:2, 209:4, 209:7, 209:17, 210:16, 211:11, 211:16, 211:21, 211:25, 212:2, 212:5, 212:6, 212:11, 212:15, 212:21, 212:24, 214:20, 214:22, 214:25, 215:4,

215:8, 215:11, 215:13, 215:14, 215:22, 215:25, 216:2, 216:5, 216:13, 216:15, 216:19, 216:24, 217:19, 218:3, 218:7, 218:11, 218:17, 218:20, 219:3, 219:5, 219:10, 219:12, 219:15, 219:17, 219:19, 220:3, 220:12, 220:16, 220:20, 220:22, 221:7, 221:16, 221:22, 222:10, 222:20, 223:18, 223:20, 224:6, 224:9, 224:11, 225:4, 225:6, 225:8, 225:11, 226:11, 226:13, 226:16, 227:4
**mace** [1] - 148:3
**main** [2] - 24:19, 180:3
**maintain** [4] - 106:22, 107:21, 113:1, 120:10
**maintained** [1] - 120:9
**maintaining** [1] - 87:20
**major** [1] - 58:11
**majority** [1] - 48:16
**man** [9] - 115:4, 119:3, 119:21, 128:9, 136:16, 148:20, 201:25, 221:5, 221:6
**mandated** [1] - 71:7
**maneuvers** [1] - 17:23
**manned** [1] - 42:17
**manner** [3] - 22:24, 37:10, 117:7
**Manual** [2] - 96:12, 96:14
**map** [4] - 37:25, 43:22, 43:23, 56:11
**march** [1] - 22:16
**March** [1] - 37:3
**marched** [1] - 22:19
**Maria** [2] - 6:19, 89:23
**Marina** [1] - 6:13
**maritime** [1] - 80:11
**mark** [5] - 24:7, 40:6, 61:15, 116:18, 134:2
**marked** [3] - 38:17, 40:9, 63:3
**marker** [1] - 132:5
**marshals** [1] - 102:8
**mask** [17] - 19:16,

19:18, 27:23, 117:2, 119:18, 128:22, 141:15, 152:5, 153:10, 168:25, 170:6, 171:20, 172:11, 172:17, 174:1, 207:5, 207:6
**masks** [1] - 119:6
**mass** [8] - 141:25, 147:5, 155:11, 158:10, 159:11, 167:16, 178:5, 178:16
**massively** [1] - 180:20
**material** [1] - 65:12
**matter** [2] - 12:10, 13:7, 13:25
**matters** [2] - 11:14, 204:23
**maximum** [12] - 94:2, 94:11, 94:18, 95:2, 95:8, 95:16, 95:23, 96:5, 97:15, 187:17, 194:11, 201:14
**McCree** [26] - 3:7, 33:6, 33:8, 33:12, 34:14, 36:8, 36:13, 36:15, 37:24, 40:3, 40:8, 40:13, 40:19, 41:3, 44:7, 51:2, 52:8, 52:24, 53:10, 54:2, 55:1, 55:8, 55:25, 56:25, 66:14
**meal** [1] - 71:9
**mean** [16] - 8:3, 12:15, 13:12, 14:6, 62:5, 65:14, 69:1, 91:13, 92:16, 112:23, 114:14, 121:13, 178:24, 186:2, 199:6, 204:19
**meaning** [1] - 186:5
**means** [3] - 73:5, 188:1, 209:24
**meant** [1] - 182:9
**meantime** [1] - 149:8
**measures** [1] - 49:2
**media** [12] - 9:1, 9:22, 27:11, 38:24, 38:25, 39:3, 39:5, 39:7, 44:5, 51:11
**medical** [1] - 23:13
**medicine** [1] - 73:24
**meet** [2] - 29:3, 146:15
**meeting** [4] - 14:10, 132:17, 133:2, 136:4
**member** [3] - 132:18, 179:11, 185:24
**members** [1] - 22:17
**memo** [1] - 92:8

**memoranda** [1] - 101:13
**memorial** [2] - 21:17, 22:8
**memories** [1] - 22:23
**memory** [7] - 26:21, 136:9, 136:11, 184:6, 184:15, 184:20, 184:25
**mental** [1] - 74:2
**mention** [1] - 60:4
**mentioned** [8] - 45:9, 45:17, 140:2, 159:10, 163:16, 178:22, 211:12, 215:16
**mercy** [2] - 160:4, 180:9
**mere** [2] - 20:12, 107:14
**message** [1] - 22:12
**messages** [1] - 24:5
**met** [3] - 22:14, 23:13, 135:18
**metal** [2] - 42:20, 140:13
**Metro** [1] - 21:23
**Metropolitan** [8] - 51:18, 87:2, 88:7, 105:23, 139:19, 140:18, 167:25, 205:23
**microphone** [2] - 68:4, 71:4
**middle** [15] - 39:18, 40:9, 61:8, 61:10, 69:17, 69:24, 73:12, 110:4, 125:13, 186:12, 189:10, 219:14, 219:25, 221:4, 221:21
**midmorning** [1] - 66:16
**might** [11] - 14:7, 71:23, 98:12, 103:1, 114:24, 166:22, 173:4, 194:23, 207:16
**mike** [1] - 123:23
**Mike** [3] - 21:11, 22:1, 210:9
**mile** [1] - 58:21
**military** [1] - 62:23
**mind** [7] - 121:12, 143:4, 145:7, 164:8, 178:12, 181:10, 192:16
**minds** [2] - 25:23, 148:19
**mine** [1] - 72:10

**mingling** [1] - 137:20
**minute** [11] - 7:4, 54:6, 57:8, 91:16, 93:22, 112:1, 113:11, 113:19, 129:16, 166:1, 198:13
**minutes** [53] - 26:18, 58:2, 66:17, 111:15, 120:23, 120:24, 120:25, 129:15, 141:17, 150:12, 151:4, 151:9, 151:25, 152:7, 154:6, 154:25, 155:2, 155:22, 156:3, 156:17, 157:1, 157:21, 157:25, 158:3, 158:18, 160:7, 160:18, 162:24, 164:21, 165:23, 166:25, 168:3, 168:19, 169:6, 170:2, 170:23, 171:24, 172:6, 173:20, 173:21, 174:22, 175:5, 193:5, 198:14, 200:17, 208:15, 218:21, 218:22, 224:25
**mirrored** [1] - 22:25
**mischaracterizes** [1] - 187:21
**mischaracterizing** [1] - 200:16
**missed** [2] - 108:12, 154:8
**mission** [8] - 19:5, 20:19, 37:7, 37:8, 142:6, 142:8, 158:23, 158:24
**misstating** [1] - 93:23
**misunderstood** [1] - 61:16
**mitigating** [1] - 92:11
**mob** [1] - 19:1
**model** [1] - 186:20
**moment** [27] - 15:2, 18:1, 19:12, 24:19, 26:25, 33:16, 54:22, 66:8, 70:21, 101:1, 101:9, 157:15, 159:20, 162:13, 163:20, 164:8, 171:2, 171:3, 172:19, 179:15, 184:3, 184:15, 184:16, 185:11, 198:25, 205:9,

208:20
**moments** [5] - 20:12, 27:6, 95:2, 97:16, 98:21
**Monday** [2] - 14:9, 228:11
**monitor** [2] - 42:3, 50:14
**Monument** [1] - 21:23
**Moore** [8] - 18:7, 18:11, 18:13, 18:15, 18:17, 18:22, 18:23
**Moore's** [1] - 18:20
**moot** [1] - 100:22
**morning** [27] - 6:7, 6:11, 6:13, 6:17, 6:19, 6:23, 7:6, 7:7, 7:8, 7:11, 7:12, 7:13, 12:1, 12:5, 16:23, 21:22, 36:4, 36:5, 36:8, 36:9, 58:9, 59:14, 67:25, 68:21, 69:25, 214:5
**Morris** [1] - 18:7
**mortar** [1] - 23:21
**most** [9] - 15:18, 49:25, 63:18, 98:22, 120:8, 180:2, 194:18, 195:25, 215:9
**motion** [14] - 6:21, 7:19, 7:20, 8:15, 8:17, 9:12, 9:14, 11:9, 31:15, 53:4, 56:2, 89:14, 100:23, 155:14
**motorcade** [1] - 49:4
**motorcades** [1] - 47:17
**mountain** [3] - 206:22, 206:24, 215:19
**mountain-bike-issued-uniform** [1] - 206:22
**mouth** [1] - 24:21
**Move** [1] - 115:8
**move** [39] - 11:25, 18:18, 35:5, 36:25, 52:21, 53:4, 60:15, 63:12, 64:7, 64:15, 92:8, 103:23, 103:25, 113:10, 115:12, 123:17, 140:17, 143:24, 148:14, 151:3, 151:23, 151:24, 156:16, 162:9, 167:9, 169:12, 171:25, 174:15, 179:22, 180:23,

188:5, 195:6, 195:7, 202:16, 210:11, 213:4, 213:8, 217:12, 218:6
**moved** [8] - 19:3, 153:14, 154:18, 159:14, 159:15, 204:6, 218:8
**movement** [3] - 81:15, 116:4, 217:11
**moves** [7] - 17:23, 150:5, 152:20, 160:20, 162:25, 168:7, 176:14
**moving** [7] - 52:1, 52:2, 64:14, 103:16, 129:20, 153:17, 195:4
**MPD** [19] - 17:5, 19:7, 85:23, 88:17, 105:24, 106:3, 106:23, 120:2, 139:25, 142:17, 142:21, 159:23, 179:2, 179:11, 180:20, 182:5, 205:24, 206:16, 209:24
**MPD's** [1] - 186:20
**multiple** [7] - 17:18, 20:7, 26:3, 45:8, 47:12, 47:24, 225:16
**munitions** [2] - 129:23, 129:24
**must** [4] - 76:21, 98:13, 98:17, 174:7

**N**

**name** [16] - 36:12, 36:13, 58:4, 73:8, 73:10, 73:12, 105:16, 105:18, 105:19, 131:24, 139:12, 139:14, 185:20, 205:17
**namely** [1] - 86:17
**narcotic** [1] - 74:3
**narrate** [1] - 34:20
**narrative** [1] - 34:17
**narrow** [2] - 129:22, 146:21
**natural** [1] - 79:2
**nature** [3] - 60:13, 98:6, 100:13
**near** [4] - 39:19, 155:5, 170:9, 178:8
**necessarily** [4] - 45:5, 59:15, 181:21, 190:3
**necessary** [1] - 34:22

**neck** [2] - 85:23, 196:7
**need** [24] - 9:18, 10:9, 10:21, 32:8, 32:14, 32:17, 41:12, 60:15, 68:19, 69:25, 70:12, 90:9, 90:18, 92:9, 93:19, 103:6, 104:15, 114:10, 125:24, 126:8, 140:10, 143:25, 148:21, 182:18
**needed** [4] - 11:18, 145:13, 185:9, 209:23
**needs** [4] - 12:6, 34:15, 67:7, 195:3
**negotiations** [1] - 69:17
**nerve** [1] - 11:18
**neuropathy** [1] - 11:24
**new** [2] - 63:20, 64:3
**newer** [1] - 49:25
**next** [24] - 13:5, 13:10, 13:16, 14:9, 14:10, 14:11, 57:4, 66:21, 67:14, 69:8, 69:10, 81:3, 81:25, 85:3, 86:5, 89:11, 102:18, 121:9, 130:21, 138:24, 141:17, 154:19, 198:19, 202:12
**Next** [1] - 79:24
**night** [7] - 8:1, 21:22, 29:15, 68:7, 68:20, 69:24, 201:21
**nightmarish** [1] - 22:22
**nobody** [1] - 209:23
**nomination** [2] - 47:4, 49:1
**non** [1] - 70:4
**none** [2] - 185:22, 226:11
**nonlethal** [2] - 225:18, 225:24
**normal** [5] - 12:4, 51:7, 113:13, 216:14, 217:5
**normally** [1] - 215:2
**north** [4] - 19:3, 38:7, 42:16, 44:2
**notable** [1] - 98:23
**notably** [1] - 84:20
**note** [2] - 31:13, 89:25
**NOTE** [1] - 102:10
**noted** [3] - 60:24, 149:12, 178:6
**notes** [2] - 133:5, 133:7

**nothing** [4] - 66:1, 90:5, 102:5, 228:20
**notice** [2] - 60:5, 184:24
**noticing** [2] - 178:15, 185:2
**notification** [3] - 47:25, 48:1, 48:3
**notifications** [1] - 48:8
**notified** [2] - 33:13, 47:22
**nowhere** [5] - 112:11, 209:11, 217:3, 218:7, 218:10
**number** [8] - 11:6, 50:14, 146:13, 146:14, 152:25, 169:11, 180:13, 180:14
**numbering** [1] - 85:13
**numbers** [2] - 85:17, 180:6
**numerous** [2] - 86:13, 88:16

# O

**o'clock** [4] - 22:18, 54:16, 62:24, 138:21
**O.F** [3] - 88:17, 88:18, 88:23
**O.F.'s** [1] - 88:18
**oath** [1] - 73:5
**Oath** [5] - 36:1, 73:1, 105:8, 139:3, 205:11
**object** [18] - 26:4, 33:14, 35:6, 57:4, 57:8, 96:21, 104:11, 122:9, 122:19, 122:20, 123:20, 123:21, 152:22, 176:19, 203:5, 204:5, 204:25, 213:10
**objecting** [3] - 34:24, 57:11, 104:16
**objection** [53] - 32:20, 34:6, 34:9, 34:11, 35:9, 35:11, 45:22, 52:10, 52:21, 57:12, 57:14, 59:4, 59:21, 104:3, 104:22, 122:15, 124:14, 133:13, 150:6, 150:8, 152:10, 153:4, 160:23, 160:24, 160:25, 163:6, 163:8, 167:1, 167:5, 168:9, 168:10, 169:15,

169:17, 171:1, 176:17, 176:21, 180:25, 181:3, 181:5, 187:20, 197:3, 197:5, 197:7, 200:10, 200:15, 203:1, 203:13, 204:8, 205:2, 210:11, 213:9, 214:1, 227:5
**objections** [5] - 32:18, 101:19, 104:21, 169:14, 203:19
**objects** [1] - 88:2
**obligated** [1] - 96:11
**observe** [1] - 25:24
**observed** [1] - 223:12
**observing** [1] - 34:16
**obstruct** [5] - 78:22, 78:24, 79:3, 81:8, 84:19
**obstructed** [1] - 81:14
**obstruction** [12] - 16:4, 78:18, 79:6, 79:9, 79:12, 79:20, 79:22, 91:3, 91:10, 91:24, 94:25, 98:24
**obtain** [1] - 80:7
**obtained** [2] - 80:3, 80:8
**obviate** [1] - 70:12
**obvious** [1] - 50:7
**obviously** [14] - 14:7, 29:17, 32:8, 42:15, 50:2, 58:18, 61:24, 69:16, 181:19, 181:24, 182:16, 184:21, 185:1, 217:9
**Obviously** [1] - 93:8
**OC** [12] - 15:23, 17:18, 88:16, 88:19, 88:20, 88:25, 148:3, 206:15, 211:14, 220:5, 226:1, 226:8
**occur** [1] - 147:13
**occurred** [3] - 53:10, 82:11, 176:7
**occurring** [2] - 15:13, 183:6
**October** [1] - 132:18
**offense** [31] - 75:12, 75:14, 76:11, 76:15, 76:17, 78:6, 78:9, 78:13, 78:18, 78:21, 79:10, 79:16, 79:19, 79:22, 80:10, 80:18, 80:22, 80:25, 81:2, 82:16, 84:2, 90:2, 90:7, 91:8, 93:2, 94:11, 96:13, 98:6,

98:9, 101:22
**offenses** [6] - 30:6, 32:9, 32:11, 77:25, 89:18, 90:16
**offensive** [1] - 117:7
**office** [10] - 47:13, 48:11, 48:14, 48:16, 48:17, 48:18, 48:21, 96:22, 101:15
**Officer** [91] - 17:5, 17:14, 17:15, 17:20, 17:24, 17:25, 18:7, 18:8, 18:11, 18:13, 18:15, 18:17, 18:20, 18:22, 18:23, 19:7, 19:8, 19:11, 19:15, 19:19, 19:20, 20:13, 24:10, 24:25, 25:7, 25:16, 25:19, 26:2, 27:3, 27:14, 28:1, 88:17, 88:23, 102:19, 104:14, 105:5, 108:22, 113:23, 118:22, 119:20, 124:1, 124:11, 131:13, 131:23, 133:11, 136:19, 138:17, 138:25, 139:6, 141:17, 145:2, 145:23, 148:10, 152:2, 152:14, 153:7, 154:12, 154:18, 156:6, 156:15, 156:19, 157:4, 158:2, 160:14, 161:3, 161:8, 161:17, 162:19, 165:20, 167:12, 167:21, 168:23, 169:10, 169:23, 171:2, 171:8, 175:8, 175:25, 177:2, 177:21, 178:7, 179:10, 181:17, 185:20, 202:14, 205:13, 222:18, 227:20
**officer** [71] - 34:22, 76:23, 77:4, 81:9, 81:10, 85:9, 86:17, 87:2, 87:3, 87:15, 87:16, 87:18, 89:11, 105:25, 106:1, 111:14, 118:16, 123:6, 125:8, 126:18, 127:6, 128:14, 128:25, 129:5, 129:8,

129:11, 129:19, 135:18, 136:23, 139:22, 140:17, 140:23, 141:21, 142:15, 144:14, 144:22, 145:6, 146:4, 149:3, 149:19, 150:16, 151:11, 155:5, 163:14, 164:17, 168:16, 171:3, 171:12, 171:17, 172:3, 172:16, 174:18, 174:23, 175:8, 178:12, 179:10, 179:18, 200:14, 201:17, 205:8, 206:2, 206:18, 216:14, 218:4, 218:9, 219:25, 221:15, 224:3, 225:2
**officer's** [3] - 171:10, 220:21, 220:22
**Officers** [1] - 149:1
**officers** [87] - 15:22, 16:7, 17:1, 17:18, 17:22, 19:24, 19:25, 20:7, 20:16, 20:18, 42:5, 46:25, 51:19, 51:24, 52:16, 52:17, 63:6, 63:7, 63:15, 64:10, 66:1, 77:19, 77:24, 78:3, 78:11, 78:15, 86:14, 86:18, 87:6, 87:20, 88:16, 89:4, 89:8, 94:1, 94:9, 106:21, 106:23, 106:24, 108:1, 108:16, 109:17, 111:2, 112:9, 118:16, 122:13, 122:21, 127:8, 138:4, 141:7, 142:1, 142:4, 142:8, 143:2, 143:24, 144:2, 144:18, 146:13, 153:17, 155:11, 165:12, 179:2, 180:2, 180:14, 182:21, 185:6, 185:8, 198:15, 198:17, 198:19, 199:7, 208:4, 209:10, 209:12, 209:15, 212:4, 213:17, 215:1, 215:10, 219:20, 222:9, 223:14, 223:23, 226:21

**officers'** [1] - 225:15
**official** [20] - 47:24, 50:3, 77:6, 78:18, 78:23, 78:25, 79:3, 79:6, 79:9, 79:13, 79:20, 79:23, 81:11, 82:10, 82:13, 91:3, 91:10, 91:24, 95:1, 98:25
**often** [2] - 44:14, 186:20
**old** [2] - 73:14, 85:15
**Omar** [4] - 3:13, 17:5, 202:15, 205:19
**OMAR** [1] - 205:19
**omit** [1] - 85:16
**once** [9] - 9:19, 35:7, 130:16, 131:5, 180:4, 180:6, 208:22, 227:13
**one** [71] - 12:11, 13:4, 13:22, 14:20, 15:16, 15:18, 17:4, 17:13, 18:11, 23:20, 26:15, 32:12, 32:20, 39:12, 44:4, 59:1, 61:4, 62:12, 71:23, 72:3, 85:15, 88:5, 89:11, 101:9, 113:4, 114:9, 115:20, 121:18, 126:11, 127:17, 142:13, 143:23, 148:14, 148:22, 150:23, 153:25, 155:25, 159:4, 159:7, 166:1, 171:11, 176:11, 178:4, 179:3, 185:1, 187:9, 188:5, 190:3, 191:19, 191:22, 193:3, 194:10, 194:20, 199:16, 203:22, 207:4, 207:5, 208:3, 210:8, 211:19, 211:22, 211:25, 212:3, 216:17, 217:14, 217:22, 220:5, 220:6, 222:15, 223:3
**one-time** [1] - 71:23
**ones** [2] - 46:13, 186:18
**ongoing** [1] - 71:13
**open** [7] - 27:11, 33:9, 70:10, 104:12, 124:4, 124:19, 208:24
**open-source** [3] - 27:11, 104:12, 124:4
**Opening** [1] - 3:3

**opening** [7] - 14:19, 15:1, 16:24, 21:4, 30:18, 146:12, 146:21
**opens** [1] - 151:14
**opinion** [1] - 30:4
**opportunity** [8] - 32:25, 46:9, 96:21, 101:18, 101:21, 187:23, 189:20, 214:3
**oppose** [1] - 85:22
**opposed** [6] - 76:22, 85:8, 86:16, 87:14, 88:14, 89:2
**opposing** [5] - 77:18, 77:23, 78:2, 78:10, 78:14
**opposite** [2] - 188:12, 220:21
**optimal** [1] - 194:18
**optimally** [2] - 194:15, 194:23
**oral** [1] - 135:24
**orange** [1] - 223:13
**ordeal** [1] - 22:22
**order** [11] - 12:13, 12:25, 13:11, 50:21, 113:1, 115:12, 120:9, 120:10, 127:24, 153:17, 209:21
**orderly** [4] - 37:10, 82:9, 82:12, 83:12
**orders** [2] - 215:4, 222:6
**ordinarily** [1] - 44:24
**ordinary** [1] - 44:12
**organized** [2] - 19:9, 214:17
**orient** [2] - 108:20, 112:1
**originally** [3] - 65:17, 68:25, 106:9
**otherwise** [5] - 70:17, 91:7, 92:2, 104:18, 144:1
**ourself** [1] - 108:20
**ourselves** [5] - 112:2, 130:23, 158:21, 158:22, 188:21
**outer** [1] - 61:5
**outnumbered** [1] - 180:21
**outside** [13] - 20:6, 20:10, 20:13, 29:11, 50:10, 50:13, 53:3, 55:15, 59:21, 97:15, 146:18, 180:17, 210:4

**outstretched** [2] - 20:10, 196:5
**outward** [1] - 151:14
**overarching** [1] - 123:18
**overload** [1] - 25:25
**overnight** [1] - 214:3
**overrule** [1] - 124:13
**overruled** [7] - 45:24, 52:12, 59:23, 122:16, 133:17, 210:12, 227:8
**Overruled** [1] - 124:20
**overrun** [1] - 53:12
**overrunning** [1] - 52:14
**oversaw** [1] - 46:25
**oversees** [1] - 45:18
**oversight** [1] - 46:3
**overview** [1] - 84:7
**overwhelmed** [2] - 110:21, 120:10
**overwhelming** [2] - 23:2, 24:16
**own** [6] - 15:22, 43:19, 90:4, 99:25, 100:15, 225:13

**P**

**p.m** [28] - 85:7, 85:11, 85:20, 86:14, 86:20, 87:5, 87:12, 87:19, 87:25, 88:4, 88:13, 89:1, 109:15, 109:21, 110:7, 110:9, 111:2, 111:11, 113:11, 113:16, 113:20, 113:23, 117:12, 119:12, 218:23, 219:22, 229:6
**P.N** [2] - 88:7, 88:10
**package** [1] - 69:21
**page** [23] - 75:19, 76:12, 76:14, 77:12, 78:16, 79:24, 81:3, 82:21, 83:3, 83:15, 83:24, 83:25, 84:1, 84:6, 84:9, 84:16, 85:3, 89:20, 93:8, 102:13
**PAGE** [3] - 3:2, 4:2, 5:2
**pages** [1] - 83:24
**pain** [12] - 11:18, 11:19, 18:1, 19:13, 20:2, 26:1, 26:6, 86:3, 86:6, 182:12, 223:7, 224:15

**painful** [1] - 216:10
**pan** [1] - 149:9
**paperwork** [1] - 68:20
**paragraph** [9] - 84:12, 84:14, 84:24, 85:6, 85:10, 85:13, 85:16, 85:19, 91:1
**paralegal** [1] - 6:10
**parallel** [2] - 195:25, 196:19
**parliamentarians** [1] - 54:13
**parole** [2] - 99:7, 99:11
**part** [26] - 14:6, 49:15, 49:25, 76:5, 120:4, 120:9, 127:6, 141:21, 143:1, 143:23, 147:21, 152:23, 161:8, 173:2, 175:16, 178:17, 180:18, 190:8, 193:2, 200:13, 206:3, 206:5, 206:11, 208:3, 208:5, 213:12
**parte** [1] - 10:7
**participated** [1] - 10:19
**participation** [1] - 84:10
**particular** [7] - 23:20, 34:21, 35:3, 64:6, 98:7, 113:5, 193:19
**particularly** [2] - 92:13, 185:8
**parties** [48] - 8:4, 14:6, 14:14, 32:13, 76:10, 76:20, 77:10, 77:17, 77:20, 78:17, 78:20, 79:5, 79:7, 79:24, 80:1, 80:13, 80:15, 81:3, 81:5, 81:17, 81:18, 81:25, 82:4, 82:17, 82:21, 83:3, 83:6, 83:15, 83:19, 84:1, 84:9, 84:20, 84:24, 85:3, 85:6, 85:10, 85:19, 86:4, 86:12, 86:19, 87:24, 88:21, 88:22, 89:13, 89:15, 101:12, 102:16, 103:12
**partner** [4] - 114:22, 137:14, 137:25, 138:7
**parts** [1] - 194:14
**party** [1] - 203:4
**pass** [4] - 66:10, 102:12, 185:13,

217:15
**passed** [1] - 88:11
**passing** [1] - 225:12
**passive** [1] - 195:4
**past** [3] - 63:2, 107:19, 211:5
**patch** [1] - 170:9
**patriots** [1] - 210:24
**patrol** [4] - 42:3, 139:22, 140:23, 206:2
**pause** [8] - 60:20, 149:17, 151:8, 155:21, 155:24, 156:25, 192:20, 224:24
**paused** [4] - 50:25, 156:3, 157:24, 224:24
**pausing** [2] - 155:2, 157:1
**paying** [3] - 21:19, 21:20
**peace** [1] - 186:9
**peaceful** [3] - 21:9, 22:21, 23:9
**peacefully** [2] - 22:16, 22:19
**pedestrians** [1] - 44:15
**penalties** [3] - 94:2, 94:19, 97:15
**penalty** [6] - 94:11, 95:2, 95:8, 95:16, 95:24, 96:5
**Pence** [4] - 48:8, 48:11, 49:10, 210:9
**Pence's** [1] - 48:22
**pending** [1] - 74:20
**Pennsylvania** [1] - 59:1
**People** [1] - 64:13
**people** [65] - 45:13, 58:15, 60:5, 62:2, 62:9, 65:10, 87:22, 106:20, 112:21, 113:2, 113:4, 115:4, 115:19, 129:4, 130:1, 134:23, 135:5, 137:19, 137:20, 142:9, 142:10, 143:24, 146:23, 147:5, 147:20, 148:2, 148:18, 148:22, 148:24, 162:9, 164:11, 167:16, 175:19, 178:3, 178:19, 179:6, 180:14, 180:19,

182:3, 182:6,
182:10, 185:2,
186:10, 186:11,
188:7, 188:20,
194:17, 194:19,
198:22, 199:5,
199:10, 201:11,
201:14, 210:3,
210:6, 210:24,
211:18, 215:3,
225:7, 225:12,
226:12, 226:18
**pepper** [2] - 131:11,
208:9
**per** [1] - 96:7
**percent** [2] - 23:24,
194:17
**perfect** [8] - 71:8,
150:13, 155:25,
175:5, 187:8,
189:13, 193:16,
195:13
**perform** [1] - 37:9
**performance** [3] -
77:5, 81:11, 81:16
**performed** [6] - 78:5,
78:7, 79:15, 79:17,
80:21, 80:23
**perimeter** [16] - 41:11,
41:15, 41:18, 41:23,
42:14, 43:6, 43:10,
43:12, 44:13, 44:16,
46:17, 49:16, 51:12,
59:20, 61:5, 65:17
**period** [2] - 114:1,
115:15, 151:11,
175:4, 179:19,
193:5, 200:18
**perjury** [1] - 73:6
**permanently** [1] - 60:9
**permission** [4] -
11:17, 11:21, 11:22,
21:18
**permitted** [4] - 14:22,
43:12, 46:11, 46:16
**permitting** [2] - 45:2,
45:9
**persisted** [1] - 86:8
**person** [31] - 6:16,
25:21, 30:12, 59:14,
61:21, 80:4, 82:24,
96:13, 102:23,
115:11, 116:21,
116:24, 117:2,
117:6, 125:19,
126:21, 128:13,
128:22, 158:9,
159:4, 159:6, 174:1,
184:13, 184:17,
189:10, 190:12,

194:14, 195:19,
196:13, 196:21,
219:8
**person's** [1] - 80:4
**personally** [1] -
210:14
**personnel** [3] - 42:17,
46:24, 48:3
**persons** [2] - 41:21,
59:13
**perspective** [2] -
163:17, 164:23
**pessimistic** [1] -
71:20
**phone** [2] - 24:21,
26:10
**photo** [1] - 193:19
**photographs** [1] -
31:3
**photography** [1] -
39:6
**phrase** [1] - 189:5
**phrased** [1] - 184:7
**physical** [12] - 37:5,
43:20, 49:24, 64:10,
64:14, 77:7, 82:18,
83:16, 83:20, 86:9,
95:22, 217:9
**physically** [3] - 34:16,
222:9, 223:3
**picture** [2] - 61:9,
118:5, 200:8
**piece** [1] - 145:24
**piled** [1] - 131:8
**pills** [1] - 73:24
**pinned** [2] - 19:13,
26:5
**pistol** [1] - 87:8
**pivotal** [1] - 24:19
**place** [8] - 54:14,
62:13, 92:8, 102:2,
138:5, 142:14,
180:1, 201:2
**planned** [3] - 8:10,
47:6, 67:12
**planning** [1] - 14:5
**plans** [1] - 22:15
**plastic** [9] - 140:14,
158:13, 161:5,
163:23, 171:11,
186:23, 187:12,
187:13
**platoon** [1] - 106:6
**play** [56] - 52:4, 53:6,
53:22, 108:22,
109:10, 111:7,
113:11, 113:13,
113:17, 113:20,
118:19, 118:21,
120:22, 120:25,

123:1, 125:1, 125:4,
126:13, 127:13,
127:17, 128:1,
129:15, 134:1,
151:5, 152:6, 154:5,
155:20, 156:23,
168:18, 169:5,
174:25, 175:9,
176:13, 176:24,
177:15, 183:9,
192:17, 193:10,
196:10, 197:20,
197:24, 199:24,
212:25, 213:1,
214:10, 218:22,
219:22, 220:10,
220:24, 221:8,
222:13, 222:15,
223:8, 223:24,
224:21
**played** [52] - 52:6,
53:8, 53:24, 55:10,
109:11, 111:10,
113:12, 113:15,
113:21, 118:25,
121:1, 123:3, 125:2,
125:5, 126:15,
127:14, 127:20,
128:3, 129:17,
132:7, 136:25,
137:3, 151:7, 152:8,
154:7, 155:1,
155:23, 156:24,
157:23, 168:21,
169:7, 175:6,
175:11, 177:17,
183:10, 192:19,
193:12, 195:14,
196:2, 196:11,
198:1, 199:25,
214:11, 218:24,
219:23, 221:1,
221:10, 222:14,
222:16, 223:9,
224:1, 224:23
**playing** [3] - 132:5,
154:24, 157:20
**plaza** [21] - 15:13,
39:8, 39:17, 40:5,
40:21, 43:5, 44:8,
53:16, 56:13, 56:17,
62:1, 64:23, 85:12,
85:21, 86:18, 86:20,
87:12, 145:3,
145:25, 146:5, 160:1
**plea** [5] - 7:2, 8:4,
69:17, 70:15, 70:16
**plenty** [2] - 192:6,
194:14
**podium** [3] - 15:4,

72:23, 90:13
**point** [59] - 8:5, 8:11,
9:10, 12:1, 16:19,
17:15, 18:11, 22:15,
28:10, 31:17, 32:9,
35:6, 39:5, 54:14,
62:13, 63:1, 63:12,
63:21, 64:10, 64:21,
65:22, 66:5, 67:16,
70:15, 72:8, 75:9,
106:12, 110:18,
110:22, 111:2,
111:5, 114:9,
114:10, 117:16,
124:16, 127:24,
140:25, 142:13,
142:25, 143:4,
143:16, 143:25,
154:10, 166:24,
167:12, 178:12,
190:14, 194:20,
196:7, 196:22,
211:9, 216:5, 216:7,
216:11, 216:24,
217:14, 222:21,
224:17, 226:11
**pointing** [5] - 38:9,
38:13, 39:20, 93:7,
175:20
**points** [3] - 39:21,
72:13, 148:12
**pole** [2] - 110:4, 122:3
**poles** [3] - 108:18,
111:24, 120:18
**Police** [37] - 18:7,
34:22, 36:16, 36:19,
36:20, 37:7, 37:8,
37:11, 41:10, 42:5,
42:24, 45:18, 47:8,
47:21, 50:9, 50:12,
51:17, 51:18, 54:12,
56:3, 59:19, 65:16,
66:23, 87:2, 87:4,
88:7, 105:23,
106:24, 139:19,
140:19, 161:6,
161:9, 161:15,
167:25, 205:23,
219:16, 219:17
**police** [69] - 15:13,
15:19, 15:21, 15:22,
16:7, 17:16, 17:17,
18:13, 18:15, 18:20,
19:11, 19:19, 42:5,
51:23, 52:14, 53:12,
63:12, 63:21, 64:22,
65:7, 66:1, 86:21,
87:6, 87:16, 87:18,
88:2, 88:5, 88:16,
89:4, 89:5, 89:11,

105:25, 106:1,
107:15, 110:18,
110:20, 110:22,
110:23, 120:4,
120:15, 122:20,
128:14, 129:5,
141:25, 142:2,
142:9, 142:12,
142:21, 142:25,
143:1, 143:17,
144:4, 144:24,
147:24, 148:1,
150:23, 153:17,
155:11, 158:3,
158:7, 161:11,
169:1, 171:10,
171:12, 179:10,
186:15, 215:7
**police's** [1] - 15:22
**police-issued** [1] -
89:5
**policy** [1] - 115:16
**political** [1] - 24:2
**poorly** [1] - 184:8
**Pope** [1] - 47:18
**porta** [2] - 22:13,
22:14
**portion** [2] - 153:11,
155:6, 183:22
**portions** [1] - 152:14
**position** [20] - 7:18,
8:6, 32:15, 36:17,
36:22, 37:4, 64:22,
70:12, 71:19,
105:24, 106:5,
114:20, 139:21,
153:20, 173:3,
173:6, 190:1,
190:13, 191:23,
194:20
**positioned** [4] -
164:24, 164:25,
172:19, 215:9
**positioning** [1] -
172:25
**positions** [1] - 142:16
**possessed** [1] - 165:3
**possession** [3] -
88:10, 161:18, 166:5
**possible** [9] - 11:22,
29:4, 91:23, 99:9,
100:9, 148:13,
184:24, 199:14,
199:15
**possibly** [1] - 111:1
**post** [2] - 23:23, 26:24
**post-concussion** [2] -
23:23, 26:24
**postings** [1] - 46:25
**posture** [1] - 219:19

**potential** [1] - 93:20
**potentially** [1] - 228:11
**potties** [2] - 22:13, 22:14
**pouring** [1] - 180:8
**practice** [1] - 14:22
**preadmit** [1] - 33:8
**prefer** [2] - 102:22
**preference** [1] - 13:2
**prejudice** [1] - 9:14
**premove** [1] - 103:13
**preparation** [5] - 109:6, 123:11, 127:6, 212:8, 218:16
**prepared** [4] - 7:21, 8:2, 67:14, 101:15
**prepped** [1] - 68:8
**prerogative** [1] - 29:18
**presence** [2] - 49:15, 107:15
**present** [8] - 6:15, 7:9, 8:23, 10:21, 16:10, 58:16, 62:2, 101:17
**presented** [1] - 10:23
**presentence** [3] - 96:20, 101:14, 101:19
**President** [14] - 21:16, 22:9, 22:13, 22:14, 39:1, 47:15, 48:8, 48:11, 48:18, 48:22, 49:3, 49:10, 58:15
**presidential** [2] - 15:25, 47:3
**Press** [1] - 125:4
**pressed** [2] - 174:7
**pressing** [1] - 226:20
**presumably** [2] - 8:5, 8:11
**pretty** [13] - 43:1, 55:17, 58:23, 59:5, 175:12, 176:18, 178:8, 191:25, 195:12, 207:4, 217:13, 225:18, 225:19
**prevent** [3] - 9:22, 85:1, 186:13
**prevents** [3] - 9:9, 151:18, 178:19
**preview** [1] - 98:3
**previous** [1] - 145:11
**previously** [7] - 37:22, 41:4, 56:12, 61:5, 62:12, 63:3, 223:17
**printing** [1] - 72:3
**prison** [1] - 99:8
**privately** [1] - 148:2
**probable** [1] - 79:2

**probation** [2] - 96:22, 101:15
**problem** [1] - 12:7
**problematic** [1] - 29:17
**proceed** [14] - 7:22, 8:2, 8:22, 9:5, 10:4, 10:14, 10:25, 11:12, 75:8, 92:17, 105:4, 124:23, 214:7, 228:5
**proceeding** [17] - 78:18, 78:23, 78:25, 79:3, 79:7, 79:10, 79:13, 79:20, 79:23, 84:19, 91:3, 91:10, 91:24, 95:1, 98:25, 100:4
**proceedings** [1] - 54:15
**Proceedings** [3] - 70:10, 124:19, 229:6
**process** [7] - 45:2, 45:9, 45:12, 48:6, 49:1, 52:18, 52:23
**prod** [3] - 17:9, 211:8, 211:13
**prods** [1] - 211:3
**produced** [2] - 213:15, 213:17
**production** [1] - 213:19
**proffer** [1] - 204:15
**profound** [1] - 23:15
**progress** [1] - 18:12
**progressively** [1] - 145:10
**projectiles** [1] - 148:5
**prolonged** [1] - 15:18
**promises** [2] - 99:17, 99:20
**promoted** [2] - 37:2, 37:3
**promotion** [1] - 36:25
**pronounce** [1] - 58:4
**proof** [4] - 25:4, 25:6, 29:3
**propellant** [1] - 208:10
**property** [9] - 37:17, 37:19, 42:23, 42:25, 80:3, 80:7, 80:9, 82:24, 161:14
**proposal** [2] - 9:4, 100:25
**propose** [1] - 8:16
**proposed** [3] - 7:23, 8:23, 29:8
**prosecuted** [1] - 73:6
**prosecutor** [2] - 90:15, 183:15
**prosecutors** [4] -

132:17, 132:20, 133:1, 133:2
**protect** [9] - 19:5, 37:8, 87:21, 107:12, 199:1, 215:2, 219:20, 226:5, 226:9
**protected** [1] - 81:16
**protectee** [1] - 47:22
**protecting** [1] - 111:3
**protest** [4] - 22:21, 23:9, 43:17, 45:16
**protesters** [7] - 44:20, 45:4, 52:13, 54:18, 54:19, 158:21, 178:16
**protesting** [3] - 186:11, 186:12
**protests** [3] - 186:8, 206:8
**prove** [5] - 8:22, 28:5, 76:21, 90:18, 92:2
**proved** [1] - 160:5
**proves** [1] - 16:10
**provide** [12] - 41:19, 44:21, 47:16, 47:17, 49:4, 49:5, 49:8, 50:16, 73:6, 100:16, 135:21, 190:10
**provided** [3] - 31:15, 31:23, 203:4
**provides** [5] - 50:16, 75:13, 75:14, 98:9, 98:11
**providing** [1] - 135:23
**proximity** [2] - 82:6, 82:24
**psyche** [2] - 23:4, 24:7
**PTSD** [12] - 23:7, 23:11, 23:23, 23:24, 24:1, 24:24, 26:23, 26:24, 27:14, 27:25, 28:10, 28:14
**public** [2] - 43:12, 43:15
**publish** [1] - 15:3
**published** [1] - 176:22
**pull** [44] - 27:22, 37:21, 39:25, 40:16, 40:25, 50:23, 108:20, 109:23, 113:9, 114:23, 116:10, 117:9, 118:19, 119:8, 120:20, 121:20, 122:5, 122:17, 122:23, 122:25, 125:3, 126:9, 126:16, 127:3, 127:19, 128:4, 129:13, 137:14,

144:11, 160:11, 164:14, 165:17, 167:18, 169:8, 170:16, 175:22, 177:18, 199:24, 208:4, 212:7, 213:1, 218:12, 220:8, 227:16
**pulled** [2] - 18:23, 143:2
**pulling** [7] - 86:22, 87:1, 108:8, 137:21, 190:20, 198:23
**punch** [2] - 181:14, 212:1
**punching** [1] - 227:14
**punishment** [1] - 98:10
**purported** [1] - 31:14
**purportedly** [1] - 29:24
**purpose** [6] - 23:8, 44:16, 61:21, 78:8, 79:18, 80:24
**purposes** [1] - 98:8
**pursuant** [1] - 203:6
**Push** [1] - 88:1
**push** [44] - 18:10, 18:17, 19:10, 88:2, 108:15, 118:17, 137:13, 146:15, 147:22, 151:15, 155:13, 158:5, 158:11, 158:14, 158:19, 158:23, 159:5, 162:3, 162:11, 164:11, 165:11, 166:21, 172:25, 173:3, 174:12, 178:3, 178:14, 178:20, 179:4, 180:3, 188:4, 188:7, 188:19, 189:4, 189:7, 189:16, 191:24, 195:6, 209:12, 223:2, 226:3, 226:12
**pushed** [42] - 15:21, 17:11, 17:13, 18:9, 86:13, 87:15, 87:16, 87:25, 89:4, 89:10, 91:16, 107:19, 110:5, 111:22, 112:3, 112:6, 112:12, 119:21, 121:10, 130:12, 130:14, 143:21, 147:6, 147:8, 147:10, 147:17, 154:21, 158:5,

159:22, 164:25, 165:4, 173:7, 179:1, 179:20, 179:25, 180:12, 192:9, 196:7, 199:12, 208:25, 216:17, 226:17
**pushes** [2] - 178:5, 226:14
**pushing** [81] - 18:12, 85:24, 86:17, 107:5, 108:3, 112:13, 113:3, 113:5, 113:7, 114:5, 114:12, 114:21, 115:5, 116:1, 117:6, 117:20, 118:5, 118:16, 121:7, 121:16, 126:25, 127:1, 136:6, 136:18, 137:19, 138:2, 143:22, 147:8, 147:15, 154:4, 155:10, 156:9, 157:8, 157:9, 157:11, 159:11, 159:16, 160:8, 161:25, 162:4, 162:7, 162:9, 165:13, 166:11, 166:14, 166:23, 166:24, 172:22, 172:23, 173:11, 178:17, 180:1, 184:22, 187:17, 187:18, 188:3, 189:10, 189:12, 189:15, 192:5, 194:7, 198:22, 199:3, 199:5, 199:6, 199:9, 199:10, 202:3, 209:9, 222:3, 222:9, 223:4, 225:21, 227:2, 227:3, 227:9
**putting** [2] - 21:16, 195:19

## Q

**QUAGLIN** [58] - 71:2, 71:6, 71:12, 73:2, 73:9, 73:11, 73:13, 73:15, 73:17, 73:20, 73:22, 73:25, 74:4, 74:8, 74:11, 74:14, 74:18, 74:22, 75:1, 75:18, 75:21, 90:20, 90:25, 91:13, 91:18, 91:25, 92:5, 92:20, 92:24, 93:4, 93:7,

93:15, 93:17, 94:7, 94:16, 94:24, 95:6, 95:13, 95:20, 96:2, 96:9, 96:17, 96:23, 97:7, 97:13, 97:17, 97:22, 98:2, 98:19, 99:1, 99:6, 99:12, 99:16, 99:19, 99:23, 100:2, 100:5, 100:8
**Quaglin** [31] - 6:4, 6:20, 7:7, 7:18, 7:19, 8:10, 10:22, 15:7, 17:14, 17:17, 17:22, 20:9, 20:15, 31:5, 31:13, 67:5, 67:15, 70:16, 70:18, 70:25, 72:23, 73:11, 75:10, 89:22, 90:13, 92:16, 100:19, 101:14, 102:4, 102:8, 102:10
**Quaglin's** [4] - 14:6, 89:14, 100:22, 101:23
**quarters** [1] - 194:22
**questions** [18] - 54:24, 56:7, 57:20, 57:24, 58:1, 73:4, 131:14, 135:12, 135:13, 138:11, 138:12, 138:14, 138:15, 180:22, 181:21, 201:16, 202:5
**quick** [1] - 207:15
**quickly** [6] - 22:22, 42:21, 45:25, 100:9, 131:5, 203:10
**quite** [1] - 215:21

## R

**rack** [5] - 65:11, 86:21, 86:23, 86:24, 87:1
**racks** [20] - 41:19, 41:25, 42:7, 42:13, 42:18, 42:23, 59:19, 60:11, 60:12, 61:12, 61:19, 61:20, 63:2, 63:16, 63:19, 64:9, 64:13, 64:14, 86:22, 108:14
**radio** [1] - 48:4
**railing** [1] - 208:4
**rained** [1] - 142:19
**raise** [6] - 35:25, 72:25, 105:7, 139:2, 205:10, 214:5
**raised** [2] - 20:7, 20:14
**rally** [9] - 21:9, 21:12, 21:14, 21:16, 22:12, 22:18, 58:15, 84:18,

84:25
**ramp** [1] - 49:18
**ran** [2] - 208:5, 226:20
**range** [3] - 96:12, 97:2, 97:9
**rapid** [1] - 106:6
**rapport** [1] - 148:17
**rather** [1] - 67:6
**ratifying** [1] - 210:7
**reach** [2] - 8:1, 226:4
**reached** [4] - 18:19, 67:2, 88:17, 103:12
**reaches** [1] - 8:10
**reaching** [2] - 9:10, 170:24
**react** [1] - 24:22
**reacted** [1] - 26:11
**reaction** [1] - 23:6
**read** [10] - 69:23, 69:25, 74:23, 75:16, 75:20, 76:6, 76:16, 90:1, 101:18, 162:22
**reading** [2] - 85:15, 85:19
**ready** [5] - 6:15, 7:14, 10:3, 10:13, 11:12
**realized** [2] - 26:16, 111:22
**really** [11] - 9:7, 9:8, 11:24, 24:17, 34:12, 128:10, 162:5, 210:5, 210:7, 216:24, 224:17
**reason** [12] - 28:12, 49:15, 91:25, 100:1, 123:25, 133:10, 133:22, 166:21, 178:17, 197:13, 201:10, 214:4
**reasonable** [4] - 16:10, 76:21, 89:16, 90:18
**reasons** [2] - 43:14, 50:14
**receive** [1] - 48:7
**received** [4] - 48:10, 74:1, 74:19, 86:9
**recently** [1] - 74:1
**Recess** [3] - 66:19, 72:1, 138:22
**recess** [1] - 54:13
**recipient** [1] - 226:14
**recitation** [3] - 16:23, 33:1, 90:21
**recognize** [32] - 108:22, 109:24, 116:13, 123:6, 128:6, 144:14, 149:19, 150:21, 152:2, 156:19,

157:11, 160:7, 160:14, 161:4, 162:19, 166:8, 167:21, 168:16, 168:23, 170:13, 171:12, 172:8, 172:13, 173:10, 174:23, 175:25, 177:2, 177:21, 198:18, 219:2, 220:2, 220:10
**recollection** [5] - 8:3, 137:7, 137:18, 184:4, 184:12
**recommended** [2] - 96:12, 97:12
**record** [24] - 6:6, 10:9, 10:10, 40:8, 40:13, 44:7, 56:24, 67:19, 71:2, 89:25, 93:18, 123:24, 145:1, 145:4, 145:22, 146:2, 150:24, 155:21, 170:8, 170:11, 177:11, 178:7, 178:9, 203:8
**recorded** [2] - 133:9, 133:10
**recording** [51] - 52:6, 53:8, 53:24, 109:11, 111:10, 113:12, 113:15, 113:21, 118:25, 121:1, 123:3, 125:2, 125:5, 126:15, 127:14, 127:20, 128:3, 129:17, 132:7, 136:25, 137:3, 151:7, 152:8, 154:7, 155:1, 155:23, 156:24, 157:23, 168:21, 169:7, 175:6, 175:11, 177:17, 183:10, 192:19, 193:12, 195:14, 196:2, 196:11, 198:1, 199:25, 214:11, 218:24, 219:23, 221:1, 221:10, 222:14, 222:16, 223:9, 224:1, 224:23
**records** [1] - 23:14
**recount** [3] - 135:22, 135:23, 135:24
**recover** [3] - 208:16, 217:6, 217:7
**recovered** [1] - 31:9
**recovering** [1] - 27:10
**red** [20] - 24:23, 41:7,

117:5, 125:16, 126:22, 128:9, 128:22, 144:19, 156:13, 157:13, 160:9, 161:21, 163:25, 170:15, 179:21, 193:19, 201:25, 221:5, 221:20
**redirect** [3] - 66:12, 202:7, 202:8
**REDIRECT** [1] - 135:16
**reducing** [1] - 10:16
**reduction** [1] - 99:9
**reestablished** [1] - 64:4
**reference** [1] - 200:20
**referenced** [1] - 60:19
**referencing** [1] - 212:23
**referred** [3] - 62:1, 65:24, 211:8
**referring** [7] - 51:22, 51:23, 112:7, 138:7, 146:17, 148:25, 208:8
**reflect** [13] - 38:3, 56:24, 145:1, 145:4, 145:22, 146:2, 150:24, 151:2, 170:8, 170:11, 177:11, 177:14, 178:9
**reflects** [1] - 98:9
**refresh** [1] - 184:15
**refuse** [1] - 195:6
**regarding** [1] - 185:5
**regards** [3] - 61:1, 64:10, 66:1
**regrettably** [1] - 23:6
**regroup** [3] - 114:3, 130:16, 137:15
**regular** [1] - 186:5
**regularly** [1] - 47:8
**reignited** [1] - 22:23
**reinforce** [3] - 63:8, 142:3, 144:17
**relate** [3] - 70:5, 70:18, 141:18
**related** [2] - 9:1, 165:2
**relates** [6] - 16:15, 76:19, 103:9, 129:3, 201:24, 215:10
**relating** [2] - 16:20, 149:13
**relation** [6] - 43:21, 43:23, 82:15, 164:5, 221:12, 222:12
**relative** [1] - 165:2

**relatively** [2] - 143:17, 180:13
**release** [7] - 94:4, 94:13, 94:20, 95:3, 95:10, 95:17, 95:25
**released** [1] - 99:10
**relentless** [3] - 17:2, 20:18, 23:18
**relevance** [1] - 35:2
**Relevance** [1] - 122:15
**relevant** [1] - 45:23
**reliability** [1] - 27:3
**relieved** [1] - 215:23
**relished** [1] - 20:3
**reluctant** [1] - 30:6
**remain** [5] - 101:25, 143:13, 155:5, 205:8, 215:21
**remainder** [1] - 169:5
**remarkably** [1] - 19:4
**remarks** [1] - 16:24
**remember** [19] - 115:23, 116:22, 132:13, 132:22, 132:25, 133:2, 133:6, 133:11, 133:19, 135:18, 135:23, 136:4, 137:4, 175:14, 175:16, 215:23, 222:23
**remembered** [2] - 135:22, 218:19
**remind** [3] - 58:4, 73:5, 134:6
**reminiscent** [1] - 26:11
**removed** [1] - 65:12
**render** [1] - 225:24
**rendered** [3] - 19:15, 225:18, 225:19
**rendering** [1] - 40:4
**renew** [1] - 56:5
**repeat** [1] - 16:22
**repeatedly** [2] - 18:16, 144:4
**repeats** [1] - 25:21
**rephrase** [1] - 200:22
**report** [6] - 96:20, 101:14, 101:16, 101:19, 140:25, 141:21
**reported** [2] - 86:6, 141:3
**REPORTER** [3] - 68:3, 71:4, 220:15
**reporter** [3] - 139:13, 190:25, 191:9
**REPORTER'S** [1] -

102:10
**reprinted** [1] - 72:4
**request** [3] - 11:1,
55:3, 72:23
**reserve** [1] - 30:19
**reserving** [1] - 35:15
**resist** [1] - 85:22
**resisted** [6] - 76:22,
85:8, 86:16, 87:13,
88:14, 89:2
**resisting** [7] - 77:18,
77:22, 78:1, 78:10,
78:14, 94:1, 136:5
**respect** [2] - 52:22,
158:23
**respond** [2] - 106:13,
186:8
**responding** [1] -
207:14
**response** [3] - 23:3,
24:23, 106:6
**responsibilities** [2] -
46:23, 206:5
**responsible** [1] - 50:1
**rest** [6] - 86:4, 114:19,
140:8, 144:1,
180:20, 189:9
**restate** [1] - 167:8
**restrict** [1] - 44:17
**restricted** [26] - 41:15,
41:23, 42:1, 42:14,
43:6, 43:10, 43:12,
43:16, 43:19, 44:12,
44:16, 46:14, 46:16,
49:15, 51:12, 60:6,
60:15, 61:6, 62:6,
63:3, 82:1, 82:7,
82:19, 82:25, 95:15,
95:22
**result** [7] - 16:2,
85:25, 86:1, 86:7,
88:24, 130:5, 208:11
**resulting** [1] - 86:10
**results** [1] - 90:23
**resume** [3] - 54:15,
54:21, 157:20
**retaining** [2] - 91:2,
91:6
**retreat** [3] - 130:15,
208:25, 209:21
**retreated** [6] - 15:14,
144:7, 144:9, 146:4,
146:10, 209:21
**retreating** [1] - 209:16
**return** [5] - 20:22,
20:23, 195:11,
227:21, 229:4
**returned** [1] - 19:4
**review** [8] - 50:4,
50:15, 123:13,

149:23, 176:4,
178:1, 214:3, 218:15
**reviewed** [5] - 23:13,
109:6, 123:10,
152:14, 213:24
**reviewing** [1] - 6:24
**right-hand** [15] -
109:1, 118:9,
118:14, 119:16,
121:4, 162:22,
167:22, 168:2,
200:7, 200:25,
212:12, 212:13,
219:8, 221:5, 223:16
**rights** [2] - 98:20,
98:22
**ringer** [1] - 29:2
**riot** [26] - 15:13, 17:6,
18:15, 84:11, 89:5,
147:20, 149:22,
152:24, 161:5,
161:6, 186:15,
186:17, 186:25,
187:7, 187:16,
193:21, 193:23,
194:2, 194:11,
194:17, 206:15,
207:1, 207:5, 215:20
**rioter** [19] - 86:22,
88:5, 150:17,
150:19, 151:18,
154:21, 157:11,
160:7, 161:21,
163:23, 163:24,
165:3, 165:9, 166:4,
166:13, 166:24,
167:13, 170:15,
173:10
**rioter's** [1] - 211:22
**rioters** [74] - 15:18,
17:13, 18:9, 18:12,
18:19, 18:23, 19:9,
53:12, 53:14, 64:24,
86:23, 87:22, 88:1,
88:11, 89:6, 89:10,
89:12, 107:11,
108:2, 112:14,
141:25, 142:17,
142:18, 143:22,
145:11, 145:12,
146:10, 146:14,
147:5, 147:8, 147:9,
147:14, 147:17,
147:18, 147:24,
148:25, 149:2,
151:15, 151:21,
153:18, 153:25,
155:12, 157:8,
158:6, 158:23,
158:25, 159:5,

159:22, 159:24,
160:5, 162:7,
172:22, 173:1,
174:8, 174:12,
175:21, 178:5,
178:13, 179:3,
179:25, 180:3,
180:8, 182:6, 209:9,
209:12, 214:23,
215:13, 215:18,
222:8, 222:25,
224:5, 225:10,
225:17
**rioters'** [2] - 142:23,
211:24
**riots** [1] - 186:8
**ripped** [2] - 17:7, 88:5
**ripping** [1] - 19:18
**road** [1] - 24:4
**robbery** [8] - 16:6,
79:25, 80:14, 80:17,
80:19, 80:25, 81:2,
94:17
**Robinson** [3] - 66:23,
67:3, 70:13
**RODRIGUEZ** [30] -
6:19, 7:5, 10:2, 10:5,
30:19, 30:23, 31:21,
32:2, 35:11, 57:23,
58:1, 67:1, 68:2,
68:5, 68:8, 68:11,
68:13, 68:17, 68:23,
69:6, 69:18, 70:9,
71:17, 72:9, 72:16,
72:20, 75:4, 92:6,
101:9, 102:5
**Rodriguez** [18] - 6:20,
7:6, 9:3, 11:5, 30:17,
31:19, 35:9, 57:22,
71:15, 72:6, 74:13,
75:2, 89:24, 91:15,
96:24, 101:7, 102:3,
102:10
**role** [1] - 55:10
**room** [1] - 226:6
**rose** [1] - 68:13
**rough** [1] - 72:10
**roughly** [10] - 43:25,
132:6, 134:2,
134:13, 135:9,
186:25, 187:6,
187:11, 189:25,
198:9
**route** [1] - 145:9
**routine** [1] - 47:19
**routinely** [1] - 45:1
**row** [3] - 215:11,
215:12, 215:13
**rows** [2] - 155:13,
159:7

**rule** [3] - 14:14, 14:17,
14:21
**run** [1] - 102:17
**running** [1] - 114:25
**rushed** [2] - 106:22,
112:19
**rushing** [1] - 112:22

## S

**safe** [8] - 37:10, 44:21,
46:8, 50:16, 206:9,
206:10, 209:11,
209:22
**safeguard** [1] - 207:18
**safer** [1] - 225:22
**safety** [3] - 19:3,
182:16, 182:21
**sake** [2] - 202:16,
221:12
**San** [1] - 24:1
**sat** [3] - 22:10, 124:6,
132:20
**satisfied** [2] - 74:12,
100:11
**save** [1] - 23:22
**saw** [20] - 102:21,
106:21, 130:13,
136:24, 141:25,
145:9, 155:16,
173:24, 174:25,
179:18, 193:23,
198:3, 198:6,
198:15, 198:17,
208:2, 208:3, 211:9
**scaf** [1] - 107:19
**scaffolding** [4] - 39:4,
43:21, 107:20, 110:4
**scariest** [1] - 121:18
**scary** [1] - 216:24
**scenario** [1] - 26:25
**scenarios** [1] - 26:12
**scene** [1] - 34:14
**scenes** [1] - 124:12
**scheduled** [1] - 47:2
**school** [2] - 21:11,
73:16
**scienter** [1] - 28:15
**screaming** [1] - 107:5
**screen** [42] - 40:9,
40:15, 51:9, 52:9,
55:5, 56:19, 110:14,
112:2, 116:19,
116:25, 118:14,
119:16, 121:4,
122:1, 125:13,
128:21, 150:17,
152:3, 153:7, 153:9,
154:12, 161:3,
161:24, 163:18,

166:7, 168:24,
170:3, 170:13,
171:9, 171:17,
171:21, 172:8,
174:5, 174:24,
177:8, 177:12,
199:18, 219:9,
220:1, 221:5,
221:21, 223:16
**screenshot** [4] -
123:18, 126:18,
134:13, 161:12
**screenshots** [3] -
204:7, 204:9, 204:13
**scrivener** [1] - 72:13
**sea** [2] - 106:20, 180:7
**seat** [3] - 75:23, 101:1,
139:7
**second** [18] - 33:19,
78:24, 79:12, 80:19,
81:10, 81:22, 82:8,
83:11, 83:22, 87:20,
89:23, 90:21, 147:9,
155:25, 159:23,
181:10, 200:14,
222:15
**seconds** [59] - 18:21,
109:10, 109:12,
117:22, 118:10,
120:23, 120:24,
123:1, 123:4,
124:25, 125:1,
125:3, 126:13,
126:14, 129:16,
150:12, 151:9,
152:7, 154:6,
154:25, 155:3,
155:20, 155:22,
156:4, 156:17,
157:2, 157:6,
157:22, 157:25,
160:19, 162:24,
164:21, 165:24,
168:3, 168:20,
169:6, 170:2,
170:23, 171:24,
172:6, 173:21,
173:23, 174:22,
175:5, 176:25,
177:3, 177:13,
183:11, 184:18,
192:17, 193:15,
195:16, 195:18,
195:21, 213:1,
214:10, 214:21,
218:22
**Secret** [7] - 46:6, 47:9,
47:22, 48:1, 49:7,
49:10
**section** [8] - 36:24,

45:3, 45:12, 45:17, 45:20, 46:5, 46:22, 46:23
**secure** [6] - 41:12, 41:19, 46:8, 50:17, 54:21, 199:13
**secured** [2] - 44:18, 44:19
**security** [12] - 37:5, 41:8, 42:22, 47:17, 47:18, 49:2, 49:18, 49:24, 50:14, 51:21, 52:19, 55:11
**see** [119] - 6:23, 12:12, 17:20, 18:3, 21:12, 24:5, 24:15, 24:17, 29:20, 30:3, 38:1, 38:6, 38:17, 39:8, 39:22, 42:7, 42:9, 42:11, 44:3, 56:8, 57:13, 59:8, 59:15, 59:18, 59:25, 61:1, 61:9, 62:11, 63:1, 63:6, 65:10, 65:11, 66:4, 72:3, 72:12, 91:15, 101:20, 102:9, 104:5, 106:19, 109:1, 110:13, 110:20, 110:24, 111:19, 112:8, 112:17, 114:7, 114:22, 116:16, 116:21, 117:14, 117:16, 117:18, 117:24, 118:4, 118:12, 119:14, 120:11, 121:15, 124:9, 125:8, 125:17, 126:11, 128:9, 128:22, 128:25, 129:3, 129:9, 129:21, 137:23, 141:24, 150:17, 155:8, 156:6, 161:7, 161:10, 171:17, 171:19, 176:12, 183:4, 184:8, 191:6, 191:12, 191:20, 192:1, 192:22, 192:23, 193:2, 193:14, 194:12, 195:13, 195:19, 196:5, 196:15, 200:7, 201:6, 204:7, 204:25, 208:1, 208:14, 208:23, 211:7, 214:18, 219:13, 221:6, 221:15, 221:19, 221:21, 222:8,

222:18, 223:16, 224:15, 229:4
**seeing** [7] - 17:23, 64:7, 124:8, 146:10, 175:8, 184:1, 184:17
**seek** [3] - 104:13, 163:4, 196:25
**seeking** [2] - 14:14, 75:24
**seem** [3] - 9:13, 50:7, 209:21
**sees** [2] - 124:2, 124:9
**segment** [2] - 53:10, 111:14
**select** [1] - 197:19
**selecting** [1] - 98:18
**Senate** [1] - 48:20
**send** [2] - 68:19, 69:24, 72:5
**sense** [10] - 8:9, 8:13, 10:1, 10:2, 11:4, 12:19, 32:19, 67:9, 70:5, 189:13
**senses** [1] - 24:16
**sensory** [2] - 23:2, 25:25
**sent** [8] - 12:17, 67:23, 68:1, 68:6, 68:20, 69:23, 72:3, 213:16
**sentence** [13] - 96:10, 96:19, 97:11, 97:20, 97:23, 98:5, 98:7, 98:14, 98:18, 99:4, 99:9, 99:21
**sentenced** [1] - 99:8
**sentences** [2] - 98:13, 98:14
**sentencing** [14] - 92:8, 92:14, 96:12, 96:15, 98:5, 98:8, 98:13, 100:9, 100:24, 101:11, 101:13, 101:15, 101:20, 101:22
**separated** [3] - 22:6, 22:11, 142:24
**September** [7] - 36:21, 101:2, 101:8, 101:10, 101:12, 101:13, 102:9
**Sergeant** [5] - 66:23, 70:13, 85:23, 85:25, 86:8
**sergeant** [3] - 36:23, 36:25, 37:4
**series** [6] - 203:3, 203:11, 203:14, 204:6, 213:13
**serious** [4] - 88:21, 88:23, 89:8, 145:12

**seriously** [1] - 142:22
**seriousness** [1] - 98:9
**serve** [1] - 99:9
**serves** [1] - 98:8
**service** [5] - 49:6, 50:5, 55:8, 131:24, 185:21
**Service** [7] - 46:6, 47:9, 47:22, 48:1, 49:7, 49:10
**services** [2] - 74:13, 98:12
**serving** [1] - 61:21
**session** [1] - 83:12
**Session** [2] - 47:6, 49:1
**set** [11] - 16:9, 38:25, 41:8, 41:10, 41:18, 43:19, 89:14, 101:11, 159:18, 215:1
**sets** [1] - 159:18
**setting** [1] - 214:14
**settle** [1] - 32:8
**seven** [1] - 73:15
**Seventh** [2] - 139:19, 139:21
**Several** [1] - 147:20
**several** [6] - 18:21, 43:14, 58:15, 86:6, 160:5, 216:1
**severe** [5] - 23:23, 97:11, 97:24, 208:13
**severely** [1] - 224:15
**shaking** [1] - 19:17
**share** [1] - 11:2
**sharp** [1] - 20:1
**shattered** [2] - 201:8, 201:11
**shattering** [1] - 24:16
**sheep** [1] - 87:10
**sheet** [1] - 72:17
**sheets** [1] - 72:15
**sheltered** [1] - 54:14
**Shield** [1] - 225:7
**shield** [112] - 15:23, 17:6, 17:21, 17:23, 18:15, 18:20, 88:5, 88:9, 88:11, 88:18, 89:5, 89:7, 89:9, 89:10, 140:14, 147:23, 154:22, 156:10, 157:12, 158:9, 158:11, 158:16, 158:20, 159:5, 159:6, 159:9, 159:11, 160:8, 161:5, 161:6, 161:9, 161:13, 161:14, 161:18, 161:25,

162:13, 163:23, 164:2, 164:4, 165:3, 165:4, 165:5, 165:11, 165:14, 166:5, 166:11, 166:15, 166:23, 170:24, 171:19, 173:11, 175:17, 175:18, 179:21, 184:22, 184:23, 186:15, 186:17, 186:25, 187:1, 187:7, 187:12, 187:13, 187:16, 188:23, 189:4, 189:7, 189:8, 189:11, 189:15, 189:20, 190:2, 190:8, 190:9, 190:12, 191:25, 192:2, 192:7, 192:9, 193:3, 193:21, 193:23, 194:11, 194:15, 194:17, 202:3, 211:23, 215:20, 216:9, 216:16, 216:17, 217:10, 218:4, 218:10, 219:12, 219:13, 219:16, 219:17, 219:18, 223:12, 223:15, 223:21, 224:18, 224:19, 225:10, 225:22, 225:24, 226:2, 226:7
**shields** [26] - 20:16, 88:2, 89:12, 147:20, 153:25, 157:9, 158:7, 158:24, 171:11, 188:20, 191:1, 191:4, 191:15, 194:2, 206:15, 211:1, 211:13, 216:22, 217:20, 217:23, 218:2, 225:11, 225:13, 225:16, 226:5
**shift** [1] - 54:2
**shoes** [1] - 21:25
**shooting** [2] - 111:25
**shorter** [1] - 12:4
**shortly** [1] - 18:22
**shorts** [1] - 21:24
**shot** [10] - 109:24, 116:13, 116:16, 117:14, 119:10, 121:22, 126:24, 128:11, 128:18,

219:2
**shots** [2] - 30:1, 143:9
**shoulder** [6] - 114:5, 117:17, 146:23, 146:24, 172:24, 174:13
**shoulders** [2] - 192:5, 196:6
**shouting** [1] - 178:3
**shove** [1] - 154:1
**shoved** [3] - 15:21, 19:16, 153:20
**shoves** [1] - 188:1
**shoving** [1] - 86:17
**show** [15] - 20:3, 21:7, 26:7, 27:8, 27:13, 29:19, 30:5, 56:16, 57:17, 59:11, 92:9, 110:15, 131:18, 131:19, 169:10
**showed** [6] - 44:2, 56:15, 56:16, 67:25, 111:23, 157:19
**showing** [1] - 149:16
**shown** [1] - 184:19
**shows** [2] - 41:24, 91:8
**sic** [3] - 22:4, 41:21, 68:13
**side** [75] - 12:7, 38:16, 41:16, 41:17, 41:23, 52:8, 64:6, 87:7, 92:11, 106:16, 106:17, 106:18, 109:18, 116:18, 116:24, 118:14, 119:15, 119:16, 121:4, 128:21, 137:21, 141:23, 143:25, 144:7, 144:8, 144:10, 145:3, 145:24, 150:16, 153:12, 153:14, 158:6, 158:13, 158:20, 161:23, 161:24, 162:13, 163:17, 164:25, 170:9, 172:20, 172:24, 173:7, 174:7, 174:24, 179:3, 188:6, 188:11, 188:23, 189:18, 190:1, 190:12, 191:19, 191:20, 191:22, 196:17, 196:20, 200:8, 200:25, 207:19, 207:20, 207:21, 211:20, 217:12,

219:9, 220:19, 221:5, 223:16, 225:16, 226:14
**sides** [2] - 42:16, 44:3
**sign** [9] - 8:23, 20:8, 20:11, 31:22, 67:21, 67:22, 69:1, 69:3, 69:21
**sign-off** [3] - 69:1, 69:3, 69:21
**signage** [2] - 42:1, 65:11
**signature** [7] - 31:16, 72:15, 72:17, 75:19, 84:1, 90:9, 102:12
**signatures** [1] - 67:8
**signed** [10] - 8:20, 8:24, 31:14, 32:1, 67:15, 72:10, 72:17, 72:18, 89:22, 90:4
**significantly** [1] - 10:22
**signs** [5] - 32:3, 42:11, 60:4, 60:8
**similar** [5] - 18:8, 28:23, 98:15, 98:16, 210:21
**similarly** [1] - 32:22
**simply** [3] - 97:19, 159:14, 198:25
**sit** [1] - 67:13
**sits** [1] - 118:3
**sitting** [5] - 44:1, 132:25, 133:6, 187:3
**situation** [2] - 28:11, 207:14
**situations** [1] - 42:22
**six** [1] - 146:23
**sixteen** [2] - 58:23, 58:24
**sixth** [1] - 77:14
**size** [1] - 45:3
**skin** [3] - 182:11, 182:12, 201:23
**skip** [3] - 84:3, 110:6, 222:11
**sky** [1] - 226:25
**slam** [1] - 227:14
**slammed** [1] - 227:13
**slamming** [3] - 211:25, 222:3, 222:25
**sleep** [1] - 201:22
**sleeve** [1] - 151:1
**sleeves** [1] - 128:10
**slick** [1] - 158:13
**slightly** [1] - 172:10
**slow** [1] - 226:5
**small** [3] - 48:17, 146:12, 180:13

**smaller** [2] - 146:13, 201:15
**smash** [1] - 18:15
**smashed** [2] - 86:2, 193:3
**smoke** [3] - 131:10, 182:2, 182:3
**smooth** [1] - 188:17
**snapped** [1] - 26:14
**snatch** [1] - 108:2
**snow** [8] - 41:18, 41:25, 42:9, 42:13, 60:2, 60:10, 60:12, 61:13
**social** [2] - 9:1, 9:22
**soliciting** [3] - 78:8, 79:18, 80:24
**solid** [2] - 142:2, 143:17
**solidify** [1] - 142:4
**someone** [13] - 138:8, 142:14, 143:7, 143:11, 148:12, 148:15, 158:13, 175:20, 188:1, 188:3, 195:4, 218:4, 225:23
**sometimes** [2] - 11:23, 194:19
**somewhat** [2] - 110:22, 110:23
**somewhere** [1] - 90:9
**soon** [2] - 208:6, 217:24
**sooner** [1] - 93:5
**sorry** [29] - 25:11, 30:2, 33:24, 53:1, 55:5, 61:16, 62:17, 73:9, 94:18, 103:24, 112:16, 120:24, 151:4, 154:8, 159:19, 161:8, 171:2, 180:16, 181:1, 189:5, 190:24, 191:6, 192:12, 200:1, 200:3, 212:17, 213:2, 220:15, 227:6
**sort** [18] - 39:16, 69:12, 92:1, 117:4, 125:13, 142:16, 144:6, 164:12, 166:17, 178:4, 186:21, 208:9, 208:11, 208:24, 212:3, 215:7, 222:23, 225:10
**sought** [2] - 9:7, 197:1
**sounds** [6] - 14:12, 27:19, 30:21, 70:12,

71:23, 85:18
**source** [3] - 27:11, 104:12, 124:4
**south** [2] - 42:16, 44:3
**southwest** [2] - 145:3, 145:24
**space** [3] - 45:5, 159:16, 226:18
**speakers** [2] - 22:9, 58:16
**speaking** [1] - 55:20
**speaks** [2] - 52:11, 84:8
**Special** [1] - 6:9
**special** [17] - 37:5, 45:2, 45:12, 45:20, 46:5, 46:6, 48:2, 48:3, 80:11, 94:5, 94:14, 94:21, 95:4, 95:11, 95:18, 95:25, 96:7
**specialist** [1] - 6:10
**specific** [10] - 56:4, 57:11, 57:13, 75:15, 91:5, 159:17, 180:4, 202:2, 212:13, 213:18
**specifically** [9] - 87:15, 91:1, 91:20, 113:3, 115:23, 148:25, 178:18, 182:24, 198:18
**Specifically** [1] - 88:17
**specifics** [2] - 132:23, 133:11
**speculation** [1] - 52:22
**sped** [2] - 51:7, 51:8
**speech** [1] - 43:19
**speeches** [1] - 22:10
**speed** [4] - 51:7, 111:7, 111:9, 113:14
**spell** [5] - 36:12, 73:12, 105:16, 139:12, 205:17
**spent** [1] - 149:3
**spray** [28] - 15:24, 17:18, 17:21, 88:16, 88:19, 88:20, 88:25, 113:8, 129:24, 131:11, 140:15, 148:3, 201:21, 206:15, 208:9, 211:4, 211:13, 211:14, 212:1, 216:7, 220:6, 223:13, 223:16, 223:22, 224:7, 226:1, 226:8

**sprayed** [20] - 15:22, 17:9, 17:13, 17:18, 18:2, 88:18, 113:8, 131:11, 208:6, 208:8, 208:10, 208:12, 208:17, 208:19, 209:3, 209:5, 223:6, 224:3, 224:7, 224:12
**spraying** [10] - 88:15, 88:24, 120:18, 182:3, 182:6, 208:6, 211:5, 216:6, 218:5, 223:13
**sprays** [1] - 17:24
**squads** [3] - 42:2, 42:5, 51:18
**square** [5] - 40:11, 40:14, 41:20, 44:20, 125:17
**Square** [1] - 41:7
**squares** [1] - 61:11
**stab** [1] - 218:2
**staff** [1] - 48:17
**stage** [4] - 44:4, 88:12, 145:24
**staircase** [2] - 144:8, 144:9
**stairs** [9] - 121:8, 121:11, 127:22, 129:21, 130:9, 130:15, 130:18, 130:22
**stairway** [1] - 107:17
**stairwell** [1] - 129:22
**stamp** [36] - 52:5, 53:7, 60:23, 117:12, 150:12, 151:5, 151:8, 155:2, 155:22, 156:3, 156:16, 156:23, 157:1, 157:21, 157:24, 160:17, 162:22, 164:20, 165:23, 166:1, 167:22, 168:2, 168:19, 169:5, 170:1, 170:22, 171:23, 172:6, 173:20, 174:21, 183:5, 197:13, 198:9, 198:10, 198:11, 198:12
**stamps** [1] - 198:14
**stand** [9] - 11:20, 12:7, 20:1, 34:20, 105:6, 131:7, 139:23, 205:8, 227:10
**standing** [16] - 10:12,

20:5, 20:9, 20:13, 63:15, 64:11, 65:15, 86:21, 109:17, 112:9, 129:5, 198:16, 204:8, 205:9, 216:12, 217:14
**standpoint** [1] - 8:21
**stands** [1] - 106:7
**Stanley** [3] - 7:8, 131:24, 185:20
**start** [11] - 73:4, 113:19, 114:25, 131:23, 132:2, 185:21, 197:17, 217:24, 218:21, 225:21
**started** [14] - 8:7, 69:12, 72:21, 106:11, 110:24, 111:16, 114:4, 114:11, 114:12, 138:4, 143:1, 145:20, 210:25, 225:12
**starting** [5] - 6:6, 64:3, 64:15, 127:12, 216:6
**State** [1] - 215:24
**state** [8] - 36:12, 46:9, 46:10, 47:18, 49:17, 105:16, 139:12, 205:17
**statement** [17] - 14:19, 15:1, 21:5, 30:18, 75:13, 75:14, 76:12, 78:16, 79:24, 81:3, 84:1, 90:2, 90:6, 90:24, 91:7, 93:1, 93:2
**Statement** [1] - 75:11
**statements** [1] - 7:25
**Statements** [1] - 3:3
**States** [29] - 6:3, 6:8, 15:8, 18:7, 20:22, 36:16, 36:20, 37:7, 39:1, 42:23, 66:22, 76:24, 76:25, 80:12, 83:9, 84:7, 86:25, 87:2, 87:3, 88:8, 106:13, 106:24, 138:25, 141:1, 146:19, 161:6, 161:10, 161:14, 176:1
**states** [3] - 75:14, 90:1, 167:3
**stationed** [1] - 106:9
**status** [1] - 101:25
**statutory** [1] - 97:15
**stave** [1] - 151:20

**stay** [7] - 22:4, 46:9, 87:9, 157:9, 216:12, 217:15, 218:8
**staying** [2] - 145:13, 148:8
**stays** [1] - 206:10
**steady** [1] - 159:4
**Steal** [2] - 84:25, 221:20
**step** [16] - 66:14, 81:23, 102:8, 114:23, 119:22, 137:15, 138:18, 159:22, 201:12, 202:9, 208:14, 208:20, 209:6, 218:5, 227:20
**Stephen** [1] - 23:12
**stepped** [2] - 142:3, 179:25
**steps** [6] - 107:14, 107:18, 111:20, 129:25, 130:3, 208:2
**sternum** [1] - 118:4
**Steven** [6] - 6:4, 6:14, 15:8, 19:14, 20:12, 20:15
**stick** [3] - 117:18, 117:19, 122:3
**sticking** [1] - 221:20
**sticks** [3] - 108:18, 111:24, 120:18
**stiff** [1] - 11:24
**still** [67] - 49:7, 62:12, 65:14, 67:7, 68:24, 69:4, 97:25, 110:22, 110:23, 111:2, 116:13, 116:16, 117:14, 118:4, 118:16, 118:17, 119:10, 121:22, 122:7, 126:24, 126:25, 128:11, 128:18, 136:18, 137:13, 137:21, 138:2, 154:21, 160:10, 160:14, 160:17, 161:17, 162:10, 162:19, 163:2, 164:10, 164:13, 164:17, 165:20, 166:4, 169:11, 169:23, 170:19, 171:13, 171:17, 171:23, 172:3, 172:14, 173:17, 173:23, 174:3, 174:11, 174:13, 174:18, 175:1, 177:21,

178:8, 179:19, 190:14, 191:24, 192:23, 195:25, 222:1, 222:4, 223:3
**stimulus** [1] - 23:2
**stipped** [1] - 71:3
**stipulate** [12] - 8:19, 29:13, 30:7, 31:24, 76:20, 77:17, 79:7, 79:24, 80:1, 80:15, 81:5, 81:17
**Stipulated** [1] - 75:11
**stipulated** [54] - 7:23, 8:5, 9:16, 28:7, 31:21, 70:16, 72:7, 74:17, 75:8, 75:24, 76:5, 76:13, 77:20, 78:16, 78:20, 81:4, 81:19, 81:25, 82:4, 82:17, 82:21, 83:3, 83:6, 83:16, 83:19, 84:1, 84:9, 84:12, 84:14, 84:20, 84:24, 85:4, 85:6, 85:10, 85:20, 86:4, 86:12, 86:19, 87:24, 88:21, 88:22, 89:13, 93:2, 97:19, 97:25, 99:14, 99:18, 99:22, 99:24, 100:4, 100:7, 100:13, 203:12, 203:15
**stipulates** [1] - 76:2
**stipulating** [7] - 9:23, 28:8, 29:1, 30:25, 76:10, 76:11, 76:14
**stipulation** [9] - 6:22, 8:23, 31:17, 31:22, 31:23, 32:1, 67:16, 76:19
**stipulations** [5] - 8:20, 30:24, 31:14, 31:15, 103:13
**stole** [1] - 86:24
**stolen** [2] - 18:14, 84:17
**stood** [1] - 17:16
**stop** [17] - 15:25, 20:19, 62:20, 85:1, 113:13, 115:7, 115:22, 119:5, 123:4, 125:6, 164:12, 167:12, 176:25, 196:7, 211:19, 221:2, 223:22
**Stop** [3] - 84:25, 115:7, 221:20
**stopped** [8] - 109:12, 111:11, 113:16,

113:23, 119:1, 121:2, 218:25, 224:20
**straight** [3] - 24:22, 158:11, 183:24
**straining** [1] - 165:16
**strategically** [1] - 153:17
**strategies** [1] - 217:22
**strategy** [1] - 215:2
**streamline** [1] - 102:16
**streamlined** [2] - 29:4, 29:15
**street** [1] - 216:17
**Street** [2] - 41:24, 106:11
**stress** [1] - 23:19
**stressed** [1] - 149:9
**stretch** [3] - 11:18, 11:20, 12:1
**strike** [5] - 52:22, 53:5, 147:23, 210:11, 214:4
**striking** [1] - 217:25
**stripes** [3] - 151:1, 183:16, 184:13
**stronger** [1] - 173:5
**struck** [4] - 15:21, 24:19, 26:9, 72:14
**struggle** [1] - 18:21
**struggling** [1] - 142:15
**stuck** [1] - 26:20
**stuff** [4] - 113:8, 207:18, 217:7, 222:1
**stuffed** [1] - 223:3
**subparts** [1] - 204:7
**subsection** [1] - 77:13
**substance** [1] - 227:22
**substantial** [1] - 81:23
**successful** [3] - 19:18, 111:5, 162:4
**suffer** [1] - 88:23
**suffered** [3] - 86:1, 86:3, 86:8
**sufficient** [1] - 7:24
**suggest** [1] - 70:14
**summarize** [3] - 76:7, 76:8, 76:9
**summarizes** [1] - 75:23
**summary** [1] - 135:21
**summation** [2] - 30:12, 34:19
**superseding** [4] - 76:3, 89:19, 100:20, 103:10
**supervised** [7] - 94:4,

94:13, 94:20, 95:3, 95:9, 95:17, 95:24
**supervisor** [3] - 67:22, 68:20, 71:20
**support** [4] - 114:11, 118:23, 125:24, 126:8
**supporting** [1] - 167:17
**suppose** [1] - 7:19
**supposed** [2] - 15:11, 226:22
**surface** [1] - 188:17
**surge** [2] - 143:23, 179:9
**surged** [4] - 64:23, 64:24, 120:16, 131:6
**surges** [1] - 178:4
**surging** [1] - 23:3
**surprised** [1] - 213:23
**surrounding** [1] - 180:19
**surveillance** [1] - 203:11
**sustain** [1] - 167:4
**sustained** [1] - 171:6
**swallowed** [1] - 130:14
**swarming** [1] - 135:6
**swear** [2] - 72:24, 139:4
**sweater** [1] - 183:16
**sweatshirt** [2] - 21:25, 151:1
**swept** [2] - 54:20, 195:5
**switch** [4] - 72:14, 134:16, 193:10, 197:16
**switching** [2] - 134:10, 142:16
**syndrome** [2] - 23:23, 26:24
**system** [3] - 49:20, 49:25, 50:8

---

**T**

**T.R** [3] - 85:23, 85:25, 86:8
**tackled** [1] - 142:17
**tall** [3] - 39:4, 186:25
**taller** [1] - 218:1
**target** [1] - 189:16
**tased** [1] - 17:9
**task** [1] - 191:11
**teeth** [1] - 165:15
**temporary** [4] - 48:23, 48:24, 60:8, 60:13
**tennis** [1] - 21:25

**tens** [2] - 135:3, 135:4
**term** [8] - 94:3, 94:12, 94:19, 94:20, 95:8, 95:9
**terms** [4] - 8:15, 42:20, 52:19, 185:2
**terrace** [40] - 15:14, 15:16, 20:6, 39:13, 39:14, 39:17, 39:18, 39:19, 39:21, 40:4, 40:7, 40:21, 40:22, 43:8, 43:25, 51:4, 53:13, 53:15, 53:16, 53:19, 56:1, 56:11, 56:13, 56:16, 61:8, 62:1, 63:4, 65:25, 129:21, 130:15, 131:5, 131:6, 146:1, 146:5, 150:1, 152:18
**terrible** [1] - 113:8
**territorial** [1] - 80:11
**test** [1] - 186:6
**testified** [22] - 55:10, 56:12, 60:4, 61:5, 112:5, 117:6, 118:22, 119:21, 125:19, 132:12, 146:4, 149:3, 186:17, 187:5, 187:16, 188:10, 192:2, 192:11, 200:18, 204:16, 217:10, 217:17
**testify** [9] - 13:8, 13:12, 23:14, 26:23, 27:2, 67:3, 67:4, 67:14, 102:23
**testifying** [6] - 16:20, 25:9, 25:21, 102:24, 188:23, 204:20
**testimony** [34] - 14:11, 16:19, 16:25, 23:12, 24:5, 24:13, 24:14, 25:20, 27:9, 35:8, 66:15, 103:9, 109:7, 123:11, 127:7, 133:16, 134:4, 138:18, 141:17, 149:13, 149:23, 152:15, 155:12, 176:4, 178:23, 183:14, 187:21, 188:24, 194:10, 200:17, 202:10, 212:9, 218:16, 227:22
**Texas** [2] - 12:18, 21:14
**text** [2] - 22:12, 24:5
**thanking** [1] - 131:23,

185:21
**themselves** [4] -
55:13, 104:13,
108:2, 225:16
**theoretically** [1] -
149:1
**therapy** [1] - 86:9
**therefore** [1] - 100:18
**they've** [1] - 65:10
**They've** [1] - 111:17
**thinking** [2] - 32:15,
130:8
**third** [9] - 8:7, 9:6,
79:1, 79:15, 87:18,
147:9, 186:19,
186:21, 203:4
**Third** [1] - 106:11
**third-party** [1] - 203:4
**thorough** [1] - 176:18
**thousands** [3] - 135:1,
135:3, 135:4
**threat** [1] - 211:19
**threatened** [2] - 80:6,
99:13
**threatening** [1] -
26:12
**threats** [1] - 90:5
**three** [22] - 9:19,
15:15, 16:2, 19:22,
23:1, 24:7, 32:17,
32:20, 33:1, 77:2,
78:5, 80:8, 80:21,
81:13, 82:11, 83:7,
83:14, 106:2, 111:9,
186:18, 196:10,
198:13
**three-times** [1] - 111:9
**threw** [3] - 122:11,
129:23, 216:7
**thrilled** [1] - 33:1
**throughout** [4] - 48:6,
153:16, 201:20,
207:7
**throw** [2] - 201:22,
212:1
**throwing** [10] -
111:24, 113:7,
120:16, 120:18,
121:16, 122:3,
148:7, 211:2, 222:1
**thrown** [3] - 20:11,
140:15, 148:5
**Thursday** [5] - 13:14,
102:23, 102:25,
228:22, 228:24
**tick** [1] - 150:13
**tight** [2] - 194:22,
226:23
**tired** [4] - 149:5,
216:9, 223:7

**tirelessly** [1] - 18:10
**titled** [1] - 75:11
**today** [20] - 7:10, 16:3,
57:18, 66:15, 73:7,
89:23, 100:12,
109:7, 123:10,
127:7, 136:13,
140:21, 149:23,
152:15, 176:4,
184:19, 197:20,
202:10, 212:9,
218:16
**together** [5] - 42:20,
130:23, 155:9,
155:13, 212:10
**tomorrow** [3] - 103:2,
227:21, 229:5
**tone** [4] - 107:2,
142:11, 210:20,
210:21
**took** [5] - 27:14,
91:14, 119:22,
147:20, 225:11
**tool** [2] - 50:16, 188:8
**tools** [3] - 147:24,
148:1, 226:8
**top** [13] - 38:6, 61:11,
122:1, 122:9,
122:19, 130:3,
130:22, 170:9,
178:9, 189:7,
189:12, 192:1,
212:12
**torso** [1] - 192:5
**total** [1] - 16:3
**touching** [2] - 165:7,
201:23
**tourists** [1] - 44:15
**toward** [1] - 52:1
**towards** [29] - 18:12,
18:18, 22:16, 22:19,
39:20, 39:21, 52:2,
61:8, 64:7, 81:23,
84:15, 84:16, 84:22,
88:11, 108:4,
109:18, 113:6,
114:25, 116:4,
117:20, 118:5,
121:10, 122:13,
122:20, 129:8,
129:11, 142:23,
144:9, 144:10
**tower** [9] - 38:24,
38:25, 39:3, 39:5,
39:7, 44:5, 51:9,
51:11
**town** [3] - 13:1, 13:7,
13:21
**trained** [1] - 206:11
**training** [2] - 186:15,

206:11
**trampled** [3] - 18:5,
111:22, 121:17
**trampling** [1] - 114:25
**transformed** [1] -
22:22
**trapped** [1] - 159:23
**traumatic** [2] - 22:25,
24:6
**traveled** [1] - 84:12
**treat** [1] - 86:9
**treatment** [3] - 13:14,
74:1, 98:12
**Trial** [1] - 75:11
**trial** [52] - 6:23, 7:15,
7:22, 7:23, 8:5, 8:7,
9:5, 9:6, 9:11, 9:18,
10:4, 10:14, 10:24,
11:12, 12:4, 16:8,
16:13, 16:23, 19:23,
20:24, 32:6, 32:8,
34:23, 70:16, 72:8,
74:6, 74:7, 74:10,
74:17, 75:8, 75:25,
76:5, 76:13, 78:17,
90:19, 92:16, 92:17,
92:18, 92:21, 93:2,
97:19, 97:25, 99:15,
99:18, 99:22, 99:25,
100:4, 100:7,
100:14, 103:3,
123:11, 127:6
**tried** [9] - 15:8, 25:2,
71:18, 107:6, 142:4,
146:12, 147:6,
147:22, 148:17
**tries** [1] - 17:21
**triggered** [6] - 23:3,
24:8, 24:24, 26:20,
26:24, 27:14
**trouble** [1] - 141:7
**Troy** [1] - 66:23
**true** [1] - 90:3
**Trump** [3] - 21:16,
22:9, 58:15
**try** [22] - 22:4, 70:4,
70:17, 100:8, 103:5,
106:22, 113:1,
114:20, 130:16,
142:9, 143:6,
172:25, 208:15,
208:16, 208:22,
209:12, 211:19,
215:5, 217:22,
222:5, 223:2, 223:22
**trying** [71] - 59:11,
69:2, 107:8, 107:12,
107:17, 107:20,
108:2, 110:25,
111:3, 111:17,

112:23, 114:2,
114:18, 115:19,
116:1, 118:17,
129:24, 130:1,
130:2, 137:13,
138:1, 142:1,
142:10, 145:13,
151:13, 151:20,
157:9, 158:5,
158:14, 158:17,
158:19, 158:20,
162:3, 164:10,
166:21, 174:12,
175:19, 178:14,
178:23, 179:7,
186:9, 191:7,
196:18, 199:8,
200:19, 208:4,
208:23, 209:20,
214:15, 214:16,
214:23, 214:25,
216:12, 217:15,
218:1, 218:2, 218:4,
222:4, 222:5, 223:1,
223:12, 223:13,
223:14, 226:22,
226:24, 228:14
**Tuesday** [8] - 13:5,
13:8, 13:12, 13:16,
14:10, 14:11, 228:8,
228:17
**tunnel** [118] - 15:16,
15:20, 17:6, 17:12,
17:16, 17:17, 18:8,
18:10, 18:19, 19:9,
19:25, 20:6, 20:10,
20:13, 24:11, 24:18,
24:19, 25:7, 26:3,
26:5, 26:18, 26:19,
27:7, 27:11, 29:10,
29:11, 29:24, 29:25,
30:3, 39:23, 40:11,
40:14, 43:10, 69:13,
69:14, 87:21, 87:25,
88:1, 88:11, 88:16,
130:24, 130:25,
131:7, 131:8,
144:10, 146:1,
146:9, 146:11,
146:16, 146:18,
146:22, 146:25,
147:13, 147:19,
147:25, 148:6,
148:10, 148:25,
149:4, 149:11,
149:13, 150:1,
151:12, 152:18,
153:12, 153:16,
155:5, 158:3,
163:14, 164:9,
164:24, 168:17,

169:2, 175:14,
176:7, 177:4, 178:2,
178:16, 178:18,
178:21, 179:6,
180:12, 181:19,
181:21, 181:22,
181:25, 182:14,
183:14, 199:11,
209:1, 209:3, 209:5,
209:15, 209:18,
209:22, 209:23,
210:2, 210:22,
210:23, 211:7,
211:12, 212:21,
214:24, 214:25,
215:10, 215:15,
215:21, 216:3,
216:4, 216:20,
216:23, 217:18,
220:17, 220:19,
221:24, 225:10,
226:10
**turn** [9] - 148:13,
148:15, 148:21,
148:24, 162:16,
171:14, 174:9,
179:22, 209:11
**turned** [4] - 26:17,
125:23, 126:5, 149:1
**turning** [2] - 19:17,
126:5
**turns** [1] - 174:6
**tweaks** [1] - 69:6
**twenty** [3] - 39:2,
73:15, 106:2
**twenty-seven** [1] -
73:15
**twenty-three** [1] -
106:2
**two** [47] - 8:7, 9:8,
12:11, 22:7, 31:8,
32:6, 32:13, 54:16,
59:3, 59:12, 67:14,
69:9, 77:1, 78:1,
80:6, 83:1, 111:7,
118:16, 129:3,
133:1, 148:22,
158:10, 159:7,
159:18, 159:21,
159:24, 163:16,
166:14, 175:18,
186:12, 186:17,
186:18, 186:21,
187:6, 188:2, 188:5,
190:24, 191:1,
191:4, 191:15,
194:2, 196:9,
198:13, 213:18,
216:12
**two-times** [1] - 111:7

**type** [3] - 72:13, 74:2, 206:20
**types** [1] - 182:6
**typical** [1] - 120:7
**typically** [3] - 140:5, 140:7, 141:4
**Tyson** - 227:14

## U

**U.S** [18] - 15:10, 15:17, 36:19, 37:8, 37:11, 37:25, 41:10, 42:5, 45:18, 47:9, 47:21, 48:7, 49:21, 50:12, 51:4, 51:17, 52:2, 56:3
**U.S.C** [17] - 76:12, 76:20, 77:11, 77:21, 78:19, 80:1, 80:15, 81:5, 82:3, 82:20, 83:6, 83:18, 84:23, 94:2, 94:11, 94:18, 95:8
**ultimately** [5] - 19:18, 27:10, 97:20, 145:15, 200:25
**unable** [1] - 23:7
**unauthorized** [1] - 41:21
**under** [8] - 23:21, 73:5, 79:25, 80:14, 81:5, 99:2, 142:14, 179:5
**underline** [1] - 129:1
**underneath** [1] - 22:3
**understood** [6] - 46:1, 186:14, 188:10, 188:22, 194:25, 195:9
**unfolded** [2] - 22:24, 23:9
**uniform** [2] - 206:20, 206:22
**unimaginable** [1] - 23:19
**unintelligible** [1] - 119:7
**Unit** [1] - 140:2
**unit** [10] - 23:21, 106:8, 139:23, 140:3, 140:6, 141:5, 179:11, 185:24, 186:3, 186:7
**United** [30] - 6:3, 6:8, 15:8, 18:6, 20:22, 36:16, 36:20, 37:7, 39:1, 42:23, 66:22, 76:24, 76:25, 80:12, 83:9, 84:7, 86:25,

87:2, 87:3, 88:6, 88:8, 106:13, 106:24, 138:25, 141:1, 146:19, 161:6, 161:10, 161:14, 176:1
**units** [2] - 42:3, 131:8
**universal** [1] - 213:24
**unknown** [1] - 41:20
**unrelentingly** [1] - 18:9
**untruthful** [1] - 73:6
**up** [158] - 7:24, 14:8, 15:14, 18:15, 21:18, 21:22, 22:6, 30:13, 34:20, 35:7, 35:24, 37:21, 38:25, 39:18, 39:25, 40:16, 40:25, 41:8, 41:10, 41:18, 44:2, 49:18, 50:23, 51:7, 51:8, 55:4, 56:7, 60:5, 60:19, 63:4, 64:23, 65:22, 68:20, 68:24, 68:25, 69:4, 69:13, 69:24, 97:24, 98:22, 102:12, 107:16, 107:18, 108:8, 108:20, 109:23, 110:15, 112:1, 113:9, 114:23, 115:18, 115:22, 116:10, 117:9, 117:18, 118:19, 119:8, 119:22, 120:12, 121:8, 121:20, 122:5, 122:17, 122:23, 122:25, 123:23, 126:9, 126:16, 127:2, 127:3, 128:4, 129:7, 129:13, 129:20, 129:25, 130:9, 130:14, 130:15, 130:18, 131:5, 131:6, 134:20, 136:21, 137:15, 142:3, 142:8, 142:15, 143:21, 144:3, 144:6, 144:7, 144:9, 144:11, 144:23, 145:25, 146:5, 147:7, 153:20, 153:21, 154:1, 155:13, 157:19, 158:5, 158:15, 159:16, 160:8, 160:11, 161:25, 164:2, 164:14,

165:1, 165:4, 165:14, 165:17, 166:14, 166:23, 167:18, 169:8, 170:16, 174:7, 175:22, 177:18, 178:16, 179:2, 183:11, 183:24, 188:1, 190:20, 193:3, 194:7, 194:21, 198:10, 200:25, 201:2, 208:2, 208:3, 208:6, 209:1, 209:15, 209:19, 212:7, 214:14, 214:16, 215:1, 216:7, 218:12, 219:20, 220:8, 223:12, 224:18, 225:12, 226:21, 226:24, 227:16, 227:17
**upper** [19] - 39:8, 39:17, 40:4, 40:21, 43:5, 53:13, 53:14, 53:19, 56:13, 56:16, 65:23, 65:25, 109:1, 118:9, 162:22, 165:14, 167:22, 168:2, 177:12
**uproar** [1] - 107:4
**upward** [1] - 57:5
**USA** [4] - 26:19, 26:21, 26:22
**useful** [2] - 194:15, 194:16
**utilize** [1] - 189:21
**utilized** [1] - 50:2

## V

**vantage** [1] - 39:5
**variance** [1] - 92:9
**various** [4] - 19:17, 91:22, 93:21, 148:7
**vehicle** [1] - 42:15
**Vehicle** [1] - 23:18
**vendors** [1] - 22:2
**verbal** [1] - 115:17
**verdict** [3] - 20:23, 20:24
**version** [3] - 29:16, 67:23, 197:1
**vestigial** [1] - 186:22
**veteran** [2] - 21:8, 37:11
**Vice** [7] - 47:15, 48:8, 48:11, 48:18, 48:22, 49:3, 49:10
**victim** [3] - 16:25,

17:1, 77:8
**victims** [2] - 19:22, 101:22
**victory** [2] - 20:8, 20:11
**video** [97] - 17:20, 25:3, 25:4, 25:6, 25:19, 27:7, 29:8, 29:20, 30:3, 30:5, 34:21, 35:2, 50:20, 50:24, 50:25, 51:5, 52:5, 52:6, 52:10, 53:7, 53:8, 53:11, 53:23, 53:24, 56:12, 56:15, 57:17, 61:3, 61:24, 62:11, 104:12, 110:7, 110:12, 111:10, 123:7, 123:10, 123:14, 124:2, 124:4, 124:7, 124:9, 124:12, 125:8, 125:22, 130:12, 131:25, 136:13, 136:15, 149:10, 149:19, 151:7, 151:12, 151:25, 152:4, 152:6, 152:10, 152:14, 154:6, 154:25, 155:6, 155:22, 156:10, 156:23, 157:1, 157:20, 167:22, 168:16, 169:5, 172:9, 172:12, 174:25, 175:17, 176:4, 176:10, 176:24, 177:13, 177:22, 178:1, 183:2, 183:10, 183:22, 183:23, 184:9, 184:18, 192:24, 193:2, 193:4, 194:1, 197:19, 197:22, 200:3, 201:3, 203:11, 213:13, 222:19, 228:23
**videos** [4] - 26:25, 179:18, 181:24, 203:4
**view** [7] - 40:20, 41:7, 51:3, 51:4, 57:6, 220:21, 220:22
**viewed** [1] - 153:12
**violation** [9] - 78:19, 82:3, 82:20, 83:5, 83:17, 94:1, 94:10, 94:18, 95:7
**violence** [7] - 80:7,

82:19, 82:24, 83:17, 83:21, 95:22, 96:4
**violent** [2] - 15:18, 19:1
**violently** [1] - 19:16
**Virginia** [1] - 215:24
**visible** [1] - 170:3
**vision** [4] - 182:10, 182:11, 187:9, 208:24
**visit** [5] - 48:22, 48:23, 48:24, 48:25, 49:17
**visiting** [4] - 47:18, 47:23, 48:9, 49:3
**visor** [1] - 140:14
**visual** [45] - 109:11, 113:12, 113:15, 113:21, 118:25, 121:1, 123:3, 125:2, 125:5, 126:15, 127:14, 127:20, 128:3, 129:17, 132:7, 136:25, 137:3, 152:8, 154:7, 155:1, 155:23, 156:24, 157:23, 168:21, 169:7, 175:6, 175:11, 177:17, 192:19, 193:12, 195:14, 196:2, 196:11, 198:1, 199:25, 214:11, 218:24, 219:23, 221:1, 221:10, 222:14, 222:16, 223:9, 224:1, 224:23
**voice** [3] - 115:9, 157:4, 157:5
**voluntarily** [10] - 77:2, 85:7, 85:21, 86:15, 87:13, 88:13, 89:2, 90:4, 99:25, 100:14
**vomited** [1] - 17:10
**vomiting** [1] - 130:1
**vote** [1] - 54:8
**votes** [2] - 85:2, 210:7
**vulnerable** [2] - 19:11, 179:8

## W

**wait** [7] - 57:3, 70:23, 87:9
**waiting** [6] - 22:1, 33:7, 67:12, 67:20, 67:22, 69:21
**waived** [1] - 74:7
**waiving** [1] - 89:13
**walk** [4] - 49:4, 58:25,

148:15, 148:21
**walked** [2] - 26:18, 130:18
**walking** [1] - 130:9
**wall** [22] - 111:22, 112:6, 112:8, 112:9, 112:13, 121:6, 121:10, 130:12, 153:23, 154:2, 154:19, 155:5, 158:5, 163:21, 165:1, 173:9, 174:4, 179:24, 225:7, 225:10, 225:24
**wants** [2] - 12:6, 34:18
**War** [1] - 21:8
**war** [2] - 26:13, 26:16
**warm** [1] - 22:5
**Washington** [4] - 21:17, 21:23, 22:7, 84:13
**wasting** [2] - 93:10, 158:15
**watch** [3] - 34:13, 195:16, 212:9
**watched** [23] - 56:12, 111:15, 114:1, 121:24, 124:7, 126:19, 127:7, 128:7, 128:19, 131:24, 136:13, 136:15, 155:6, 157:7, 169:24, 172:13, 173:18, 174:19, 177:22, 179:18, 192:25, 221:23, 226:15
**watching** [1] - 134:4
**wave** [6] - 147:10, 147:12, 148:15, 155:14, 178:4, 195:3
**wave-like** [2] - 155:14, 178:4
**ways** [4] - 47:24, 58:25, 59:3, 194:15
**weak** [1] - 216:5
**weapon** [13] - 77:15, 82:2, 82:15, 82:20, 83:2, 88:20, 94:10, 95:16, 95:23, 188:7, 211:8, 211:24, 217:25
**weapons** [4] - 15:23, 206:12, 225:18, 225:24
**wear** [4] - 140:5, 140:7, 141:4, 207:7
**wearing** [14] - 21:24, 119:18, 125:20, 140:7, 141:3,

141:10, 141:15, 143:10, 156:12, 172:16, 206:20, 206:22, 207:10, 221:5
**Wednesday** [10] - 13:8, 13:12, 13:13, 13:16, 14:10, 14:11, 228:9, 228:17, 228:23
**week** [10] - 13:10, 13:17, 13:20, 14:8, 21:12, 103:6, 213:19, 213:22
**weight** [1] - 124:14
**welcome** [1] - 123:22
**West** [17] - 38:17, 38:23, 69:13, 85:5, 107:3, 107:23, 110:19, 130:5, 142:7, 143:14, 143:16, 208:12, 208:19, 208:25, 209:14, 210:15, 210:21
**west** [66] - 15:13, 15:14, 15:15, 20:6, 38:15, 38:16, 39:8, 39:11, 39:13, 39:14, 39:17, 39:19, 39:21, 40:4, 40:6, 40:21, 40:22, 41:15, 41:17, 41:23, 43:5, 43:8, 43:25, 44:8, 51:3, 51:23, 53:13, 53:14, 53:15, 53:16, 53:19, 56:1, 56:11, 56:13, 56:16, 56:17, 61:8, 61:25, 63:4, 69:14, 85:11, 85:20, 86:18, 86:20, 87:12, 106:17, 106:18, 109:18, 141:23, 144:7, 144:8, 144:10, 145:3, 145:25, 146:5, 150:1, 152:18, 160:1, 168:17, 207:20, 207:21
**westerly** [1] - 51:4
**whim** [1] - 18:25
**white** [10] - 51:9, 61:11, 117:2, 128:22, 150:25, 183:16, 184:13, 207:4, 215:16, 219:9
**White** [3] - 58:12, 58:17, 59:24
**whodunit** [1] - 28:24
**whole** [12] - 120:8,

146:10, 147:8, 159:3, 162:7, 162:8, 167:16, 178:15, 178:16, 189:9, 227:9
**wide** [2] - 146:22, 178:20
**wife** [1] - 21:17
**willful** [1] - 27:16
**willfully** [2] - 83:14, 83:22
**willing** [3] - 7:1, 103:4, 225:5
**wish** [6] - 21:3, 30:17, 93:4, 93:9, 101:17, 181:9
**wishes** [1] - 72:7
**withdraw** [2] - 97:19, 98:1
**withhold** [1] - 57:10
**WITNESS** [25] - 36:2, 36:5, 53:1, 53:3, 105:9, 105:12, 108:9, 108:11, 136:20, 137:6, 137:9, 137:19, 137:24, 138:9, 139:4, 154:9, 182:19, 195:17, 195:22, 201:18, 202:2, 205:12, 205:14, 220:16, 227:23
**Witness** [9] - 40:24, 66:18, 138:19, 144:25, 171:22, 202:11, 219:7, 221:18, 222:22
**witness** [22] - 12:13, 12:17, 12:21, 13:11, 33:3, 33:4, 34:15, 35:23, 57:25, 66:10, 66:21, 67:10, 67:12, 102:18, 123:21, 133:16, 138:24, 185:13, 202:13, 204:16, 204:18, 204:19
**witnesses** [13] - 12:10, 12:11, 14:15, 14:17, 14:21, 16:20, 17:4, 32:25, 67:13, 67:15, 69:9, 70:4, 70:17
**Witnesses** [1] - 3:6
**woke** [1] - 21:22
**wondered** [1] - 216:25
**wooden** [1] - 144:8
**WOODWARD** [118] - 7:8, 10:8, 10:11, 10:15, 11:10, 28:22,

28:25, 29:7, 30:2, 30:10, 30:16, 34:11, 35:1, 45:22, 52:10, 52:21, 55:2, 55:7, 55:24, 56:6, 56:9, 56:10, 56:24, 57:2, 57:16, 57:20, 104:5, 104:11, 104:17, 104:19, 122:15, 123:20, 123:25, 124:17, 131:17, 131:22, 132:4, 132:8, 133:18, 133:25, 134:3, 134:9, 134:12, 134:16, 134:18, 135:12, 138:13, 150:6, 150:8, 152:22, 160:23, 163:6, 167:1, 167:3, 168:10, 169:15, 171:1, 171:5, 176:17, 181:1, 181:3, 181:10, 185:17, 185:19, 188:9, 190:19, 190:22, 192:13, 192:15, 192:18, 192:20, 192:21, 193:9, 193:13, 193:15, 193:17, 195:10, 195:15, 195:21, 195:23, 196:3, 196:9, 196:12, 196:24, 197:10, 197:12, 197:16, 197:18, 197:24, 198:2, 199:16, 199:19, 199:21, 199:24, 200:1, 200:4, 200:22, 200:24, 201:16, 202:6, 203:3, 203:10, 204:12, 204:15, 204:22, 205:2, 210:11, 212:17, 213:10, 214:6, 227:5, 227:7, 228:3, 228:6, 228:8, 228:11, 228:13, 228:18
**Woodward** [36] - 3:10, 3:12, 7:9, 7:12, 10:6, 11:9, 28:21, 28:23, 34:9, 35:6, 55:1, 56:4, 57:9, 104:3, 123:19, 131:16, 131:24, 138:11, 150:7, 160:22, 163:5, 168:9,

169:14, 171:4, 176:16, 180:25, 181:9, 185:16, 185:20, 200:21, 202:4, 203:1, 204:9, 213:9, 213:16, 228:2
**Woodward................** [1] - 3:8
**word** [5] - 38:6, 47:4, 161:7, 161:11, 188:16
**wording** [2] - 38:1, 38:3
**words** [5] - 11:21, 60:8, 112:21, 157:14, 194:5
**wore** [1] - 141:13
**worn** [51] - 108:10, 108:23, 108:24, 113:9, 115:9, 116:13, 117:15, 117:25, 119:10, 120:20, 121:22, 122:7, 126:1, 127:7, 127:9, 128:6, 128:18, 129:14, 132:2, 134:14, 136:22, 153:11, 156:15, 156:19, 160:15, 162:20, 163:2, 164:17, 164:23, 165:21, 167:23, 168:4, 169:24, 170:19, 172:3, 173:17, 174:19, 198:4, 198:5, 198:7, 198:9, 198:10, 212:8, 212:9, 212:13, 213:17, 214:18, 215:6, 218:15, 218:18
**worse** [1] - 142:22
**worst** [1] - 138:5
**worth** [2] - 184:18, 189:13
**wrap** [1] - 227:17
**wrest** [1] - 18:22
**wrestled** [1] - 88:9
**write** [2] - 135:21, 191:9
**writing** [1] - 136:1
**written** [3] - 74:20, 101:14, 161:10

## X

**Xenakis** [5] - 23:12, 26:23, 103:1, 228:22

## Y

**year** [3] - 86:9, 93:9, 93:10

**year's** [1] - 95:24

**years** [21] - 94:3, 94:4, 94:12, 94:13, 94:20, 94:21, 95:3, 95:9, 95:10, 95:16, 95:17, 95:24, 96:6, 106:2, 120:2, 120:4, 140:1, 140:17, 179:10, 205:25, 213:18

**years'** [1] - 95:2

**yell** [2] - 222:6, 226:12

**yelled** [3] - 87:5, 88:1, 112:24

**yelling** [7] - 26:21, 107:4, 111:16, 113:2, 115:19, 210:4, 210:17

**yellow** [4] - 39:19, 39:20, 128:25, 150:25

**yesterday** [2] - 7:22, 7:24

**you-all** [4] - 32:23, 93:23, 102:9, 229:4

**yourself** [24] - 42:7, 42:9, 42:11, 106:23, 125:8, 125:11, 154:12, 171:17, 171:21, 172:8, 172:13, 173:6, 184:1, 199:1, 211:14, 211:23, 214:18, 216:4, 219:6, 222:18, 222:21, 224:4, 224:13, 226:9

**yourselves** [1] - 6:5

## Z

**zone** [2] - 44:18, 44:19

## §

**§** [1] - 83:18