UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No. 21-CR-00040-(TNM) |
| | * | |
| **CHRIS QUAGLIN,** | * | |
| | * | |
| Defendant | * | |

**MOTION TO APPEAR *PRO HAC VICE***

COMES NOW, the Defendant, Chris Quaglin, pursuant to Local Criminal Rule 44.1(c) & (d), and moves for the admission and appearance of attorney Kristi Fulnecky *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mrs. Fulnecky filed herewith. *See* Exhibit 2. A letter of good standing from the state of Missouri is attached as Exhibit 1. This motion is filed without the D.C. Bar letter of good standing. It will be filed as soon as it is received. Attorney Fulnecky was admitted *pro hac vice* by Judge Moss in *United States v. Owens*, 23-CR-388 (RMM) last year.  As set forth in Ms. Fulnecky's declaration, she is admitted and an active member in good standing in the following courts and bars:

1. The Missouri Bar,

2. The District of Columbia, and

3. The U.S. Western District of Missouri .

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

        Respectfully submitted,

        <u>/s/ *Kira Anne West*</u>
        Kira Anne West
        DC Bar No. 993523
        712 H Street, N.E.
        Unit #509
        Washington, D.C. 20002
        (202) 236-2042
        kiraannewest@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-00040- (TNM) |
| | ) | |
| | ) | |
| CHRIS QUAGLIN, | ) | |
|       Defendant | ) | |

## **ORDER**

Pending before the Court is the motion of Defendant Chris Quaglin seeking admission of his attorney, Kristi Fulnecky, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Fulnecky's *pro hac vice* admission to this Court. Attorney Fulnecky shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, attorney Fulnecky is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case.

    SO ORDERED.

Dated _____, 2024.

                                                                            TREVOR N. McFADDEN, U.S.D.J.

4

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion and order with exhibits was filed electronically using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

    This the 27th day of March, 2024.

                                                  /s/*Kira Anne West*
                                                KIRA ANNE WEST