IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No 21-CR-00040-TNM |
| vs. ) | |
| ) | |
| CHRISTOPHER QUAGLIN, ) | |
| ) | |
| Defendant ) | |

### ENTRY OF APPEARANCE

COMES NOW Kristi S. Fulnecky, counsel for the Defendant, Christopher Quaglin, and hereby enters her appearance on behalf of the Defendant.

Respectfully Submitted,

*/s/ Kristi S. Fulnecky*
Kristi S. Fulnecky, MO Bar # 59677

FULNECKY LAW, LLC
2627 W. Republic Road, Suite A-108
Springfield, MO  65807
417-882-1044 phone
kristi@fulneckylaw.com

ATTORNEY FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Clerk of the United States District Court for the District of Columbia on March 27, 2024, using the CM/ECF System and a copy was made available to all electronic filing participants.

*/s/  Kristi S. Fulnecky*
Kristi S Fulnecky
Attorney for Defendant
