# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 21-cr-40-TNM** |
| **v.** : | |
| : | |
| **PATRICK MCCAUGHEY, III, ET AL.** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Jocelyn Bond, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Jocelyn P. Bond*
Jocelyn P. Bond
D.C. Bar 1008904
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-2571
Jocelyn.Bond@usdoj.gov