**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) |
| V. | ) Case No. 21-CR-0040-TNM ) ) ) |
| CHRISTOPHER QUAGLIN, | ) ) |
| Defendant. | ) |

## MOTION FOR ACCESS TO DISCOVERY, LAPTOP, AND INTERNET

**COMES NOW**, Defendant, Christopher Quaglin, by and through counsel, and hereby moves the Court to grant his Motion for Access to Discovery, a Laptop, and the Internet, and in support of his motion states:

1. Defendant is requesting this Honorable Court to grant him access to Evidence.com, so he can have access to all his discovery. Defendant has never had access to Evidence.com.

2. Defendant was represented by numerous incompetent attorneys who did not provide full discovery to him. Defendant would like full access to discovery.

3. Defendant would like access to a laptop so he can view his discovery and needs a laptop to view the videos and the large amounts of data.

4. Defendant requests access to the Internet to view his full discovery.

**WHEREFORE,** Defendant prays for this Court to grant his Motion for Access to Full Discovery, a Laptop, and the Internet.

1

Respectfully Submitted,

*/s/  Kristi S. Fulnecky*
Kristi S. Fulnecky, MO Bar # 59677

FULNECKY LAW, LLC
2627 W. Republic Road, Suite A-108
Springfield, MO  65807
417-882-1044 phone
kristi@fulneckylaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Pacer System on April 17, 2024, using the Federal E-file System and a copy was made available to all electronic filing participants.

*/s/  Kristi S. Fulnecky*
Kristi S Fulnecky
Attorney for Defendant