IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) | |
| V. | ) ) ) ) ) | Case No. 21-CR-0040-TNM |
| CHRISTOPHER QUAGLIN, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR IMMEDIATE MEDICAL ATTENTION AND ACCEPTABLE DIET

**COMES NOW**, Defendant, Christopher Quaglin, by and through counsel, and hereby moves the Court to grant his Motion for Immediate Medical Attention and Acceptable Diet, and in support of his motion states:

1. Defendant is requesting this Honorable Court to grant him access to immediate medical attention for known shoulder injury, finger injury, and knee injury sustained while incarcerated in this facility.

2. Defendant has well-documented Celiac Disease and has not had a meal since April 14, 2024. The jail does not accommodate and provide the Defendant with a 100% gluten free diet.

3. Defendant's rights are being violated by being denied necessary medical treatment for injuries and not being fed an acceptable diet for his condition.

**WHEREFORE,** Defendant prays for this Court to grant his Motion for Immediate Medical Attention and Acceptable Diet.

Respectfully Submitted,

*/s/ Kristi S. Fulnecky*
Kristi S. Fulnecky, MO Bar # 59677

FULNECKY LAW, LLC
2627 W. Republic Road, Suite A-108
Springfield, MO  65807
417-882-1044 phone
kristi@fulneckylaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Pacer System on May 3, 2024, using the Federal E-file System and a copy was made available to all electronic filing participants.

*/s/ Kristi S. Fulnecky*
Kristi S. Fulnecky
Attorney for Defendant