**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 21-CR-0040-TNM |
| V. | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER QUAGLIN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR DOCUMENTS TO BE UNREDACTED AND UNSEALED**

 **COMES NOW**, Defendant, Christopher Quaglin, by and through counsel, and hereby moves the Court to grant his Motion for Documents to be Unredacted and Unsealed, and in support of his motion states:

1. Defendant is requesting that all documents be unredacted and unsealed by this Honorable Court.

 **WHEREFORE,** Defendant prays for this Court to grant his motion for Documents to be Unredacted and Unsealed.

Respectfully Submitted,

*/s/  Kristi S. Fulnecky*
Kristi S. Fulnecky, MO Bar # 59677

FULNECKY LAW, LLC
2627 W. Republic Road, Suite A-108

1

Springfield, MO  65807
417-882-1044 phone
kristi@fulneckylaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Pacer System on May 3, 2024, using the Federal E-file System and a copy was made available to all electronic filing participants.

*/s/  Kristi S. Fulnecky*
Kristi S Fulnecky
Attorney for Defendant