# FULNECKY LAW, LLC
2627 W. Republic Road, Ste. A-108
Springfield, MO  65807
kristi@fulneckylaw.com
(417) 882-1044

Kristi Fulnecky                                                                                                  <u>Licensed</u>
Attorney at Law                                                                                              District of Columbia
                                                                                                                        Missouri

May 2, 2024


U.S. District Court for the District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001

RE: Christopher Quaglin; 21-CR-0040-TNM

Dear Honorable Judge McFadden:

This letter is to ask if I am able to file a response to the Government's responses to our Motion to Access Discovery, Laptop, and Internet and Motion to Vacate Stipulated Trial Agreement? The docket entry from April 19, 2024, gives me until May 3, 2024, to reply but your ruling was posted on May 1, 2024.


Regards,


  */s/   Kristi S. Fulnecky*
Kristi S. Fulnecky
Owner/Attorney At Law