IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) |
| V. | ) Case No. 21-CR-0040-TNM ) ) ) |
| CHRISTOPHER QUAGLIN, | ) ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME**

**COMES NOW**, Defendant, Christopher Quaglin, by and through counsel, and hereby moves the Court to grant his Motion for Extension of Time to File Sentencing Memorandum, and in support of his motion states:

1. Defendant's attorney has been entered on this case for less than three weeks and this case has been ongoing for more than three years. Defendant's attorney needs more time to review discovery and draft the sentencing memorandum.

2. Defendant requests an extension to Friday, May 17, 2024.

**WHEREFORE,** Defendant prays for this Court to grant his motion for an extension of time to file.

Respectfully Submitted,

*/s/ Kristi S. Fulnecky*

1

        Kristi S. Fulnecky, MO Bar # 59677

        FULNECKY LAW, LLC
        2627 W. Republic Road, Suite A-108
        Springfield, MO  65807
        417-882-1044 phone
        kristi@fulneckylaw.com

        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Pacer System on May 9, 2024, using the Federal E-file System and a copy was made available to all electronic filing participants.

        */s/  Kristi S. Fulnecky*
        Kristi S Fulnecky
        Attorney for Defendant