ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF Y...

Case 1:21-cr-00040-TNM   Document 792-1   Filed 05/23/24   Page 1 of 25

# USPS Tracking®

FAQs

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

Remove ✕

## 9589071052701161528898

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:29 pm on February 12, 2024 in WASHINGTON, DC 20001.

**● Delivered**

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20001
February 12, 2024, 2:29 pm

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20001
February 10, 2024, 10:33 am

**In Transit to Next Facility**

February 9, 2024

**Departed Post Office**

HEATHSVILLE, VA 22473
February 6, 2024, 6:45 am

**USPS in possession of item**

HEATHSVILLE, VA 22473
February 5, 2024, 11:04 am

**Hide Tracking History**

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20001

| | | |
|---|---|---|
| Certified Mail Fee | $4.40 | 0473 |
| $ | | 10 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $2.35 | |
| $ | | 02/05/2024 |
| Total Postage and Fees | $8.75 | |

Sent To
The Honorable Trevor McFadden Judge
Street and Apt. No., or PO Box No.
333 Constitution Ave. NW
City, State, ZIP+4®
Washington DC 20001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

February 2, 2024

The Honorable Trevor N. McFadden
Judge U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001

Dear Judge McFadden:

I am adding this document pro se. First I would like to send you this as an e-mail and not put this on the record at this time if this is possible. I also reserve the right to file this on the record and to send this to anyone I desire at a later time. I would also like to start by saying that I would like my whole file unredacted and unsealed. The only reason why I want this to be a private first, and only given to the court, is my personal feeling that you are being told what to do, and not to do, by a political power and to give the court the chance to do the right thing by granting me a mis-trial or a re-trial.

This letter would have been received by the court a lot sooner, but for some reason the DC Jail has fought me every step of the way to get this document printed out and sent to you "certified mail" as they have with me getting me a laptop, getting my Discovery, moving me to other jails, allowing me to see my lawyers, letting me talk to my lawyers on non-recorded e-mail or phone line and following your court mandated medically needed diet which took two years to get. The court was well aware that my council was delayed seeing me because of the hurricane down in Florida. Maria Rodriguez was then denied entry to the jail, even though other lawyers were granted access including Munifo and Ball who saw their lawyers the same exact day. If there are any spelling mistakes I apologize, but Microsoft Word was deleted off of the jail computers about three days after I announced that I had a long document that I was sending into the court on the vigil that we know is monitored by the FBI and the DC Jail.

I have been told that "I can't say certain things or you will throw the book at me". Well, now I am about to be sentenced. All of my lawyers kept on saying that this was not the time to bring up these issues and to wait. We are out of time. I assume 90% of what I thought you were told probably hasn't been told or never read in the previous motion, so some of this might be repeated, but it certainly can be backed up by the previous files. Throw the book at me if you must. I am here to get this record straight. You may not be used to this, but I am here to tell the truth, the whole truth and nothing but the truth. This is something my lawyers, and the government have not done to date.

Sincerely,


Christopher Quaglin  #378835
DC Central Detention Facility
1901 D Street, SE
Washington, DC  20001
August 12, 2023 (Original Date of Letter and Testimony)

*This testimonial was dictated by Christopher Quaglin from various phone conversations and has not been proof-read by him. The phone conversations are available to listen to upon request. I apologize to Judge McFadden, as I have no way of getting this to you. The DC Jail has denied my video visits with my attorney or denied access to my attorney when I paid for her to come up here from Florida. They illegally denied me the right to see her because of COVID even though I was never diagnosed with COVID. So this is my only option.*

*This letter was written on August, 12, 2023 but the option to print or e-mail this to you was denied. I did not want this to be read publicly, but having my constitutional rights being violated over the past 2 ½ years gave me no choice.*

*August 12, 2023*

# Testimonial from Christopher Quaglin

## Transcripts and Audio

Transcripts were altered and missing certain things that were said in Federal cases, either on purpose or by accident. The audio does not match the transcripts. I ask for my audio of hearing and court proceedings and given as evidence. I also ask for every document, past and present, be unsealed and the April 22, 2022 transcript to be unredacted. This will be very important in my case. Some of immediate points that come to mind off the top of my head are as follows:

On August 2021, Melissa Jackson, Prosecutor, said the DC Jail can handle my gluten-free diet which was right before I was moved from Essex County, New Jersey and the reason why I was moved from DC Jail in October 2021, along with all other jails throughout my incarceration. It was already proven that the Marshals lied on the record to the reason why I was moved from Rappahannock Jail. The March transcript explaining that my Discovery was at the DC Jail in October 2021 and that I was moved and prevented from having Evidence.com since. I wanted to be a major part of my defense—second or third seat. I have never been given that chance. I want to add, on the record, that the court ignored this request and it was habitual in nature. I ask to be a seat in the council table moving forward.

## April 22, 2022—My Torture at Northern Neck Regional Jail (NNRJ)

Transcripts state that you, Judge McFadden, asked me to talk to you "with the government", when in reality you said "without the government". I have never talked or cooperated with the government. I did, however, give you details where I was tortured at Northern Neck Regional Jail. Please unredact this. This will be very important in explaining that you knew about the torture that was taken place at Northern Neck Regional Jail prior to any other Federal Judge. While there were newspaper articles about my torture in **Epoch Times**, I formally let you know, in person, and asked for a transfer immediately for my safety.

NNRJ broke the law time and time again and you shut down my habeas corpus without even having my testimony be put on the record. Months after, all the January 6ers were moved from NNRJ and

the story is that NNRJ lost the contract in DC. I am not sure if that is completely true. I believe you did this because of conflict of interest involving judges on the case in NNRJ accepting federal contracts. Please unredact this immediately. This will be very important in years to come, if and when there is a special council assigned by congress to investigate the treatment of the January 6ers and the corruption done by the DOJ, Marshals, FBI, DOC and others.

## Bench Trial Stipulation
Arguments with Joe McBride and differences of what was said versus what was on the transcript. I know that you said, on the record, multiple times "it doesn't matter what you saw in your Discovery". I disagree. My defense ultimately falls on me and this should be immediate grounds for a mis-trial.

## Stipulated Trial
Arguments with council and being strong-armed into deciding 'on the spot' by the government and my council without having proper time to go over options and the whole case with council. I have no idea why my council didn't delay this trial, but it should have been for several reasons that will be later explained.

## Deadline of all Evidence from the Government
Judge McFadden had given the government an April 22, 2022 deadline. This should have included a list of witnesses. If the government doesn't have a note written by a specific person then that should be grounds for dismissal of that witness. The government had kept me incarcerated up to this point for over a year and I had been superseded multiple times. With every new indictment my council was first asked if I wanted to cooperate with the FBI. I denied. More charges were filed, almost immediately. The court asked the government to produce the paperwork for Evidence.com months prior to trial. I signed it in front of the court, as requested, and I have never received Evidence.com to date. I want to make sure that the responses matches the transcript and I have noted this on the record. I would like to make sure that it is on the record that Evidence.com paperwork was signed and delivered to the prosecution that day, which it was.

## Superintendant Ted Hull—Northern Neck Regional Jail
Their lawyers said that I caused the fight between a known blood gang member and myself. He lied. Ted Hull later told the VA Prosecutor, in writing, "there was no way to tell who caused the fight". He lied about this and a great number of other things, but his word was taken time and time again without proof. This is grounds to re-open the habeus corpus.

## Bench Trial Agreement
I was tortured both mentally and physically at NNRJ. I told you in person along with you being told on the record several times. Please remove all seals by lawyers. Everything—under seal. I wish my entire case to be public knowledge. This includes the redactions made by the Court on April 22, 2022. Also please change the wording "with the government" to "without the government". The conversation was between the council and the court—no one else. I also never saw my Discovery at this time. You knew this. I was told this, in person, in front of you talking about the Bench Trial. I also told Joe McBride over a period of time. He told me "I need to go along with the plan and there

is a way to rescind this later on". I specifically told Joe McBride that I did not think a Bench Trial was a good idea.

I had been incarcerated with Shane Browne at NNRJ. Shane was at Northern Neck Regional J to ask Judge McFadden for a reconsideration because he was found guilty of a gun charge along with a kidnapping charge even though no gun was ever produced. I was not comfortable with a Bench Trial after I learned about his case in detail. Even though I was not charged with a gun, yet, I feared that because the government took two hand guns, illegally, that they might charge me with some sort of law-breaking and use of a fire arm, without proof. I was more concerned that Judge McFadden would allow this. Shane Browne was convicted of kidnapping. [Basically he was moving weed (marijuana) from one place to another. He was a mule. He picked up 80 pounds worth of weed and used a lyshat driver that turned out to be an illegal immigrant. He didn't know. He gave him $100 cash each way. He fell asleep in the car and the illegal immigrant said "hey, this guy has a gun on me". [Even though Shane went into the McDonalds and bought the guy McDonalds and came back out.] This whole case just doesn't make sense. That was McBride's story on McFadden's first case. Shane got something like 15 years for kidnapping. He did break the law, but he thought he was going to get a year or two for transfer of marijuana.] McBride said that he knew what he was doing and that this was only temporary. He said that "he was going to try the best case that anyone had ever seen and to trust him".

Joe McBride told me that he never looked at my Discovery, but I do believe that it was brought up to you briefly. When I knew, I let you know. I should not be punished for this. Also please check the signature on the docket. Joe McBride never came to Northern Neck to visit me. He told the courts that he had a signature signed by me before I even showed up. How would he have a signature from me as he said throughout e-mails. It isn't possible. He never sent me a legal document besides the habeus corpus one time. Joe McBride said that "he did not see that I was not of stable body or not". Please check the audio versus the transcript. I had lost 40 pounds at that point. He is not a mental health professional. He, in fact, was very aware of the torture I was facing. He had no right to say what he did. You did not question it, and he later said that "it was all part of his plan".

### Emancipation Day (June 19, 2022)
I was in the DC Jail. I was on the phone with John Gross for about for approximately 30 minutes before the status hearing. It was well known from the phone calls with my wife and my friends that I was going to officially ask, on the record, that I wanted to be second seat and push John Gross back to third seat. I hung up with Gross and the jail staff took me to go to the video court section of the jail. Once I was brought to the CDF Jail I was told that "there was no video court due to Emancipation Day. They locked me up in the jail cell for 4 hours and brought me back to my Pod, suffering me to see you on video. I was told to the court by John Gross, on the record, that "the court should not proceed without me. The court decided against it. The court accepted Maria Rodriguez as my new Defense Council. Rodriguez did not have a signed contract with me. She was "given to me by Jake Lang and his organization". Rodriguez had no idea what this case involved and the council did not have adequate time to go over this case. I was told that Rodriguez was not fully accepted into the court until over a month later. John Gross should have been forced to back

out at this point because he was not a Criminal Defense Lawyer and it was noted with the court, but he said that he wanted to stay on because he felt bad because of what Joe McBride did. He stayed on as second chair. You, Judge, had held his law license in 'jeopardy' at this point. He was afraid to do and say certain things. One of the things he should have done was to add me as second or third chair like I asked him to do. He gave us two options for a court date. The first option was in three short months. The second option was a Jewish Holiday, so I was told. Gross was afraid to say that we needed a third option, for fear of retaliation, so we had no option but to choose the first option.

Maria Rodriguez was never fully accepted until a month later—45 days before trial. Based on that alone we should have had a postponement. I had full intension on asking them to be second chair, on the record, and have it be accepted by the court. I wanted to part of my defense, as I have stated for over two years. I was going to tell you that I never saw Evidence.com at this point, but I never got that chance. All of this can be backed up by phone conversations with my family and friends and even lawyer conversations illegally obtained by the government. I believe that the Jail and the government planned on me not attending the status hearing and working with the jail. I also believe that the court might have known this as well. For this reason I am now asking for all e-mails, phone transcripts between prosecution and the jail. I know that they were in contact. I should have been provided with these transcripts and I wasn't. I want all transcripts. I want to know what they said to each other, not just now but throughout my incarceration in every jail. As soon as I gave you the letter and copy of the grievance on Joe McBride explaining what happened with Joe McBride we should have been called in for a status hearing and we should have been asked what the plan was moving forward is. That never happened. As far as I am concerned that falls on everyone besides me. To date, I still do not have the transcripts of what transcribed on Emancipation Day status hearing. I now ask for all the e-mails and transcripts of all phone calls along with all of the notes between the jails and anyone regarding Quaglin or BOLO 58, no exceptions. I am asking for every piece of documentation that the government ever sent to anyone or received involving or mentioning either of these individuals.

**<u>Stipulated Trial</u>**
Maria Rodriguez was my criminal attorney for just over a month. No work had been done on my criminal case until then. We had told you months prior that John Gross was never hired as my criminal attorney and that I was only accepting John Gross as second seat. I hired Joe McBride, plain and simple. You let Joe McBride leave my side as my attorney and when he left the last meeting, our last meeting, we had no decisions that were finalized.

We needed funds for expert witness and no lawyer to date has ever told me about the right I had to ask the court for funding for expert witnesses. I needed to sit down with my lawyer and go over hundreds of documents, evidence and transcripts. Evidence went "missing". This evidence is crucial to my case. McBride said that Gross had it. Gross said that he never got it. McBride said that he put it on a mini disk and through the mini disk into a milk crate and that is where it was the last time he saw it. We needed more time and I was told that it was not an option by the courts. Rodriguez asked for pre-trial release in order to do a crash course so that we would be ready for trial and maybe we can get by with donations and private expert witnesses. [Again I did not know that we had support/money for this.] That was denied. My council told me that asking for an extension

was out of the question and that my best bet was sign for a Stipulated Trial. My lawyer said that Joe McBride really 'screwed the pooch'. He left everyone in a mess and now they had to do their best and try to get me home. Rodriguez said that she could probably get me home on house arrest. John Gross said the Stipulated Trial was my best bet because I could not afford any expert witnesses and the defense that I wanted to have would cost $200,000.

Maria Rodriguez said "how do you want me to get these witnesses in 45 days?" [that included the Facebook witnesses]. On top of this madness and last minute running around, my wife had just left me after 15 years. This devastated me and I even contemplated suicide, not for the first time in my nearly 3 years of being incarcerated, but every time I was being tortured, mentally and physically. My wife and I had a plan, "on paper, that she and I were going to get a divorce to save the house, but she told me days before trial that she wanted a 'real' divorce. I just want to get my family back. I had been with my wife for over 15 years. I have a 2 ½ year old son who doesn't know who I am. I am a family man, sir. Phone transcripts can provide evidence of all this. I was borderline suicidal with the lack of video visits at the DC jail and not being able to see my family. My wife leaving me was the final straw. I was under duress and I told you that I did not have a choice when I signed this Stipulated Trial.

I wasn't willing to go to trial with a lawyer who had 45 days to prepare for trial and no witnesses. She only spent a few hours with me prior to court and without the evidence that I need to exonerate me is one thing. If was going to do this I would not have spent $300,000 and gone through two years of hell. I would have had the trial within 45 days of me getting indicted. Rodriguez spent her 45 days trying for a plea deal which should have been done years prior and certainly should have been started immediately and not once was she accepted by the court. Yes, she knew some of the facts about my trial, but she certainly did not have the time and full understanding of it. I always had every intension of going to trial. Rodriguez made excuses not to spend 12 hours a day with me, the 12 hours a day she promised to spend with me before trial. We spent approximately 3 hours going over the case in person with one hour video visits because of her and the jail issues. She said she did the only thing she thought she could with the time given. I was handed a Stipulated Trial fact sheet the day trial was actually starting. I had writing all over it and was visibly upset with arguing with my lawyers, and the court clerk came over and turned the microphone off.

I was told that if I wanted to go home in the next month or two I should sign it. I signed the Stipulated Trial knowing that the facts weren't accurate at all. I also had no idea that I was giving up my right to an appeal. I let that be known to you. I didn't understand what little I read. I could not concentrate at all in the court room with all the people talking and the amount of stress at the moment. I was diagnosed with ADD and ADHD for 20 years and I struggle every day of my life with it. I need quiet when reading.

My council [or I should say my ex-council] still stays that I am allowed to have an appeal. I have no idea who to believe. I certainly do not trust Maria Rodriguez. Recently I caught her in several lies, the biggest is that she would get the missing video and audio and to date she has not even reached out to the parties involved. I know that this is not how the legal system is meant to be. This whole thing stems from Joe McBride leaving, illegally, as my attorney and breaking his oath and the lack

of questioning when he lied to you in open court. Ultimately the courts should have denied his leaving as other courts have in the past. How I was not called into a status hearing when the court was issued a copy of the grievance I sent in about McBride is beyond me. I do not trust anyone at this point. This is why I am writing this to you pro se and getting everything on the record once again.

## Discovery

The prosecution has kept me from my Discovery for over two years. My Discovery was provided by Diez twice in Essex. Once it was incomplete because it was deleted by the jail, and the second time it never arrived to me because I was moved before it arrived or it was lost by the jail. Then I was moved without the little Discover I did have. Melissa Jackson had a direct hand in this move. I believe it was done in a form of torture to keep me away from my family and to get me to testify on the groups the FBI asked me to testify on.

Joe McBride gave my Discovery again at the DC Jail in October 2021. The government moved me, without reason, without my Discovery. Again, they still have not provided me a reason, even though it was questioned in the court for almost two years. Next, the court ordered my council to provide another hard drive, which John Gross did, and I when I was moved from Rappahannock to the DC Jail I was moved without this Discovery. The Marshals lied under oath as to the reason why I was moved from the Rappahannock Jail. We have proven this on the record as well. I was also denied release for months, even though I should have been provided release when I was at the Rappahannock Jail.

## Case Law of Nichols and Brown

Finally I was moved to the DC Jail and my Discovery was given to me a fifth time by my lawyers. The DC Jail has gone through great lengths to keep me away from my Discovery, including Evidence.com. On two separate occasions DC Jail has removed my Discovery from my person and it took days to receive it again. Who knows if it was copied and given to the FBI or DOJ. It would not be the first time the jail has been caught working hand in hand with the government. To date I had been denied Evidence.com and the courts were notified multiple times, yet they did nothing to fix the situation. The government played games and broke the law for over two years. It is time that it was put on the record one last time. I have asked for access to Evidence.com countless times on the record. According to other judges in the DC Court, the government cannot group co-defendants together and give some access to Evidence.com and others not. [See Brown]

My co-defendants [Klein and Cappuccio] spent thousands of hours viewing this evidence. I never got a chance to view Evidence.com. I still have never been provided access to Evidence.com. I have had access to a laptop for approximately four weeks in the past 2 ½ years. I look at the same eight videos which have to be further analyzed by the professional. I thought these eight videos were the only videos that were in my Discovery. I even signed the Evidence.com contract on the record in front of you judge, and I was still denied access to Evidence.com. I thought it was because there was no other videos being introduced to my case. I signed Evidence.com a minimum of three times. I had not been given access to Evidence.com to date. This alone should be terms for pre-trial release or a mis-trial. [See Brown].

It is not my lawyers responsibility to watch thousands of hours of video when I am paying upwards of $600 an hour for representation when other defendants are given access to Evidence.com to watch thousands of hours of videos at home as "homework". I have stated from day one that I wish to be a major part of my defense. When push comes to shove I am ultimately responsible for my own defense.

I am formally asking to be second seat, no matter who my employer is moving forward, and I ask for full Discovery. I asked my attorney if she even had a full Discovery and her exact answer was "I think so". I would like to be provided with a full Discovery list by the government as soon as possible. This also needs to be in chronological order or not be accessed by the internet.

### Joe McBride

On the record I told you that nothing was finalized when asked if Joe McBride was allowed to stop being my lawyer. Yes, it is true and is to be expected—when you pay over $100,000 and find out that your lawyer never looked at your Discovery, but I never fired him. The truth is that I gave Joe McBride enough rope to hang himself. Joe McBride asked me to be amicable about what happened. He did exactly what I knew he would do. He lied, just like he had done to the court for over a year. I was going to end Joe McBride's career publicly.   The court asked me for a recess and honestly I did not understand that it was the end of the hearing. No one did. My council even had the Marshal check to see if the judge was coming back. This is when the letter that I had sent to the courts come into play. Gross only did this because I forced his hand and told him that he had  to do this as my lawyer. Please again check the phone records prior to the hearing.

The letter was only delayed so long because my council at the time told me to hold off because he was still scared that you would take his license. I had every intension of telling the court that Joe McBride lied. Why was I not given the chance to do so, I do not know. The court asked me to verify everything that John Gross said. I have no idea why I was never asked to verify what Joe McBride said. Again, my behavior and mental state come into play here. The truth is that I had just been sexually assaulted by a guard at the DC Jail, hours prior, and I believe I was still in a state of shock although I was never checked out by the local Medical Department. I know for a fact that the DOC has done an investigation and my claims were not substantiated. I was not sure if the guard was fired although I believe that is the case. I was not prepped at all for talking to you and I should have been. The only one who did any prep was Joe McBride and it showed. I had many talks with Rodriguez and Gross on how disappointing this was. I know that there were many phone conversations about this. I am sure that both the FBI and the prosecutor know all about this, and this is why I am asking for full transcripts. I am not saying anything that I can't prove to the court. I wasn't ever letting Joe McBride off the hook without getting a huge chunk of my money from him.

Back in August 2021, the court specifically told me that changing lawyers should not be done and that it would prolong my case. I told you that we were on the same page. I would never let McBride off the hook and only employ John Gross as council and I let you know that from day one. Joe McBride left me high and dry. He knew he was supposed to be my trial attorney. He knew that I signed a contract with my previous attorney to go to court. He knew that he did not have another $125,000 and that if I were to leave my current council, who was Diez, he would be the last lawyer I

could afford and I could not even afford that. He promised to take it the whole way. He explained that I would have the same deal with him as my previous attorney. At my first meeting, McBride said, "I would never work with rats" like my first attorney did. He was a "lawyer that represented gangsters in New York City and he had a reputation to uphold and would never work with someone who worked with the FBI and turned on someone else". This turned out to be another lie. McBride is working with Ryan Nichols and they were both working with the FBI. I had seen the paperwork. Ryan also bragged about proffering to the FBI. I believe this is why Joe McBride is being protected by the government. Joe McBride told me to "trust his plan". Time after time he asked me to hold off and delay the trial when he was "sick". I wanted to get to trial as soon as humanly possible. I believe as long as the law is followed in this court case it is open and shut. However, if not a re-trial, then I believe a mis-trial is in order to say the least. I had been tortured and I had been for years. I am not in the same state of mind as I was when I was arrested. With that being said, I had never lied to you judge. Everything I said was 100% the truth. True I was told to say certain things a certain way because my lawyer told me to say it that way.

My torture, for example, came to be a game with Joe McBride after a while. A few times his response was "Oh, they are going to pay for doing that to you". Then he decided that he did not care enough and he would just give up. He told me that we would sue the jails in the end and just be 'strong' as it would all be worth it in the end. He did not have to go through it after all. I became the whipping boy and a pawn. It was what he used for conversation when trying to raise money for himself for over a year. I did not understand it until it was too late, that he did not care about me or if I even died in prison. He just wanted to make a name for himself and sue and get his 40%. When you called him out on the status hearing it opened up my eyes. However I was scared to death and mentally and physically depleted because of Northern Neck Regional Jail's abuse.

Joe McBride kept on saying that he was in my corner. Even if he wasn't, I was not going to let him leave with $110,000 that he stole from me. McBride always said that I owned him more. Everything was always about him. Everything was about how good of a lawyer he was, how great of a job he was doing, and how lucky I was to have him in my corner. McBride also recorded a lot of conversations. I think he wanted to make some sort of video for the future to show the public how great of a lawyer he was. He did that without me knowing. McBride made sure that every time I gave him a statement, or talked to the press, that I added in how amazing he was doing. McBride did do a decent job of being in charge of the press and media, but that was only part of what his job was supposed to be. As a lawyer he deserves to have his law license removed. Please let these phone transcripts again be proof of this. Just allow me to access the phone transcripts. I can prove everything. I will have no problem telling the truth about how he lied and manipulated the court and other clients. I know that I am not the only one of his clients that is unhappy with his actions. If I knew Joe McBride's plan had him leaving me high and dry, I would have never hired him. Now I am the one holding the bucket after he made a complete quagmire out of the court. He stole 1 ½ years out of my life and over $110,000 and was cleared of any wrongdoing by you . When I asked for my money back he said that I owed him an additional $70,000 and that wasn't including the $60,000 he wanted for my trial. To date he paid out John Gross a total of just over $7,000? for work on my case. That also included work on other cases.

Worse than the money and the delay in my case, it cost me my marriage. I also ask, at this time, for the court to let me know how to proceed with the grievance I filed in DC Grievance Court. I has been months and I have not heard any word from them. My lawyer told me that "Joe McBride is not in the system in the Court of DC any more". I want to make sure that the grievance is in fact filed. I have had people contact the Grievance Board multiple times and left countless messages. These phone calls and messages have been recorded. Please note that as much as I hate Joe McBride, I was not the one who allowed him to leave as my council. I never let him leave. I did not agree that he could leave. I did not fire him. He was supposed to come back with a disk of a very important video two weeks later, and then we were supposed to talk and see what the future holds. The very next day I was told by John Gross he was taken off my case. Now the video has disappeared and McBride will not pick up my calls. This has seriously affected my case in a negative manner. Again, this is not my fault.

## DC Laptops and Communications
A few days after announcing at the DC Vigil that I had a 13 page letter to send to you, Microsoft Word stopped working on all of the laptops. This is important to note because the laptops do have internet access and the computers are connected to the internet even though the inmates don't have access to the internet. I believe they are being monitored by the FBI and the government via the DC Jail on an administrator account and being used against us, illegally, in our cases.

These computers are supposed to be internet free and 100% private for legal work. This is not the case and needs to be pointed out. This can proven, not only by the "missing Microsoft Word", but also the updated weather that happens in real time on every laptop. After I announced this, it magically stopped happening three or four days later.

If the inmates are not permitted to use the internet, then there should be absolutely no reason that the laptops are connected to the internet. I documented that there have been anywhere between 15 to 20 admins on lawyer video calls and I have the names documented. I provided this to Gross, months ago, and I was told that the judges were informed about this and just didn't care.

The DC Jail used to have educational tablets and we have them back now. They used to be used for attorney-client privilege conversations and e-mails. These tablets were still available in 2023 when I returned, even though many e-mails were exchanged between my lawyers and the jail about this issue, we were eventually told that "the lawyer/client option is no longer available" and we need to manually write "Attorney-Client Privilege" before every email.

Again, I believe this is not the case and it's another way for the DOJ and FBI to monitor and use private and confidential information that is shared between lawyers and the January 6 detainees they are representing. These are obvious Constitutional violations and this needs and needs to be addressed not only for my case, but in all cases, past, present and future. I believe this alone is grounds for full mis-trials in all of the January 6 cases where the defendants were detained in DC Jail. I ask for a full investigation.

## DC Jail (January 6) Deliberate Indifference
Being a January 6 DC Inmate has been difficult to say the least. We have been subjected to blatant and racist mindsets by Anti-Trump employees that violate our rights every day. In fact, that is at the top of the list.

## Lack of Laptops
We have been denied laptops and we were told that we are in line. The government and the DOJ spent tens of millions of taxpayer dollars to prosecute January 6 defendants. We should have had a half a dozen or so laptops dedicated to this Pod so we can go over our Discovery. Honestly, every individual should have the option to have a laptop.

I have been told, in grievances, that we cannot get dedicated laptops for this unit because they cannot give J6ers special privileges. If that's the case then where is our X-Box gaming system and DVD player that I know for a fact other Pods have in the CDS Facility which they have have access to every day. I am not stating that the January 6 detainees are more important than anyone else in the jail. However I am stating that if you take the percent of January 6ers that want to work on their case, compared to the average federal inmate in the DC Jail, January 6 detainees it would be anywhere from 2 to 10 times more eager to compile data for their lawyer. 99% of the January 6 detainees want to work on their case because their lawyers certainly aren't. Not providing these laptops is a major constitutional right violation because the government groups people together as co-defendants. Some were released and given access to computers and those incarcerated were not which is an unfair advantage to those that were incarcerated. To date, someone incarcerated in the DC Jail cannot provide an adequate defense.

Cappuccio and Klein were my co-defendants. Cappuccio has admitted that his Public Defender gave him thousands of hours of January 6 footage and told him to watch it and help him out by pointing things out that he should look for. His Public Defender gave them a pen and paper and told them to take notes for this was "their homework". There is a habeas about it, however, I wasn't given that option.

## Haircuts and Basic Hygiene
January 6ers were denied haircuts and basic hygiene for the first year. Now we only get haircuts once a month. We are not allowed to go to the barber like other inmates.

## Evidence.com
I have been personally asking for Evidence.com for over 2 years now. I signed a Non-Disclosure Agreement three times. People that were in the DC Jail have Evidence.com and some do not. This is a clear form of deliberate indifference and a constitutional right violations.

## Lawyer Visitations
January 6 detainees were denied access to lawyers for years. This continues to this day. Using the COVID-19 pandemic, they took away our rights. I am a prime example of this.

## High Security Status
All January 6ers have been deemed high security regardless of the charges against them. I personally should be considered a "4" because of this deliberate indifference. I had 7 points added just because I was a January 6 defendant. This was done to all January 6ers.

## Religious Service
For the first two years we had no religious service. Muslims and other inmates had full religious rights.

## Family Visitation
All January 6ers were denied visitation for the first two years.

## Outdoor Recreation
January 6 recreation was sporadic, at best, for the first two years.

## Legal Library
January 6ers do not have access to a Legal Library. We can only speak with those who work for the jail at the Legal Library and we do not have the ability to print out documents.

## COVID-19 Vaccination (23/1) Lock-Downs
January 6ers were locked down 23/1 because the majority of us were not vaccinated. If you look at the New York City Teachers Union and other lawsuits, this has been deemed 100% unconstitutional and a violation of basic rights.

## PREA Violations and Assaults by Guards on January 6ers
## (Morss, Quaglin, McAbee, Mellis, McHugh, Samsel and Mock)
Our first move to general population in the Central Detention Facility (CDF) Jail before getting moved to the January 6 Pod, the Correctional Treatment Facility (CTF) administrative segregation.

This is done specifically by Mr. Wilson, however other staff members have been involved. This happened to every single January 6 inmate and has been documented in detail over the past 2 1/2 years. I personally had multiple IGP's about this. Mr. Wilson had us moved to Two South, where you first start out, where you go through what they call "quarantine". Then we were moved to Northwest One which is a Max Facility and where we should be. I personally know that Sergeant Robinson came to my rescue and other inmates as well. He said "You are not supposed to be here and they know you are not supposed to be here". I do not think he is involved in this and I am not adding his name to this. I won't say that he is on anyone's side, but he is just doing his job. Again, I am not asking for any special treatment, just do your job, but everyone should be treated the same.

We are not supposed to share or give personal information about people to others. If you know that you are supposed to go to a DC January 6 Pod, just put us in the pod and don't play games. As soon as Mr. Robinson realized who we were, within 15-30 minutes we were immediately moved to CPS out of the jail. This has literally happened to every single January 6 detainee that has come through the Jail. Mr. Wilson did put us in a dangerous situation and was either being told to do it by his boss

or it's done as intimidation because of hatred towards J6ers because some staff members have a hatred for Trump and white people.

## Involuntary Protective Custody (PC) / Administrative Segregation
The jail rides both sides of the fence here. On one hand they made us administrative segregation and won't let us communicate with non-January 6 inmates in the DC Jail. On the other hand they first tried to move us to a Max cell block and they got us injured by other inmates. This is 100% unconstitutional and why I was told by the guards and other January 6 inmates on multiple occasions that we are all racist, we are all members of the KKK and we are all Proud Boys.

## DC Jail and NNRJ Inmate Grievance Procedure (IGP)
The DC Jail Inmate Grievance Procedure (IGP) is irreparably broken. IGPs are denied at a rate greater than 90%. I believe that the old Deputy Warden Landerkin was to blame for this and other deliberate indifference, however it is the staff members doing the IGPs, not all of them, but as a group. I have numerous examples of this. One of the main problems is with staff member Miss Campbell. I personally have been using her name and signing under her name. I have been personally been denied visitations, legal visits, medical care, hygiene before court and a medically needed diet that was later court mandated, along with a great number of other human rights and constitutional rights. They constantly break their own rules even when denying IGP, and do so in writing. I have hundreds of examples of this. They think it is a joke that they are messing with the January 6ers. I might add that the NNRJ Grievance Procedure was completely changed by my persistence and has helped hundreds of inmates of all ethnicities since then. Both jails need to have a full audit of the grievance procedures by the U.S. Marshal. I would like to add all my IGPs to be put on the record and that all affidavits and written testimonials that other NNRJ prisoners have written about me be put on the record at this time. Numerous people have talked about the IGP Procedures and it has already been documented that the Marshal says it needs to be fixed and it just is not.

## Phone Transcripts
I can prove that everything I am saying is factual. This will all be proven with the phone transcripts. I use the phone to document things, real time, with its exact moment. I did not expect to be the one to bring it up in court, but here we are. The transcripts will prove how the prosecution listened to hundreds of attorney client-privileged phone calls throughout multiple years and facilities, therefore eliminating defense and violating my constitutional amendment rights.

I can prove that the prosecution changed their story a number of times about specifics in the case, illegally, in Essex, New Jersey. My legal phone calls were recorded in every jail that I was being incarcerated in. The prosecution was building their case while I was incarcerated and my charges went from 13 to 14. They changed their strategy after listening to information obtained in lawyer-client phone calls. Even still, I had every intension taking this to trial until my lawyer was allowed to bail on me, illegally, at the last minute and I was strong-armed into signing a Stipulated Trial while in a weakened state of mind because of years of mental and physical torture. Please provide all e-mails and all phone transcripts regarding BOLO 58 or Quaglin. These will be used for striking evidence in the trials and for appeals. I had my lawyers ask both Melissa Jackson and the new

prosecutor Ashley Akers for these transcripts multiple times going back 2+ years. Diez, McBride and Gross were all supposed to send these. I know for a fact that Diez and Gross did no send them. All requests were ignored. Already the DC jail has admitted to listening in on 44 phone calls with myself and John Gross before we were supposed to go to trial.

NNRJ has admitted to listening to lawyer-client phone calls. This is 100% unconstitutional. The tainted evidence is extensive and I intend to prove just that. This has taken place with not just me, but with many of the other January 6ers. Deputy Warden Landerkin has just been replaced at the DC Jail, I believe Landerkin and Ted Hull were directly involved with providing the FBI and the prosecution information on January 6 cases and directly responsible for the treatment of the January 6 pre-trial detainees while in the DC jail and Northern Neck Regional Jail.

### Torture
I've been physically and mentally tortured for over two years. This can be documented in my phone calls. I have thousands of hours of phone call transcripts. I ask for all of this to be used at trial. If I didn't have family and friends that provided funds for commissary, I very well could have died. My Celiacs Disease is a very serious condition. For some reason, every jail I was in had a difficult time understanding the disease, or the need of a gluten-free diet. Celiacs Disease needs to be considered as serious as peanut allergies. To be honest, the jail staff just didn't care, and neither did the Court.

I've been denied 3 meals a day for approximately three-fifths of my incarceration over the past 2 ½ years. For this reason, if my mis-trial request is denied, I ask the Court to implement the "Hart-Time Act". For weeks at a time I didn't get any trays that I could eat. It was torture. I went months without eating trays.

My stays at the other jails also were not 100% gluten-free. I know this because I have spent months and months in agonizing pain because I had broken my diet day after day. This is not a lifestyle choice, like Chansley, who had a court-ordered diet as soon they brought it up to the Judge's attention. This is a medically needed diet. I will get violently ill if I eat wheat. I had broken my diet 10 times more in the past 2 years than I have in the past 25 years combined. My mother just had her gallbladder, half of her stomach, half of her small intestine, half of her pancreas, and a tube removed because of her stomach cancer due to Celiacs Disease. She is going through chemotherapy as you are reading this. This is all due to her having Celiacs Disease, people not understanding it, and feeding her wheat over time. Eating wheat in small doses is deadly over time. It very well might ultimately kill her and it has caused extreme harm to me as well.

I had a habeas motion that the court dismissed. The court did this even before I had a chance to testify on this matter. NNRJ dismissed the fact that I had Celiacs at first. Then they said that Celiacs wasn't a big deal. I would also like to include that my 2-year-old son now has been diagnosed with Celiacs as well. This disease is hereditary. I proved it to you in the habeas motion of a medical diagnosis done years prior to my having been incarcerated. The jail cannot show you how the food was made or if it was cross-contaminated, let alone what it was made from. I need food that is prepared separately. End of story.

At this point I would like to add in the "Sills" transcript that John Gross took. Sills can prove that the food given to me was not, in fact, gluten-free. He worked in the kitchen. Sill's sister has a peanut allergy and he understands allergies and has documentation of his own. My diet tray was brought through the same line as the rest of the trays. It was brought through the same line "after" every normal tray was brought through the line causing severe and constant cross contamination. My notes can verify this.   I was being poisoned at NNRJ.

I told you about this torture on April 22, 2021.  You redacted it. Please unseal and unredact everything in my file immediately. I have nothing to hide. Every January 6 federal inmate has since been removed from NNRJ. I wish to include the horrors at NNRJ along with my cry for help. I would also like to include all transcripts of my phone conversations throughout my stays at numerous jails. This includes NNRJ where my torture was the worst. They will act as proof and clarify the immense torture I went through. I'm not the only one that was tortured at the NNRJ by far, but I sure as hell am at the top of the list. I suffered for over a year by the hands of Ted Hull, and you're dismissing my petition and not moving me.

Even a prosecutor at the Commonwealth of Virginia has publicly said that the safety of inmates is at risk due to NNRJ's neglect. I lost 30 pounds in Essex, 20 pounds in DC, 15 pounds in Lewisburg and 60 pounds in NNRJ. I survived off of $200-300 a week in the commissary at Rappahannock and DC.  Sometimes I went months without getting my correct diet. I cannot eat it if it is not gluten-free. Eating wheat destroys my body along with my mental stability. I have shown you documentation on this. Sometimes I lived off of commissary. This was not by choice. I very well could have died if not for the over $20,000 I have spent on commissary. It took the court over two years to finally provide a court-ordered diet. The DC jail still screws up my diet all the time.

Just last week I had six meals that were served that were not gluten-free. That means 30% of my meals were in-edible, and the jail refused to fix only one of them. I had to eat commissary, or just not eat. [This was August 12 I think.]  My torture has been documented in thousands of pages of grievances and daily notes. I would like to add these notes to my file as proof of this torture immediately. I have offered to add them as proof of my torture before, and you ignored the statement. Now I am demanding they get added as evidence immediately as exhibits of torture and ignoring this torture. This will not only give proof of my food issues like the first two weeks of staying at the NNRJ where I lost over 20 pounds because I was given no special gluten-free trays for my medically needed diet.  Hence, I was given Covid 19 because the jail failed to follow Federal Guidelines. It will also provide proof of my torture and illegal detainment throughout several jails. Per the U.S. Marshal, a private jail is not allowed to keep a federal pre-trial detainee in isolation for punishment without prior permission by the U.S. Marshals.

One example of this complete and deliberate indifference and lack of Marshals and federal law is spending over 45 days in a 'hole' (solitary confinement) in NNRJ for a verbal debate while in a hearing (all on tape), where I didn't even curse, with Officer Hodges, a guard at NNRJ.  This debate stemmed from my lack of food and the jail argued that I was getting fed three meals a day and that I didn't have the "right" to a gluten-free diet because I didn't show the documentation.

Another example of this torture is when I was "tricked" into the Medical Wing and locked there for over a month instead of being taken to an outside medical facility. I was not looked at by a doctor for over a month. I was denied phone calls, even with my lawyer. I was given no running water for days on end. This was purposely shut off by the staff members at NNRJ. I had no working toilet or even a way to wash my hands for days on end. I was locked down 24/7 with no TV, no books, no phone, and I only got showers two times a week. I was tortured and medical experiments were performed on me without a doctor being involved. I was kept in solitary confinement and eventually blocked from using commissary. This was done because they said I had an almost two month old "jail house crime" and now they were implementing the punishment for that crime.

I was told I was in the Medical Wing under 24-hour lock-down for "medical reasons and observations". If that was the case, then the jail had no right to take away my commissary and starve me out for over two weeks trying to force me to eat the jail's contaminated food. This is when I was asked to sign the Bench Trial Agreement.  This is both blatant HIPAA and a Human Rights Violation. These violations need to be addressed. These HIPAA violations were so severe and when properly investigated NNRJ will not only lose its Federal Contract, but the employees will be charged with Civil Rights and HIPAA law violations.  The people who participated in the HIPAA violations include, but are not limited to, ENT Huffman, LPM Nelson and Dr. Dudley. They should be charged in Criminal Court. This will all come to light in the coming months and years and I want it on the record that the court knew about this torture since before April 22, 2022 and the court did nothing to stop it.

I would like to note that my mental anguish was so severe towards the end of my incarceration, I refused to ever enter the Medical Wing of the NNRJ again. The court has also been made well aware of this on the record by John Gross.  I have thousands of pages of this torture documented. I now again request to add it as evidence immediately. Once again, I asked for the phone transcripts to verify my torture and my lack of constitutional and civil Rights that have been violated since day one. I was undoubtedly tortured, and the Court had first-hand knowledge of this and did nothing about it for over two years. My human rights and my civil rights were violated daily. The United States Supreme Court is very specific in this.  We are not a third-world country.  This is the United States of America!  We do not torture anyone, let alone our own citizens. I was not only tortured as a citizen, but I was tortured as a pre-trial detainee.

Please add the Horrors at Northern Neck Regional Jail, the August 9th letter to McFadden, and the breakdown to my notes of August 2022.

I am asking for all of my time to be counted as double time or triple time in consideration of the Hard-Tiime Act.  Please add these notes of my torture during my incarceration and all phone transcripts to be put on the record.

## Horrors at the Northern Neck Regional Jail
I have been in seven jails in 11 months. NNRJ is Jail Number 7 and has been by far the worse yet. From rats and mice, to roaches in the food.  From the guards beating on inmates, to a Superintendent

and a Captain who think they make up their rules as they go along and think that there is no such thing as prison or civil rights.

I have been treated like a guinea pig by people who don't know what they are doing. I have been in constant battle with Superintendent Ted Hull, since day one regrading my need for gluten-free food. Ted Hull refuses to provide me with certified gluten-free food. I am down 50 pounds since arriving at Northern Neck Regional Jail. Ted Hull runs Northern Neck Regional Jail (NNRJ) like it's a playground. He has no medical background yet overseas the Medical Department at NNRJ. Nothing in medical gets done without his approval. [That was verified by the head doctor]. Ted Hull does not follow HIPAA. I have proof. He was furious that I refused to have a test done. I have written numerous grievances regarding these issues.

I arrived at Northern Neck Regional Jail (NNRJ) on December 20, 2021. I told everyone upon entry that I had Celiacs Disease and that I need a special gluten-free diet. End of Story!

I was thrown in J Pod—80 people through the Pod. No Covid-19 quarantine. Covid-19 rampant throughout J Pod. I was sick after Day 3. No food, no special diet for 6 days. On the 6th day (Christmas Day) I was given Ensure drinks, two of them. I was told that they were lunch and dinner. Merry Christmas. On the 7th day I was given the first real food for lunch—way under 2,000 calories in 7 days. I was not provided a cup for water. I had to use my hands to drink water. I was given one small bar of soap for two weeks. The bar of soap lasted for three days. I am down 10+ pounds. I spoke with my lawyer and reporter. I tested positive for Covid-19 and was moved to O-Pod for 24 hour lock-down. No phone for 9 days. My phone privileges were canceled by Superintendent, Ted Hull, after he found out that I spoke to a reporter. That was a 3-way phone call between myself, my lawyer, and the reporter. It could not, by law, be used against me. But it was. [By the way they also have to have special permission by the Marshals to put you solitary confinement because NNRJ is a private jail.] So first write up number one I was told that I do not have the right to speak to a supervisor because I want to.

Day 21--Covid-19 lock-down ended. I now am down 30 pounds. I was moved to Disciplinary Pod, A-Pod. The first day in A-Pod there were three fights. The Correctional Officer (CO) does not see any of these fights, only the last one. They take action two hours later. This Pod and facility is not safe. My commissary gets stolen. I write multiple requests about my stomach and getting moved due to murderers, gang members, etc. This is NOT my people. I am unsafe. I get transferred to Medical for "Evaluation".   When I was taken to Medical I was weighed and my vital signs were taken. It took 48 hours to take vital signs. They had not been checked again. I had three days without running water, no toilet, and no way to wash my hands. The water had been shut off to my cell and without running water I could not flush my toilet. I was told that the water would be turned back on after I have had a bowel movement. Where is this at all acceptable in HIPAA Laws?

I received ground up 'mystery' meat which caused my stomach to hurt. I became bloated. I knew I broke my diet. I started refusing trays, except for the Ensure drinks. I was in lock-down 23 hours a day while under "medical observation". I was check on once by someone who knocked on my door asking if I was alright. I said I was not, but the person ignored me and kept on walking. I finally

used the bathroom because of the broken diet and I am given a shower as a "reward". I was told "we won't move you until they know what is wrong with you." At this point I was not seen by a doctor. I get moved back to A-Pod that night. Again I complain about the on-going stomach issues because of my broken diet.

I have my first "kangaroo court" session with Hearing Officer, Hodges. He will not let me explain why I wanted to talk to a Supervisor. He wants to know why I want to talk to a Supervisor. I did not stop asking for one. He said I was guilty of being disruptive and disrespecting staff. I was sent to punitive detention for 7 days, the hole (solitary confinement), for 24-hour lock-down. I was only out for one hour between Monday-Friday, which was the only time I had a shower and phone call when I called my wife. I was taken to the 'hole' (solitary confinement), even before I am done appealing the decision.

## Knee Injury
I fell on September 28, 2023 and my knee bent sideways at  about 90 degree angle. I was denied care for 24 hours. As of October 15 I have not been seen by an orthopedic specialist. It took 19 days before I was seen by an Orthopedic specialist. I was told on September 29th or 30th by the ER that I needed an MRI and to see an orthopedic specialist immediately. Upon returning to the DC Jail I was told that there was no broken bones and that I was fine. I had been denied medical care up until the time that I saw the orthopedic specialist as he only comes once every two weeks. So I did not receive any medical treatment and was only given Ibuprofen and aspirin after 10 days after my fall.

## Jail Movement
I was detained in Essex Jail, lost massive amounts of weight, denied lawyer access, and given my Discovery twice. I was ordered to move to the DC Jail by the court after Melissa Jackson, the Prosecutor, said that the DC Jail could handle my diet. I oved to Grady County Jail and then I arrived at the DC Jail where I was again given my Discovery. I lost massive amounts of weight and the courts were notified of such. I should have had a court-mandated diet at this time but decided against it. I was about to have access to Evidence.com. I was then moved for an unknown reason without my Discovery. I moved to Lewisburg where my weight loss continued and then to Alexandria. I was then moved to Northern Neck Regional Jail where I was tortured for about a year. I was denied lawyer video, personal visitation and access to Discovery. Again the courts were notified about all of this. At this point I had lost so much weight my parents openly admitted that I not been that thin since I was a Freshman in High School. I was eventually moved to Rappahannock and then given my Discovery once again, ordered by the court. I lived pretty much off of commissary. I was then moved back to the DC Jail without my Discovery, once again. No proper reason was ever given of any movement.  My council and myself even caught the Marshals red-handed, lying in open court, with documentation to prove. I consider this deliberate indifference and torture. With every move I had to start over completely, with a new kitchen and staff and getting them to understand my food allergies, new Discovery and a new vocation. It caused me a great deal of stress not only mentally, but physically as well. Inferencely or not, the court played a major part in this torture and the postponement of my case.

I was ordered by the court, my Discovery and I was held for hearing at the DC Jail in October 2021. I had signed the agreement for access to Evidence.com. There was no reason why I was moved. If there was, then it should be on file, and I would like to get to the bottom of it and have it added on the record immediately.   I believe Deputy Warden Landerkin is at least part to blame for my movement to the DC Jail in October 2021 which completely sends this case into a whirlwind. However my movement would have not been so extensive if it was not for the Jail, Marshals, prosecution, government and the court working together making these illegal and immoral movements possible. I would like to have the specific reason why Quaglin was moved from every location, by the U.S. Marshal or other party involved added to the record immediately. I would also like to state, on the record, that I believe this wrongdoing was done because I was a January 6 defendant and this was done as a form of torture. I should have been released multiple times due to the lack of care and the torture I had endured while under the care of the U.S. Marshal and the DOJ. This ultimately falls on Merrick Garland's desk and he should be held responsible. You, Judge, knew about this torture and you did nothing about it. I would like to open, immediately, via habeus corpus, and add Merrick Gardland, the U.S. Marshal service, and the Warden of the DC Jail as defendants.

When I was arrested (technically detained), I was given the option to go home immediately on bail and that, depending on what I told the FBI, I probably would not have been charged at all. They did not want to release the footage, but we finally got it.  We know that they have been listening into hundreds of phone calls throughout multiple jails. The FBI and the DOJ have broken the law from day one.  Based on Brown and Nichols as soon as I went into Rappahannock, I should have been released.  Both of them were released from Rappahannock. I believe that Nichols was released because he started working and cooperating with the FBI. I believe Brown was released because his Judge saw an injustice. He was given Evidence.com while he was in DC. He was moved from DC and one of his co-defendants had Evidence.com. The same thing happened with me but they grouped me with co-defendants that did have Evidence.com and got 'homework' to do and had thousands of hours worth of 'this homework' that they could do on their own at their own time. I have been denied access to Evidence.com from day one.

### Charges

My charges went from 3 felonies to 14 felonies. I was superseded five and six times over the course of a year. My charges, I believe, went from three to seven to nine to eleven to thirteen and then fourteen felonies. Every time, right before I was superseded, my council was asked if I changed my mind and wanted to cooperate with the government. When I refused I was superseded a few days later by the prosecution. This is 100% a prime example of malicious prosecution. This took place with Diez, McBride, Gross and Rodriguez. This proceeded for a year until finally the court, Judge McFadden, finally put a stop to it on April 22, 2022. The whole time before that I was denied to Discovery and moved from jail to jail denying me access to my attorney. I believe this was all done to keep me from gathering adequate defense. The court allowed the government to torture me while building a case they should have had prior to arresting me. The court allowed the government to group me with a dozen other defendants that I had no business being grouped together with so the speedy trial kept on getting postponed. From day one I told my lawyer that I wanted to have a trial

within three months. The government kept this from happening. They did this with multiple people.

## Lawyer Needed—Maria Rodriguez

Recently Maria Rodriguez said "she did the best with the time she was given". Since then, the removal of John Gross giving her more of the details of my case, the tune has changed dramatically. Now it is more "why wasn't I been told about this before?" The truth is that I have only spent about three hours with Maria Rodriguez before trial. I was strong-armed into a Stipulated Trial by the government and Rodriguez. Rodriguez didn't care to know about the ins and outs, and the facts of my trial, she wanted to get in and out of the trial as quickly as possible. Getting a hold of Rodriguez is very difficult today. Recently she was denied access to the DC Jail. This is an on-going problem. The time I spent with Maria Rodriguez prior to trial was not was not even to go over the details of my case, but to go over the idea of a Stipulated Trial, my only option at this point, I was told. Now Rodriguez says that she was never told this fact or that fact, and that she never would have allowed me to do a Bench Trial with what she knows now.

Previously I had Gross saying that Rodriguez could never pick up the phone and wasn't doing any of the work on my case. He said that I was stuck with her at this point because the court wasn't granting me another extension and the trial I wanted to have would have cost $250,000 and I was out of money. I was never given the option to ask the court for finances for expert witnesses by any of my lawyers. I was never given a list of options on how to proceed. There were so many ins and outs of this trial that Rodriguez just did not know. She did not care to know. There were too many moving parts. Whether the government likes it or not this case is not just about the actions of BOLO 58 on January 6, otherwise the FBI would not have offered me a 'get of of jail free' card before my arrest.

This case now has to do with the actions of the FBI and the illegal activities that took place by the government before, on and after January 6, as much as it does with the allegations of the defendant on January 6. The government opened this door when they used the Patriot Act and accessed files that were constitutionally protected. When the offered me immunity and when I got denied they listened into hundreds of lawyer phone conversations. Again, I am talking about my case here, but this isn't just me. This happened with a whole list of people. Rodriguez asked for pre-trial relief only a few weeks before trial so we can spend many hours a day, every day, to prepare for trial since having an extension was "out of the question". This was denied.

The DC Jail fought me ever step of the way, as did the court and the DOJ to have access to Rodriguez. The DC Jail did this to all of my lawyers, not just Rodriguez. The DC Jail had a video system that was ready to go, but they refused to set it up. [That was for personal visits as could be for lawyer visits] on the GTL Network. They only allow lawyer video visits once a week for one hour. They have 15 minute phone calls, even with lawyers. After 15 minutes, you have to wait 15 minutes. The jail says that they do not have an e-mail or texting application that is not attorney-client privilege, even though in 2021 it was available. These are all constitutional violations and perfect examples of deliberate indifference since other people have had these rights granted to them while in the DC Jail. Unfortunately after spending $300,000 on other attorneys, I have depleted my

funds. After McBride was allowed, by the court, to completely bail on my case, a private organization created by Jake Lang says that "they had a lawyer for me free of charge". They gave me Maria Rodriguez. Looking back I should have gone with a Public Defender. They would have been local and they would have pushed back my trial immediately once they had their first meeting with me and understand how many moving parts there were and how bad the government broke the law throughout all of this.

Public Defenders probably would have probably gotten a little bit more respect with the courts as well, even though, and this is big, I do not believe that they would fight hard for me because of their political affiliation in this corrupt city which has been noted on countless other cases dealing with January 6 defendants. The Public Defender's office has unlimited resources, I am told. For this reason I have no desire to fire Maria Rodriguez. However I believe going with a Public Defender will be needed. Obviously, Rodriguez has proven that she does not have the time to devote to this case for free, and I do not have the funds to pay for it, nor do I ask Rodriguez to work for free. I have already given her $5,000 for travel expenses out of my own pocket. The deal she made with Jake Lang was to council another individual, so I am told, but this person found another council so I was put in their place. There was never any funds for expert witnesses which I did not know until after Rodriguez was assigned. Also this is not an issue because of the DC Jail's inability to provide video visitations, and Rodriguez told this to the Court in our single day of video visitation. Many meetings, in person, will be needed at the DC Jail if I was denied bail. This would be Maria Rodriguez' choice if she stays on as council, however I do not think this is an option given the lack of support the DC Jail gives Detainees.

Please note that if I am denied pre-trial release, my timeline will probably double in time. I need to be released to gather evidence and talk to several witnesses, including FBI agents, that have admitted that the FBI knew about pre-planning of January 6, prior to January 6. Being locked up in the DC Jail was 100% denying me my rights to prepare an adequate defense. I still do not have access to Evidence.com, for example. Between Evidence.com, 15 minute phone calls, lack of computer access, I ask for a one-year extension until trial, if given pre-trial release. If at a date in the future I feel confident that we can push trial forward I will do that. However, the government was given a year to build a case on me and then I was denied my Discovery for over a year, so I believe the one to two year timeline is only fair. Per the law, my defense ultimately falls on me, and being such I need to be added a second council immediately no matter who becomes my lawyer.

Maria Rodriguez had since told me that she wishes to resign as my council after I read her the "List of Maria's lies" on October 9, 2023. I did not give her permission to resign and I did not fire her. To date, the only lawyer I fired was Carlos Diez when he promised me pre-trial release. I let John Gross resign because, although he had the willingness to help me, he lacked the criminal court experience. I stated on the record that he was never hired to be a criminal defense lawyer. His law license was being held hostage by the court.

**Pre-Trial Release**
I asked for a one-year supervised release so that I can provide a defense to prove that the FBI broke the law throughout this whole arrest and detainment along with proving my innocence. I also need

to track down missing evidence that was in the hands of Joe McBride. I was offered bail and a 'get out of jail free card' by the lead FBI agent if I informed on "groups". The DOJ has convicted and sentenced the Proud Boys and the Oath Keepers and there were multiple informants that were used on and off the stand. In both of their trials I have been named, by name, and I was proven in both instances that I was never a member of either groups on January 6. The leaders had no idea who Quaglin was. Please let it be known that Quaglin was referred to as BOLO 58 in multiple trials without ever admitting to being BOLO 58 or before being proven guilty. There is no reason that I am at this jail, I was never a menace to society and I was not a flight risk. The FBI lead investigator would never had offered me bail and no prosecution like he did. I am an electrician from New Jersey, a father and I am an American. As stated before I need to be released to gather evidence that cannot be gathered otherwise. This evidence was thrown in the trash by Joe McBride and I ask that I acquire evidence from other sources—FBI employees, Proud Boy members, Oath Keepers, media members and others. Everyone knows that there were pre-planning gatherings done on January 6. I can prove that the FBI knew about these gatherings prior to January 6 and they just didn't look the other way, but the FBI took a major role in these events leading up to, and on January 6. If you want to get to the bottom of what transpired on January 6, then it is your duty to allow me pre-trial release so that I can gather this evidence.

### Mis-Trial, Re-Trial or Appeal

The government has a 100% conviction rate of January 6 defendants. They have nothing to be afraid of, unless they broke the law, which I intend to prove. I am again redacting both the right to a Bench Trial and Stipulated Trial for the reasons previously stated. I would like to talk to my lawyer and if he says a Bench Trial is the way to go, then I would like to go with the Bench Trial. I wanted to have a trial within 90 days of being indicted and was I was denied. The Prosecution was giving me a year to gather evidence and build a case. I was denied bail which all stems off the evidence that has never been proven conclusive. I never received full Discovery and for a year it was noted, not just in my case, but for Sills and Morss and countless others.

I still do not have access to E-Discovery, none of this is my fault, and I should not be penalized for such. My Discovery was in the jail that I was in numerous times, and I was moved by the government for unknown reasons without it. The prosecution had listened to hundreds of phone calls that were attorney-client privilege at every jail. They have it in writing that the DC Jail has listened to, and recorded, 44 phone calls to John Gross right before trial. Denying these facts is moot. Quite frankly, everything that I have been through is un-Amerian. I refuse to just throw my hands up and plead guilty to 14 felonies while the FBI breaks the law over and over during my illegal detainment. Merrick Garland, the FBI, the DOJ made a complete mockery of the justice system in America. Do what you must to me. I am not falling on the sword while having my mouth down with Lady Justice as blindfold. I am putting it on the record all the things that have happened to me and the injustices I have faced while being incarcerated. It is disgraceful to think that this is the American Judicial System.

The court once said that it was unfair to prosecute the J6 defendants any differently than the 2016 defendants that rioted when Trump was elected. Those individuals were arrested and let go after only a few days in jail. Those people were never prosecuted, nor were the people that were involved

in the many riots across our Country, including DC in 2020, such as the BLM and White House riots where more police were injured than on January 6, 2021. This also includes the Department of Interior and, most recently, the Cannon Building riot. The law only works one way, or is it supposed to work like that. Lady Justice is supposed to be blind. If letting everyone go that were involved in a riot became the standard, especially in DC, that should be the standard for everyone.

Please unredact and make every document from day one 100% unsealed in my file. I do not know who is pulling the strings in the courts of DC, but as stated before I believe that this court has a metaphorical "gun to their head". Unlike my previous council, I do not believe the court is a Nazi or pedophile without proof. However I do believe the court has broken its oath on multiple occasions in my case. With that being said I intend on letting as many people know what injustices have gone on here and although the current Administration might be pulling the strings, I believe a new Administration will be in power in less than two years and there will be hell to pay.

In time, people will read about this two-tiered justice system and unfortunately this case will come up time and time again. The tortures that I have endured while in the care of the Marshals and by the hand of the FBI, DOJ and BOP is unconstitutional. The fact is that while this happened the court stood by and did nothing to stop it. The court has redacted certain information and there has been information that has been changed on the record for two years.

Joe McBride put everything he has filed under seal. He does this for all of his clients because some of them are working with the FBI. I am not. I want everything unsealed immediately. I believe this was done deliberately to hide certain facts. The court and the government have ultimately been the cause for my torture for over two years and throughout my incarceration where multiple civil and constitutional rights have been violated since day one. I am an American Citizen. If I am found guilty, then fine. I have no problem with that. However I ask for one year to provide a defense if I am released, two years if I stay in the DC Jail. You gave the United States Government a year to build a case while I was illegally detained. I do not think that it is too much to ask that an electrician from New Jersey to have the same rights to have access to his Discovery and the ability to interview and gather information. I am an American Citizen after all and this is my right. Again, whether the government likes it or not this case is not just about the actions of BOLO 58 on January 6, otherwise the FBI would not have offered me a 'get out of jail card' before my arrest. This case now has to do with the actions of the FBI and the illegal activities that took place in the government before, on and after January 6 as much as it does with the allegations of any defendant on January 6. The government opened this door when they used the Patriot Act, illegally, and accessed files that were Constitutionally redacted. I also believe that certain files were altered. They listened to hundreds of attorney-client phone calls conversations. For these reasons, and any other reasons stated previously, I ask for an immediate mis-trial and if the new trial is to occur at this time I ask for a change of venue. If both of these requests are denied then I ask for immediate removal of my Stipulated Trial, and ask for a re-trial.

I would also like to state on the record that I believe that this wrong-doing was done because I was a January 6 defendant and it was done as a form of torture. I should have been released multiple times due to the lack of care and torture I endured while I was under the care of the U.S. Marshal and

DOJ. This ultimately falls on Merrick Garland's desk and he should be held responsible. You, Judge, knew of this torture and you did nothing about it. I had to reopen my writ to habeas corpus and I ask that Merrick Garland, U.S. Marshals, FBI Director Christopher Wray and the Warden of the DC Jail as defendants immediately. Please have the government provide all transcripts—I want everything—everything that I asked for before—transcripts, documents, notes, social media, recordings, warrants—anything referencing Quaglin, BOLO 58, or private parties thought to be BOLO 58 or Quaglin. This would include the previous years before January 6, 2021 to present. The government gave Trump over a million pieces of information, I expect mine to be around 100,000. Please separate the files and give me immediate access to Evidence.com

Please put on the record all notes, transcripts e-mails from Melissa Jackson and any other members of prosecution, past or present regarding Quaglin, BOLO 58, or anyone connected to either, the reason why Melissa Jackson was removed from my case and all e-mails associated with her removal. All transcripts, notes, e-mails, documents from Prosecution to FBI and from Facebook, Google, or any other social media regarding Quaglin or BOLO 58. All evidence involving "the four Facebook videos that were used"--where it came from, when it was provided, etc. All evidence and notes the FBI were following and monitoring of Quaglin and BOLO 58 before, on or after January 6, 2021. There were three separate files from what I could gather. There was one prior to January 6 regarding BLM members [even though it was proven that it was not me]. There was one on or around January 7 and one file that was opened up around January 12. I need all the notes leading up to the Grand Jury indictment, specifically where the information was gathered and how it was used. The government knowingly used illegally obtained and doctored videos. They should have never been introduced to the Grand Jury. This was 100% unconstitutional, therefore I should be granted a mis-trial immediately.


Christopher Quaglin  #378835
DC Central Detention Facility
1901 D Street, SE
Washington, DC  20001
August 12, 2023 (Original Date of Letter and Testimony)