**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 21-CR-0040-TNM |
| V. | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER QUAGLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONDENT'S EXHIBIT LIST

| Exhibit A | February 2, 2024, Letter to Judge McFadden with certified mail receipt |
|---|---|
| Exhibit B | Grievance Complaint: Administration |
| Exhibit C | Grievance Complaint: Appeal sent to Vic |
| Exhibit D | Grievance Complaint: Broken IGP |
| Exhibit E | Grievance Complaint: Chioma |
| Exhibit F | Grievance Complaint: Classification |
| Exhibit G | Grievance Complaint: Deliberate indifference |
| Exhibit H | Grievance Complaint: Denied Emergency |
| Exhibit I | Grievance Complaint: E- Discovery |
| Exhibit J | Grievance Complaint: Falsifying |
| Exhibit K | Grievance Complaint: Food |
| Exhibit L | Grievance Complaint: Illegal Monitoring |
| Exhibit M | Grievance Complaint: Inability |
| Exhibit N | Grievance Complaint: Kiosk |
| Exhibit O | Grievance Complaint: Knee Injury |

| Exhibit P | Grievance Complaint: Lap Discovery |
|---|---|
| Exhibit Q | Grievance Complaint: Lawyer Denied Access |
| Exhibit R | Grievance Complaint: List of Marshalls |
| Exhibit S | Grievance Complaint: McCain |
| Exhibit T | Grievance Complaint: Medical (Not Knee) |
| Exhibit U | Grievance Complaint: Medical Knee |
| Exhibit V | Grievance Complaint: Missing Video Court |
| Exhibit W | Grievance Complaint: Movement |
| Exhibit X | Grievance Complaint: Prea |
| Exhibit Y | Grievance Complaint: Restriction |
| Exhibit Z | Grievance Complaint: Safety |
| Exhibit AA | Grievance Complaint: Write-Ups |
| Exhibit BB1 | Fulp Integration |
| Exhibit BB2 | Fulp Integration Video |
| Exhibit BB3 | Fulp Integration Video |
| Exhibit BB4 | Fulp Integration Video |
| Exhibit CC | Northern Neck Treatment |
| Exhibit DD1 | Handwritten Notes 2.2.23 -3.24.2023 |
| Exhibit DD2 | Handwritten Notes 2.2.23 -6.21.23 |
| Exhibit DD3 | Handwritten Notes 5.2.23 – 6.6.2023 |
| Exhibit DD4 | Handwritten Notes 12.6.2022 – 2.2.2023 |
| Exhibit DD5 | Handwritten Notes 12.20.22 – 2.1.2023 |
| Exhibit DD6 | Handwritten Notes Bot Lists |
| Exhibit EE | Quaglin, Christopher Character Letters |
| Exhibit FF | Witness Letters from Inmates |
| Exhibit GG | Witness letter from Cappuccio, Steven Dated: Feb 29, 2024 |
| Exhibit HH | Quaglins cry for help. Dated Aug 29, 2022 |
| Exhibit II1 | Letter to Judge From NCA |
| Exhibit II2 | Quaglin, Christopher – Lab Corp |
| Exhibit JJ1 | Camacho, Ruben Information |

| Exhibit JJ2 | Camacho Gerstein |
|---|---|
| Exhibit JJ3 | Camacho DSA Agreement |
| Exhibit KK1 | Quaglin – Certified Mail Receipt |
| Exhibit KK2 | Quaglin – Final- links of 24 page Testimony |
| Exhibit KK3 | Quaglin, Chris – Final – 24 Page Testimony |
| Exhibit LL | United States v. Seefried |
| Exhibit MM | United States: Prolonged Solitary Confinement Amounts to psychological torture, says UN Expert |
| Exhibit NN | Federal Inmate Suffering From, unconstitutional Medical Neglect Could get relief under rule change. |
| Exhibit OO | Solitary Watch |
| Exhibit PP | Medical Care |
| Exhibit QQ | 403.1 Clip- Officer Henry – Video |
| Exhibit RR | 414 – Officer Henry Foulds |
| Exhibit SS | Body cam Lazewski |

Respectfully submitted,

*/s/  Kristi S. Fulnecky*
Kristi S. Fulnecky, MO Bar # 59677

FULNECKY LAW, LLC
2627 W. Republic Road, Suite A-108
Springfield, MO  65807
417-882-1044 phone
kristi@fulneckylaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Clerk of the Missouri Courts on May 23, 2024, using the E-file System and a copy was made available to all electronic filing participants.

<u>/s/ Kristi S. Fulnecky</u><br>
Kristi S Fulnecky<br>
Attorney for Defendant