Quaglin - Legal (1)

Cont

12 Am — Grievances

5-2-23 Fish, Rice, Veg, Fresh Apples
BROKEN DIET - Stomach Messed up Bad

5-2-23 B - Cheerios, eggs, G/F Rolls,
HORRIBLE Stomach Pains, Diarea, etc.
L - Turkey, G/F Rolls, Apples, Peas,
D - Chic Patty, Rice, Veg, Apples (Rawt), Rice Cake

(-2) on Next page
due to lawyer meeting

Chris Quaglin
5-3-23

(Due to Negligence of Deliberate?)
By DC Jail
Missed Lawyer Meeting
5-3-23

Quaglin - Legal

-2-

5-3-23 — B - Cherios, Bagel, Scrambled eggs.

Waited from 9:45
Already logged into lawyer meeting

Lawyer meeting. "Timed Out" at 9:54
- Logged back in ⇒ Hit only Button available
   - Waiting until 10:02
      - Asked for help
      - 10:15 Logged back in (Man)
      - Gave Man the phone # for Jon.
      - Waited until 10:35
         - Asa Johnson had done something
   *  — 10:37 - Jon + Asa on screen → ASA Leaves

Waited for lawyer meeting to start 9:45 Am in
Room #2. (Already logged in)
         - Had 15 min meeting with Maria
            - Maria had another appointment at 11
         - Jon stayed another 10 min
            - Guard Never called Jon
            - Jon Called Jail 4 times + Left email

* The people who work here are Retarded.
   - mentally handicapped and Untrained
   - Sits on phone (Lazy)
Ripped Paper with Son's #
   - Waited ___ min for escort back to CZB (Walk away)
   - Asked to use bathroom (Hit button + Told C.O.)
      - Denied. Said "the escort would be here soon"
         - Other man in holding cell waited over 30 min before
         pick up

Can't eat P.B. 5-4 + 5-6

Cont — Quaglin-Legal (3)

5-3-23

NO Sign — L- PB+J, G/F Bread, Broccli, fruit

D- Roast Beef, G/F Bread, fruit, veg.

NO Sign — * STILL NO ICE (week 2)

5-4-23 B- Chex, P.B. (No single pack, No Single Serve) Jelly (single serve)

L- Turkey, G/F Bread, fruit, Mixed veg.

** Spoke to Capt Holland 230-3pm about DR's + My IGP's. Also about the IGP Dept being a big issue. About the deliberate indifference + Classification. He told me he would let me know about getting off Restriction because the DR board did not follow procedure and they do not follow guidelines. Do what they want, when they want, how they want. The IGP Process is the only way a detainee can ask for or have a voice.

D Chic Patty, G/F Bread, Rice, veg, Fruit

5-5-23 B- Chex, G/F Bread, Hamburger

L- G/F Bread, Turkey, fruit, veg.

D- Roast beef, Rice, fruit, Veg, G/F Bread

5-6-23 B- Chex, G/F Bagel, Eggs (scrambled)

* → L- P.B. (Didn't eat, NOT in seperate container), fruit, Carrots, Jelly, Rice Cake

D- Turkey, Rice, Rice Cake, Veg, fruit.

Capt +

Quaglin - Legal (S-4)

5-7-23 B - Chex, G/F Bagel, EGGS
L - Tuna, G/F Bread, Brocoli, Fruit
D - Roast Beef, Rice, G/F Bread, Veg, Apple
☆☆ Upset stomach. Why??? Horrible Gas and Stomach Pains.
5-8-23 - B - Choc Cereal, Turkey, Eggs, G/F Bagel
L - Turkey, G/F Bread, Peas + Broccoli stalk, Apple
D - Roast Beef, G/F Bread, Veg, Fruit, Rice
5-9-23 B - Choc Cereal, Eggs, Apple
☆ Spoke to Lt Minos about missing IGP's + Sick call slips (Not seeing either) @ 1130AM at top of stairs when he was doing rounds. (1125AM)
L - G/F Bread, Turkey, Brocoli, Apple
D - G/F Bread, Rice, Veg, Apples.
5-10-23 - B - Chex, G/F Bagel, 2 egg.
L -
D -
5-11-23 B - G/F Bread, Chex, Eggs.
Can't Eat L - Turkey, G/F Bread, Veg, Fruit
XXX D - Wheat Bread, Roast Beef, Rice, Veg, Fruit.
☆ Spoke to Capt Nagara or whatever at approx 6AM. He had 1 grievance to have me sign (one with Chioma at 4:30). I believe there was another but he didn't have me sign it. I signed there was still a problem.

5-13
Can't have Dinner Again (Wheat Bread) - Quaglin - Legal (-5)

[5-12-23] B - Chex, eggs, GF Bread
L - ~~Turkey~~, Fruit, veg, G/F Bread (Rolls), Eggs
D - Potatoe slices, Chic patty, G/F Rolls, Veg
XXX Talked to Medical - was told that "They are probably waiting for MRI approval" -

[5-13-23] B - Chex, G/F Bagel,
mismarked slip = wrong tray given → L - Turkey, GF Rolls, Veg, Turkey
XXX Wheat Bread → D - [Wheat Bread], Can't have tray. Denied (Signed Tray) - "Can't have wheat"

[5-14-23] B - Chex, G/F Bagel, egg, Jelly, Apple
L - Turkey, G/F Bagel, Fruit, veg
Can't Have XXX → D Rice Cake, [Pasta], Denied Tray

[5-15-23] -
B - Chex, Bagel (G/F), Eggs
L - PB+J, Bagel (G/F), Fruit
Circled + Questioned. On sheet — D - Chicken Patty, [Potatoe], Apple, Greenbeans
XX Stomach sick. Can't eat potatoes

[5-16-23] - B - G/F Bread, Chex, eggs.
** Sick Call Slip - Back
L - Turkey, fruit, Corn, G/F Bread
D - Hamburger, Rice Cake, Corn, Rice, Apples,
* Horrible diarea.

[5-17-23] - B - Chex, G/F Bread, Eggs
L - Tuna, Broccli, Fruit, G/F Bread.
* Sent Sick Call - Got Muscle Rub. Asked for 1x week.

Claughlin-Legal (-6)

Cont

XX Saw Sick Call Finally 3pm

5-17-23 Sick call- Told woman that I put in 10+ Sick calls for shoulder. She said "Well you were seen by corizCare + had P.T. Already." → ..."AND? The C.C. Doctor said I needed an MRI. The P.T. person said I needed Shots. Why haven't they been done?" → "well I will put you in to the C.C. Dr." → "Yea, why did someone lie about seeing me on the 1st?" → "Oh I don't know about that" → "well my lawyer wants to know who lied." — was given a tube of Icy hot. Was told C.C. Dr will be ordered. (I doubt it) — will follow up with sick call slip / pink slip.

D - Turkey, Rice, Veg, Fruit, G/F Bread

5-18-23 - B - Chex (Honey), G/F Bread.

** Sick Call slip to see C.C. Doctors (misdated 5-14)

L - Turkey, fruit, veg, G/F Bread.

D - ? - was G/F

5-19-23 - B - Chex, G/F Bread, PB Jelly

XXX SAW C.C. Dr. - will Be 3 weeks until I can get "shot"! Fucking Rediculous. She said that I "probably won't be approved for MRI" so that means Jail. They got me to sign for medical Records for NARJ. This ALL could have been done a month ago. They denied me health Care. will continue Grievances.

Quvglin-legal        (7)

(bar)

5-19-23  L- Tuna, veg, fruit, b/f Bread
D- Chicken patty, b/f Bread, veg, fruit, b/f Bread/rice

5-20-23  B- Chex, b/f Bread, PB 5
L- Turkey b/f Bread, Banana, Bread:
D- Turkey, Rice, veg, fruit, b/f Rolls

5-12-23  B - b/f choc cereal, Eggs, b/f Bread
L- Didn't EAT  (CROSS out)  Roast Beef, (Bread item Rice Cake), fruit, veg.

5-22-23  B- Chex, b/f Bagel.
D- Burger, Rice, veg, fruit, b/f Bread

** Shawn decided it was a good idea to poke the bear one last time. Brayden Talked like he knows to not fuck with me. (Hopefully)

5-23-23  B- Chex [PB] - Jelly, GF Bread
L- Turkey, Rice Cake, Fruit, veg.
[Teeth cleaning Friday] They found Shawn's food bin in the black thing
D- Roast Beef, Rice, Fruit, Biscuit, b/f Bread

** Shawn McCue was drinking orange and QT gave liquid courage picked fight with me in TV Room, I told him to throw the first punch. Then he later spit in my face Right in front of the guard. We were brought down to medical with dodo ...

Quaglin – Legal (-8)

Cont
[5-23-23] Shawn said he was going to testify against me (was on camera with C.O.'s that came in). He is a problem and continues to be a problem. I will not sign anything against him but I won't sign anything saying he is allowed back in C2B.
– Also the whole time in Medical he was kicking the door and threatening staff. The guy has a serious anger problem. I am glad that I didn't fight him last night afterall. However, this will absolutely cause friction in the pod. Oh well. He got a charge and I didn't. Best possible outcome. To think all of this shit started because the guy just likes to get drunk and play games with people. I was watching a comedy show last night on the tablet minding my own business when Shawn continuously harassed me, hit my door, turned on my light, verbally harassed me all for fun. Fuck him. He gets what he has coming to him. Karma.

[5-24-23] – B – Chex,
Tier Management: Tier management – Top tier, Bottom Tier
L – All G/F
D – All G/F
Dawn [illegible] 5 hours out a day

Quaglin - Legal (9)

5-25-23 B - Choz Cereal (G/F) G/F Bread, Eggs,
L - Eggs, G/F Bread, Fruit, Veg.
D - Roast Beef, Rice, Veg, Fruit.
- outside Rec
- was told McCue has assault charges. (I didn't file them).

5-26-23 B - Chex, G/F Bread, PB+Jelly,
L - Turkey, G/F Bread, Veg, Fruit
D - Turkey, G/F Bread, Veg, ~~Fruit~~, Rice

Signed for, Didn't eat XXX

5-27-23 B - Chex, G/F Bagel, eggs
L - PB+J, G/F Bagels (x2), Veg
D - Fish, Rice, Veg, Fruit, G/F Bread.

5-28-23 B - Choz Cereal (G/F), G/F Bread, eggs
L - Turkey, Veg, Fruit, G/F Bread.
XX D - Macaroni (Pasta) (Denied Tray)

5-29-23 B - Chex (cinn), G/F Bread, Turkey
L - Turkey Burger, G/F Bread, Veg. (New Turkey Burger)
D - Turkey, G/F Bread, Lettus, Fruit,

5-30-23 - B - Chex, Eggs, G/F Bread
L - PB+J, G/F Bread, Brocli, Fruit,
- Moved to C3A Pod
- Will Not let us clean rooms
- will not let 4 Rooms out to clean Rooms or get service for tablets.
- Asked C.O. to let us out he said that it is upstairs Rec. I explained that we have not been locked down for days.

Quaglin - Legal (5-10)

Cont.

[5-30-23] ~~The guard~~ ~~They~~ will not let us (4 rooms) out. The guard is being an asshole. I don't know why. He says "Later" - Room is filthy.

- 4 rooms not let out are Ballard, Sabel, me, and the cop ——— (sheriff). Multiple people say we are the only 4 Rooms not allowed out. Multiple people say they asked the guard - Deliberate Indifference

* - Punched the window 2 shots and it shattered. Oops. No idea how or why it broke. I didn't hit it that hard I didn't think.

- On the way the ~~Lt~~ or Sgt that was "in charge" had an axe to grind. He escalated the situation. He was screaming in my face, Threatened to put the "spit mask" on me (even though he was the one spitting all over my face) which the other C.O. Refused to get him. They ripped me around like a rag doll after ~~my~~ I was handcuffed. They came in and I had my hands behind my back. They demanded I kneel down, didn't ~~[illegible]~~ double lock the cuffs. Said "You're going to do exactly what I tell you to do today" ... obviously he ~~had~~ knew the other C.O. that I put the piece on.

Querflin - Legal   (11)

cont   [5-30-23]   xxx

They brought me down to medical
and Hugh he had all of his officers
turn off their cameras, (which is illegal)
then he said in my ear, "If you don't
Shut the fuck up, I'm going to Stick my
foot up your ass," ... "FREA, Then they
removed him and the other officer finally
turned on his camera. He tried to tell me
it was on because it was blinking green,
Bullshit. Then he tried telling me that
it wasn't because I was white or had
I was a Jan ber/Trump guy, Bullshit,
He then tried to get me to not file
the grea and he would get me a
computer (laptop) "because he could make
that happen in a day."
→ To the hole. — NO Rec
→ Told the Lt (Spiky hair) that I wanted
to call the grea person, she said she
already called her.
→ D- ALL 6/1
→ McHugh came to my cell - Laughed
→ Mc Hugh is causing problems - calling me
a Rat to the whole pod. Multiple people
— Plead guilty to "Distruction of property"
causing issues.
— He said Querflin will see me in 7 days or less

Legal-Quaglin (-12)

Cont

[5-31-23] Rec - was told it was 5 hours
B- Chex - ALL G/F
-More issues with "the Homies" in the hole.
-Told that I need to leave the block or
they were going to fuck me up/kill me.
L- All G/F Showed the convo between McHugh
D- ALL G/F and cowboy Logic.
[6-1-23] - B - G/F
** - Saw McHugh's lawyer - told him everything
-Poking bear
- fight with Bart (Cancer patient)
-No apology
L- ALL G/F
D- ALL G/F
*** Rec - 10pm to Midnight (Only 1.5 hours)
[6-2-23] B- ALL G/F (Chex, Bagel)
L- ALL G/F (~~Roast beef~~, fruit, Veg, G/F Bread)
D- ALL GF (Roast beef, Beans, Veg, fruit, G/F Bread)
Rec - 10pm-midnight (2 hours)
[6-3-23] B- Choc Cereal, eggs, G/F Bagels
*** Sick Call Exercise BAND — was told by sick Call I CAN NOT have
my exercise band. Can only use band at
P.T. NEED CONTINUED P.T. - This is
Just another example of lack of communication
or NO STANDARD - LACK OF MANAGEMENT
Shoulder in A lot of Pain + Back in a lot
of Pain

Quaglin-Legal (13)

Cont.

6-3-23 L- PB+J, G/F Bread, Brocoli, fruit.
Rec - 230 - 430 pm
D- Hamburger, Rice, Veg, fruit, G/F Bread
6-4-23 - B- Chex, Egg, G/F Bagel
SHP wrong L- Turkey, G/F Bread, Mix Veg, NO Banana
D- Turkey, Rice, G/F Bread, Apple, Veg
XXX NO Rec - Told officer that I would come out tomorrow. He was in a bind because the first guy messed up and didn't put us out on Rec. Originally he told me I could come out but that it would only be 15 min. (Shower)
6-5-23 - B- Chex, eggs, G/F Bread, Jelly.
XX Med Call - They didn't have the right material to do my shoulder (even though it was ordered weeks ago). ∴ postponed shot. She said that I will do P.T. Next week unless the shot will be available soon. (Per doctor)
Med Call
Weight - 175 pounds (-5 pounds since last weigh in)
L- PB+J, G/F Bread, Veg, fruit
D- Turkey, Rice, G/F Bread, veg, fruit.
6-6-23 B- Chex, eggs, G/F Bread
L- Turkey, G/F Bread, veg, fruit.
230 - 430 Rec
D- Wheat Bread, Pasta, Burger, veg, fruit.
XXXX D#2 - G/F Bread, Rice, veg, Apple, Burger
- upset stomach - CROSS Contamination

Judge McFadden,

I want to first apologize about the series of events that have brought us to this point. None of these are my fault. However, You were right when you called out Joe McBride and said that he didn't have my best interest in mind. I was stuck. I had just paid him the final payment totaling $120,000 (Plus the unknown dollar amount he collected from doners himself on my behalf). I was in more then $275,000 in lawyer and Jail expenses to date. I wasn't about to have some lefty public defender half ass "represent" me, like I saw them do to so many others (Jan 6 and others). Joe McBride ~~said~~ told me he was going to get me out of NNRJ and that we had to get me home so we could start working out my case. That never happened. I never saw my discovery, and he never opened it either.

Here is a list of events that are easy enough to fact check. I have nothing to hide.

—| I was arrested on April 7th 2021. I was given
~~I was told to open it and call out my wife.~~
a phone that I informed the FBI was not mine and
~~that was not registered to me.~~ ~~gave me a phone to~~ Secret
off ~~my phone.~~ I then was brought to the interrogation
Room where I asked for my lawyer immediately. I was then
informed by the NJ FBI that I had to sit tight
and wait for Ben Flip Ben D.C. They wanted me
to know that "This isn't how they did things" and
"It was not their decision" and "You asked to see ~~a~~
that lawyer,
a lawyer, either we talk with you with that or ~~get~~ or
you go in front of a judge and go to jail or you get

bond, that's how it's supposed to work."

Ben Flip got here hours later. I refused to talk to him
without a lawyer. I said my lawyer was on his way and
he stormed out. He continued to interrogate me anyway. I
didn't answer any questions (Ex. 36, and Ex...)

3- This is where Joe McBride comes in. He
tells me that he is a "mob lawyer" and he doesn't
Ever work with the Feds, Good, ~~the~~ He is what I need!
(or so I thought). ~~Im not sure he is just another~~
~~He that needs to make a deal and rather a name~~
By the way obviously this is a lie because Joe
McBride is 100% working with the FBI ~~and~~ with
Ryan Nichols (who has always been his #1 client).
see McBride
~~Honestly~~ has put my life in jeopardy because of
a conflict of interest that I was too blind to see
up until Recently ~~(xxxx xxxx xxxx)~~, Joe McBride
was Just another smooth talker that wanted to make
a name for himself and line his pockets with doing the
bare minimum amount of work.

4- NEW In the D.C. Jail (the one Melissa Isaksen

Swears up and down that they can accommodate my Celiac

The following is I 100% blame her along with the ~~Prosecutors~~ DOJ, DC, and US Marshals.

Disease) I am Tortured again. My food is a constant

issue. I lose 120 pounds in the first 2 weeks until I
[about]

can get to the C2B pod and I live off of

Commissary. The D.C. Jail's Staff Refuse to help give

me the basics of 3 meals a day that I can eat

without becoming deathly ill (You know I have Celiac Disease

What you don't understand is it is a very severe case. All

Celiac is Not the same. I've tried to express this" MTG

and other members of Congress wrote to the jail. I explain

that I have not ate 3 meals a day in Months. I get
[by the Jail]

moved without warning 3 days later. My discovery

and access to evidence.com is gone with that move. I

5A
8 - Moved to Lewisburg (No food for 4 weeks), Alexandrea for a week, then NNRJ where the torture is compounded and I am immediatly physically and mentally tortured. A Target is placed on my back as soon as Joe McBride put them in the paper and starts his battle with Ted Hull. I however become the whipping boy throughout their battles. Joe McBride urges me to "hang tough" and that The Habeas will eventually do it's Job. (months later John Gross enters the scene because Joe McBride has given up on it because "it became too much work." John Gross and I have gone over how bad Joe McBride messed up. At this point Joe McBride told me that "I am not paying for the Habeas." "That a future lawsuit will more then pay his bill." He also tells John Gross not to visit me because it's a waste of time since Ted Hull will likely make it impossible to let us see eachother for the necessary time. John Gross does his best, but the amount of paperwork is just too much for one man under that kind of time restraint. ~~John Gross kept the Habeas alive.~~ None of this is John Gross's Fault.

No food

Now it is August. I am down 50+ Pounds. Joe McBride tells me I need to do a bench trial. I am being Tortured. In the medical wing by force and being starved. Multiple Hippa violations and human Right violations. (Please see "Coy for help"). I am not in a right state of mind. Days before John Gross asks for a emergency hearing. Tov denied it. At this

But I have never seen my discovery. Little did I know that Neither had Joe McBride. He has never even opened up any files for my case. (I figure this out when I finally view the discovery in RR25 months later and ask him about specifics and even unique questions that he can't answer.) I'm

**ABSOLUTELY FURIOUS**

"The US. Marshals do an inspection" He very down in D.C. in favor of you.

Joe McBride never tells you about my suffering (Strange how that works neglects) when he is ~~trying to~~ trying to get me a bench trial. He never tells the media either. This is because (I later find out with Saavers) that his #1 client has just had an alteration in the D.C. Jail and Joe needed to get Ryan Nichols in the paper. ⊕ Heaven forbid that my suffering was released! It would over shadow Ryan Nichols (his golden boy). Instead of telling you or the public about the liberal torture that I am being subjected to he instead asks me to write a letter saying how he is the best attorney ever (Which he was for about 3 months) he is my lawyer, I think he has my interest in hand and I do what he asks.) (I later understand this would be used as "insurance for his" failures.

more.?

#9 — Later you close the Habeas Corpus without asking to view discovery, I have 1000's of pages of Notes and References showing Human Rights along with D.O.C. violations in D.C., Essex, Lewisburg, and Alexandrea, and NNRJ. I mentally shut down. I ~~choose~~ contemplate suicide (not for the first time might I add), I don't understand how a system can be so broken. I am a pretrial detainee, innocent until proven guilty. This is America, The greatest Country in the world. I am being singled out and tortured, I told you about this (or started to) on April 22nd, I explained this and said I was in a fight. I'm not a fight, I had been told to either fight or get stabbed, I defended myself I NEVER THREW A PUNCH IN THAT FIGHT. I wrestled him down and was doing fine (Right until I wasn't). I was ~~○○○~~ Feeling in the cell I had the misfortune of slamming my face in a bench, I was then beat up while I was half unconscious. The Man that ~~○~~ told me to fight was 1 of 9 Blood members. Honestly, if I would have "won" that fight I would have probably been stabbed, I still consider myself lucky. Why I was even in a pod with a ~~○○~~ murderers is beyond me. Beof of NNRJ.

#7 Fast Forward

All of the January bers got moved from NNR2. Sills asked you to find out why, you Refused and told them to ask the marshals. You also asked me to call the marshals. I find it important to add that my family have ~~(friends +)~~ (friends + investigators) ~~(circled)~~ phone calls with the Marshals asking for me to get moved from NNR2. That didn't help. However when multiple News outlets started repeating abuse from OTHER January bers and not just Quaglin then the whole ~~(crap)~~ (narrative) "Quaglin is a bad inmate and lying" didn't ~~(crap)~~ anymore. Ted Hill is now retiring at ~~(went)~~ the end of the year. ~~(circled scribble)~~ Several of his Lectenants have ~~(circled)~~ left along with several "problem guards." I wonder why? Could ~~(stricken)~~ it be that all of the blufed inside conditions/and human Right Violations came to and will continue to come to light? ~~(circled)~~ They know we have 3 years to file lawsuits. Congress has also been given a copy of "The Horrors of Northern Neck."
(See "Horrors of Northern Neck.")

Finally I am moved from RRS to D.C. why
was the (government) given so long to respond? Why was
I not released like J.M Brown and Ryan Nichols?
I got moved Back to D.C. because of "Harassing
medical Staff." By harassing, they mean asking for
medical treatment that is my Right per D.C.
Rules for pretrial detainees, I Needed and Still
Need a Back Dr., a Shoulder Dr., a G.I., I Desper-
I pleaded that I was not harassing anyone, the
Jail Just didn't want to give any treatment at all.
(see John press statement on +evidence submitted). The
Marshals lied to you (or at least RRS lied to the
marshals).

The next day

#10 Joe McBride lied to you when he said I fired him. He was supposed to come back and see me (2 weeks later). He told me that "we would never go to trial". (He still had not looked at my discovery). Joe McBride never had any intension in going to trial. (see Nichols trial date). I ~~[illegible]~~ spoke to my father on a recorded line the same day that Joe came to see me. I told him that "I had to get my ducks in a row before firing Joe McBride." That included Hiring Maria Rodriguez (After I interviewed her). Joe McBride knew this and was told to come see me in 2 weeks. The next day he left my case without me knowing. As far as I'm concerned if he left then he ~~[illegible]~~ owes me ALL my money!! He was paid $120,000. That included trial. Now he changed his story and says "I will not receive any money back and that I owe him 70,000!!" (see recorded phone calls from D C Jail ~~[illegible]~~ on ______). I was asked from the begining to "keep it ammicable" ~~[illegible]~~ by Joe McBride ~~(By Joe McBride)~~ then he left me high and dry.

I still wasn't sure if I was going to let Joe McBride off the hook or let you eat him for Breakfast when he told you he wasn't ready for trial.

You asked me to verify what John Gross said to you in his court room. I have no idea why you wouldn't ask me if what Joe McBride said was accurate. I would have told you.

You asked Joe + John for remarks but not me. Why?

#9

Now in D.C. the D.C. Jail is supposed to get me Evidence.com. I still haven't received that. On top of that the D.C. Jail has not given me a 100% gluten free diet to date (see request forms attached). They also lied to me saying there was NO court because of Some made up holiday (Ex. called "immaculate conception day"). I asked to talk to you on numerous occasions.

#10

I keep getting denied. No both know the real reason why I keep getting denied bail. I guess what, I'm not breaking. Ever. You can tell the FBI that they created this monster. Ben Yulp should have asked to talk with me with my lawyer instead of breaking the law. (Please instruct Ashley Ackers to give us the video + audio of the FBI arrest, ~~~~ of the ~~~~ that might have been recorded AND the ~~~~~ 6+ hours of audio + video of the information where I ask for a lawyer). The Federal Government has broken the law since my arrest and even prior to my arrest. This all needs to be part of my defense. I refuse to back down on this.

I am just a dumb electrician from N.J. However, as a foreman, I deal with liars for a living. There is always ~~~~ that says "do this ~~~

I have no desire to go Pro Se. I
am being forced to go Pro Se. I refuse
to go down without a fight like the rest
of these people. If ~~the government doesn't~~ hand me
exposing everything. Then I have one offer
for Ashley Richter, I will plead guilty to
One Count of a non violent misdemeanor
and a written guarantee that no other
charges will be brought up. If not, then
Please tell them to start providing me with
a 100% full discovery. I need everything
the FBI has on me. She/Him Team ~~...~~
1-1-13. See emails to (Rackers via email)
(about when I became a gun owner)
The only thing that keeps me going is that
I see this country becoming more and more like
a communist country. You see, my wife was born
in communist China. She was 9 months pregnant
with our first child. I haven't held him
since he was 8 weeks old. I would love nothing
more than to hold him again. I will not risk going
to trial. I will not be down. I won't Break.

Even though I hate Joe McBride for the stunts
I am in he did say from day 1 that he wants
hand in hand with his clients. That told me. It's
because of a broken system that I have not got

access to my discovery. My FULL discovery.
It is my right to get a FULL discovery. If
you say that I don't have that Right
Because I have a lawyer, then # I am
faced to fire all of my lawyers. With that
being said I ask for the following:

I ask for the following:

1- I get a seperation from the other 2 co defendants, I am the only one accused of Being a proud boy. Either the prosecution reccommends the separation or I demand that all proud boy refference be struck from any record and be given a written statement that it will Never be brought up again by the prosecution ~~to harm my case (even if I bring it up to help my defense during trial)~~.

2- I get full access to discovery.
- Evidence.com
- Relifivity.com
- Box
- Laptop + Printer (with internet access) 15 min
- Unlimited Not Recorded line (No time limit)
- Ms Pascell's "Government Discovery list"
- Full discovery + Whitness List.

3- A proper amount of time to go over all evidence. I believe a year and a half is not at all too much to ask. The gov't had a year and had an unlimited budget.

4- A proper defense lawyer to help guide me through the process (either Ms Rodriguez or Non D.C. liberal Court appointed lawyer) (see: Brian Mock)

I think we have proven that NO Jail can provide me this. So I ask for you to allow me to go home (see Rules for pretrial detainment)

Right off the Bat I have huge concerns with what was used in my Grand jury hearing. There are certain exhibits that should never have been used. Therefore I believe that the only fair thing is to either have a jury trial (mixed Race and mixed DC Areas) or recuse yourself and let another Judge try the case. (One that has not seen the tainted "grand jury "evidence"). Along with the drama Joe McBride brought to this case (None of which is my fault!)

I want to get all evidence. This includes any FBI Communications prior to January 6th. Everyone knows that January 6th was not 100% a "random set of events". It's my belief and obligation to prove that the FBI knew about January 6th "Attack on the Capitol" prior to Jan 6th they not only knew about it, they did nothing to stop it, and even helped facilitate it. It is my right to face my accusers.

I had no part in any planning of any "attack on the Capitol!"

2. In NJ I went almost 60 days without being put in
the system," and having the kitchen understand (never fully) my diet.
                    for food
There was 1 chicken (Thighs+drumsticks) served Wed, Fri+Sundays. This is
        1 piece                                          basically
what I lived off of per week until commissary was ~~~~
                                        I              eventually
able to buy commissary. I lived off of about 2000 calories
a week. I lost 30+ pounds my first 30 days. This is why I
started making a daily log. It's the only good advice that
my first lawyer gave me.

    As for my criminal case, my lawyer charged me #125 per
to "watch videos" and provide a half assed opped where he
"promised me a "99% chance of getting out on bail." (Obviously
        He dropped off my discovery 2 times Once it was incomplete
        pleaded by jail and He 2nd time I never received it IDK why.
that didn't happen). We then said I should talk to the
Feds. That wasn't an option. The special Agent in
charge just violated my rights. He couldn't be trusted even

in my day did say " I would get bail immediately and be holding my son
in 24 hours and get a sweet nasty deal. (adder that) They...

Marissa Jackson
J.

I couldn't trust them because of their actions.
I couldn't trust them to follow the laws
You don't think I don't know why
Melissa Jackson was removed? She
Broke the law. ~~I intend to find out
every way the DA did exactly that.
It's her fault I was brought to
the D.C. Jail without making sure the
D.C. Jail could do the simple task
of putting 3 meals infront of me that
didn't have poison on them.~~

I can't wait to get Ben Fulp and Melissa Jackson
up on the stand.