Quaglin - Legal ☆1 Year 2 at NNRJ

12-20-22 | 1 year here today. (AT NNRJ). Robbie picked up paperwork yesterday. Huge weight off my shoulders. EPOCH Times showed up last night at 11:30 pm. Really guys? 5 days late... again. I know the Jail gets it on Thursday. Turbi talked to me last night. I didn't go over everything. I went over the fact I was moved here by a captian. I want to know why. Also, if because of the staff at NNRJ (which is accurate), why didn't anyone come and tell me or ask me what staff members have threatened me? Why and How? No one is here documenting anything. No paperwork. I did stop getting Recorded after mentioning Names of who have threatened me or put my life in Danger. HMM. I wonder why?

-Sgt Shepard Ripped down my paper I had hanging. At this point he said everyone knows you want to speak to a Captain. OK, I'll keep documenting. I told him His LT didn't rip it down. He was suprised. I told him that Lasell was a punk and he agreed. I told him I wanted to make a list of the staff members that I want keep aways on and he said "You know that isn't gonna happen". Backyard Barn yard Bullshit NNRJ.

- I denied Breakfast + Ensures at pill call. Told CO White that I didn't speak to a Captain. Fuck um. The Captain put me here. The Captain can talk to me and ask me why I wanted to be here and who is a problem.

-Epoch Times Article came out today.

-Was Asked if I wanted to see Dr Dudley. Funny. I wasn't forced to come to the medical wing to sign a denial.

Quaglin - Legal (#2)

Cont.

12-20-22 | * - I was not asked for, weight check today.

- Bathroom - Those Beans Do the trick! Good thing! 10 Bags coming on Friday, (A little soft, But full and Regular. Daily)

* Had a long talk with Capt English + Luna. Told them everything that went on. They didn't like it. They hated that I was Right about the Hippa Laws. They Hated that they were wrong. I told them that this whole places policy is against the law. Nothing more then I saw on Request forms. Luna said I had like 100 Request forms in, I told him that # should have been at least doubled. Your officers threw them out. That's a huge problem. The same thing went for grievances. They agreed to Reclassify me and that If I agreed to move to population they would make sure that all the officers knew to treat me fair. They said that they would make sure a trained officer was there for cell inspections. They said that they were NOT there for me. I told them that yall put me in there, I don't do drugs, I don't cary a knife. I just want to get my gluten free food and have my discovery and be left alone. I told them I would have had every light in this place Retro fitted to LED. They would have paid for the install by this time. Ted Hull wanted to be an asshole. He could have just not been and this whole year could have gone a lot smoother.

- They lied. I'm in C pod again. LT Shropshire said that the classification team swears they will Reclassify me

*Illegal for NNRJ to put us in the hole. *

*Call Jackson* CHRONES

Cont *160 pounds Clvaglin – Legal (★ 3)

12-20-22 Shingleton says 1/2 of the J-6ers are gone from here already. He was shocked I wasn't ~~here~~ gone Already.
- AND I'm moved to A-POD Again. With some J6ers!! woo hoo!
- Everything sweet!
- 8 ensures

12-21-22 – Well the Bullshit continues. "Painting + waxing" – Off to Gym.
-34 hours?! WTF. Cells TORE UP!
- The Jail has been after the J-6ers ever since the guys put out that article. I told them they got it on easy street. They haven't got dragged like me.
* Turns out it's ILLEGAL To put us (Feds) in the hole. (Because NNRJ is a private facility). ...well what do ya know *** THats BIG
- 8 ensures.
- The J-6 guys are cool as hell. One guy scooter is an electrician from Texas.
* Weight Taken – 160 pounds 68/128? B.P. Good

ORLANDO WALLACE – #19595 –
Contact – Jackson – (804) 615-1455 – CHRONES – NNRJ
- Still NO HOT WATER
* Great having the J6ers here. got a ton of food.

12-22-22 Weight Taken – 160 Pounds.
* 8 ensures
* Cold Water – STILL – LT Taylor Says put it on a request form. Dickhead

Quaglin - Legal (*4)

12-23-22 9 Am pick up from Jail. Rappahanock.
- Got 2 bagged Lunch (G/F) from ms Reed. (Booking)
- Talked to medical -
  - G/F Trays
  - Back issues
- Sent B2 wing.
  - Dinner came, NO G/F Tray
  - NO 2nd pass for 2nd mat / Medical mat.

* Sent in 1 Request form for G/F Tray. (Tablet)
* 8pm - Talked to C.O. ms Kafetpor something
  - Put in 1 medical Request (written) - Back / Food
  - Put in 1 Request form (written) - food - G/F

* Put in 1 Request on Tablet for 1st Sgt Foster to have access to Evidence.com for my discovery.
  - Per his Request

- 11:30pm - Told By C.O. That they only receive Request forms at 8-1030 Am. I told her I need my Diet, I'm hungry.
- 12 Am - was told "I'm in the system as: Allergic to gluten"

12-24-22 B - Oatmeal, Bread, potatoes, Sausage → Told it's gluten Free, Can't eat.
B#2 Oatmeal, Tortilla, Fruit, 2 H.B. Eggs. ...we will see
L - Rice, Sliced Turkey, Fruit, Greenbeans
Bathroom - Dense - Large.
D - Tortilla, Balongna, Chips, Fruit
Being locked down sucks but it's a hell of a lot better than NNRJ.

Quaglin-Legal #5

12-25-22 | B - Oatmeal, Tortilla, Fruit, 2 eggs
L - Turkey, mashed pot, fruit, Chips, Carrots.
D - *PB+J (packets)*, Tortillas, Carrots, fruit.
Holy shit! This Jail might Just get it!
-Bathroom - solid - Dense.

12-26-22 / B - {Grits} Fruit, Eggs, Tortillas
L - Turkey, Potatoes (shredded), carrots, Fruit
*Bought coffee * $20 cash App
*D - [Bread], [hotdogs], Greenbeans, Fruit. [NO GOOD]
-Dinner #2, Hotdogs, Tortilla, greenbeans, Fruit.
DID NOT EAT - Cross Contamination? + No good?
-I assume they flipped the bread with Tortillas - wrote Request. Gave to cell mate. Mike enjoyed

12-27-22 | B - Oatmeal, fruit, Eggs, tortilla
L - Smoked Turkey, Rice, Carrots, fruit, Tortilla. *WOW
D #1 - [Bread], Peanut Butter, Jelly, Corn Chips, fruit
[NO GOOD]
D #2 - (Signed off by Ms L) Fruit, Carrots, pb+Jelly, Tortilla.

12-28-22 | B - [Grits] - Didn't eat, Tortilla, eggs, fruit.
L - Ham Slab, Rice, Mixed veg, fruit
D - Hamburger patty, egg, fruit, veg, tortilla, Jam,

12-29-22 | B - [Grits], Tortilla, fruit, eggs
BATHROOM - Softer, Light color, Not Huge. 1st time in days. Finally Through me??
L - Turkey, Rice, Carrots, Veg.
BATHROOM - (#2 in 6 hours) Softer, light color, Decent Amount
Defenitly the Grits!! **
D - Tortilla, 2 egg, Turkey, Veg, Fruit.

Quaglin - Legal #6

[12-30-22] B - Oatmeal, fried balogna, 1egg, fruit, Tortilla.
L - Turkey, Rice, Greenbeans, Fruit
*Put in Request for medical AGAIN (2nd) *NO yellow copy
*Put in Publication Request form (Newspaper + Books)
*BATHROOM - HUGE - Softer / Darker.
D - Tortilla [HOTDOGS]?? Jelly, Corn, Fruit Yamaha?? (African C.O.)
- Asked C.O. to ask Kitchen (Gold Badge).
→ C.O. Said Kitchen gave the go ahead for Hotdogs
- Will send Request about list of Gluten Free foods.
... We will see. Hopefully I don't get sick again.
Last time they gave me bread + Hotdog and then PB+J + Tortilla. Maybe because they threw out the Hot food?
*moving*
*Augboron in Pod Area: RAMBO = Keep Away NNRJ
- That Pedo Child molester who Rat out Pete is in the pod. They Call him "Tennessee" David whatever. WTF!! Get me the Fuck out of here! (David Schnyder)
[12-31-22] B#1 - Grits / [Bread], 2egg + fruit. Sent Back
B#2 [Grits], Tortilla, Peanut Butter, hash Browns. - Didn't eat the Grits. We will see if I get sick. Will write Request form about the meal.
*There is another guy that has Celiac Disease. I think I got his tray maybe? Never got P.B. Before.
- I didn't see David the Pedo at Breakfast. - Disregard
- 8 Am(ish). Told C.O. - moved 30 min later
*WTF. They threw me in the hole, Probably until monday.
- Took all my extra stuff. Extra Sheets, Cup, Blanket. FML
- Talked to C.O. + Sgt. NOT leaving till Monday

Quaglin - Legal (#7)

Cont.

12-31-22 L - Rice, Turkey Slices (2), Carrots, Fruit, Tortillas
D - Tortillas, Bolongna, Corn, Fruit, Jelly
* I got sick from the Breakfast I think. Peanut Butter? Has to be. Or Hotdogs? IDK.
- Definetly Broke diet. Need to get the list by Aramark.
* Ate whole Bag (~~almost~~) of Beans (Dried). If that doesn't make me shit by tomorrow Big Problem. 700 calories
* 2nd Time Sick in 1 week... WTF. 200% fiber
- HAPPY NEW Year... Yea Right!
- ~~Found out All my Newspaper Articles went missing. ...Wonder why? Hmmm~~ ??=TED HULL VS. RRJ
This Place is 100% owned (and opperated?) by the same place as NNRJ - Need to get proof
* Need TO TALK TO KITCHEN
* Need to get Requests Printed out. / Document #
* Need to Request 2nd time sick in a week. (Hotdog / Peanut Butter)
* Need to update Keep Aways. (David (Pedofiles), Rambo)
* Need to find out who Asked me about the Reason why I ~~am~~ wanted to get moved. His smile gave away that NNRJ + RRJ are connected somehow. ***
~~* Who has my Newspaper Articles???~~ Got Them

1-1-23 B - fried Bolongna, Tortilla, Oatmeal, eggs, fruit
L - Beans, Turkey, Mashed pot, fruit, Tortilla.
- Interview with Mel. Joe is gonna be pissed but what can ya do. I think documenting important facts is crucial. I use her, she uses me. Facts get out. (Keep Aways + Food)
- STILL NO POOP - what Broke my diet?? - Lots of FARTING (Beans) NO Bathroom yet

Cont.→ Quaglin - Legal #8

[1-1-23] * Since I Broke diet I ate 1 Spicy Jalapeno Corn / 1 bag beans, 1 Bag Sweet + Spicy Nuts, 1 Bag Choc Nuts, 1 Mackral, and will eat the Tuna tonight. Was $42.50 (marked down from $43 I think) 2 for 1. Cashapp on Fri Night. Coffee, Nuts, Nuts, Mack, Beans, Spicy Corn puffs, ... I think that's It... No Bathroom. Hope It gets Better. 10pm - Bathroom - Forced myself to Poo. Small, Dark. Soft.
* I've Asked for a Request Form for 2 days now. At least 6 or 8 times in total. Very nicely.
* OK, OK, OK, No Problem, In a minute, OK, etc.
* Never got one. →

[1-2-23] - B [GRITS], Eggs, fruit, Tortilla.
- Dude left Before I could tell him I can't eat Grits.
- Need to get out of here + Do Request + Grievances.
- L - NO LUNCH PROVIDED with original Lunch. ... They definetly forgot about me.
L - Turkey, Carrots, Fruit, Carrots, Tortilla (2hrs late)
D - [Hotdogs], Tortilla, Jelly, Carrots, Fruit.
- Bathroom - Normal - Smaller
* Horrible GAS - Hotdogs Aren't G/F!
Finally got Request forms at Dinner. 3 days of asking for one. Now being told they take them in the morning. This was all done by design! Fuck this place. Now it's grievance time. I'll play by the book for now on.
- D 4. IN ANOTHER BOAT. #22 / Bought Commissary $25
Had the best meal I've had in a long time. mac (Fish) TacOs., Rice (Chili), w/ halepeneo + cheese. AND IT WAS HOT. (I made the meal.) (...)

Quaglin - Legal #9

1-3-23 | B - Didn't have my breakfast, Had to Reorder it. Need to file Grievances on Kitchen + Medical today. Keep them on their toes.
- Kitchen - Not answering Request forms (# Them)
- Kitchen - stopping hotdogs + Grits (Days I got sick)
- Medical - Seeing Dr ASAP + Not Answering Request forms
B#2 Eggs, Fruit, Oatmeal, Bologna
Commissary CAme → Got Both orders!
L - Turkey, Rice, Carrots, Fruit. (*Grievances: Medical + Kitchen)
D - Turkey, Carrots, Egg, Fruit, Tortilla.
~~1-4-22~~ - Locked Down all day until 7:30-9pm
- STill in Boat. - Sinks still leak. - Ate a ton of Commissary.
1-4-23 | - B - Grits, Tortilla, Eggs, Fruit. *MOVED - Cell #6 ***
L - Turkey, Rice, Tortilla, Carrots, Fruit.
D - Hotdogs, Egg, Tortilla, Veg mix, Fruit. - No Hotdogs (Didn't eat)
- Bathroom - Soft - Large. (Back to Normal I believe)
- Turned off Light after 1AM (ish)
- Found out 2-3 people hanged themselves after not receiving mental health. One guy tried for over a year to get help Name was Matt Hall. Contact Mel → Family
- Wanted to Talk to Gold Badge tonight. He told me to hold on, he would be with me after he did his Rounds then he walked out. SGT Herd. (This is the 2nd time a Gold Badge has walked away from me.)
1-5-23 | B - Oatmeal, Eggs, Tortilla, Fruit
L - Turkey, Rice, Mix Veg, Fruit.
D - Turkey, Egg, Tortilla, Fruit, Veg
Bathroom - Soft. Large [illegible]

Requests — Chaplin - Legal

| Number | Request | Date |
|---|---|---|
| 222727212 | ATTN Kitchen | 12-31-22 |
| 222668232 | Attn Kitchen | 12-30-22 |
| 222666832 | 1st Sgt Foster | 12-30-22 |
| 222664722 | Reset Voice | 12-30-22 |
| 222621112 | Lawyers # (2nd) | 12-30-22 |
| 222295012 | Kitchen/Grits | 12-28-22 |
| 221860712 | Kitchen | 12-26-22 |
| 223528782 | Submittal of Book Sheets | 1-04-23 |
| 221697842 | Lawyers list | 12-25-22 |
| 221459012 | 1st Sgt Foster | 12-23-22 |
| 222190422 | Medical | 12-29-22 |
| ~~221811482~~ | ~~Book Approval~~ | ~~12-28~~ |
| 22190422 | Medical | 12-29-22 |
| 221811482 | Book Approval | 12-28-22 |
| 221709292 | Newspaper | 12-28-22 |
| 221501582 | Kitchen Attn Captain | 12-28-22 |
| 221462002 | Kitchen | 12-27-22 |
| 221710762 | | |
| 223264692 | Copies / Printouts (Requests) | 1-6-23 |

Quaglin - Legal

# Issues

1- **Lockdowns** (Level 5 security) / Locked down 18 hr/Day

2- Tablets (Not "available" in Rooms → NO wifi)
- Radio + Games + Pictures Not "Free"
- NO Printouts or "Copies" made of Grievances + Requests / * They Dissapear

3- Health Care → Non existant (yet preached in handbook)
- mental Health
  - Hangings last year (3) (matt Hall) - Tried to see mental health - 3 days later hanging.
- my Heathcare / Dr Not seen.

4- FOOD
- Food Poisoning
- Diet Trays
  - I get same 5 items (Turkey, eggs, fruit, oatmeal, Tortilla)

5- Overcrowding
- 3 man to a cell (Boats)
- TOP Tier / Bottom Tier "Rec" (Locked down 18 hrs)

6- Why am I here? ALL other J-6ers in Alexandrea + Lewisburg
- Public Enemy #1? - fight for what's Right??
- Medical facility? - Diet Tray (G/F?)

- who killed The Habeas Corpus?? 60k down drain
  - DOJ?
  - FBI?
  - McFadden?

Why??

#000

Med FAX → (540)-288 5294

# Medical

- Back
  - Shoes/Insoles
  - Bed / Blanket Pass – NO
  - Bottom Bunk Pass – waiting for Hippa
- Dr visits
  - Shoulder – waiting for Hippa
  - Back – waiting for Hippa
  - G.I. appt – waiting for Hippa
  - Dentist – NO Cleaning

- Ears
  - Drops + Flush (monthly)
- Hippa form signed ✓
  - Back Dr ✓
  - NNRJ ✓

FOOD

- NOT Gluten Free
- NO Double Portions

ISSUES

- * – NO Discovery View
- – NO Evidence.com View
- – Medical Ignoring Me
- – Worker. (Fed). Possible??

- – Lawyer visits – video?
- – Food – No Ham anymore
  - – Ignoring Requests
- – Books + Newspaper
- –

Quaglin - Leagal

#10

1-6-23 B - Grits, Bologna, Egg, Fruit

Bathroom - forced it kinda. Normal Again - smaller

- Locked down again. (10-1130 Rec.)

* Was told No Book Request forms sent in. I sent in 2 so far. - Asked officer ______ (white guy) at Lunch, 1pmish, 3pmish. This is becoming a problem. I have asked multiple C.O.'s for multiple Book + Medical Request forms for the past 5 days. None given. **

* The dude from classification talked to me in the AM. I told him that I didn't want an issue here. I needed my - Food - medical - Discovery. That's it. He told me to follow + send grievances + wait. Use the procedure and if the Jail decided not to obey their own Rules then "Do what ya gotta do". (Deny trays that are no good or contact McBride)

- L - Turkey, Rice, Corn, Fruit. (Turkey everyday).

D - Hotdogs, Tortilla, Egg, Carrots, Fruit.

- Asked officer O____ (spanish) for Publication form

- Asked fill in officer ms Cambell for publication forms + medical

- got medical form. "You guys don't have any paperwork here"

* GTL wouldn't print out my Request + grievances. Went to write grievance about copies for court and it kicked me out like 5 times. "Not Available" screen came up. Finally it allowed me. As soon as I did then 5 min later ALL my Requests showed opened. (There were 3-5 (or so) never opened/Reviewed. Crazy stuff. Then people asked me if I was a J6er. Told them I was arrested as one but they had the wrong guy. I was never at the [illegible]

Quaglin - Legal ~~#~~ 11

Cont

1-6-23 (No Discovery in 21 months, That they had someone on video... not me. Not talking about my case fellas. Sorry.

* 223264692 → 224024302 - Grievance (Tablet copies)

*Also at 9:10ish I asked Olueria again for publication forms

1-7-23 Asked for publication forms to women C.O. at 1 or 2 am.

B- Oatmeal, Tortilla, fruit, Eggs. *Olivera (C.O.) went to give me publication form then realized there were none. Told him Campbell already looked.

- Tummy Bubbly, why? - Gas - Beans?

- WAm - Bathroom - Large, Soft - Beans?

L - Potato? Tortilla, Turkey, Veg, Fruit.

*Stomach Bloated - Broken Diet - Pains + Bloating WTF

- Cross Contamination or Potatoes or Oatmeal?

D - Tortilla, PB+J, Fruit

1-8-23 B - Grits, Eggs, Fruit, Bolognia.

*3 Requests (paper) Evidence.com, Discovery, Food + Publication Form (Spanish women C.O.)

L - Rice, Turkey, Greenbeans, Fruit.

*LOCKED DOWN AGAIN... This is insane, only out 1.5 hr today

- BATHROOM - Softer - Large. Stomach Feeling better.

D - Tortilla, Bolongnia, Greenbeans, Fruit.

*Locked Down Again. (2 hours out total today)

1-9-22 B - Grits, Eggs, Fruit, Tortillas

- C.O. Took name for the first time in awhile. Will have cell mate sign statement about food + Breaking diet + Taking/Eating my trays I couldn't eat... I'm about done playing nice. Something has to change 2.5 weeks of

Quaglin - Legal (#13)

1-11-23 | B - [Grits], Tortilla, Eggs, Fruit
- Put in Request for medical - forgot yellow sheet (Shoes/Dr Johnson)
- Put in Request for Worker position.
*Put in Grievance* - Request + Grievances on Tablet
L - Turkey, Mashed Pot [w/ Gravey], veg, Fruit
- Sent Back tray.
- Locked down Again *Sent in Request to see Discovery (Tablet)
- 12:49 - Tablet was Reset. No funds. No picture when logged into it. Weird. Made me hit accept to Reading Blank Document?
- L #2. Turkey, Tortilla, Rice, Carrots, No Fruit
2:30 - Locked Down Again. (Maintnance)
D - Hotdogs, Tortilla, Jelly, Carrots, Fruit.
*Talked to Sgt Franzen → He said he will make sure the kitchen receives my requests and gets hold of me (I explained I didn't THINK I'd be here long and just needed the same 5 or 6 items every day) (and that I was the J6er)
1-12-23 | B - Oatmeal, tortilla, Eggs, Fruit.
* Locked down Again!
*Denied 2nd Mat. Told to fill out Medical Request
This Jail is a fucking Joke!
*Received My Paper (one week old) - No Books.
L - Rice, Turkey, Carrots, Fruit.
Bathroom = Large, Soft (very soft)
D - Turkey, Tortilla, Jelly, Greenbeans + Carrots, Fruit
* 5 pm - less than 1 hr out today so far
* Medical Requests, - Mat + Shoes - Celiac Disease (G.I. Dr / NO Trays)
- Back Dr - Shoulder

Quaglin - Legal (#14)

Cont

[1-12-23] - Room was searched. They found 13 bottles of "Mash". I had no idea! All over a cloths line. SMH. What a waste! Oh well. They Raided Room and got a whole bunch of stuff. Nothing bad. One would think someone said something.

[1-13-23] - Denied Breakfast → Grits
- Sent in Grievance (paper) - Kitchen
- Medical Requests 1) Back 2) shoulder 3) Food
L - Should have Denied but Very Hungry. (Didn't eat any potatoes). Bolongna, Tortilla, Carrots, Fruit, Potatoes (Didn't eat)
Bathroom - Almost Normal (9:30 AM)
Bathroom - Lunch went Right through me (or was coffee) Loose + Decent size. Very loose though. N.F. (called moira)
D - [Hotdogs] - Denied Tray
D - #2 (HOT DOGS) - gave to cell mate Steven Devine
*Locked Down Again. (10 pm) - Every Day they lock us down for Trays, Meds, "security", etc we go less then 6 hrs. even counting the time we have to make up beds + lock down after that. We are in solitary every Day. * * *

[1-14-23] B - Oatmeal, fruit, potatoes (shredded), [Sausage PATTY]
- Grievances + Request forms - medical, Discovery,
L - [PASTA], Bologna, Carrots, Fruit
- C.O. Doughty Had a full conversation with the woman from kitchen Yesterday. No help.
*Kitchen Refused To swap out food. (pasta) *15
Locked Down Again * (only for 5 min) wrote grievance
D - Chips, Fruit, Turkey, Eggs, mustard. No Tortillas.
- Mom + Dad Spoke to Summit. They said that they won't give the # to the distributer but [illegible]

Quaglin - Legal (#15)

Cont

1-14-23 | Jail needs to make the G/F List. They said that it's the only way to do it. Complete Bullshit. They are probably sending emails out saying to stop or get me out of here. We will see if shit changes in the next week. Need to get # of distrobution in VA or deal with Jail. Hoping that RRJ gets head out of it's ass. From now on Im Just denying trays that contain wheat.

Bathroom - A little soft, Almost Normal. Decent amount.

- Locked down for "not having a made bed". My sheet was on it. Blanket folded up neatly at head of Bed. Asked the C.O. Later why, and that it didn't say anything about the Blanket being over the whole Bed. He said "Yea, it depends on who's working. I want the Blanket covering the Bed".

1-15-23 | - Refused - Grits

Bathroom - Looser - Decent Amount.

L - Rice, Bologna, Veg (mixed), fruit. - Good tray (should be)

D - Rice, Carrots, Eggs, Turkey Slice, Fruit, Tortilla Chips.

=> * The C.O. Definatly said something.

- LOCKED DOWN AGAIN - 30 min for pill call.

1-16-23 | B - Oatmeal? Fruit, Sausage (Didn't eat)

- Bathroom - Loose - Not good (oatmeal??)

- Commissary. Locked down for Rec (Besides 30 min)

L - Bologna, Rice, Fruit, Carrots.

D - Hotdogs, chips, Carrots, Rice, Fruit.

- Immediate wet Farts + Horrible Gas. Can NOT eat Hotdogs! NO GOOD!

Bathroom - Loose Again

Quaglin - Legal (#16)

1-17-23 (B [Grits], Bologna, Fruit (Didn't eat grits)
L - Turkey, Carrots, Shreaded Potatoes, Fruit. (Didn't eat)
- Locked down - Laundry Bathroom - Looser then "Normal"
- D#1 [Chicken Patty] Chips, Carrots, Fruit.
- FRANZEN (SGT) Said All Rooms must be inspection Ready at ALL Times. So he dragged our 2hr Rec back 15-20 min. Then said no one can go to Rooms but 1 time (Top of hour) Then he cut Rec 20 min early at 8:40 for medical call. Then He said because we didn't Run to our cell doors immediatly we were being denied Rec tomorrow. This (or something Similar) is an every day occurance. But they make up the Rules as they go along. (Nothing in hand book).
- Rec Cut for med Call
Dinner #2 - Chips, Carrots, Fruit, 2 Hard Boiled Eggs
*OTHER GUYS LOCKED DOWN* - *Cell mate's hearing postponed. - Devine

[1-18-23] - B - Denied
L - Bologna, Rice, Carrots, Fruit. *Bathroom - (Looser)
- Cell mate left (CLC worker pod) - Suspect! (Devine)
- Saw Discovery Briefly - A lot I CAN'T SEE!
- 7pm to 10pm Everyday From Now On - Discovery Viewing
D - [HOTDOGS], Chips, Carrots, Fruit. - New Cell mate - Motley
- Discovery Time - Was LATE. Went till 11Pm
7:30 - 11 pm
Mike - Redhead
- They did a Raid on a dude in the pod today.
- A couple people checked out. (I guess)

Quaglin - Legal (#17)

1-19-23 - B - Grits, Sausage, Carrots, Fruit
- Gave the Grits & Sausage to Cellmate.
- Have to do Grievance? - Food Not good for Breakfast
- Grits?
- Sausage Patty?
- Oatmeal?
- HOT DOGS?
N.G.

Stopped serving
- Turkey
- Eggs.
Why??

* A LOT of Issues with the Discovery. Haven't Found ANY EVIDENCE SO FAR.
- NO FACEBOOK / Instagram
- NO Video that is close AT ALL (100 yards? 50 yards?)
- NO list of "Things Taken" BY FBI (Besides Guns)

L - Rice, Bologna, Carrots, Fruit
D - Turkey, chips, Carrots, Egg, Fruit.
7:00: LOCK DOWN - "Code Red" - 15 min lock Down.
* C.O. Wright - Asked until 9pm to go to law Library - "OK, OK, OK" "Give me a min"
BATHROOM - NORMAL
~~[illegible]~~ made it to law library for 1 hour. *

1-20-23 - B - Oatmeal, Tostitos chips, Bologna, Fruit.
L - Rice, Turkey, Fruit, Carrots
Bathroom - NORMAL
* Saw case manager today. - Discovery Review, Books, + Food. Forgot about medical (waiting on grievance).
* Locked Down Again *
- Another Day - NO LAW LIBRARY
- Brought in at 730. NO Discovery till 8. 8-10 law Library. FORGOT PENCIL.

1-23
NO Law Library
-Had to make
Dinner

Quaglin - Legal

#18

1-21-23 | New Cellmate - Tyler
B- [Cake/Bread] [Grits], [Potatoe], Sausage] - Sent Back
B#2- [Cake/Bread] [Grits] [Potatoe], Sausage] - Gave to Tyler
- Haircut
L- #1 [PASTA], Fruit, Veggies, Bologna.
L- #2 Brown Rice, Turkey Fruit, Veg
D - white rice, Turkey, Veg, Fruit, Chips,
*Locked Down till 730pm (NOT 7PM)
*Law Library - 8:30 - 10pm
Toilet Backed 100% up since 4pm (Acting up since 7AM
1-22-23 | - B - Oatmeal, Bologna, Fruit, Chips
- L - Turkey, Rice, Veg (carrots), Fruit, Chips
*Moved to Rm 22 -> (Toilet)
- Bathroom - Soft -> Can't eat the Oatmeal
= Deffinetly NOT certified Gluten Free.
- Will deny all Breakfast from Now on!
- D - Bologna, Fruit, carrots, Chips.
Discovery Review 730-9pm (Had to Pee) (gave discovery after 6hrs)
1-23-23 | B - Denied - NOT Getting Sick.
- wrote Request ABOUT Breakfast
L - Rice, Turkey, Veg, Fruit. - Locked Down Again
D - [HOTDOGS], Veg (carrots), Fruit, Chips (Didn't eat Hotdogs)
- Bathroom - Almost Back to "Normal" - NO Law Library
1-24-23 | - B - Denied - Kitchen said there was nothing wrong with my meal. I was given my tray. I gave to Tyler. (cellmate). Wrote a Request about it.
- Locked Down AM - Pill Call (-30 min)

* Talked to John about Proud Boys. Cont. 10:30 AM (Vaughn Legal)

#19

1-24-23 Talked to John at length at 1030 AM. Talked about people asking me about the Proud Boys and being associated with them because Melissa Jackson did. Also on Lexus Nexus the people can associate me with them because of Case Law. There is nothing to do with that other then Monitor the Government.

- Locked down - "Trays" (LUNCH) - Denied video visit 11am.
- Didn't Do Law library Yesterday. Couldn't eat Hot dogs. Had to eat Dinner (Use microwave). Was 9pm by the time I was done.

L - Rice, Bologna, Fruit, Veg (carrots)

D - Rice, Chips, Fruit, Turkey, Carrots.

530 PM - Stack of Medical Requests Returned.
- All Bullshit - "Passing the Buck" - Refusal of medical they say They havent Received anything From Hippa forms. All Addressed 1/18 - got them on 1/24

Bathroom - SOFT
- CANT TRUST A FART
- Asked to see Discovery (Again) - Law Library
- Was Able to go 9pm - 10 pm - 1hr

1-25-23 - B - Denied
- 30 min late for Rec (only out for 1 hr 30 min

L - Rice, Turkey, Carrots, Fruit

30 min late for Rec. - Locked in 15 min early (Laundry)
- 2pm - 3:15 1hr 15 min out

* Told Moica to Call Haywood (marshal Rep)

Bathroom - ALMOST NORMAL

Quaglin - Legal (#20)

Cont.

1-25-23 | D - Hamburger, Rice, Carrots, Fruit, Chips
- we will see how I feel
- HORRIBLE GAS (+ Bloating) - Video (Discovery) 9-10pm
- NOT Gluten Free (Burger) If I had to take a wild guess. will write grievance. Denying ALL Trays with Hotdogs, hamburgers, Soy, Grits, Oatmeal, sausage patty, or any other mystery meat. Will tell C.O.'s I have denied them in the past, not throwing them under the bus, but they better write me down that I deny tray because they haven't been on top of it.

1-26-23 | - B - Denied (Grits) (Didn't leave Room) x3 this week.
- C.O. Took my "Double stuffed mat." - WTF. There goes my sleeping Right. This mat ("New" mat) Sucks.
- wrote grievance for food
- wrote Request for mat (Again).
- LOCKED DOWN AGAIN, 45 min 1 hr out (If that) (45 min)
- Med call
- Trays

45 min out - 1 hr out total

- GOT K.O.P. meds - multivitamin - Vitamin D -
- L - Rice, Turkey, Carrots, Fruit.
- Bathroom - Stinky - Little soft
- Locked down 3:30
- Out for 45 min Total 45 min OUT

D - Carrots, Rice, Turkey, Chips, Fruit.
- Talked To Gold Badge. - Dalick
- Celiac. Said he would get me # of Virginia distributor for Summit.
- Computer/T.T. Said he would ask to talk to

Quaglin - Legal ☆24

1-30-23 - B - Denied - (Grits), Tortillas
- Commissary Came (-1.5 hours "out")
L - Fruit, Carrots, Rice, Turkey
- Locked Down For No particular Reason
- Helpers are out - Laundry Half put away.
- Now "Dinner" - Locked Down for Top teir,
(+30 min "out")
D - Sent Back Tray - (Hotdogs)
- Got Grievances #032891, 032885, 032886, 032881
- most of these are LATE

1-31-23 - B - Denied - (Grits)
L - Rice, Turkey, Carrots, Fruit
D - Rice, Turkey, Chips, Carrots, Fruit
- Told By Fischer That Im leaving.
- Had To Give away - $4-500

2 T shirts
4 pair socks
2 pair underwear
1 Radio
8 Batteries
10 coffee
7 Beans
10 white Rice
5 Chili Rice
6 Tea
10 peanut Butter

6 Jalapenos
6 Jolly Ranch
6 Cheddar Cheese
3 Lady speed stick
20 Mackerel
5 pork
5 spicy Tuna,
10 Spicy cheese Squeeze.
6 Hot Sauce
Shampoo + Conditioner
2 soap

Quaglin - Legal #25

Dom said "You're All over our Discovery. Who is the Asshole in Red White + Blue" I said: "I don't know who that is." That's the

other ... Dom: "We're all trying to get home."

2-1-23) - B - Oatmeal, Tortillas, Fruit, Potatoes

- 630 Am - Left with CRT team. They packed up my "Legal Mail" told me that all other stuff would be put in my property. They wouldn't let me eat any nuts/Trailmix. I asked them in the car before we left if they put my hard drive / Discovery in the bag. I asked them to grab it. They Refused. NO Discovery! They wouldn't tell me where we were going. They took me to the US District Court. They kept me downstairs in the Cells. The P.B. Guys were there. Dom + the leader I met in D.C. ... forgot his name. Enrique! AND They tried to hit them with Conspiracy or something. The Marshals say I'm going to D.C. CTF. I told them I couldn't go there. I had a Habeas Corpus on them. They said there was nowhere else to move me.

Discovery NOTEPAD "#Dis 4"

Big guy Didn't say anything. Stared HARD "Joe Biggs?"

- Couldn't eat Lunch - NO Lunch - (Not gluten Free)
- ATE 3 Apples.
- Couldn't eat Dinner - NO Dinner (Not gluten Free)
- South 2 (Intake). - Solo Bunk. Cell 64
- 9:30 Pm - Taken to Deny the Mental Health meds.
- $50 commissary (25 for 50) cell 46.
  - 4 chips - (8)
  - 5 fish - (15)
  - 1 pickle - (3)
  - 2 Cheese - (2)
  - 2 [illegible] - ([illegible])

Light, $20 ($20 use of phone)? If it got me the