Quaglin - Legal

D-50

Cont.

12-7-22) They 100% Went in my legal paperwork. That envelope was sealed for over a month. I told ms Taylor I wanted it documented that "3A" was opened. I don't think she did. Taylor also smushed my face against the wall (unprovoked) on camera in medical. Hoping John can get me into court soon. Fuck NNRJ. I plan on talking to Capt English tomorrow,

12-8-22) - Am - 2? They ran a small Team of (3) 20 something year olds. Ran through 3 cells. When they pulled us out I wanted to keep eyes on them when they searched my stuff / Legal work. I was handcuffed behind back. Champion didn't like that. He and _____ (Justin Bieber) slammed me up against the wall hard. My cell mate backed me up like a champ. My eye cover was covering my eyes. They had me go down the stairs for a strip search (was already in boxers) and I tripped at almost the top stair. I was not being held onto by the C.O. (Still handcuffed behind back). I could have been seriously hurt.

- Diabetic Call - Refuse Ensurest Weight. (7Am)

* They sent Refusal for Dr Call. There was NO Doctor yesterday. X X X X X Fuck NNRJ.

* I told the C.O. I wanted to see the supervisor last night _____ (Justin Bieber) appologized for his actions. I told him that I'm more pissed off at NNRJ for allowing 3 rookies run through my Room without cause. this was the 2nd time in 12 hours I was searched. This place is so fucked up.

Avaglin - Legal (D-56)

[12-12-22] Diabetic - Fucking Cunt Ms Huffman. Almost Refused Medical. Sugar → 106, 80/120, Weight 159.6 (up 3 Pounds). She said "I didn't eat much all week." I told her I ate plenty, I'm up 3 pounds! (NO thanks to her diabetic Diet (one that will make me a diabetic). I told her I'll eat commissary. (I did take 2 ensures). I will Run out of ~~eat~~ food soon though. (Because NNRJ didn't increase commissary).

— Big Poop (BATHROOM) - This is the 3rd day in a row. Every day I've Ate Commissary. = Bathroom. I think I forgot to document. Video will show it.

— I told Huffman that unfortunatly we don't know what made me faint. Medical didn't show up until 7+ hours later ✱ Find out who was working yesterday! ✱ EMT or NO?
— Skeleton CREW → 7-8 hours before they saw me.
— Saw New Hearing officer. Told him I needed pink copy of Request form. What do ya know. He had it on him. (The only piece of paper he had). I told him I wanted to resolve this ASAP. He agreed. I told him that ~~we~~ I was willing to stay here forever if need be... But I'd rather be in M Pod. (Or K or L)
— Told C.O. Greene that I had Video visits set up for today and tomorrow. (On the phone with moira) 1030's?
— Asked to speak with mental health but she said she "would be back." I guess I'm not on that ~~incident~~ List. She only came to speak to Carter. (Suicide watch). I wanted to have her confirm on way to M Pod I spoke to her and said I needed to be kept out of Medical and I'd be ok. (J pod hallway) w NO Luck

missed video visit

Quaglin - Legal                    D-57

12-12-22 — Well... I missed my video visit with my dearest Mother. How I miss them! Mom was upset she didn't get to see me. especially after yesterday's events.
- 4:45 - Showed Taylor all the paperwork. Told her to please fix this. This is Crazy! NNRJ really screwed the pooch here she agreed. Told me she would do what she can. She has to have a meeting with "the Captains"
- Got my 8 ensures Today (6 in "the bank")

12-13-22 Laundry Day. Tammy Nelson (CPN), Did weight check + Brought ensures, .... I was kinda scared honestly. I told Sgt Miller That I didn't want to fight (Because I denied medical). I did want the ensures but I was scared what would happen if I opened up the door. Why on a Tuesday do they want my weight checked? Hmmm because they don't trust EMT HUFFMAN? Well shit, neither do I... but I believe the scale and the fact that I can provide better health then NNRJ can (or chooses to). I also denied Dr Call.
- 8Am. Told miller that he got to tell Green that he needs to train with Miller, 90% of the time all they need is 1) Armbar and 2) Legsweep. He laughed and agreed.
- 8 Am Ask Miller about my video visit "They know". I took down NOTE saying "9 Am Video visit". I said "I missed mine yesterday
- 8:55. Video call at 9 Am. Told miller at 8, Had a note up until 8AM. (over 12 hours up.) (since 2pm Yesterday. This is crazy. NNRJ Strikes again
10:30ish — Talking to John my lawyer. Then Ms Taylor and Hodges (classification officer) Came with Recording Device

cont — Quaglin — Legal     (D-51)

12-8-22 940 — Asked to speak to Capt English immediatly. — Was denied by Bryant? → Tommy Black C.O. . I told him that my lawyer has made/filed complaints with Marshals and FBI. Capt English is going to want to talk to me immediatly.

— 1030ish — Carter says Capt English Refuses to talk to me. (At this point I am locked down/solitary in B pod because I told Carter my life was being threatened by NNRJ employees). (From last night) (stairs incident). I did explain to Justin Bieber last night I was completely appavled by NNRJ allowing their 3 Rookie employees to do searches without a Supervisor present and that I wanted to speak to his supervisor (That never happened).

— Moved to E Pod. (By Taylor, lawn care Monkey, and Hodges) (Then Laws JR Took over). Laws laughed and said "The marshals aren't going to help you one bit" or something close to that. (An inmate told me to call the marshals or I told him to call my wife and lawyer and have her/him call the marshals).

— Entering E pod my pin did NOT work.

— Phone Kept getting shut off after a min or so. Cut my phone calls with John off like 4 or 5 times.

✗ Monkey boy/Lawnboy told me to take off my shoes and kick them over to him because they were altered. Then said I was going to be charged with assault on an officer because they hit his foot/Boot. (E pod Doorway to cell).

— Refusing ALL Trays/Medical/etc.

— Told John we needed M.T.G. To come here ASAP!

Cont                           Queglin-Legal        D-52

12-8-22  Hodges took Emergency Request form asking about needing
whitness statements from whole pod. (M pod + B pod) I then
told him that Capt English never answered my Request to talk
and instead locked me in E pod. (About Assault that took place last
Night by NNRJ Staff) Hodges Never gave back Pink Copy
*I also told him abot the phone shutting off After 1 min.
and Cutting off my lawyer calls 4-5 times today.
12-9-22 —Denied Ensures at 7 Am.
—Talked to Lt Shropshire at 9:00. Told him what went
down and why. Told him this all stemmed from Huffman. She
wasn't anyone. 2x She got me kicked out of the honor pod.
This proved Deliberate Indifference. My lawyer was having
a field day. I wasn't bothering anyone. I was going to be
reclassified on the 15th, Moved to Lo-k. The Butterfly
effect. Move me back to honor pod immediatly. Told him abot
the assaults (By NNRJ), I Ripped open the Paperwork on
Camera and showed him the Request forms explaining how
bad the Medical team fucked up. He seemed not surprised that
I had an iron clad case with Paperwork to back it up. He
said he would talk to English and see what he could do.
—Hodges came by again with 2 more Grievances.
—Hodges (Property) Came by with a Statement saying I was
Ok to go back to B or C pod, Crossed it out and put M pod.
Told him to tell his brother to go have the hearing in 15
minutes. Lasell had NO Right to tell me to go to medical.
He had NO Legal athority to give me any direct order
to go to medical. That's like giving me a direct order
to do an illegal Activity. Put it in writing. Make the lawsuit easier.

Cont                    Quaglin – Legal                    D-53

12-9-22] 4:45 pm (ish) – The 2 Hodges came back together
this time. Recorded convo. 1 Question: Do you fear
for your life from staff. Answer: Yes. There was no
follow up question like before. They shut off recording.
I have been in fear of my life ever since I entered
NNRJ. Ever since they couldn't feed me. Ever since they
couldn't keep me safe. Ever since they didn't move me to
the proper classification. Ever since they left me handcuffed
for hours in a cell. Ever since they had me starved in
medical. Ever since they almost killed me / Broke my neck
by forcing me down stairs blindfolded and handcuffed AFTER
assaulting me 2x while handcuffed. (within 12 hours). I have
been in fear for my life for Just under a year.
(Showed Camera at 5:05pm) E Block.
– Got my hair Out. No cleaner in mop bucket to sanitize
Floor. Asked for my paper and 2 grievance Request forms
(I did ask 2x for cleaner. was told S.O.L). 7:30-8:00 pm.
This is well After I have been locked down over
24 hours. More like 36 hours. (Locked down in B pod
before this).
– Why am I locked down Now? I have repeatedly
said that I fear for my life + safety in multiple request
forms and on multiple pieces of paperwork. why after
a year am I NOW being locked down? I filed prea
against Schaeffer and filed for keep aways for months
and was never even kept seperate from him. Why now
is this different? I'm very very Confused.

Qrag Integal                                    (D-54)

12-10-22  8 Am - 1 hr at. Godt haircuts. Imagine that.
- Talked to Lt Shapshire again. He said he talked to Capt
English. No answer to what he said or what. Fuck Capt
English. I'll force his hand one way or the other. Either do
the right thing or I'll show the world who you really are.
- ONLY Denied ensures 2x today. (morning + Mid day)
- Have asked for Legal mail Now 2 days in a row.
- Denied Ensures 3rd Time. Sgt Shepard Bet me I couldn't
                                                  Last a week.
12-11-22  - Denied Breakfast.
- Went to Rec in gym for 20 min. (walked around +
kicked ball). My back was hurting so I went back. Not feeling good
- 8:30 Am Pill call. Had Jones sign Request form. Told her
it was for Court purposes and I needed Nelson to fill it out
and Return it ASAP. It was marked Emergency so it needed to
be returned immediatly. She (Jones) stated "well you know it's the
weekend, Nelson won't be here until Monday." NO LPN/RN
on staff + 50% of the time at NNRJ's "medical facility"
- 10:19 Am - Asked Shingleton for a request form or to
speak to his supervisor immediatly (Because he said he couldn't
give me a request form).
- Was asked verbally if I wanted ensure. Denied. (over speaker)
- Ever since Sgt Shepard bet me. I couldn't last a
week I have a new sense of purpose, To prove him
wrong.
- 11:23 Told Shingleton that I am waiting (still) to get a request
form or to speak to Supervisor. He said that Sgt Hodges knows
I wish to speak with him. - Perfect. Another Hodges.
- NOT FEELING GOOD.

Creighton - Legal   (D-55)

Cont

12:11:02 — Told C.O. Need Help, COUNT. — Shingleton
— I think I almost passed out. / Did pass out. Took
coffee, water still running. ... I had a dream/Remembered
★ Flashback — "You see how hard he is breathing?!
He must be out of breath" — LT Taylor - Medical. ★
— Was NOT offered ensures before Dinner
— Was NOT offered dinner Tray. ★ Asked Shingleton at ★
5:00 pm — Have not received Any medical yet (Since 11:30 Count)
It's now 5 pm. Shingleton said that medical would
be up to check my bloodsugar and bloodpressuer at
11:30 and then I could receive outside medical. That
never happened. I called Mom + Moira and documented
that. No medical has come to the cell since Pill call Am
NO ensures were physically offered since Pill Call → Am was
only offered ensures once today over speaker at 11:30
but they asked like 4 x, was weird.
— Told Randall at 5:30 Count I asked for Medical
at 11:30 (6 hours ago) and no one came. Medical hasn't
been here since 7:30 Am for pill call.
— Wirti came and picked up paperwork (1 Request, 2 grievance
+ 7 Appeals) I told him medical didn't show up since
7:30 Am pill call and I asked for medical since 11:30 Am
That I felt lightheaded. ... He looked shocked
— Jones took BP. 170/87. She said she never heard anything
about me asking for medical.
★ If they try lying and say I never asked Shingleton ...
How would I know SGT Hodges was here? I never saw him.
I only knew Lt Shropshire was here, (FYI) ★ ★ ★

Just Realized, They took
my handbook when they
took my legal paperwork      Waglin - Legal      D-58
(Cont.)

[12-13-22] They asked me if I was still in fear of
my life because of NNRJ staff. I stated NO more
then stated MONTHS Ago. (ON PAPER). They only
wanted a yes or no answer. John GROSS - Lawyer
instructed me not to sign. They told me that they
would NOT allow me to see a Supervisor OR they
will NOT accept a request form or grievance form
from me. They said that any Recording would have to
be suppeanaed. ... Can't make this stuff up.
- Lilldish (white Bathroom) Asked me to sign a refusal for Dr.
She Refused to tell me why I wasn't given one in M pod.
"I'm bringing you one now" - "You sent a request form about
that" Bathroom - Normal. (A little soft).
✳ 3pm - Henery takes my Request form. Says I
didn't write in the lines so he won't accept it, Leaves
with the Request form. Doesn't leave pink copy.
[12-14-22] - B - Denied. NO Scale today for some
Reason. Took ensures,
- Told Medical NO Bloodwork. Will sign Refusal. Will
write my facts why I deny
- Talked to John, He said to call him at 3pm.
- Denied my video visit with Moira and Nathan (Again).
I talked to the skinny Black guard at 8,630Am (Trans), Tray
pickup, and at 9 Am. Told him to put it in the book
that It's the 3rd day in a Row I was denied video
visits, - NO one ever came with Refusal
- Bathroom - Soft + stinky. I also pooped again last
Night (2nd time that Day). Pretty Regular now that I'm eating

Cont                    Qvaglh - Legal        (D-59)

12-14-22 ) Bermudez also did drop off 2 ensures,
—Also my light stopped working, T-12 Lightbulb went Bad.
—NOT offered dinner
—Was given 2 ensures (—5 ones) (6 total today)
—2 ensures. (8 total)
12-15-22 ) — 2 ensures / Denied Breakfast.
—Asked Mental health about PTSD Request
forms that dated back 1 month.
—got grievances 372, 315, 317, 314, → I was not signed by the
Returned to Hull. —Strand likes his New Job.
— Henery said he will give me Another request form. He
said it didn't go in the garbage but couldn't give it
back to me. Where did my Request form GO?
—Sent Medical Request form out.
—New guy started. (Another new one).
    —Dark steel - Gone
    — Chicken little - Gone?
— Revealed I was afraid for my life to Hodges
because he was the one who gave the order to keep me
locked in the cell then forgot about me/left me there
intentionally, He was Quick to say that wasn't him! (But
he knew what I was talking about). GOOD Times!
— I can only imagine what they are going to sound
like on the stand! A bunch of finger pointers!
12-16-22 ) Woke up at 8 AM. No Breakfast.
Answers on medical Requests were Answered. 10 days later
I put out a request to Barnette immediatly, Fuck
this Jail and Fuck the medical team.

Cont                     Quigln-legal          D-60

12-16-22 — 9:30AM
~Got 2 ensves at RHU cell. No weight.
~Told New lady that I never got denial for Bloodwork
Earlier this week. They asked me, asked if I would
Sign a denial (I said I would) Then they never brought one.
(They also didn't eventry to bring a scale today)
~Well Now...10:50Am. About 9:50? Maintenence came.
I told Jail officer Henery that I didn't feel safe
with being handcuffed in back but agreed. I stayed within
view of my legal work. Henery went in my cell even
thogh I asked him not to and he removed several
items from my top bunk. He said "Page 25 in the
handbook said I was breaking the law". This caused
me to be agitated. I told him that I no longer
had a handbook because NNRJ took it when they
opened my legal work. At this point commissary
came in. I was asked by Henery (who got the
call from the bubble) if I wanted to be unhandcuffed
and my time for my hour Rec would begin. I
said no because I needed things from my room and
I didn't want to do Rec while handcuffed. I was
told the handcuffs would be removed. Then Henery got
a call saying they had to lock me in the shower
because he had to bring someone to an attorney
visit. I Told him that was a he problem and not
a me problem. I wasn't leaving my legal paperwork
because it was opened last time. I told Henery that there
was a bunch of ways to fix this situation. He at
this point called Code 25 or something and officer

Cont
12-16-22

Quaglin - Legal

D-61

Hodges came in, I told him great. Now you can
go let him go get to the attorney visit. Hodges
said I was going to the shower. I told him
that NNRJ people/staff beat inmates in the shower
and I wasn't going. I demanded a supervisor. He
said NO and that I was going to comply or
be forced to comply. I told him I was scared
for my life, that he was on the list of officers I was
scared of. That's the reason why I was even in that
cell to begin with. Then he said I was getting a
charge for a direct order something. I told him that
I was JUST offered to have my handcuffs removed
and have Rec. What he was doing completely went
against what he was stating. They had me cornered at
the catwalk. I had nowhere to go. I felt trapped...
Again. ~~Then Lt Taylor came in.~~ The 2 of them
grabbed me and tried to get me to the stairs. I
was so scared. Then Lt Taylor came in. I told him
to stay the fuck away from me. I wanted another
supervisor. He stayed away, told them to drag me down
the steps. I had no shoes on at this point. I was
afraid I was going to get thrown down the stairs. I
was ~~dragged~~ Brought to medical where I said over and over
that I wasn't going in there. Don't you put me in there.
They put me in ~~Cells~~ in Booting. I said are you going
to leave me handcuffed for 6 hours again like last ~~time~~ time?
Taylor said Pull away/Resist and I will leave you
with the cuffs on for 6 hours like last time.

Cont                    Quaglin - Legal                    (D-62)

12-16-22

The handcuffs were removed. I told Taylor I wanted Pictures taken of my wrists immediatly. He said "are you denying medical?" I told him I wanted pictures taken immediatly. I wanted to talk to my lawyer immediatly. Then I got the time from Hodges. 9:53 Taylor tried getting me to sign a denial of medical. I told him I wasn't signing it and I didn't deny medical. He said you wanted to talk to your lawyer. I am signing a refusal to sign. He signed it. Then I asked for mental health because I saw her. I explained the situation. ※At Some point the FAT guard (Transportation) said "Damn, I missed it?!" → He is known for assaulting inmates (story of slamming skulls into bars by pulling arms through tray slot). The phone was being used by person next door cell #4. I asked for the phone repeatedly. He said I could have it because I needed to call my lawyer. The phone was then taken from him when he hung it up and it was brought into medical. I was told that I had to wait my turn. (Hodges #2 had already said that I could have the phone as soon as cell #4 was done with it). Pictures were eventually taken. I told them I wanted copys of all the paperwork. I told them I wanted a copy of that denial slip immediatly. First pictures were taken by mental health then by EMT Huffman. No Flash was used. My wrists are red and swollen, 2 lumps are on either wrist. (later shown to nice new medical woman when ensures are handed out (10:50)

Cont
(2-16-22)
Quaglin - Legal
(D-63)

There was another officer that brought me back to E pod. He double locked my cuffs. I told him he should train the other people like Henery to do that. There was no incidents with him. He was polite and curtious. Very professional. He unhandcuffed me at E Block and I asked him to please make sure I got my commissary because I needed it / Depended on it for survival. He said he would. At 10:50 lady from medical gave ensures and saw my wrists. I didn't even want to have my hands by the slot with Henery there. I'm very scared for my life. My back is starting to hurt now that the adrenaline is clearing off. I feel I need medical Attention. I also don't have any more Commissary.

—11:48 count I held up sign for Help. Henery refused to get me Capt English. I asked 7 times. Lt Taylor Eventually answered from Bubble and he asked why I was holding a sign asking for Help. I told him I demanded to speak to the Capt. I Rewrote the sign saying Help! Capt English!. I was asked "What does the sign say?" I explained that I demanded to speak to Capt English. Was I being denied to speak to Capt English? LT Taylor Replied "All I said was Oh". Correction. It was LAWS Jr. He said that I was going to get to speak to Capt English. He originally asked me to hold up paper Higher. —Note if laws couldn't see the paper then my legal paperwork on Bottom Bunk Was NOT on camera like Hodges Stated it was.

Quaglin - Legal          D-64

Cont

12-16-22 (* Please note my eye covering was taken off
by Hodges During Struggle. It's missing Now.
12:30 trays - Denied - Asked Laws if he asked Capt English
He said "He wasn't up there yet". I guess he didn't call
I said it had been 8 days since I put it in writing.
- Got commissary About 130.
* Flashback - Hodges said "No one ever went through your
legal work" → "So it go opened by itself?" I also
told Henery (when still in cell getting handcuffed by him)
that I wasn't here for anything disiplinary and for
my own protection. He said I know why you're here.
I then asked why with handcuffs? He said I needed medical
to ok me being handcuffed in the front.
- 3pm Laundry. Laws said he is about to go up front and
tell English I need to speak with him... Maybe
- Took ensures. (Jones) - Denied ensures (Dinner).
- Mail Came. No Newspaper... Again
- NO REC Today.

12-17-22 - B - Denied. Ensures - 2
- Rec. Cleaned Shower. Took Shower.
4pm Hodges now has an issue with the towel I had hanging
and drying on the bed. Also Blocking out the light from the
window. ... I wouldn't need it if he didn't take my night/sleep
sock thing I wore for 8 fucking months. (which somehow has vanished)
- Might I ADD they decided to put the same officer
that assaulted me yesterday back in the cell block
with me the very next day. Good ol' NNRJ.

Quaglin-Legal (D-65)

Cont

12-17-22 [ -Refused Lunch + Dinner ensures, (Got 2 today).
*NOTE: I asked Hodges Several times to
get Capt English yesterday and today. He ReFused
He also Refused to get his supervisor before he put
his hands on me. He had no problem remembering to
quote the direct order speech but forgot the rules
about rules of engagement on if someone asks for a direct
supervisor.
- Champion is still training Kelly (the new black guard) that
is the one who was behind me when I fell down the
stairs in B-Pod. Champion has NO Formal Training.
He has been here for maybe 6 months.
- All meds given to me (Full Month) before I had to ask or
Run out. (First Time ever). * Yesterday *
- Why is Champion here? They should have issued keep away
from him (one would think)
- Took 4 ensures today
12-18-22 ] - NO Rec - opened door for 7 min then
shut it didn't ask if I was getting up. NO gym. I
wasn't asked. No one was beside the guy who was out.
- B-Denied Took ensures, Bowling did it nice and slow for
the camera.
- NO Razors this week I guess
- Denied Breakfast Lunch.
- Note stating I want to see Capt English still in window (Day)
- Got Charges - Paperwork was forged. - Printed out 12-17-22
Signed by Both Hodges and Taylor on 12-16-22. I wonder
How many times they do this? Showed Camera (At 13 Disk)

Quaglin – Legal                    D-66

Cont.

02-18-22 | Hodges Forged Paperwork with Lt Taylor on charges. They Signed it 12-16-22. Paperwork was printed out 12-17-22. Morons.

—Denied Dinner—

— Heard From Guard that a lot of J6ers are leaving. Hmm... IDK If I believe that one!

12-19-22 | 5:55AM Lasell came in. He as told me to take down the paper I had in the window asking to see Capt English. (It's been in the window for 3 days Now). He had 2-3 little kids with him. I told him I wanted to speak to his supervisor. He said "I am the Supervisor". I said "I want to speak to your LT then your Captain". "We're a Corprol. You Aren't Anything." He said "Well you're going to listen to me or you're going to learn. Just like I told you that you're going to go to medical." I told him "Just like that order, this was an illegal order." He said "it wasn't and I was gonna learn" — Walked out at 6:55AM. Gonna be one of those days I guess. Must talk to Press All day today. Must talk to Capt English or talk to Press.

6:22: Rounds. Told C.O. (Kid) I wanted to talk to the LT on Duty immediatly. He said "Talk to him" and pointed at Lasell. I told Lasell that I wanted to speak to the LT. He said that I was to uncover the light immediatly. I told him I wasn't covering up anything. I said I was holding up a piece of paper saying he was threatening me. "You don't want me to come in there" — he left. (This is the 2nd time he Read the note stating I Wanted to speak to Capt English). Held up sign for Camera.

Quaglin - Legal                    (D-67)

Cont.

12-19-22] Lasell Did Not say ("2nd Direct order" Anything, especially anything like when he Read the letter/Note on the window. (Note is 1 piece of yellow lined paper folded in half, That is not covering anything of importance. (Top 10" of window)

6:35 Am - Trays. Told Lasell and New Kid "Due to threats and intimidation and NO OTHER REASON I am Refusing food" "I want to speak to your supervisor" — "Well my supervisor is busy and I'm the supervisor here".

8:00 Am - Pill Call. I denied ensures, I told the Nurse (New nice lady) that due to threats being made I did not want Any door opened. That included tray slot. I wanted the Capt immediatly. I told C.O. Greene that it had nothing to do with him.

8:15 Am - Brought a set of charges. I read them, I was handed All 1. I asked for all 3 sets. I was not asked for whitnesses. He (New C.O.) said that "this was my Copy", I asked him for all 3 and after reading the first I asked for clarification, for him to "write on the paper that the charge was for Not Removing the piece of paper in the window" He said "They knew". I asked him to please write it in. I was asked to go get a pen. When I left he then left with the 2 copys. He didn't sign my copy. He then went on the loud speaker and said "make sure you write in your little notes there that you refused to sign both Copies" → I never refused to sign. I showed the camera at 8:25 Am. Charge #11835

- 8:30 Am - Called Moira. Gave her a short Breakdown of what happened.

# Quaglin - Legal
### (D-68)

Cont.

12-19-22 | 8:54 Door opened By Sgt Hodges.
"Please don't open up the door. I've asked several NNRJ
Staff members that I am in P.C. Because of this officer
inparticular along with others". He said "Well this is Jail,
he, (Lasell) can stay there, but I am doing an inspection."
I told him that I wanted to speak to the Capt immediately
— 100% intimidation Factor. Lasell was directly at the door
with grin/smile on face. — *Check to see if Hodges makes
other inspections in other pods or if this is the only
one** Did tell him that the button on phone was already noted Broken*
— Spoke to John about events.
— 9:20 told Ms Rice I Refuse all food and I do not
want the door opened until I speak to a Captain. I
told her to document that Sgt Hodges knew this and
proceeded with a cell inspection with Lasell Right behind
him. I am scared for my safety and life. I told her
to not open this door. No Rec. Nothing.
— 12:20 — Asked C.O. to get english or a Capt. He
told me to put it on a request form.
— 12:25 — Speaker in Room asked if I took a
tray. I stated NO, he Asked Again, I stated NO.
He said OK, You did? OK, I got you. Then hung up
mic. in These are the childish kid games you get in
Northern Neck that you don't/won't get in a Professional
establishment. — Who was in bubble? Sgt Hodges?
— 1 Pm — C.O. Bryant Refuses to call for Capt or
Lt. Says Hodges is "Acting Lt." I asked for Capt
multiple times. "I don't know" is answered.

Quaglin-Legal          D-67

Cont.

[12-19-22] 1:55 - They told A.K. to lock down because they said "he was passing something". Bullshit. He was outside my door talking to me 3' away. (C.O. Jett).
- He was probably the one in the bubble saying I got food when I didn't.

→ 3:40 Denied Ensures, Told Ms. Jones (CO White+) I Refuse ALL FOOD until I speak to a captain. It's been 10 days of me being in here to their doing. My safety has been threatened from the same ones I am supposed to be kept safe from. I spoke to C.O. White that C.O. Lasell, Sgt Hodges, LT Taylor are all issues. Get a Captain down here please.

3:40 pm - White said he would call for Capt English or Luna.

4:15 pm - ✱ Hodges said came to have me sign the paper stating I was in fear of my life. I did sign it. I also stated "I want to speak to a Captain" on the paper. He said I voided the legal document and would not sign it now. "The witness" (C.O. White) left before any other "legal document" was signed. I told him that I demanded to speak to a Capt. (English). He said "he would pass along the message but it doesn't mean it is going to happen." He also heard about Lasell and his brother intimidation tactics and again he said he wasn't the one who said "Fuck him, leave him cuffed" He said "well you did eventually get unhandcuffed Right?" I said yea, 6 hours later by a Lt doing Rounds... NO Answer. I told him that I also was Refusing all Food + Rec until I got a Captain here.

Waglin – Legal       D-68

Cont

12-19-22) "I want to speak with a Captain I have been asking for 10 days." or something like that was written on the "Legal notice".

— 5:45 pm — Changed sign to white paper + Bold print. "I HAVE ASKED TO SPEAK TO A CAPTAIN SINCE 12-8-22. NO FOOD SINCE 12-18-22. AFRAID OF NNRJ STAFF"