727  258
2342

①

# Hearing Notes

1 — I have not Received Evidence.com.
  — Jail still blames the fact I have not
signed the proper forms — which means the
Government hasn't done their job

2 — I sent in Request forms + I6Ps as soon
as they took my lap top. Took 3 weeks
to get back on "waiting List" for laptop
to view discovery. — DC Jail's Deliberate Indifference
    — Other Jails had a way to view discovery.
    — D.C. is laptops
    — Rappahanock was "Computer lab"
    — NNRJ was a Unworkable laptop (sills)

✱ Since I've been at D.C. there is
NO DIFFERENCE Between D.C. and
Rappahanock Jail as far as Evidence.com
    — Jeffery Brown — Judge Metha — "Meta"
    — Ryan Nichols — Judge Nichols Hogan
      ✱ Release me ✱

    — D.C. Jail is Now purposefully denying
me my Right to get ready for trial.
Evidence.com     — Deliberate indifference  (J-bers) No one is this
✱ Reason why                                            Incompetent
I was brought  — Law Suit to be Filed — Marshals, Jails, D.O.C, DOJ
xch to D.C.       — No laptop/Discovery      D.C. Jail, NNRJ, RRJ
fter 45 days      — Denying legal calls (1st month)
Rappahanock   — Denying Evidence.com (I date)

# Hearing Notes

②

- Judge, You are forcing my hand here. You told me on ~~an~~ Multiple occasions that I don't have the Right to view Evidence
    - Brady Act Violation
    ① - 5th + 6th Amendment Violation
AND Quite frankly - The boit has been caught with it's Pants down several times "Hiding Evidence" ~~scribble~~

☆ ~~CANT TRUST THE DOJ/Prosecution~~
☆ Reincarnated Johnny Cockrin →

- I don't feel comfortable putting my life directly in the hands of ANY LAWYER. ~~scribble~~

- I have spent over $300K so far in legal fees. I don't have ~~another 300k.~~

- I ~~demand to have full~~ Request Access to the 44,000 hours and to be Part of the legal team ~~effective~~ Immediatly

- I will NOT put my life in the hands of a corrupt D.C. Liberal "Court Appointed Legal System" that I have seen fail so many others ~~scribble~~ in the Past. So please don't Ask me to do that. I am ~~Flat out Refusing that~~

# Hearing Notes

③

— I want to be part of my legal team — "I have asked for this from day 1."
— "Mock" (Brian Mock)

— If that means that I have to fire everyone Right now, then so be it. You're forcing me to do it.

\* I'm Just a Dumb electrician From NJ \*
— I would Rather be #3 seat
— Lead investigator?
— Need to speak to Ms Rodriguez + Mr Gross. — 100% Copirent

\* Need access to call Sources
— Newspapers
— Whitnesses
— Video techs
— ~~Audio~~ Whitnesses (police)
— Private eyes Detectives
— Others

\* NO wire Taps

— The FBI has recorded lawyer calls of mine. — Essex (2021)
— NNRJ (2022)
— RRJ (2023)
— ~~Proud Boys (2022-2023)~~
— DC Jail (2021 + 2023)
\* Proud Boys Trial — PROVEN!

# Hearing Notes ④

- I had a rough road with lawyers **no doubt**. However, the Marshals and the ~~DOC~~ **D.O.J.** along with the Prosecution have made sure that I have not had access to my discovery for over 2 years. — Ask any of my Co Defendants
  - It's unconstitutional
- ~~0000~~ Diaz dropped off my discovery 2 times in NJ
  - 1st was incomplete (Deleted by Jail)
  - 2nd was never given to me. (moved)

McBride dropped off my discovery in Oct **2021**. I was moved before I got to view it. — Moved without ~~My~~ discovery

- Now back in D.C. Jail
  - Food is better (2 years later)
    - D.C. Jail could have fed me properly 2 years ago. — They didn't
  - NO Evidence.com.
  - NO proper access to discovery.
    - ongoing issue with J-6 defendants
  ✳ **This FALLS ON THE D.C. Jail**
  - The past 1.5 years of hell falls on them

*Lewisburg - No Discovery*
*NNRJ - No Discovery*
*RRJ - 7 hours of Discovery*
*(moved without my Discovery)*
*D.C. - No Evidence.com*
*(open back up Nichols*
*argument for release)*

**D.O.J.** is to Blame along with merrick Garland

# Hearing Notes

⑤

## ✳ Reason to separate

— Proud Boys,

= Am I a Proud Boy?
= Yes or NO??

— Either yes, → Reason to Seperate

— NO, Then let ~~be~~ me be
released like my other
co defendents, + Remove All Proud
Boy Refference from my file. Don't Bring it up

*The Proud Boy trial is going on Right Now. They say I am NOT A proud boy. NO EVIDENCE.*

## ✳ — Jury Trial Needed. (Constitutional Right)

— Joe McBride didn't ask me

— Joe McBride said "it was best"
for a Bench Trial. ~~My lawyer~~ ~~Disagrees.~~

— Now Joe McBride isn't my
lawyer, I don't trust his
Judgement now. (After what happened)

— Joe McBride left me high and
dry without even telling me that
we were seperating ...

*Where is my $$ it Joe "left me with" Jon Gross*

# Hearing Notes

(6)

- In Closing. I need to be released immediatly.

- I have new councel

- That does not mean I accept NOT having access to discovery + Evidence.com

- As Part of my needed items

#1 — Evidence.com

#2 — Discovery "Blueprint"
  - I can't find it and it should have been provided with the discovery (By April 22nd Deadline)
  - Don't quote me on the date but you and Ms Pasquell talked and correct me if I'm wrong you put a April 22nd deadline on discovery and she offered to give a "map" or outline of all discovery and where to find that discovery that is being used against me.

*Discovery "?
"progs"?

uses

# Hearing Notes    ⑦

— The Discovery is a little unorganized.
— Being the dumb electrician from NJ
I need that Map or Blueprint that
should have been provided. Please
ask Ms Paschelle to send it over
to me.

— My New Co lawyer Ms Rodriguez
has a bunch of other concerns
she would like to address,

   — Lawyer room is unacceptable.

   — Lack of phone calls are
      unacceptable

      — Tablets do _not_ work in cells

      — Phone Calls ~~is min, wait is min~~
         — Recorded
         — 15 min max, wait 15 min

✳ Asked the Government to provide
   a _full Discovery_ +30 days ago with
   the arrest + Detainment Audio + Video.
      — Still NOT given to me.

*NJ
FBI said
"We don't do
this here"  ✳
      — Violated Right to Councel. (Asked for lawyer

# Hearing Notes ⑧

- Put Prosecution on **NOTICE** that lying is prohibited in a courtroom. — I will be filing paperwork documenting specific instances.

- Put it on the record that I am asking for _All Recordings_ of the Status hearings and Hearings (Including Habeas Corpus)
  - There have been "Differences" that have been noted that will be very ~~different~~ _important_ in trial.

- Habeas Hearing
- ~~Purpose~~ Status Hearings
- All Hearings for Release.

- I expect (moving ~~going~~ forward) for us to go by the law.
  - The law is supposed to be blind.
  - I haven't had access to my discovery.
  - I haven't had access to evidence.com
    - Nichols was Released — (Awaiting trial)
    - Mock was Released — (Awaiting trial)
    - Brown was Released — (pled out)
    - Release me from the rest of the group
    - Release me so I can fight my case.
    - ① am NOT a flight Risk. I am NOT

# Marie          —Legal

1— Google Maps

2— Whitness Lists

3— Youtube video tip

4— Call Moira. What "friend" called Feds?

    —Dave

5— Facebook Videos — Authenticity?
                   — Can they be used?
                   — ex 31 —

6— Prod 14 +24 NON Existant.
    April 22nd deadline
    —Ask for "List of discovery"

Phone

# Jon/Maria          Legal

— Chris Trump can <u>Not</u> be linked
back to Quaglin

— No proof to detain, (Lied to Judge)

— Spreadsheet says Prog 14 + 24 + 6
    — NO prog 14
    — NO prog 24
    — Prog 6 files → make sure they match prog 6
XXX     — Use McFadden Habeas Corpus
    against him.
      — He said "There is no
      exhibit __, There are no
      exhibits. There is no proof. I
      am going by the law and
      what I see in front of me
      and I see no reason why
      we ~~should't~~ should proceed
      with case. Dismissal Granted"

K.O. Punch

# Important — Legal

✳ Grand Jury, Exhibit 31 — Chris Trump
        — "Video Screenshot"
        — Prod 6 — GJ materials — Ex 31

→ Whitness 1 —
        — Shown Chris Trump videos.

✳ Benjamin Kulp Interview (Prod 6 — GJ materials)
        — 2021-R-01008.04-16-21.BF.pdf
        — April 16th

        — Exibit
✳ — All Social Media NOT There
~~All Social Media NOT THERE~~

✳ — All info from phone NOT THERE
        — Selected what they want to use

Microsoft Word
        — NO Prod 24 + Prod 14 (Excel says it's there)

        — NYC "Maga march" Jan 10th was
        CANCELED — (Look at video)

        — 12-22-20   "I'm not bringing a gun"
        To — Blane
        From — Chris Quags.

\* FOR Jon Gross

— DOJ Dropping Guidelines in November

\* — MATT KROL / LISA MICHIGAN 810-210-0378
AT CVRS, I HAD A 119 SEC. FLATLINE,
I LAYED PASSED OUT FOR 1 HR 8 MIN IN A
SOLITARY CELL. 2 DAYS LATER I GOT A
PACE MAKER IMPLANT AT UVA

— To D.C. Lawyer

\# 3 Charges

    1st — Product Never Tested "wine"
       — Room never searched before I
    got in

    2nd + 3rd — No proper hearing
       — All grievances Ignored
        — Camera footage
        — D.R. Board Leaving without
    having hearing

⑨

— Release me so I can fight my case
   — 2 years of pre trial detainment.
~~Release~~ — I am NOT a flight Risk.
   — I am NOT a danger to the
      community. * Don't Bring up "The Fight" *
   — I AM A Father.
   — I Am A Husband.
   — I Am an AMERICAN.

"The Fight" a known
where I fought Gang member here to fight
Attempted Murder. The
where I was told fight
or get stabbed. The Fight
that I never threw A punch
in. The fight where I have
testimony from other inmates saying
It wasn't my fault. SELF DEFENSE

      — It's time this court started
         treating ~~myself~~ me as such.

THE GOV'T TOOK 2 years to hand
me my Discovery + Access to ~~Evidence~~
Evidence.com (To Date)

   — I Ask for 2 years to go over
      evidence.com 44,000 hours + Discovery.

   — I ALSO Ask for the Government to
      Release 44,000 hours to the public
~~Or at least~~  ~~SO~~ I might speed up my trial date
         So that I don't have to ask for
         another extension.

            — Release the Footage!!

Bob #38

# Red White Blue Facts — Legal

— Map (Chanel 7 news)

— Meet up (500 people) *White pill* [G.P.]
   * — Drugged (get proof)

* — Saves Jber, pulls to safety + calls
*GULF   medic. Does a med check/check for holes
war          — Need to find person
vet

* — Pushes against Crowd in Tunnel and
   pulls cop to safety (female cop)
          — Need to get cop testimony

— Sprays in Tunnel
          — Handed spray by person right before
             — Gold hardhat
             — Black facial hair
All in       — Tall
video
in Discovery —

= Phone Found during arrest had
   sim card in it not belonging to
   me.

   * Call Pat ⊚
Huge → * — Get in touch with Mike (Cameraman)
   Mike Turner Podcast

# Maria                    Legal

— I tell Joe about Discovery Deadline
  — I never see discovery / Joe is busy on T.V.

1 — Joe Gets yelled at
   — I say I went to keep Joe / Aug 20th I

2 — Bench trial (set up by Joe)       Realize Joe
   — what Day? (I was being Tortured)   SUCKS, Ryan

3 — I get discovery (Rappahanock)   is #1. He
                                    doesn't care
                                    that I am
4 — Question Joe about it            tortured.

✱ 5 — Joe never saw Chris Trump Video

6 — Joe says ... Phone/Data Dump Right Before Trial

7 — There is NO Data Dump (April 22nd Deadline)

8 — Joe Never saw/looked at my Discovery

9 — Joe McBride Leaves. Enter Maria Rodriguez

— I need time to see Discovery

— I need the "cheat sheet"

— D.C. Jail denies me Evidence.com +
  Discovery Review.

Jon

- MUNAFO
    - Assaulted in NNRJ by Black inmate while on toilet
    - NNRJ said they were not to blame



Can we file a Motion to
end trial based off of
<u>illegal detainment</u> and brady
law violations that were made
by the Government along with the
blatent violations of Attorney
Client privlage. My Attorney calls
have been recorded and read in
NJ, NNRJ, RRJ and DC Jail.

- Discovery only given to me to view
in RRJ for 8 hours.
  - most of time uploading/unzipping
- Discovery Given <s>Twice</s> By Diaz 2x  1st
in NJ → Deleted
by the Jail. Given a 2nd time → Never
Received. (moved)

- Discovery Given by McBride 1 (10-21) in D.C. → moved
to Lewisburg 2-3 by Cross → Never

②

- The Government has Lied to me and the Judge. We need a mistrial immediatly. The April 22nd deadline given by Judge McFadden was agreeable to the prosecution. They broke the dead.

- No Phone Content
- No Whitness 1
- No Whitness 2
- Lied about the Facebook origins of 4 videos.

- There is NO Case.

- Arrested under false pretense / denied bail

- Multiple Jails Tortured me
    - food
    - Housing
    - Care (Lach of) — Medical + Treated like Animal
    - Read Lawyers Calls
    - Denied access to Attorneys
    - Denied access to Discovery (Discovery dropped off
    - Denied access to family  5 times )
    - Broken Marraiges
    - Multiple Brady act Violations  NJ, NJ, DC
                                     Rapahannock, DC

Unconstitutional

## Jon / Maria

✳ — Friends + Family Called Marshals over
500 Times (NNRJ + RRJ) — Reporting abuse
— Marshals Shook down NNRJ when I was at court.

✳ — A very documented detailed Report has been
made throughout NNRJ via Mel Howley's
Podcast

— Lost well over 100 pounds total

— Moved from D.C. Jail.
         — why?
      .  — No write ups
         — More Reports
         — Add Affidavits of inmates (Food)
             — Shane (Lead detail)
             — Doo Doo
             — Shawn

— Ask for Dr Records + All grievances (Tablets)

✳ START civil Action immediately
      — D.C.                      — Merrick Garland
      — NNRJ                      — D.O.C.
      — RRJ
      — Essex
      — Lewisburg (B.O.P.)
      — US Marshals

# Jon + Maria Legal

McHugh

* — Salusthian, Lutamila Case#: 20 CR024
  — Grand Jury

* — Need Printout + Voice copy of
  Habeas Corpus Hearing
     — What exactly did McFadden Say
     — Put on Record "several mistakes"
       found throughout process.

  — Get me ALL copies
     — Joe getting yelled at by McFadden
     — Habeas Corpus decision

  — Fix my "Inaudible"

# Legal

**Jon** — ALL IGP (Since Arrival)

— ALL Video footage from ~~IGP~~ DRs
  — DR 1 — Hooch — (The incident + Hearing)
  — DR 2 — ChiChi   *Sargent giving DR*
    — Incident
    — Sgt giving DR (Adding Charge)
    — Hearing
    — Capt Review.

**✱ Jonathan**

— Sills Case No. 21-CR-40-06 (TNM)
  — Document 583
— Judge McFadden ~~asked~~ for Case law
on other events that people had LIIB

— Sills asked why everyone was moved
from NNRJ and McFadden ~~est~~ Told
Sills to Ask Marshals.

Emails    I&P's
PREA     D.R.
         Classification
         All other paperwork.           Quasi-Legal

— Prep me Next time (Maria)


— I was never Asked why I fired
  Joe McBride (Never asked at end to
                           give more info)

*PISSED*    — I want $ back

I was not at
hearing the Day — Never Represented me
Before! Inexcusable
              — Never Viewed my Discovery


— Show McFadden my Aug "Horrors
  of NNRTs"

        — Joe Refused to put it out
        there because of Ryan and
        the "mace incident" at D.C. Jail
          — ever since then Joe has
          been on my hit list

— Joe McBride begged me to not
  throw him under the bus.

— Prea incident (Same day as Court)
    — emotionally unstable

# Chaylin - Legal

✳ 1 - Need a Jury Trial

✳ 2 - Need Discovery NOW (Evidence.Com)
   - Evidence.com

✳ 3 - Need Answer Why I was not
   added to meeting 4-17-23

✳ 4 - Need to know plan!!

5 - Get Patricia to write story
   - No Discovery
   - Blatent Disregard for Constitution.

6 - When am I seeing you?

✳ 7 - When is the first (New) paperwork going out
   to Judge McFadden?
   - Joe lied on the stand.
   - Joe Never saw/looked at my discovery
   - Aug 29th Joe Refused to release my story of
     Neglect because it would overpower Ryan Nichols
     "spray incident"

✳ 8 - I was never asked if what Joe McBride
   said was true. It wasn't. It went against
   what I said. Joe said I fired him. I specifically
   said that "Nothing was finalized" on the record.

# Maria Key Notes        <u>Legal</u>

- Map
- Pill
- I was "Red Flagged" before by a liberal
- Guy 58 Saved (Jber / Gulf war vet)
- 58 "Saved" a cop (woman) (pulled her to safety in the Tunnel)
-

# Maria — Legal

— Go Solo at trial
 — Proud Boy or NOT
  — Make Government Decide
   — Get all transcripts of P.B. Trial.

— Jon asked for full discovery
 — What we were given is Cherry picked
  — All calls + ALL of EVERYTHING

— Jon asked for video + Audio of Arrest +
Interrigation Room footage (6 hrs)
 — Special Agent Fulp broke law
  — Told that the NJ Feds wanted
   Nothing to do with Fulp or how he
   did Business

— I want to be Pro Se or be part
of Legal team so I can get discovery.
 — Need to be kept in the loop.

✳ — NO Evidence.com yet
— only 2 weeks of laptop

✳ — Need to ask for list of Evidence/where to
And the "Cheat sheet of discovery" in discover
— Have to ask for it now so...

3/20/24   Chris Cargle

Buy

June 16th, 2021       transcripts ↓
Aug 30th, 2021       Transcript
Sept 15th, 2021       Status Report

Contact Akers  -   4/22/2022
          provide any evidence deadline

cheat sheet

5/2/22    Someone ordered partial 1-36

DOC 360   July 1st, 2022    Where's Joe
          in Motion to continue Trial?

Stop @ 364  -  Did Joe respond

Voir Dire  Aug 16, 2022  due

DOC 386   adopt all prior motions

Aug 8th, 22  Transcript of Hearing needed

8/8/22 -  McFadden ch___
          McBride
          public De___

Crist

Mortgage

Nick Smith

Nick Smith

John Machoon

Bill Shipley