5/23/24, 1:51 PM     BOP: Inmate Medical Care

Case 1:21-cr-00040-TNM   Document 795-5   Filed 05/23/24   Page 1 of 2

An official website of the United States government. Here's how you know

A-Z Topics   Site Map   FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

## Custody & Care

Recently Sentenced    Programs & Services    Special Needs Offenders

# Medical Care

Inmates receive essential medical, dental, and mental health services.



The Bureau's professional staff provides essential medical, dental, and mental health (psychiatric) services in a manner consistent with accepted community standards for a correctional environment. The Bureau uses licensed and credentialed health care providers in ambulatory care settings, that are supported by community consultants and specialists. For adults in custody with chronic or acute medical conditions, the Bureau operates seven (7) medical referral centers providing advanced care.

Health promotion is emphasized through counseling provided during examinations and patient education about the effects of medications, infectious disease prevention and education, and chronic care clinics for conditions such as cardiovascular disease, diabetes, and hypertension. The Bureau promotes environmental health for employees and adults in custody alike through its emphasis on a clean-air environment and the maintenance of safe conditions in living and work areas. The Bureau's food service program emphasizes heart-healthy diets, nutrition education, and dietary counseling in conjunction with medical treatment.

Learn how we address specific health care topics.

### Review BOP Health Management Resources

| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Volunteers |
| Statistics | Custody & Care | | Application Process | | Publications | Former Inmates |
| | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Report a Concern | | | | | |

Accessibility | Contact Us | FOIA | Information Quality | No FEAR Act | Privacy Policy | Website Feedback

USA.gov | Justice.gov | Open Government