IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | Case No. 21-CR-0040-TNM |
| V. ) | |
| ) | |
| ) | |
| CHRISTOPHER QUAGLIN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

**COMES NOW,** Christopher Quaglin, Defendant in the above named case, is hereby given notice, that he will appeal to the United States Court of Appeals for the District of Columbia from the final order entered in this action on May 24, 2024.

Respectfully Submitted,

*/s/ Kristi S. Fulnecky*
Kristi S. Fulnecky, MO Bar # 59677

FULNECKY LAW, LLC
2627 W. Republic Road, Suite A-108
Springfield, MO  65807
417-882-1044 phone
kristi@fulneckylaw.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was electronically filed with the Clerk of the United States District Court, District of Columbia on May 30, 2024 using the E-file System and a copy was made available to all electronic filing participants.

*/s/ Kristi S. Fulnecky*
Kristi S Fulnecky
Attorney for Defendant