# UNITED STATES DISTRICT COURT
## for the
&lt;_____&gt; DISTRICT OF &lt; Columbia &gt;

**Leave to file GRANTED**

*[signature]*
TREVOR N. MCFADDEN
United States District Judge  7/30/24

&lt;Name(s) of plaintiff(s)&gt;,  )
United States of America Plaintiff(s)  )
  )
v.  )  Case No. &lt;Number&gt;
  )  21-cr-40-4
&lt;Name(s) of defendant(s)&gt;,  )  (TNM)
  )
Defendant(s)  )
Christopher Quaglin

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *[signature]*    Date: 7-1-24

(Continued on Back of Page)

My issues on appeal are: Horrible lawyers, lack of discovery. Told lawyers to take back stipulated trial and they Refused. (Documented). Lawyers lied to me to get me to sign stipulated trial (said Judge told them to do it). → Documented.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

Judge refused me access to discovery. All documented. Judge Changed transcript (Habitual in Nature) Audio will not match transcript. ~~Ax~~ Judge lied under oath. Told lawyer to do a stipulated trial xx

- Lawyer told me that I would get "time served" if I did a stipulated trial.
- Lawyer refused to remove stipulated trial when I sent her a demand 1) over phone and 2) over text message (within 14 days).
  - Lawyer then quit when I told her I wanted to speak to the Judge about it.
    - Judge let her quit without hearing

↗

All documented.

- Please ask for All transcripts on Phone Calls throughout ALL Jails.
  - FBI/DOJ listened to 100's of Lawyer/client calls.

- Please ask for All transcripts of GTL communications
- Please ask for All emails between Jon Gross and Quaglin and Kristi Fulnecky + Quaglin (origin system / DC Jail)

I want an immediate Retrial or McFadden to remove sentencing + stipulated trial. I want to go to trial.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ N | $ 0 | $ N |
| **Total monthly income:** | $ 0 | $ | $ 0 | $ |

\* I was Already Approved a federal defender by McFadden.

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | Going through Divorce | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) $ | Other real estate (Value) $ | Motor vehicle #1 |
|---|---|---|
| $300,000 | 0 | (Value) $ 1000<br>Make and year: 92 Ford<br>Model: Ranger<br>Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 700 | (Value) $ | (Value) $ |
| Make and year: 2004 | | |
| Model: F-150 | | |
| Registration #: | | |
| poor condition | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| Nathan Couglin | Son | 3 |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included? [X] Yes [ ] No  Is property insurance included? [X] Yes [ ] No | $ | $ 2000 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ 500 |

| | | |
|---|---|---|
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's: | $ | $ |
|    Life: | $ | $ |
|    Health: | $ | $ |
|    Motor vehicle: | $ | $ |
|    Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|    Motor Vehicle: | $ | $ |
|    Credit card (name): | $ | $ |
|    Department store (name): | $ | $ |
|    Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [ ] No     If yes, describe on an attached sheet.

Going through divorce. Owe family + friends $150,000 for lawyers

10. Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit? [ ] Yes [ ] No

    If yes, how much? $ __300,000__

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    I'm Broke

12. State the city and state of your legal residence.

    North Brunswick, NJ

    Your daytime phone number: (603) 835-2821 - Dad - Robert Quaglin

    Your age: 38   Your years of schooling: 12

    Last four digits of your social-security number: 7103

Please accept this letter. It went in the mail the day I received it. (July 3rd 2024) I had to buy stamps. My lawyer completely screwed me with not filing this during court.

Thank You,

Chris Quaglin

# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER



1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

---

June 27, 2024

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**
Christopher Quaglin, Reg. No. 38648-509
FDC Philadelphia
Federal Detention Center
PO Box 562
Philadelphia, PA 19105

Re:   *United States v. Christopher Quaglin*
      Case Nos. 1:21-cr-40-TNM (D.D.C.)

Dear Mr. Quaglin:

Thank you for the voicemail you left with my office on June 26, 2024, requesting assistance with a motion for reconsideration and appeal of the judgment in the above-captioned district court case. Your case is in the District of Columbia, so my office is unfortunately unable to assist. That said, on June 12, 2024, the D.C. Circuit directed you "to file in district court a motion for leave to proceed on appeal in forma pauperis within 30 days."

I advise you to file such a motion in the district court as soon as possible. I have enclosed an affidavit to accompany your motion. Please mail it to the Clerk of Court, U.S. District Court, 333 Constitution Avenue NW, Washington DC 200001. Thank you.

Best regards,

/s/ Rahul Sharma, Esq.
Office of the Federal Public Defender
1002 Broad St.
Newark, NJ 07102
973-320-7350 (cell)
rahul_sharma@fd.org

