UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MCCAUGHEY, III et al, et. al, ) <br> **Defendants.** ) <br> _____) | Case No. 1:21-cr-40 (TNM) |

## Motion to Withdraw

Undersigned counsel filed a motion *pro hac vice* in this case for attorney Kristy Fulnecky on behalf of defendant Christopher J. Quaglin. See ECF 768. Ms. Fulnecky was later appointed by this Court to represent him. *See* minute order, April 19th, 2024. Mr. Quaglin was sentenced on May 24, 2024. Undersigned counsel is retiring November 14, 2024. Undersigned counsel has served this motion on Ms. Fulnecky at her last known address as is required by local criminal rule 44.5(d). She will in turn send said motion to Mr. Quaglin.

Wherefore, undersigned counsel respectfully requests that she be released from the case and the motion to withdraw be granted.

Respectfully submitted,

KIRA ANNE WEST

By:  /s/*Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone:  202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 28th day of October, 2024, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

/s/Kira Anne West
Kira Anne West
